IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC., | ) | CASE NO.  09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC, AS ATTORNEYS FOR THE DEBTOR NUNC PRO TUNC TO THE FILING DATE

COMES NOW Hidden Lake Academy, Inc., debtor and debtor in possession herein (the "Debtor" or "Applicant") and hereby files this Application for Approval of Employment of Ellenberg, Ogier, Rothschild & Rosenfeld, P.C., ("EORR"), as Attorneys for the Debtor (the "Application"), pursuant to 11 U.S.C. § 327 and Fed. R. Bankr P.  2014 and 5002 and respectfully shows the Court as follows:

1. On  May 14, 2009, (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b).  Venue of the Debtor's Chapter 11 case in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This Motion is supported by the Verified Statement of Barbara Ellis-Monro for EORR as Proposed Counsel for the Debtor and Debtor In Possession Nunc Pro Tunc to the Petition Date Pursuant to Section 327(a) of the Bankruptcy Code.

4. Debtor is a non profit Georgia corporation and its primary place of business is located at 830 Hidden Lake Road, Dahlonega, Georgia. Debtor owns approximately 196 acres of land in

Lumpkin County, Georgia. There are 23 buildings on the property and a therapeutic school operated by an affiliate of the Debtor, HLA, Inc., as well as programs for the Georgia court system run by another, non debtor, affiliate.

5. Dr. Leonard Buccellato is the Debtor's CEO and sole shareholder.

**RELIEF REQUESTED**

6. By this application, the Debtor requests that this Court enter an Order authorizing the Debtor to employ and retain the law firm of Ellenberg, Ogier, Rothschild & Rosenfeld, PC (:EORR") as its counsel under a general retainer, pursuant to section 327(a) of the Code, Fed.R.Bankr.P. 2014.

7. The Debtor desires to employ EORR in particular as its counsel with regard to the filing and prosecution of its Chapter 11 case, because:

    a. EORR has become familiar with the Debtor's businesses, properties and affairs, and, for those other reasons which are set forth herein, the Debtor believes that EORR has the specialized and unique expertise essential to represent the Debtor in its case;

    b. EORR is well qualified to represent the Debtor as debtor in possession in its case in that EORR is comprised of attorneys who have practiced exclusively in the field of insolvency, reorganization and bankruptcy law and who have participated in numerous Chapter 11 cases; and

    c. the firm is composed of and employs attorneys duly admitted to practice in the United States Bankruptcy Court for the Northern District of Georgia.

8. It has been and will be necessary for the Debtor to retain counsel to render various professional services in connection with its case, including, but not limited to, the following:

    a. to advise the Debtor generally regarding matters of bankruptcy law,

        including, but not limited to, the rights, duties, obligations and remedies of the Debtor as debtor in possession, both with regard to its assets and with respect to the claims of its creditors;

    b.    to conduct examinations of witnesses, claimants or adverse parties, and to prepare and assist in the preparation of pleadings, exhibits, applications, reports, accountings, schedules and other documents necessary to the administration of these proceedings as required by the Code, the Federal Rules of Bankruptcy Procedure, the local rules of this Court and the requirements of the United States Trustee;

    c.    to perform those legal services necessary to the Debtor's bankruptcy case, including, but not limited to, institution and prosecution of legal proceedings, advice regarding debt restructuring and general legal advice and assistance related to this Chapter 11 case, all of which are necessary to the proper administration of the Debtor's Chapter 11 estate;

    d.    to advise the Debtor concerning a Chapter 11 plan; and

    e.    to take any and all other actions necessary for the proper preservation and administration of the Debtor's Chapter 11 estate, including, but not limited to, general advice and counsel in connection with its ongoing business operations.

9. If the Debtor is unable to retain EORR the Debtor and its creditors will be prejudiced because (a) the Debtor will be unable to avail itself of the services of the experienced and knowledgeable professionals it deem best suited to serve its needs in this capacity, and (b) the time burden to the Debtor which will result from a change of the Debtor's counsel will be

onerous and will occur at a time when the Debtor can least afford to sustain an unnecessary disruption.

10. The Debtor wishes to employ EORR on a general retainer at its customary hourly rates in effect on the date the services are rendered on behalf of the Debtor and to be liable for all fees and expenses incurred by the Debtor to EORR.

11. To the best of the Debtor's knowledge, all of EORRs connections with the Debtor, its creditors, any other party in interest, its attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee have been disclosed in the Affidavit annexed hereto. To the best of the Debtor's knowledge, information and belief, EORR does not represent any interest adverse to the Debtor or its estate in connection with the matters upon which SGR is to be engaged and is, therefore, "disinterested" within the meaning of sections 101(14), 327(a) and 1107(b) of the Code.

12. The employment of EORR as the Debtor's bankruptcy counsel is in the best interest of the Debtor, its estate and creditors.

13. EORR agrees to accept compensation for its services and reimbursement of expenses as may be awarded by this Court upon proper application, after notice and hearing or pursuant to such other interim procedure as may be approved and authorized by this Court.

## **NOTICE**

13. Notice of this pleading will be served on the United States Trustee. The Debtor submits that such notice is sufficient and proper, and that no other notice need be given.

14. No previous application for the relief requested herein has been made to this Court or any other Court.

WHEREFORE, Applicant prays that it be authorized to employ EORR as counsel for the

Debtor.

    This 14th day of May, 2009.

                                       HIDDEN LAKE ACADEMY, INC.

