IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | JUDGE BRIZENDINE |
| **Debtor.** | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Hidden Lake Academy (the "Debtor") filed a Motion Requesting Entry Of Order Authorizing Payment of Prepetition Wages, Salaries, and Taxes and Request for Expedited Hearing (the "Motion") in which the Debtor seeks entry of an Order from the Court allowing it to pay its regular payroll due on May 15, 2009 in the amount of $20,420.27. The payroll due May 15, 2009 is for wages accrued from May 1, 2009 through May 15, 2009.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Code provides, pursuant to §§507(a)(4) that employee's claim for "wages, salaries, or commissions, including vacation, severance and sick leave pay" earned within the 180 days before the filing of a case are entitled to priority status to the extent of $10,000 per employee. The Debtor states in the Motion that no one individual will receive an amount in excess of the priority amount.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing **in Atlanta** to consider the Motion, on **May 15, 2009** at **10:00 a.m.** in Courtroom 1202, United States Courthouse, 75 Spring Street, SW, Atlanta, Georgia 30303. It is further

**ORDERED AND NOTICE IS GIVEN** that your rights may be affected by the Court's ruling on this pleading. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.

Dated this 14th day of May, 2009.

Respectfully submitted,
ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

/s/ Barbara Ellis-Monro
170 Mitchell St., SW              Barbara Ellis-Monro
Atlanta, GA 30303                 Georgia Bar No. 246117
404-525-4000                      bem@eorrlaw.com
Proposed Attorneys for the Debtor