# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

### Certificate of Service

I, Barbara Ellis-Monro, hereby certify that I served a true and correct copy of the **Notice of Hearing and the Motion Requesting Entry of Order Authorizing Payment of Prepetition Wages, Salaries, and Taxes and Request for Expedited Hearing** in the manner indicated upon the parties listed below:

**Via email to Jim.H.Morawetz**
James Morawetz
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street
Atlanta, GA 30303

**Via facsimile 706-864-0719**
Doc Martin Construction
14 Carriage Court
Dahlonega, GA 30533

**Via facsimile 404-239-1179**
Jill & Ron Ryan
c/o Gorby, Peters & Assoc.
2 Ravinia Dr, Ste 1500
Atlanta, GA 30308

**Via facsimile 706-864-9806**
Lumpkin Co. Tax Accessor
Donald Head
99 Court House Hall, Ste E
Dahlonega, GA 30533

[John.W.Sheffield@irscounsel.treas.gov](mailto:John.W.Sheffield@irscounsel.treas.gov)
Internal Revenue Service
401 W. Peachtree St., NW
Atlanta, GA 30308

**Via facsimile 404-338-7928**
Oscar B. Fears, III
GA DOR
40 Capitol Square
Atlanta, GA 30334

**Via facsimile 404-870-4841**
BB&T c/o John Thompson, Esq.
1201 W. Peachtree St., Ste 3500
Atlanta, GA 30309

**Via facsimile 770-534-5339**
North Georgia Credit Srvs
Laurie Bennett
3482 Keith Bridge, #321
Cumming, GA 30041

**Via facsimile 404-633-1312**  
Yates Ins. Agency  
Attn: President  
4 Executive Park Ease, NE, Ste 200  
Atlanta, GA 30329  

**Via facsimile 770-956-1002**  
Morris Law Firm  
Thornton Morris  
1950 N. Park Pl, Ste 400  
Atlanta, GA 30339  

This 14th day of May.

ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC

*/s/ Barbara Ellis-Monro*  
Barbara Ellis-Monro  
Georgia Bar No. 246117  
170 Mitchell St., SW  
Atlanta, Georgia 30303  
(404) 525-4000 Telephone  
(404) 526-8855 Facsimile  
bem@eorrlaw.com  

Proposed Counsel for the  
Debtor and Debtor in Possession