**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Gainesville Division
Room 120 Federal Building
121 Spring Street, SE
Gainesville, GA 30501

www.ganb.uscourts.gov

In Re:

**Hidden Lake Academy, Inc.**

Case No.: **09–22028–reb**
Chapter: **11**
Judge: **Robert Brizendine**

## *Notice of Deficient Filing*

The document(s) identified below were not filed with the bankruptcy petition. You are hereby notified that the documents must be filed with the Court within the time frame specified below. **Failure to file may result in the dismissal of your bankruptcy case.**

**To be filed Within Five (5) Days**
**From the Date of Filing of the Petition:**
N/A

**To be filed Within Thirty (30) days**
**From the Date of Filing of the Petition**
N/A

**To be filed within Seven (7) Days**
**From the Date of Filing of the Petition**
N/A

**To be Filed Within Fifteen (15) Days From the Date of Filing of the Petition**
Statement of Financial Affairs (Form 7)
Schedule A
Schedule B
Schedule D
Schedule E
Schedule G
Schedule H
Summary of Schedules, Page 1 (Form 6–Summary)
Statistical Summary (Form 6–Summary)
Declaration Concerning Debtor's Schedules (Form 6)
Attorney Disclosure of Compensation Form 203

Dated: 5/15/09

*W. Yvonne Evans*
W. Yvonne Evans
Clerk of Court
U.S. Bankruptcy Court

Form 430