**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Gainesville Division
Room 120 Federal Building
121 Spring Street, SE
Gainesville, GA 30501

www.ganb.uscourts.gov

In Re:

    **Hidden Lake Academy, Inc.**

Case No.: **09–22028–reb**
Chapter: **11**
Judge: **Robert Brizendine**

## *Notice of Deficient Filing*

The document(s) identified below were not filed with the bankruptcy petition. You are hereby notified that the documents must be filed with the Court within the time frame specified below. **Failure to file may result in the dismissal of your bankruptcy case.**

**To be filed Within Five (5) Days**
**From the Date of Filing of the Petition:**
N/A

**To be filed Within Thirty (30) days**
**From the Date of Filing of the Petition**
N/A

**To be filed within Seven (7) Days**
**From the Date of Filing of the Petition**
N/A

**To be Filed Within Fifteen (15) Days From the Date of Filing of the Petition**
Statement of Financial Affairs (Form 7)
Schedule A
Schedule B
Schedule D
Schedule E
Schedule G
Schedule H
Summary of Schedules, Page 1 (Form 6–Summary)
Statistical Summary (Form 6–Summary)
Declaration Concerning Debtor's Schedules (Form 6)
Attorney Disclosure of Compensation Form 203

*W. Yvonne Evans*

Dated: 5/15/09

W. Yvonne Evans
Clerk of Court
U.S. Bankruptcy Court

Form 430

# CERTIFICATE OF NOTICE

```
District/off: 113E-8          User: cornettj              Page 1 of 1                  Date Rcvd: May 15, 2009
Case: 09-22028                Form ID: 430                Total Served: 3

The following entities were served by first class mail on May 17, 2009.
db           +Hidden Lake Academy, Inc.,    830 Hidden Lake Road,    Dahlonega, GA 30533-1875
aty          +Barbara Ellis-Monro,    Ellenberg, Ogier, Rothschild & Rosenfeld,    170 Mitchell Street, SW,
               Atlanta, GA 30303-3441
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2009                    Signature:    _Joseph Speetjens_