IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | JUDGE BRIZENDINE |
| **Debtor.** | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Hidden Lake Academy (the "Debtor") filed a Motion Requesting Entry Of Interim Order Authorizing The Use of Cash Collateral and Scheduling Final Hearing on Debtor's Request to Use Cash Collateral (the "Motion") in which the Debtor seeks entry of an Order from the Court allowing it to use cash collateral to pay its regular operating expenses.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing to consider the Motion, on **June 3, 2009** at **1:30 p.m.** in Courtroom 103, United States Courthouse, 121 Spring Street, SE, Gainesville, Georgia 30501. It is further

**ORDERED AND NOTICE IS GIVEN** that your rights may be affected by the Court's ruling on this pleading.  You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).  If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver you response so that it is received by the Clerk at least two (2) business days before the hearing.  The address of the Clerk's office is: US Courthouse, Clerk's Office, 121 Spring Street SE, Room 120, Gainesville, Georgia 30501.

Dated this 22nd day of May, 2009.

Respectfully submitted,
ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

/s/ Barbara Ellis-Monro
170 Mitchell St., SW          Barbara Ellis-Monro
Atlanta, GA 30303             Georgia Bar No. 246117
404-525-4000                  bem@eorrlaw.com
                              Proposed Attorneys for the Debtor

**Certificate of Service**

    I, Barbara Ellis-Monro, hereby certify that on the date set forth below I served a true and correct copy of the foregoing **Notice of Hearing** by United States first class mail with sufficient postage affixed to insure delivery to the parties listed below:

James Morawetz
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street
Atlanta, GA 30303

Doc Martin Construction
14 Carriage Court
Dahlonega, GA 30533

Jill & Ron Ryan
c/o Gorby, Peters & Assoc.
2 Ravinia Dr, Ste 1500
Atlanta, GA 30308

Lumpkin Co. Tax Accessor
Donald Head
99 Court House Hall, Ste E
Dahlonega, GA 30533

John W. Sheffield
Internal Revenue Service
401 W. Peachtree St., NW
Atlanta, GA 30308

Oscar B. Fears, III
GA DOR
40 Capitol Square
Atlanta, GA 30334

BB&T c/o John Thompson, Esq.
1201 W. Peachtree St., Ste 3500
Atlanta, GA 30309

North Georgia Credit Srvs
Laurie Bennett
3482 Keith Bridge, #321
Cumming, GA 30041

Yates Ins. Agency
Attn: President
4 Executive Park Ease, NE, Ste 200
Atlanta, GA 30329

Morris Law Firm
Thornton Morris
1950 N. Park Pl, Ste 400
Atlanta, GA 30339

This 22nd day of May.

    ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC

    */s/ Barbara Ellis-Monro*
    Barbara Ellis-Monro
    Georgia Bar No. 246117
    170 Mitchell St., SW
    Atlanta, Georgia 30303
    (404) 525-4000 Telephone
    bem@eorrlaw.com
    Proposed Counsel for the
    Debtor and Debtor in Possession