**IT IS ORDERED as set forth below:**

**Date: May 20, 2009**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **HIDDEN LAKE ACADEMY, INC.** | ) | **CASE NO. 09-22028** |
| | ) | |
| | ) | **JUDGE BRIZENDINE** |
| <u>    Debtor.    </u> | ) | |

**ORDER AUTHORIZING PAYMENT OF PREPETITION
WAGES, SALARIES, AND RELATED TAXES**

The above-captioned case came before the Court on May 15, 2009, for consideration of the "Motion Requesting Entry of Order Authorizing Payment of Prepetition Wages, Salaries, and Taxes and Request for Expedited Hearing" (the "Motion") filed by Hidden Lake Academy, Inc. (the "Debtor") on May 14, 2009. In the

Motion, the Debtor requested entry of an order, in accordance with 11 U.S.C. §§ 105 and 507(a)(4) authorizing the payment of prepetition wages and salaries. As set forth in the Motion, the aggregate prepetition payroll due and owing to the Debtor's 12 salaried employees totaled for the period May 1, 2009 through May 15, 2009, including estimated taxes and worker's compensation insurance premiums is $20,420.00. None of the Debtor's employees will receive compensation in excess of the priority amounts proscribed by 11 U.S.C. § 507(a)(4).

As set forth in the certificate of service, notice of the hearing was given to BB&T, the 20 largest unsecured creditors and to the Office of the United States Trustee. Given the circumstances notice of the hearing was sufficient and no further notice is required.

At the hearing, Barbara Ellis-Monro appeared on behalf of the Debtor, John Thomson appeared on behalf of BB&T, Jeff Peters appeared on behalf of certain judgment creditors and James Morawetz appeared on behalf of the United States Trustee. No objections to the Motion were raised in open Court. Based upon a review of the Motion and based upon the representations of counsel and no objections having been raised, it appears that good and sufficient cause exists to grant the Motion. Accordingly, it is hereby ORDERED as follows:

1. The Debtor's request for an expedited hearing is hereby GRANTED.

2. The Debtor is authorized to pay its employees the accrued payroll due and owing as of the bankruptcy filing. As of the bankruptcy filing the gross accrued payroll due on May 15, 2009, totals $20,420.27. The payroll amounts set forth herein are inclusive of applicable taxes.

3. No payments may be made to any insiders of the Debtor, including but not limited to Dr. Leonard Buccalleto, or to any creditors on behalf of any insider. No payments shall be made to Kenneth Spooner or any creditors on his behalf.

4. Debtor is authorized to make all normal and customary withholdings and deductions from wages and other compensation paid and to make all withholding payments or contributions required under applicable law with respect to the accrued prepetition wages and salaries set forth herein.

5. Debtor's banks are authorized and directed to honor all payroll checks issued for the prepetition payroll approved herein, to the extent that funds are available to honor such checks.

6. Debtor is authorized to issue new checks to replace any checks relating to the payroll authorized herein in the event that any such payroll checks are dishonored, provided that in no event may the aggregate amount of checks honored, including, any replacement checks, exceed the amount of the payroll authorized herein.

7. Debtor is directed to serve a copy of this Order upon the appropriate parties-in-interest within three (3) business days after entry.

**[END OF DOCUMENT]**

Order prepared and presented by:
ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC
Proposed Counsel for the Debtor


*/s/ Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell Street, SW
Atlanta, GA 30303
(404) 525-4000 Telephone

3

(404) 526-8855 Facsimile
bem@eorrlaw.com

Distribution List:

Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell Street, SW, Atlanta, Georgia 30303

4

# CERTIFICATE OF NOTICE

```
District/off: 113E-8          User: jaster              Page 1 of 1          Date Rcvd: May 20, 2009
Case: 09-22028                Form ID: pdf453           Total Served: 2

The following entities were served by first class mail on May 22, 2009.
db           +Hidden Lake Academy, Inc.,    830 Hidden Lake Road,   Dahlonega, GA 30533-1875
aty          +Barbara Ellis-Monro,   Ellenberg, Ogier, Rothschild & Rosenfeld,   170 Mitchell Street, SW,
               Atlanta, GA 30303-3441

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2009**                    Signature:   *Joseph Speetjens*