**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **HIDDEN LAKE ACADEMY, INC.** | ) | **CASE NO. 09-22028** |
| | ) | |
| | ) | |
| __Debtor.__ | ) | **JUDGE BRIZENDINE** |

**Certificate of Service**

I, Barbara Ellis-Monro, hereby certify that on May 22, 2009, I served a true and correct copy of the **May 20, 2009 ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, AND RELATED TAXES** by United States first class mail upon the parties listed below:

James Morawetz
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street
Atlanta, GA 30303

Doc Martin Construction
14 Carriage Court
Dahlonega, GA 30533

Jill & Ron Ryan
c/o Gorby, Peters & Assoc.
2 Ravinia Dr, Ste 1500
Atlanta, GA 30308

Lumpkin Co. Tax Accessor
Donald Head
99 Court House Hall, Ste E
Dahlonega, GA 30533

John W. Sheffield
Internal Revenue Service
401 W. Peachtree St., NW
Atlanta, GA 30308

Oscar B. Fears, III
Georgia Dept. of Revenue
40 Capitol Square
Atlanta, GA 30334

BB&T c/o John Thompson, Esq.
1201 W. Peachtree St., Ste 3500
Atlanta, GA 30309

North Georgia Credit Srvs
Laurie Bennett
3482 Keith Bridge, #321
Cumming, GA 30041

Yates Ins. Agency
Attn: President
4 Executive Park Ease, NE, Ste 200
Atlanta, GA 30329

Morris Law Firm
Thornton Morris
1950 N. Park Pl, Ste 400
Atlanta, GA 30339

ELLENBERG, OGIER,
ROTHSCHILD & ROSENFELD,
PC

*/s/ Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
(404) 525-4000 Telephone
(404) 526-8855 Facsimile
bem@eorrlaw.com

Proposed Counsel for the
Debtor and Debtor in Possession