# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. G09-22028-REB |
| | ) | |
| HIDDEN LAKE ACADEMY, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO THE CLERK OF THE COURT:

This is to advise you, pursuant to Bankruptcy Rule 9010, of this Firm's representation of

**BRANCH BANKING & TRUST COMPANY** in the above-referenced bankruptcy case.

Please send all future pleadings and notices in the above-captioned action to John A. Thomson, Jr., at the following address:

John A. Thomson, Jr., Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
271 17th Street, N.W.
Suite 2400
Atlanta, Georgia 30363-1017
(404) 888-7409 direct dial
(404) 870-4841 direct fax
jthomson@wcsr.com

This includes, without limitation, all notices, pleadings, and other documents referred to in Bankruptcy Rules 2002, 2017, 4001, 6004, 6007 and 9007 for both this case and any other case or cases that may subsequently be consolidated herewith.  By service of this pleading, this Firm requests that Debtor's counsel place this Firm on the mailing and distribution lists for all further pleadings filed in this action.

WCSR  4135577v1

Respectfully submitted this 27th day of May, 2009.

                                                                           WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

                                                                           By:    /S/  John A. Thomson, Jr.

271 17th Street, N.W.                                   John A. Thomson, Jr.
Suite 2400                                                         State Bar No. 706760
Atlanta, Georgia 30363-1017
(404) 888-7409 direct phone                   **Attorney for Branch Banking & Trust**
(404) 870-4841 direct fax                              **Company**

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on May 27, 2009, a true and correct copy of the within and foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Barbara Ellis-Monro, Esq. | Office of the United States Trustee |
| ATTORNEY FOR DEBTOR | 362 Richard B. Russell Building |
| Ellenberg, Ogier, Rothschild & Rosenfeld, P.C. | 75 Spring Street, S.W. |
| 170 Mitchell Street, S.W. | Atlanta, Georgia  30303 |
| Atlanta, GA 30303 | |

      This 27th day of May, 2009.

                                              /S/  John A. Thomson, Jr.
                                              John A. Thomson, Jr.
                                              State Bar No. 706760

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
271 17th Street, N.W.
Suite 2400
Atlanta, Georgia 30363-1017
(404) 888-7409 direct phone
(404) 870-4841 direct fax