IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 11** |
| **HIDDEN LAKE ACADEMY, INC.** | ) | |
| | ) | **CASE NO. 09-22028** |
| | ) | |
| Debtor. | ) | **JUDGE BRIZENDINE** |

**MOTION REQUESTING EXTENSION OF TIME
TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

COMES NOW HIDDEN LAKE ACADEMNY ("Debtor") and hereby file this "Motion Requesting Extension of Time to File Schedules and Statement of Financial Affairs" ("Motion"). In support of the Motion, Debtor shows the Court as follows:

1. On May 14, 2009, ("Petition Date"), Debtor filed a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code"). No Trustee has been appointed. Debtor continues to operate its business and manage its affairs as a debtor-in-possession in accordance with Sections 1107 and 1108 of the Bankruptcy Code.

2. The voluntary petition was accompanied by a list of the names and addresses of Debtor's twenty largest unsecured creditors.

3. The time to file the Statement of Financial Affairs, List of Executory Contracts, Schedules, and Statement of Income and Expenses (collectively, the "Schedules") expires on May 29, 2009.

4. Debtor is in the process of preparing the Schedules and preparing information for the Initial Debtor Interview with the Office of the United States Trustee in addition to continuing to run its business . Debtor requests an extension of five (5)

1

calendar days to file the Schedules and Statement of Financial Affairs through June 3, 2009.

5. The meeting of creditors has been rescheduled for June 25, 2009. The extension of time requested herein should not adversely impact the creditor meeting. Debtor's attorney will serve a copy of the Schedules to the United States Trustee assigned to supervise this case upon filing.

WHEREFORE, Debtor requests entry of an order granting this Motion and such other and further relief as is deemed appropriate by the Court.

Respectfully submitted this 28th day of May, 2009.

                ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC

                /s/ Barbara Ellis-Monro
                Barbara Ellis-Monro
                Georgia Bar No. 246117
                Proposed Attorney for Debtor
                170 Mitchell Street
                Atlanta, GA 30303
                (404) 525-4000
                (404) 526-8855 Facsimile
                bem@eorrlaw.com

                Proposed counsel for Debtor and Debtor In Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 11 |
| **HIDDEN LAKE ACADEMY, INC.** | ) |
| | ) CASE NO. 09-22028 |
| | ) |
| Debtor. | ) JUDGE BRIZENDINE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date indicated below I caused a true and correct copy of the within and foregoing to be served by overnight delivery on the date specified below, by delivery the same to Federal Express for delivery to the following:

> James Morawetz
> United States Trustee's Office
> 362 Richard B. Russell Federal Bldg
> 75 Spring Street, SW
> Atlanta, GA  30303

This 28th day of May, 2009.

> ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC
>
> /s/ Barbara Ellis-Monro
> Barbara Ellis-Monro
> Georgia Bar No. 246117
> Proposed Attorney for Debtor
> 170 Mitchell Street
> Atlanta, GA 30303
> (404) 525-4000
> (404) 526-8855 Facsimile
> bem@eorrlaw.com
> Proposed counsel for Debtor and Debtor In Possession

3