UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-22028-reb |
| | : | |
| HIDDEN LAKE ACADEMY, INC., | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance in the above-captioned case as counsel for the United States Trustee for Region 21.

Respectfully submitted,

  /s/ *James H. Morawetz*
JAMES H. MORAWETZ
Georgia Bar No. 521900
Trial Attorney

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303
Tel: (404) 331-4437
Fax: (404) 331-4464
E-mail: jim.h.morawetz@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that I am over the age of 18 and that on this date I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be deposited in the U.S. Mail, first class postage prepaid, addressed as follows:

Barbara Ellis-Monro, Esq.
Ellenberg, Ogier, Rothschild & Rosenfeld
170 Mitchell Street, SW
Atlanta, GA 30303

      This the  29th  day of May, 2009.

                                                    /s/ *James H. Morawetz*
                                                    JAMES H. MORAWETZ
                                                    Trial Attorney