UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORIGA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| HIDDEN LAKE ACADEMY, INC. ) | |
| ) | CASE NO. 09-22028 |
| Debtor. ) | |
| _____) | JUDGE BRIZENDINE |

NOTICE OF FILING OF AMENDED BUDGET

COMES NOW, HIDDEN LAKE ACADEMY, INC., debtor herein, by and through undersigned counsel and files this Notice of Filing Amended Budget.  Attached hereto is the Debtor's Amended Budget.

　　　Dated this 2nd day of May.

　　　　　　　　　　　　　　　　　　　ELLENBERG, OGIER, ROTHSCHILD &
　　　　　　　　　　　　　　　　　　　ROSENFELD, PC


　　　　　　　　　　　　　　　　　　　/s/ Barbara Ellis- Monro
　　　　　　　　　　　　　　　　　　　Barbara Ellis-Monro
　　　　　　　　　　　　　　　　　　　Georgia Bar No. 246117

　　　　　　　　　　　　　　　　　　　Proposed Attorneys for the Debtor

170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000
bem@eorrlaw.com

| HIDDEN LAKE AMENDED BUDGET JUNE 2009 TO MAY 2010 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | June 2009 | July 2009 | Aug 2009 | Sept 2009 | Oct 2009 | Nov 2009 | Dec 2009 | Jan 2010 | Feb 2010 | Mar 2010 | April 2010 | May 2010 | YTD 2009/2010 |
| **Income** | | | | | | | | | | | | | |
| Rent Income from HLA | 0 | 0 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 375,000 |
| Management Fee from HLA | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 475,200 |
| **Total Income** | 39,600 | 39,600 | 77,100 | 77,100 | 77,100 | 77,100 | 77,100 | 77,100 | 77,100 | 77,100 | 77,100 | 77,100 | 850,200 |
| **Expenses** | | | | | | | | | | | | | |
| Hidden Lake Payroll | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 396,000 |
| Hidden Lake Payroll Taxes | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 79,200 |
| **Total Payroll** | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 475,200 |
| **Total Expenses** | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 39,600 | 475,200 |
| **Net Income** | 0 | 0 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 375,000 |

CERTIFICATE OF SERVICE

I, hereby certify, that on June 2, 2009, I served the foregoing NOTICE OF FILING OF Amended Budget by electronic mail to the following individuals:

>Jim.h.morawetz@usdoj.gov
>Jim Morawetz
>Office of the United States Trustee
>362 Richard B. Russell Bldg
>75 Spring St., SW
>Atlanta, Georgia 30303
>
>Jthomson@wcsr.com
>John Thomson
>Womble Carlyle Sandridge & Rice PLLC
>1201 West Peachtree St., Ste 3500
>Atlanta, Georgia 30309
>
>Jcooper@gorbypeters.com
>Jeff Cooper
>Gorby, Peters & Associates, LLC
>2 Ravinia Dr., Ste 1500
>Atlanta, Georgia 30346
>
>tmorris@morrislawpartners.com
>Thornton Morris
>Morris Law Firm
>1950 N. Park Pl, Ste 400
>Atlanta, Georgia 30339

>/s/ Barbara Ellis-Monro
>Barbara Ellis-Monro
>Georgia Bar No. 246117

Ellenberg, Ogier, Rothschild
& Rosenfeld, PC
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000
bem@eorrlaw.com