**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE:                          ) | |
| )                                 | **CHAPTER 11** |
| HIDDEN LAKE ACADEMY, INC.        ) | |
| )                                 | **CASE NO. 09-22028** |
| )                                 | |
| _____Debtor._____) | **JUDGE BRIZENDINE** |

**MOTION REQUESTING EXTENSION OF TIME**
**TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

COMES NOW  HIDDEN LAKE ACADEMNY ("Debtor") and hereby file this "Motion Requesting Extension of Time to File Schedules and Statement of Financial Affairs" ("Motion").  In support of the Motion, Debtor shows the Court as follows:

1.      On May 14, 2009, ("Petition Date"), Debtor filed a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code").  No Trustee has been appointed. Debtor continues to operate its business and manage its affairs as a debtor-in-possession in accordance with Sections 1107 and 1108 of the Bankruptcy Code.

2.      The voluntary petition was accompanied by a list of the names and addresses of Debtor's twenty largest unsecured creditors.

3.      The time to file the Statement of Financial Affairs, List of Executory Contracts, Schedules, and Statement of Income and Expenses (collectively, the "Schedules") expires on  June 3, 2009, having been extended from the original deadline of May 29, 2009.

4.      Debtor is in the process of preparing the Schedules and Statement of Financial Affairs in addition to continuing to run its business with reduced staff.  Debtor

requests an extension of six (6) additional calendar days, for a total extension of ten (10) calendar days to file the Schedules and Statement of Financial Affairs through June 8, 2009.

5.    The meeting of creditors has been rescheduled for June 25, 2009.  The extension of time requested herein should not adversely impact the creditor meeting. Debtor's attorney will serve a copy of the Schedules to the United States Trustee assigned to supervise this case upon filing.

WHEREFORE, Debtor requests entry of an order granting this Motion and such other and further relief as is deemed appropriate by the Court.

Respectfully submitted this 3rd  day of June, 2009.

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Georgia Bar No. 246117
Proposed Attorney for Debtor
170 Mitchell Street
Atlanta, GA 30303
(404) 525-4000
(404) 526-8855 Facsimile
bem@eorrlaw.com

Proposed counsel for Debtor and
Debtor In Possession

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 11** |
| **HIDDEN LAKE ACADEMY, INC.** | ) | |
| | ) | **CASE NO. 09-22028** |
| | ) | |
| Debtor. | ) | **JUDGE BRIZENDINE** |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the date indicated below I caused a true and correct copy of the within and foregoing to be served by United States First Class Mail to the following:

James Morawetz
United States Trustee's Office
362 Richard B. Russell Federal Bldg
75 Spring Street, SW
Atlanta, GA  30303

This 3rd day of June, 2009.

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Georgia Bar No. 246117
Proposed Attorney for Debtor
170 Mitchell Street
Atlanta, GA 30303
(404) 525-4000
(404) 526-8855 Facsimile
bem@eorrlaw.com
Proposed counsel for Debtor and Debtor
In Possession

3