

**IT IS ORDERED as set forth below:**

**Date: June 09, 2009**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| HIDDEN LAKE ACADEMY, INC., ) | |
| ) | |
| ) | CASE NO.  09-22028 |
| Debtor. ) | |

**ORDER EXTENDING DEADLINE TO FILE SCHEDULES AND
STATEMENT OF FINANCIAL AFFAIRS**

The above-captioned bankruptcy case is before the Court for consideration of the motion requesting extension of time to file schedules and statement of financial affairs ("Motion") filed by Hidden Lake Academy, Inc. ("Debtor") on June 3, 2009.  In the Motion, Debtor requested

entry of an order extending the deadline for filing Schedules[1] and Statement of Financial Affairs through June 8, 2009. The meeting of creditors in this case is scheduled for June 25, 2009.

After reviewing the Motion and the representations contained therein, it appears that extending the deadline for the Debtor to file its Schedules and Statement of Financial Affiars will not have an adverse impact on creditors or case administration. Accordingly, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The deadline for the Debtor to file its Schedules and Statement of Financial Affairs is hereby extended through and including June 8, 2009.

**END OF DOCUMENT**

Prepared by:

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

/s/  Barbara Ellsi-Monro_____
Barbara Ellis-Monro
Georgia Bar No. 246117
Proposed Attorney for Debtor
170 Mitchell Street
Atlanta, Georgia 30303
(404) 525-4000
(404) 526-8855 Facsimile
bem@eorrlaw.com

---

[1] Capitalized terms not otherwise defined shall have the meanings set forth in the Motion.

DISTRIBUTION LIST

Jim Morawetz
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Barbara Ellis-Monro
Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell Street
Atlanta, GA 30303