**IT IS ORDERED as set forth below:**

**Date: June 09, 2009**

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 11** |
| HIDDEN LAKE ACADEMY, INC., | ) | |
| | ) | |
| | ) | **CASE NO. 09-22028** |
| Debtor. | ) | |

**ORDER EXTENDING DEADLINE TO FILE SCHEDULES AND**
**STATEMENT OF FINANCIAL AFFAIRS**

The above-captioned bankruptcy case is before the Court for consideration of the motion requesting extension of time to file schedules and statement of financial affairs ("Motion") filed by Hidden Lake Academy, Inc. ("Debtor") on June 3, 2009. In the Motion, Debtor requested

entry of an order extending the deadline for filing Schedules[1] and Statement of Financial Affairs through June 8, 2009. The meeting of creditors in this case is scheduled for June 25, 2009.

After reviewing the Motion and the representations contained therein, it appears that extending the deadline for the Debtor to file its Schedules and Statement of Financial Affiars will not have an adverse impact on creditors or case administration. Accordingly, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The deadline for the Debtor to file its Schedules and Statement of Financial Affairs is hereby extended through and including June 8, 2009.

**END OF DOCUMENT**

Prepared by:

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

/s/_Barbara Ellsi-Monro_____
Barbara Ellis-Monro
Georgia Bar No. 246117
Proposed Attorney for Debtor
170 Mitchell Street
Atlanta, Georgia 30303
(404) 525-4000
(404) 526-8855 Facsimile
bem@eorrlaw.com

---

[1] Capitalized terms not otherwise defined shall have the meanings set forth in the Motion.

DISTRIBUTION LIST

Jim Morawetz
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Barbara Ellis-Monro
Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell Street
Atlanta, GA 30303

# CERTIFICATE OF NOTICE

```
District/off: 113E-8          User: jaster              Page 1 of 1              Date Rcvd: Jun 10, 2009
Case: 09-22028                Form ID: pdf406           Total Noticed: 3

The following entities were noticed by first class mail on Jun 12, 2009.
db           +Hidden Lake Academy, Inc.,    830 Hidden Lake Road,    Dahlonega, GA 30533-1875
aty          +Barbara Ellis-Monro,    Ellenberg, Ogier, Rothschild & Rosenfeld,    170 Mitchell Street, SW,
               Atlanta, GA 30303-3441
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 12, 2009**                         Signature:    _Joseph Speetjens_