B6G (Official Form 6G) (12/07)

In re  **Hidden Lake Academy, Inc.**,    Case No. **09-22028**
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **CitiCapital Technology Finance**<br>1255 Wrights Lane<br>West Chester, PA 19380 | software financing lease agreement (the debtor reservest her ight to assert that this "lease" is not a true lease but is a security agreement) |
| **Dell Financial Services, LP**<br>12234 N. 1H-35, Bldg B<br>Austin, TX 78753 | lease #0008578091-001 dated July 2, 2007 (the debtor reserves the right to assert that this "lease" is not a true lease but is a security agreement) |
| **Dell Financial Services, LP**<br>12234 N. 1H-35, Bldg B<br>Austin, TX 78753 | lease no. 0003576091-002 dated 7/13/07 (the debtor reserves the right to assert that this "lease" is not a true lease but is a security agreement) |
| **Dell Financial Services, LP**<br>12234 N. 1H-35, Bldg B<br>Austin, TX 78753 | lease no. 008576091-005 dated 12/21/07 (the debtor reserves the right to assert that this "lease" is not a true lease but is a security agreement) |
| **Dell Financial Services, LP**<br>12234 N. 1H-35, Bldg. B<br>Austin, TX 78753 | lease no. 008578091-008 dated 1/4/08 (the debtor reserves the right to assert that this "lease" is not a true lease but is a security agreement) |
| **Dell Financial Services, LP**<br>12234 N. 1H-35, Bldg B<br>Austin, TX 78753 | lease no. 008576091-004 dated 8/4/07 (the debtor reserves the right to assert that this "lease" is not a true lease but is a security agreement) |
| **Graybar Financial Services LLC**<br>10201 Centurion Pkwy N,<br>Ste 100<br>Jacksonville, FL 32256 | Network servers (the debtor reserves the right to assert that this "lease" is not a true lease but is a security agreement) |
| **Graybar Financial Services LLC**<br>10201 Centurion Pkwy N<br>Ste 100<br>Jacksonville, FL 32256 | lease agreement 623358 computer equipment and maintenance administration (the debtor reserves the right to assert that this "lease" is not a true lease but is a security agreement) |
| **HLA, Inc.**<br>830 Hidden Lake Road<br>Dahlonega, GA 30533 | ground lease |
| **HLA, Inc.**<br>850 Hidden Lake Rd<br>Dahlonega, GA 30533 | January 1, 1998 Management Agreement |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy