B6H (Official Form 6H) (12/07)

In re  **Hidden Lake Academy, Inc.**                           ,                Case No.  **09-22028**
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hidden Lake Foundation, Inc**<br>830 Hidden Lake Rd<br>Dahlonega, GA 30533 | **Jill & Ron Ryan, et. al.**<br>c/o Gorby, Peters & Assoc., LL<br>2 Ravinia Dr., Ste 1500<br>Atlanta, GA 30346 |
| **HLA, Inc.**<br>830 Hidden Lake Rd<br>Dahlonega, GA 30533 | **BB&T**<br>c/o John Thomson<br>1202 W. Peachtree St., Ste 350<br>Dahlonega, GA 30533 |
| **HLA, Inc.**<br>830 Hidden Lake Rd.<br>Dahlonega, GA 30533 | **Morris Law Firm, LLC**<br>1950 Park Pl, Ste 400<br>Atlanta, GA 30339 |
| **HLA, Inc.**<br>830 Hidden Lake Rd<br>Dahlonega, GA 30533 | **Jill & Ron Ryan, et. al.**<br>c/o Gorby, Peters & Assoc., LL<br>2 Ravinia Dr, Ste 1500<br>Atlanta, GA 30346 |
| **HLA, Inc.**<br>830 Hidden Lake Rd<br>Dahlonega, GA 30533 | **Georgia Department of Labor**<br>Sussex Pl. Room 738<br>148 Andrew Young Int'l Blvd<br>Atlanta, GA 30303 |
| **Leonard Buccellato**<br>3390 Peachtree Rd.<br>Atlanta, GA 30326 | **Morris Law Firm, LLC**<br>1950 Park Pl, Ste 400<br>Atlanta, GA 30339 |
| **Leonard Buccellato**<br>3390 Peachtree Rd.<br>Atlanta, GA 30326 | **BB&T**<br>co John Thomson<br>1201 W. Peachtree St. Ste 3500<br>Atlanta, GA 30309 |
| **Leonard Buccellato**<br>3390 Peachtree Rd.<br>Atlanta, GA 30326 | **Jill & Ron Ryan, et. al.**<br>c/o Gorby, Peters & Assoc., LL<br>2 Ravinia Dr., Ste. 1500<br>Atlanta, GA 30346 |
| **Ridge Creek Academy**<br>830 Hidden Lake Rd<br>Dahlonega, GA 30533 | **BB&T**<br>c/o John Thomson<br>1201 W. Peachtree St. Ste 3500<br>Atlanta, GA 30309 |

**0**
_____ continuation sheets attached to Schedule of Codebtors