**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | CASE NO.  09-22028 |
| | ) | |
| | ) | |
| <u>     Debtor.                                     </u> | ) | JUDGE BRIZENDINE |

**CERTIFICATE OF SERVICE**

This is to certify that on June 9, 2009, I served a copy of the Debtor's Statement of Financial Affairs and Schedules filed on June 8, 2009, by depositing same in the United States Mail in an envelope with adequate postage affixed thereto to assure delivery addressed as follows:

> Jim H. Morawetz, Esq.
> Office of the United States Trustee
> 362 Richard Russell Building
> 75 Spring Street, S.W.
> Atlanta, Georgia   30303

This 20th day of June, 2009.

> *//s// Barbara Ellis-Monro*_____
> Barbara Ellis-Monro
> Georgia Bar No. 246117
> Proposed counsel for the debtor

Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000 Telephone
404-526-8855 Facsimile
bem@eorrlaw.com