**IT IS ORDERED as set forth below:**



Date: June 26, 2009

_____
Robert E. Brizendine
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

**ORDER APPROVING EMPLOYMENT OF
ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC AS
ATTONREYS FOR DEBTOR NUNC PRO TUNC THE PETITION DATE**

Hidden Lake Academy, Inc., debtor and debtor in possession herein ("Debtor" or "Applicant") has filed its Application for Approval of Employment of Ellenberg, Ogier, Rothschild & Rosenfeld, PC, as Attorneys for the Debtor Nunc Pro Tunc to the Filing

Date. It appearing that the members of Ellenberg, Ogier, Rothschild & Rosenfeld, PC ("EORR") are qualified to represent the Debtor in this case and that they represent no interest adverse to the Debtor or the Estate in matters upon which they are to be engaged, and that their employment is necessary and is in the best interest of the Debtor and its Estate, it is hereby

ORDERED and Adjudged that the employment of EORR is hereby authorized and approved for the purposes specified in the Application effective as of May 14, 2009. No compensation or expense reimbursement for the Estate is authorized hereunder except as provided in 11 U.S.C. §§330 and 331, upon Order of this Court after application, notice and hearing; and it is

FURTHER ORDERED that this Order is subject to written objection of the United States Trustee or any other party in interest filed within twenty (20) days after entry of this Order. In the event an objection is timely filed within such period, a hearing will be held upon notice to the objecting party and the Trustee; and it is

FURTHER ORDERED that counsel for the Debtor is directed to serve a copy of this order on the United States Trustee, BB&T, the twenty (20) largest unsecured creditors of the Debtor and any party that has requested notice in this case.

**END OF DOCUMENT**

Prepared and Presented by:
Ellenberg, Ogier, Rothschild & Rosenfeld, PC
/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Georgia Bar No 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000 Telephone
404-525-8855 Facsimile

Distribution List: Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, Georgia 30303