**United States Bankruptcy Court**
**Northern District of Georgia**
**Gainesville Division**
**121 Spring Street South East**
**Gainesville, Georgia 30501**
**Room 120**

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

JUL 09 2009

W. YVONNE EVANS
CLERK

BY _____
DEPUTY CLERK

To whom it may concern:  My son was a student at Hidden Lake Academy in Dahlonega GA.  They are now in Chapter 11 bankruptcy.  Case # 0922028, tax id # 582124642.  I had paid tuition several months in advance and would like to be listed as a creditor and kept informed of any matters pertaining to this case.  Feel free to contact me at the following address:  Jeffrey A. Clark  3335 Rowan Road SW, Conyers, Georgia 30094-3450 or my e-mail address: jeffreyaclark@bellsouth.net  I will submit a form B-10 soon.

Thankyou,

Jeffrey A. Clark