IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 11** |
| **HIDDEN LAKE ACADEMY, INC.** | ) | |
| | ) | **CASE NO. 09-22028** |
| | ) | |
| Debtor. | ) | **JUDGE BRIZENDINE** |

### DEBTOR'S MONTHLY OPERATING REPORT

### FOR THE PERIOD MAY 14, 2009 THROUGH MAY 31, 2009

COMES NOW the above named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015. Counsel for the Debtor has not reviewed the Debtor's business records on which this Operating Report is based and makes no representation concerning the accuracy of the financial information provided herein.

July 10, 2009
Atlanta, Georgia

Respectfully submitted,

ELLENBERG, OGIER, ROTHSCHILD
& ROSENFELD, PC

/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Georgia Bar No. 246117
Attorneys for the Debtor

Debtor's Address and Phone Number:

830 Hidden Lake Road
Dahlonega, Georgia 30533
706-864-4730

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING *May 14* AND ENDING *May 31*

Name of Debtor: *Hidden Lake Academy*
Date of Petition: *May 14, 2009*

Case Number *09-22028*

|  | CURRENT MONTH (a) | CUMULATIVE PETITION TO DATE (b) |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | | |
| 2. RECEIPTS: | | |
|    A. Cash Sales | | |
|    Minus: Cash Refunds | (-) | |
|    Net Cash Sales | | |
|    B. Accounts Receivable | | |
|    C. Other Receipts *(See MOR-3)* | | |
|    (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | | |
| 5. DISBURSEMENTS | | |
|    A. Advertising | | |
|    B. Bank Charges | | |
|    C. Contract Labor | | |
|    D. Fixed Asset Payments (not incl. in "N") | | |
|    E. Insurance | | |
|    F. Inventory Payments *(See Attach. 2)* | | |
|    G. Leases | | |
|    H. Manufacturing Supplies | | |
|    I. Office Supplies | | |
|    J. Payroll - Net *(See Attachment 4B)* | 14,875 | 14,875 |
|    K. Professional Fees (Accounting & Legal) | | |
|    L. Rent | | |
|    M. Repairs & Maintenance | | |
|    N. Secured Creditor Payments *(See Attach. 2)* | | |
|    O. Taxes Paid - Payroll *(See Attachment 4C)* | 0 | 0 |
|    P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
|    Q. Taxes Paid - Other *(See Attachment 4C)* | | |
|    R. Telephone | | |
|    S. Travel & Entertainment | | |
|    Y. U.S. Trustee Quarterly Fees | | |
|    U. Utilities | | |
|    V. Vehicle Expenses | | |
|    W. Other Operating Expenses *(See MOR-3)* | | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | | |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | (c) | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This *10* day of *July*, 20*09*  /s/ *Leonard Buccellato*
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

MOR-2

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING _May 14_ AND ENDING _May 31_

Name of Debtor: _Hidden Lake Academy_
Date of Petition: _May 14 2009_

Case Number _____

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | _____ (a) | _____ (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts *(See MOR-3)* | | |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | | |
| 5. DISBURSEMENTS: | | |
| A. Advertising | | |
| B. Bank Charges | | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net *(See Attachment 4B)* | 14,875 | 14,875 |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | 0 | 0 |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | | |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | _____ (c) | _____ (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This ___ day of _____, 20__.

_____ (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

MOR-2

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties
directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| N/A | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Payroll – Payco | $ 100.65 | 100.65 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## ATTACHMENT 1

### MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: _Hidden Lake Academy_ Case Number: _09-22028_

Reporting Period beginning _May 14, 2009_ Period ending _May 31, 2009_

ACCOUNTS RECEIVABLE AT PETITION DATE: _0_

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ _N/A_ | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____
_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

MOR-4

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: *Hidden Lake Academy*    Case Number: *09 – 22028*

Reporting Period beginning *MAY, 14, 2009*    Period ending *MAY 31, 2009*

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | *N/A* | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

