**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC., | ) | CASE NO.  09-22028 |
| | ) | |
| | ) | JUDGE  BRIZENDINE |
| _____Debtor._____ | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the **Debtor's Monthly Operating Report for the Period May 14, 2009 through May 29, 2009** by depositing same in the United States Mail in an envelope with adequate postage affixed thereto to assure delivery addressed as follows:

> Jim Morawetz
> Office of the United States Trustee
> 362 Richard Russell Building
> 75 Spring Street, S.W.
> Atlanta, Georgia   30303

This 10th day of July, 2009.

> *//s// Barbara Ellis-Monro*_____
> Barbara Ellis-Monro
> Georgia Bar No. 246117
> Counsel for the debtor

Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000 Telephone
404-526-8855 Facsimile
bem@eorrlaw.com