IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC., | ) | CASE NO. 09-22028 |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |
| -------------------------------------------------------- | ) | |
| BRANCH BANKING & TRUST COMPANY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | **CONTESTED MATTER** |
| | ) | |
| HIDDEN LAKE ACADEMY, INC., | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION FOR DESIGNATION AS SINGLE ASSET REAL ESTATE DEBTOR AND FOR RELIEF FROM THE AUTOMATIC STAY

**COMES NOW** Branch Banking and Trust Company ("BB&T"), the first-priority secured creditor of Hidden Lake Academy, Inc. (the "Debtor"), debtor and debtor-in-possession in the above-captioned action, and, pursuant to 11 U.S.C. § 362(d)(3), herewith files its Motion for Designation as Single Asset Real Estate Debtor and Relief from the Automatic Stay (the "Motion"). In support of its Motion, BB&T respectfully shows this Court as follows:

### I. JURISDICTION

1.

This Court has jurisdiction to consider BB&T's Motion pursuant to 28 U.S.C. §§ 157 and 1334, and venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.

The Motion is a core proceeding, pursuant to 28 U.S.C. § 157(b).

## II. THE DEBTOR'S REAL PROPERTY

3.

The Debtor owns a significant tract of real property totaling approximately 190.325 acres located outside of Dahlonega, White County, Georgia (the "Property").

4.

The Property contains numerous improvements, including an administration building, several dormitories, a dining hall and other out buildings.

5.

The Property constitutes the Debtor's only substantial asset.

6.

The Debtor granted BB&T a first priority security interest in the Property in order to secure repayment of a loan from BB&T to the Debtor's affiliate company, HLA, Inc. ("HLA").

7.

The Debtor conveyed the security interest in the Property to BB&T by virtue of a Deed to Secure Debt dated September 19, 2006, which was properly recorded in the real property records maintained by the Clerk of the Court for Lumpkin County, Georgia at Deed Book 1005, Page 652.

### III.  THE DEBTOR IS A SINGLE ASSET REALTY DEBTOR

8.

The Debtor sole business is to own the Property, and all of the Debtor's income is generated by a putative lease agreement between the Debtor and HLA, which operates a school for troubled teenagers (the "School") on the Property.

9.

BB&T states, on information and belief, that the Debtor has received no actual cash lease payments from HLA in several years.

10.

The Debtor's first monthly operating report, which was filed more than 20 days after the due date prescribed by the Federal Rule of Bankruptcy Procedure 2015, failed to indicate any lease payments received from HLA.

11.

The Debtor employs certain individuals who perform services for HLA in connection with the operation of the School.  These employees are employed on purely a "pass-through" basis, under which HLA disburses payroll funds to the Debtor and the Debtor in turn directly pays to the subject employees the exact amount that HLA had previously disbursed.  The Debtor does not generate any true income from performing the administrative function of employing and paying the subject employees.

12.

Based on the facts stated above, it is appropriate for this Court to designate the Debtor as a single asset real estate debtor, as that term is defined by 11 U.S.C. § 101(51B).

13.

The Debtor has not made any payments of principal or interest to BB&T since the commencement of this action on May 14, 2009.

14.

The Debtor has not proposed a Plan of Reorganization.

15.

Because the Debtor, as a single asset real estate debtor, has not made interest payments to BB&T, and has not filed a Plan of Reorganization that is confirmable under 11 U.S.C. § 1129, on or after August 14, 2009 it will be appropriate for this Court to grant BB&T relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(3).

### IV. CONCLUSION

For the reasons stated hereinabove, BB&T herewith moves this Court for an order:

(a) designating the Debtor as a single asset real estate debtor, as specified in 11 U.S.C. § 362(d)(3); and

(b) if, by August 14, 2009, the Debtor has not begun making regular monthly payments to BB&T of at least the interest due to BB&T at the contract rate, then entering an Order lifting the automatic stay as to BB&T and the Property, such that BB&T can exercise its contractual and state law rights and remedies against the Debtor.

Respectfully submitted, this 22nd day of July, 2009.

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

By: /S/  John A. Thomson, Jr.
    John A. Thomson, Jr.
    State Bar No. 706760

271 17th Street, N.W.
Suite 2400
Atlanta, Georgia 30363-1017
(404) 888-7409 direct phone
(404) 870-4841 direct fax
jthomson@wcsr.com

**Attorney for Branch Banking & Trust Company**

- 5 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2009, a true and correct copy of the within and foregoing **MOTION FOR DESIGNATION AS SINGLE ASSET REAL ESTATE DEBTOR AND FOR RELIEF FROM THE AUTOMATIC STAY** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Barbara Ellis-Monro, Esq. | Office of the United States Trustee |
| ATTORNEY FOR DEBTOR | 362 Richard B. Russell Building |
| Ellenberg, Ogier, Rothschild & Rosenfeld, P.C. | 75 Spring Street, S.W. |
| 170 Mitchell Street, S.W. | Atlanta, Georgia  30303 |
| Atlanta, GA 30303 | |

The undersigned hereby further certifies that a true and correct copy of the above pleading has been served by placing same in the United States postal service with proper postage affixed thereto and addressed to the following:

Hidden Lake Academy, Inc.
830 Hidden Lake Road
Dahlonega, GA 30533

This 22nd day of July, 2009.

                                                  /S/  John A. Thomson, Jr.
                                                  John A. Thomson, Jr.
                                                  State Bar No. 706760

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
271 17th Street, N.W.
Suite 2400
Atlanta, Georgia 30363-1017
(404) 888-7409 direct phone
(404) 870-4841 direct fax
jthomson@wcsr.com