# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC., | ) | CASE NO. 09-22028 |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |
| ------------------------------------------------------- | ) | |
| BRANCH BANKING & TRUST COMPANY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | **CONTESTED MATTER** |
| | ) | |
| HIDDEN LAKE ACADEMY, INC., | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF HEARING

     **NOTICE IS HEREBY GIVEN** that Branch Banking & Trust Company ("BB&T") filed a "Motion for Designation as Single Asset Real Estate Debtor and for Relief from the Automatic Stay" (the "Motion") with the Court seeking an order that designates the Debtor as a single asset real estate debtor, and terminating and annulling the automatic stay as to the real property collateral in which BB&T holds a first priority security interest, and a hearing will be held on the Motion in Courtroom 103, United States Courthouse, 121 Spring Street, S.E., Gainesville, Georgia, at **1:30 p.m., on Tuesday, August 11, 2009**.

     Your rights may be affected by the court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

WCSR 4172650v1

Respectfully submitted, this 22nd day of July, 2009.

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

By: /S/  John A. Thomson, Jr.

271 17th Street, N.W.
Suite 2400
Atlanta, Georgia 30363-1017
(404) 888-7409 direct phone
(404) 870-4841 direct fax

John A. Thomson, Jr.
State Bar No. 706760

**Attorney for Branch Banking & Trust Company**

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 22, 2009, a true and correct copy of the within and foregoing **NOTICE OF HEARING** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Barbara Ellis-Monro, Esq. | Office of the United States Trustee |
| ATTORNEY FOR DEBTOR | 362 Richard B. Russell Building |
| Ellenberg, Ogier, Rothschild & Rosenfeld, P.C. | 75 Spring Street, S.W. |
| 170 Mitchell Street, S.W. | Atlanta, Georgia  30303 |
| Atlanta, GA 30303 | |

The undersigned hereby further certifies that a true and correct copy of the above pleading has been served by placing same in the United States postal service with proper postage affixed thereto and addressed to the following:

Hidden Lake Academy, Inc.
830 Hidden Lake Road
Dahlonega, GA 30533

This 22nd day of July, 2009.

      /S/  John A. Thomson, Jr.
John A. Thomson, Jr.
State Bar No. 706760

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
271 17th Street, N.W.
Suite 2400
Atlanta, Georgia 30363-1017
(404) 888-7409 direct phone
(404) 870-4841 direct fax
jthomson@wcsr.com

WCSR  4172650v1