                                       By:___/s/ Leonard Buccellato_____
                                             Leonard Buccellato, CEO

**EXHIBIT "A"**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LADE ACADEMY, INC. | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

**VERIFIED STATEMENT OF BARBARA ELLIS-MONRO FOR EORR
AS PROPOSED COUNSEL FOR THE DEBTOR NUNC PRO TUNC
TO THE PETITION DATE**

FULTON COUNTY, GEORGIA

Barbara Ellis-Monro pursuant to Fed.R.Bankr. 2014(a) makes this Verified Statement in Support of the Application to Employ Ellenberg, Ogier, Rothschild & Rosenfeld, PC as Counsel to Debtor and Debtor In Possession Nunc Pro Tunc to the Petition Date and shows the Court as follows:

1. I am a partner in the firm of Ellenberg, Ogier, Rothschild and Rosenfeld, PC ("EORR"). Our offices are located at 170 Mitchell Street, SW, Atlanta, Georgia 30303.

2. I am a member in good standing in this Court and each of my partners is a member in good standing in this Court.

3. Hidden Lake Academy, Inc., the Debtor and Debtor In Possession in this case, seeks to employ EORR for the purposes set forth in the application to which this statement is attached.

4. Neither I, my firm, nor any lawyer in my firm, has, to the best of my knowledge,

        any current connection with the debtor, any of its creditors, or any other party in this case.

5. Neither my firm nor I have received any payments or promises of payment for services to be rendered in this case for work to be performed and expenses which maybe incurred, except as follows:

    a. My firm received a wire transfer on May 12, 2006 of $15,000 and a second wire transfer in the amount of $1039.00 on the same date.

    b. My firm was paid $1,880.00 for time spent preparing the case for filing and for the filing fee of $1,039.00 which was necessarily charged to an attorney credit card.

6. Neither my firm nor I have either shared or agreed to share with any other person compensation that we are to receive in this case.

7. Neither I, nor anyone in my firm, insofar as I have been able to ascertain represents any interest adverse to the debtor or the estate, except as set forth in paragraph 5 hereof.

8. The currently hourly rates for the attorneys of EORR are:

| | |
|---|---|
| Barbara Ellis-Monro | $300.00 |
| Bill Rothschild | $400.00 |
| Tamara Ogier | $300.00 |
| Allen Rosenfeld | $280.00 |
| Paralegal | $100.00 |

9. To the best of my knowledge each of the employees of EORR are and EORR is a "disinterested person" as defined in Bankruptcy Code §101(14).

10. The foregoing statements are true and based upon my personal knowledge, and

11. are made under penalty of perjury under the laws of the United States

This 14th day of May, 2009.

                                        ELLENBERG, OGIER, ROTHSCHILD
                                        & ROSENFELD, PC

                                        /s/ Barbara Ellis-Monro
                                        Barbara Ellis-Monro
                                        Georgia Bar No. 246117

170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000 Telephone
404-526-8855 Facsimile
bem@eorrlaw.com
Proposed Attorneys for Debtor
And Debtor In Possession

**"EXHIBIT B"**

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

### ORDER APPROVING EMPLOYMENT OF
### ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC AS
### ATTONREYS FOR DEBTOR NUNC PRO TUNC THE PETITION DATE

Hidden Lake Academy, Inc., debtor and debtor in possession herein ("Debtor" or "Applicant") has filed its Application for Approval of Employment of Ellenberg, Ogier, Rothschild & Rosenfeld, PC, as Attorneys for the Debtor Nunc Pro Tunc to the Filing Date. It appearing that the members of Ellenberg, Ogier, Rothschild & Rosenfeld, PC ("EORR") are qualified to represent the Debtor in this case and that they represent no interest adverse to the Debtor or the Estate in matters upon which they are to be engaged, and that their employment is necessary and is in the best interest of the Debtor and its Estate, it is hereby

ORDERED and Adjudged that the employment of EORR is hereby authorized and approved for the purposes specified in the Application effective as of May 14, 2009. No compensation or expense reimbursement for the Estate is authorized hereunder except as provided in 11 U.S.C. §§330 and 331, upon Order of this Court after application, notice and hearing; and it is

FURTHER ORDERED that this Order is subject to written objection of the United States

Trustee or any other party in interest filed within twenty (20) days after entry of this Order. In the event an objection is timely filed within such period, a hearing will be held upon notice to the objecting party and the Trustee; and it is

    FURTHER ORDERED that counsel for the Debtor is directed to serve a copy of this order on the United States Trustee, BB&T, the twenty (20) largest unsecured creditors of the Debtor and any party that has requested notice in this case.

**END OF DOCUMENT**

Prepared and Presented by:

/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Proposed Counsel for the Debtor
Georgia Bar No 246117
Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000 Telephone
404-525-8855 Facsimile
bem@eorrlaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing APPLICATION FOR APPROVAL OF EMPLOYMENT OF ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C, AS ATTORNEYS FOR THE DEBTOR, NUNC PRO TUNC TO THE PETITION DATE AND THE PROPOSED ORDER THEREON by depositing same in the United States Mail in an envelope with adequate postage affixed thereto to assure delivery addressed as follows:

    Office of the United States Trustee
    362 Richard Russell Building
    75 Spring Street, S.W.
    Atlanta, Georgia   30303

    This 14th day of May, 2009.

                                              *//s// Barbara Ellis-Monro*_____
                                              Barbara Ellis-Monro
                                              Georgia Bar No. 246117
                                              Proposed counsel for the debtor

Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000 Telephone
404-526-8855 Facsimile
bem@eorrlaw.com