---

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $_____ | (a) |
| PLUS: New Indebtedness Incurred This Month | $_____ | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $_____ | |
| PLUS/MINUS: Adjustments | $_____ | * |
| Ending Month Balance | $_____ | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| *BB&T* | *0* | *0* | *1 Month* | |
| | | | | |
| | | | | |

TOTAL _____(d)

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

ATTACHMENT 3
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: _Hidden Lake Academy_    Case Number: _09-22028_

Reporting Period beginning _MAY 14, 2009_    Period ending _May 31, 2009_

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:    $ _NA_
INVENTORY RECONCILIATION:
      Inventory Balance at Beginning of Month    $ _____(a)
        PLUS: Inventory Purchased During Month    $ _____
        MINUS: Inventory Used or Sold    $ _____
        PLUS/MINUS: Adjustments or Write-downs    $ _____*
      Inventory on Hand at End of Month    $ _____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.
    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

---

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _Unknown_ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _196 acres_
_____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month    $ _Unknown_ (a)(b)
    MINUS: Depreciation Expense    $ _____
    PLUS: New Purchases    $ _____
    PLUS/MINUS: Adjustments or Write-downs    $ _____*
Ending Monthly Balance    $ _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report. For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

ATTACHMENT 4A

### MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: _Hidden LAke AcAdemy_    Case Number: _09-22028_

Reporting Period beginning _May 14, 2009_    Period ending _May 31, 2009_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _Appalachian Community_ BRANCH: _Dahlonega_

ACCOUNT NAME: _Hidden LAke Academy_ ACCOUNT NUMBER: _1400002703_

PURPOSE OF ACCOUNT: _____ OPERATING _/Opened under wrong entity_

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ _24,660.86_ | _Account closed_ |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | **(a) |

*Debit cards are used by _none_____

**If Closing Balance is negative, provide explanation:_____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: (   Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _NA_ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ _10,000_____ Transferred to Payroll Account
$ _0_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-7

Page 1 of 1

HIDDEN LAKE OPERATION    2004158495: Current Statement Transactions as of 06/23/2009 1:06 PM

| Date | Transaction Number | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 06/10/2009 | | CHK# 00 AMT $100.65 NSF FEE CHARGE | 35.00 | | -35.00 |
| 06/15/2009 | | Telephone- DDA to DDA Transfer | | 500.00 | 465.00 |
| 06/16/2009 | | DEPOSIT | | 18,000.00 | 18,465.00 |
| 06/16/2009 | 30204 | CHECK | 1,226.94 | | 17,238.06 |
| 06/16/2009 | | PAYCO PAYROLL HLA | 100.65 | | 17,137.41 |
| 06/16/2009 | 30209 | CHECK | 1,365.66 | | 15,771.75 |
| 06/16/2009 | 30206 | CHECK | 930.73 | | 14,841.02 |
| 06/17/2009 | 30202 | CHECK | 2,047.21 | | 12,793.81 |
| 06/17/2009 | 30205 | CHECK | 1,920.05 | | 10,873.76 |
| 06/17/2009 | 30208 | CHECK | 1,247.09 | | 9,626.67 |
| 06/18/2009 | 30201 | CHECK | 839.40 | | 8,787.27 |
| 06/18/2009 | 30200 | CHECK | 765.64 | | 8,021.63 |
| 06/22/2009 | | HarlandBusinessS DlyBus HARLAND75124 15 | 125.99 | | 7,895.64 |
| **Total:** | | | **(11) 10,604.36** | **(2) 18,500.00** | |

*Hidden LAKE operating*

HIDDEN LAKE PAYROLL          2004158586: Current Statement Transactions as of 06/23/2009 1:08 PM

| Date | Transaction Number | Description | Debit | Credit | Balance |
|------|--------------------|-------------|-------|--------|---------|
| 06/11/2009 | | DEPOSIT | | 13,179.33 | 13,179.33 |
| 06/15/2009 | | In Person DDA to DDA Transfer | | 4,000.00 | 17,179.33 |
| 06/16/2009 | | In Person DDA to DDA Transfer | 17,000.00 | | 179.33 |
| 06/17/2009 | | DEPOSIT | | 6,000.00 | 6,179.33 |
| 06/22/2009 | | HarlandBusinessS DlyBus HARLAND75124 16 | 125.99 | | 6,053.34 |
| Total: | | | (2) 17,125.99 | (3) 23,179.33 | |

*Hidden LAKE PAYDH*

<u>ATTACHMENT 5A</u>

<u>CHECK REGISTER - OPERATING ACCOUNT</u>

Name of Debtor: _Hidden Lake Academy_   Case Number: _09-022028_

Reporting Period beginning _MAY 14, 2009_   Period ending _May 31, 2009_

NAME OF BANK: _Appalachian Comm._   BRANCH: _Dahlonega_

ACCOUNT NAME: _Hidden Lake Academy_

ACCOUNT NUMBER: _1400002703_

PURPOSE OF ACCOUNT: _____OPERATING_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              | _See Attached_ |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL _Opened in wrong emitity now closed_       $ _____

2:42 PM
06/23/09
Accrual Basis

**HLA, Inc.** WAS Hidden LAKE Academy
**Transactions by Account**
As of May 31, 2009

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Appalachian Community** | | | | | | | | |
| Check | 5/14/2009 | 1060 | Sharon Haynie | | * | Goodwill / Gifts | -140.00 | -998.91 |
| Check | 5/14/2009 | 1061 | Uniform Sales of A... | | * | Uniforms cloth... | -999.45 | -1,138.91 |
| Deposit | 5/14/2009 | | | Deposit | | Undeposited F... | -999.45 | -2,138.36 |
| General Journal | 5/14/2009 | 251 | Appalachian Comm... | Len Loan | | Due to LAB | 7,000.00 | 4,861.64 |
| Deposit | 5/15/2009 | | | Deposit | | Due to LAB | 12,600.00 | 17,461.64 |
| Check | 5/15/2009 | 30159 | Brian Alano | | | Undeposited F... | 7,248.56 | 24,710.20 |
| Check | 5/15/2009 | 30160 | James Baker | | | Payroll Excha... | -788.21 | 23,921.99 |
| Check | 5/15/2009 | 30161 | Dennis Beatty | | | Payroll Excha... | -910.69 | 23,011.30 |
| Check | 5/15/2009 | 30162 | Laura K Bell | | | Payroll Excha... | -823.76 | 22,187.54 |
| Check | 5/15/2009 | 30163 | Matthew Bergeron | | | Payroll Excha... | -979.52 | 21,208.02 |
| Check | 5/15/2009 | 30164 | Andrew Browne | | | Payroll Excha... | -956.38 | 20,251.64 |
| Check | 5/15/2009 | 30165 | Sonja R Buckles | | | Payroll Excha... | -952.82 | 19,298.82 |
| Check | 5/15/2009 | 30166 | Kristopher W Chest... | | | Payroll Excha... | -1,354.89 | 17,943.93 |
| Check | 5/15/2009 | 30167 | Tab Easley | | | Payroll Excha... | -321.61 | 17,622.32 |
| Check | 5/15/2009 | 30168 | Jamie Fambrough | | | Payroll Excha... | -803.33 | 16,818.99 |
| Check | 5/15/2009 | 30169 | Janet Fraser | | | Payroll Excha... | -967.82 | 15,851.17 |
| Check | 5/15/2009 | 30170 | Kathleen Heasley | | | Payroll Excha... | -640.45 | 15,210.72 |
| Check | 5/15/2009 | 30171 | Melanie Hansen | | | Payroll Excha... | -594.30 | 14,091.59 |
| Check | 5/15/2009 | 30172 | Allen R Holley | | | Payroll Excha... | -1,119.13 | 14,091.59 |
| Check | 5/15/2009 | 30173 | Jeanette Hurt | | | Payroll Excha... | -1,161.72 | 13,497.29 |
| Check | 5/15/2009 | 30174 | Laura Inman | | | Payroll Excha... | -923.42 | 12,335.57 |
| Check | 5/15/2009 | 30175 | Joy Kidd | | | Payroll Excha... | -805.29 | 11,412.15 |
| Check | 5/15/2009 | 30176 | Matthew Klein | | | Payroll Proces... | -890.82 | 10,526.86 |
| Check | 5/15/2009 | 30177 | Christopher Lucas | | | Payroll Excha... | -1,205.15 | 9,636.04 |
| Check | 5/15/2009 | 30178 | Betty Robinson | | | Payroll Excha... | -1,749.09 | 8,430.89 |
| Check | 5/15/2009 | 30179 | Jerald S Smith | | | Payroll Excha... | -953.36 | 6,681.80 |
| Check | 5/15/2009 | 30180 | William Stevens | | | Payroll Excha... | -1,103.37 | 5,728.44 |
| Check | 5/15/2009 | 30181 | Walter Sumpter | | | Payroll Excha... | -1,166.14 | 4,625.07 |
| Check | 5/15/2009 | 30182 | Samuel Tanner | | | Payroll Excha... | -1,083.97 | 3,458.93 |
| Check | 5/15/2009 | 30183 | Foy Tootle | | | Payroll Excha... | -1,269.35 | 2,374.96 |
| Check | 5/15/2009 | 30184 | Robin Willis | | | Payroll Excha... | -560.19 | 1,105.61 |
| Check | 5/15/2009 | 30185 | Judson Wright | | | Payroll Excha... | -986.10 | 545.42 |
| Check | 5/15/2009 | 30145 | Cheryl Ballow | | | Payroll Excha... | -937.65 | -440.08 |
| Check | 5/15/2009 | 30146 | Clayton Erickson | | | Payroll Excha... | -1,140.17 | -1,378.33 |
| Check | 5/15/2009 | 30147 | Jeffrey Holloway | | | Payroll Excha... | -1,412.86 | -2,518.50 |
| Check | 5/15/2009 | 30148 | Anna Jones | | | Payroll Excha... | -2,047.22 | -3,931.36 |
| Check | 5/15/2009 | 30149 | Lee Parham | | | Payroll Excha... | -710.08 | -5,978.58 |
| Check | 5/15/2009 | 30150 | David Reifenberger | | | Payroll Excha... | -1,226.95 | -6,688.66 |
| Check | 5/15/2009 | 30151 | Michael Smith | | | Payroll Excha... | -1,920.06 | -7,915.61 |
| Check | 5/15/2009 | 30152 | Joseph Slapp | | | Payroll Excha... | -930.73 | -9,835.67 |
| Check | 5/15/2009 | 30153 | Shannon Travers | | | Payroll Excha... | -2,029.53 | -10,766.40 |
| Check | 5/15/2009 | 30154 | James Vaught | | | Payroll Excha... | -1,247.08 | -12,795.93 |
| Check | 5/15/2009 | 30155 | Phil Wendel | | | Payroll Excha... | -1,365.65 | -14,043.01 |
| Deposit | 5/15/2009 | | | Deposit | | Payroll Excha... | -912.13 | -15,408.66 |
| Deposit | 5/18/2009 | | | | | Undeposited F... | 6,644.10 | -16,320.79 |
| Deposit | 5/19/2009 | | | Deposit | | Pool | -274.52 | -9,676.69 |
| Check | 5/22/2009 | 1065 | Industrial Chemical... | | * | Undeposited F... | 6,692.93 | -9,951.21 |
| Check | 5/22/2009 | 1063 | John Deere Landsc... | | * | Awards | -405.00 | -3,256.28 |
| Check | 5/22/2009 | 1062 | Chicago Reginal Lo... | | * | Worker's Com... | -4,889.00 | -3,663.28 |
| | | | | | | | | -8,552.28 |

2:42 PM
06/23/09
Accrual Basis

# HLA, Inc.
## Transactions by Account
### As of May 31, 2009

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| Check | 5/22/2009 | 1046 | Appalachien NP Cli... | | | Student Care | -75.00 | -8,627.28 |
| Check | 5/26/2009 | 1002 | Cash | buy prepay vi... | • | Admissions - .... | -1,500.00 | -10,127.28 |
| Check | 5/29/2009 | 1057 | Betty Robinson | | | Counseling Tr.... | -83.37 | -10,210.65 |
| Check | 5/29/2009 | 30158 | Ian Adkins | reimbursement | | Payroll Excha... | -593.94 | -10,804.59 |
| Check | 5/29/2009 | 1068 | Walmart | | | Office Supplies | -13.88 | -10,818.47 |
| Total Appalachian Community | | | | | | | -9,819.56 | -10,818.47 |
| **TOTAL** | | | | | | | **-9,819.56** | **-10,818.47** |

<u>ATTACHMENT 4B</u>

<u>MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT</u>

Name of Debtor: _Hidden Lake Academy_    Case Number: _09-22028_

Reporting Period beginning _May 14, 2009_    Period ending _May 31, 2009_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank
Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _Appalachian Comm._  BRANCH: _Dahlonega_

ACCOUNT NAME: _Hidden Lake Academy_ ACCOUNT NUMBER: _140000 2703_
PURPOSE OF ACCOUNT:        PAYROLL _— SAME AS OPERATING_

| | |
|---|---|
| Ending Balance per Bank Statement | $ |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
The following disbursements were paid by Cash:  (    Check here if cash disbursements were authorized
by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | _See Attached_ | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-9

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: _Hidden Lake Academy_    Case Number: _09-22028_

Reporting Period beginning _May 14, 2009_    Period ending _May 31, 2009_

NAME OF BANK: _Appalachian Comm._    BRANCH: _Dahlonega_

ACCOUNT NAME: _Hidden Lake Academy_

ACCOUNT NUMBER: _140000 27 03_

PURPOSE OF ACCOUNT: _____ PAYROLL _____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|  |  | _See Attached_ |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL |  |  |  | $ |

2:43 PM
06/23/09
Accrual Basis

## HLA, Inc.
## Transactions by Account
### As of May 31, 2009

*(handwritten: Hidden Lake Academy Payroll – Same account)*

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Appalachian Community** | | | | | | | | -998.91 |
| Check | 5/14/2009 | 1060 | Sharon Haynie | | | Goodwill / Gifts | -140.00 | -1,138.91 |
| Check | 5/14/2009 | 1061 | Uniform Sales of A... | | * | Uniforms cloth... | -999.45 | -2,138.36 |
| Deposit | 5/14/2009 | | | Deposit | * | Undeposited F... | 7,000.00 | 4,861.64 |
| General Journal | 5/14/2009 | 251 | Appalachian Comm... | Len Loan | | Due to LAB | 12,600.00 | 17,461.64 |
| Deposit | 5/15/2009 | | | Deposit | | Undeposited F... | 7,248.56 | 24,710.20 |
| Check | 5/15/2009 | 30159 | Brian Alano | | | Payroll Excha... | -788.21 | 23,921.99 |
| Check | 5/15/2009 | 30160 | James Baker | | | Payroll Excha... | -910.69 | 23,011.30 |
| Check | 5/15/2009 | 30161 | Dennis Beatty | | | Payroll Excha... | -823.76 | 22,187.54 |
| Check | 5/15/2009 | 30162 | Laura K Bell | | | Payroll Excha... | -979.52 | 21,208.02 |
| Check | 5/15/2009 | 30163 | Matthew Bergeron | | | Payroll Excha... | -956.38 | 20,251.64 |
| Check | 5/15/2009 | 30164 | Andrew Browne | | | Payroll Excha... | -952.82 | 19,298.82 |
| Check | 5/15/2009 | 30165 | Sonja R Buckles | | | Payroll Excha... | -1,354.89 | 17,943.93 |
| Check | 5/15/2009 | 30166 | Kristopher W Chest... | | | Payroll Excha... | -321.61 | 17,622.32 |
| Check | 5/15/2009 | 30167 | Tab Easley | | | Payroll Excha... | -803.33 | 16,818.99 |
| Check | 5/15/2009 | 30168 | Jamie Fambrough | | | Payroll Excha... | -967.82 | 15,851.17 |
| Check | 5/15/2009 | 30169 | Janet Fraser | | | Payroll Excha... | -640.45 | 15,210.72 |
| Check | 5/15/2009 | 30170 | Kathleen Heasley | | | Payroll Excha... | -1,119.13 | 14,091.59 |
| Check | 5/15/2009 | 30171 | Melanie Henson | | | Payroll Excha... | -594.30 | 13,497.29 |
| Check | 5/15/2009 | 30172 | Allen R Holley | | | Payroll Excha... | -1,161.72 | 12,335.57 |
| Check | 5/15/2009 | 30173 | Jeanette Hurt | | | Payroll Excha... | -923.42 | 11,412.15 |
| Check | 5/15/2009 | 30174 | Laura Inman | | | Payroll Proces... | -885.29 | 10,526.86 |
| Check | 5/15/2009 | 30175 | Joy Kidd | | | Payroll Excha... | -890.82 | 9,636.04 |
| Check | 5/15/2009 | 30176 | Matthew Klein | | | Payroll Excha... | -1,205.15 | 8,430.89 |
| Check | 5/15/2009 | 30177 | Christopher Lucas | | | Payroll Excha... | -1,749.09 | 6,681.80 |
| Check | 5/15/2009 | 30178 | Betty Robinson | | | Payroll Excha... | -953.36 | 5,728.44 |
| Check | 5/15/2009 | 30179 | Jerald S Smith | | | Payroll Excha... | -1,103.37 | 4,625.07 |
| Check | 5/15/2009 | 30180 | William Stevens | | | Payroll Excha... | -1,166.14 | 3,458.93 |
| Check | 5/15/2009 | 30181 | Walter Sumpter | | | Payroll Excha... | -1,083.97 | 2,374.96 |
| Check | 5/15/2009 | 30182 | Samuel Tanner | | | Payroll Excha... | -1,269.35 | 1,105.61 |
| Check | 5/15/2009 | 30183 | Foy Tootle | | | Payroll Excha... | -560.19 | 545.42 |
| Check | 5/15/2009 | 30184 | Robin Willis | | | Payroll Excha... | -986.10 | -440.68 |
| Check | 5/15/2009 | 30185 | Judson Wright | | | Payroll Excha... | -937.65 | -1,378.33 |
| Check | 5/15/2009 | 30145 | Cheryl Ballow | | | Payroll Excha... | -1,140.17 | -2,518.50 |
| Check | 5/15/2009 | 30146 | Clayton Erickson | | | Payroll Excha... | -1,412.86 | -3,931.36 |
| Check | 5/15/2009 | 30147 | Jeffrey Holloway | | | Payroll Excha... | -2,047.22 | -5,978.58 |
| Check | 5/15/2009 | 30148 | Anna Jones | | | Payroll Excha... | -710.08 | -6,688.66 |
| Check | 5/15/2009 | 30149 | Lee Parham | | | Payroll Excha... | -1,226.95 | -7,915.61 |
| Check | 5/15/2009 | 30150 | David Reifenberger | | | Payroll Excha... | -1,920.06 | -9,835.67 |
| Check | 5/15/2009 | 30151 | Michael Smith | | | Payroll Excha... | -930.73 | -10,766.40 |
| Check | 5/15/2009 | 30152 | Joseph Stapp | | | Payroll Excha... | -2,029.53 | -12,795.93 |
| Check | 5/15/2009 | 30153 | Shannon Travers | | | Payroll Excha... | -1,247.08 | -14,043.01 |
| Check | 5/15/2009 | 30154 | James Vaught | | | Payroll Excha... | -1,365.65 | -15,408.66 |
| Check | 5/15/2009 | 30155 | Phil Wendel | | | Payroll Excha... | -912.13 | -16,320.79 |
| Deposit | 5/15/2009 | | | Deposit | * | Undeposited F... | 6,644.10 | -9,676.69 |
| Check | 5/18/2009 | 1065 | Industrial Chemical... | | | Prol | -274.52 | -9,951.21 |
| Deposit | 5/19/2009 | | | Deposit | * | Undeposited F... | 6,692.93 | -3,288.28 |
| Check | 5/22/2009 | 1063 | John Deere Landsc... | | * | Awards | -405.00 | -3,663.28 |
| Check | 5/22/2009 | 1062 | Chicago Reginal Lo... | | * | Worker's Com... | -4,869.00 | -8,552.28 |

2:43 PM

06/23/09

Accrual Basis

# HLA, Inc.
## Transactions by Account
### As of May 31, 2009

Page 2

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| Check | 5/22/2009 | 1046 | Appalachien NP Cli... | | | Student Care | -75.00 | -8,627.28 |
| Check | 5/26/2009 | 1002 | Cash | | | Admistons - ... | -1,500.00 | -10,127.28 |
| Check | 5/29/2009 | 1067 | Betty Robinson | buy prepay vi... | * | Counseling Tr... | -83.37 | -10,210.65 |
| Check | 5/29/2009 | 30158 | Ian Adkins | | | Payroll Excha... | -593.94 | -10,804.59 |
| Check | 5/29/2009 | 1068 | Walmart | reimbursement | | Office Supplies | -13.88 | -10,818.47 |
| Total Appalachian Community | | | | | | | -9,819.56 | -10,818.47 |
| TOTAL | | | | | | | -9,819.56 | -10,818.47 |

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: _Hidden Lake Academy_          Case Number: _09-22028_

Reporting Period beginning _May 14, 2009_          Period ending _May 31, 2009_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm. .

NAME OF BANK: ____N/A____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: ____TAX_____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _N/A_ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:   (    Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _N/A_ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor: *Hidden Lake Academy*      Case Number: *09-22028*

Reporting Period beginning *MAY 14, 2009*      Period ending *May 31, 2009*

NAME OF BANK: *NA*      BRANCH: _____

ACCOUNT NAME: _____      ACCOUNT # _____

PURPOSE OF ACCOUNT: _____ TAX _____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the
alternative, a computer-generated check register can be attached to this report, provided all the
information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                          _____(d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                                          _____(a)
Sales & Use Taxes Paid                                  _____(b)
Other Taxes Paid                                           _____(c)
TOTAL                                                          _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
    (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable      N/A

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                                      _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

**TOTAL**                                    $_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**     $_____
**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the
    amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page
    MOR-2, Line 7).

<u>**ATTACHMENT 6**</u>

<u>**MONTHLY TAX REPORT**</u>

Name of Debtor: *Hidden Lake Academy*    Case Number: *09-22028*

Reporting Period beginning *5/14/09*    Period ending *5/31/09*

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| Med FICA | 5/29/09 | | 266.99 | | |
| FICA | 5/29/09 | | 1141.60 | | |
| Fed WTh | 5/29/09 | | 1320.51 | | |
| STATE | 5/29/09 | | 726.93 | | |
| Med FICA | 5/15/09 | | 285.82 | | |
| FICA | 5/15/09 | | 1222.05 | | |
| Fed WTh | 5/15/09 | | 1555.56 | | |
| STATE | 5/15/09 | | 795.70 | | |
| TOTAL | | | $7315.16 | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: _Hidden lake Academy_    Case Number: _09-22028_

Reporting Period beginning _5/14/09_    Period ending _5/31/09_

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 10 | 0 |
| Number hired during the period | 0 | 2 |
| Number terminated or resigned during period | 1 | 0 |
| Number of employees on payroll at end of period | 9 | 2 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| See Attached | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

MOR-16