# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Judge Brizendine |
| HIDDEN LAKE ACADEMY, INC. ) | |
| ) | Case No. 09-22028 |
| Debtor. ) | |
| ) | |

## MOTION FOR ORDER ESTABLISHING BAR DATE
## FOR FILING PROOFS OF CLAIM OR INTEREST

**COMES NOW** HIDDEN LAKE ACADEMY, INC. (the "Debtor"), and hereby moves the Court for an Order, pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(3), establishing a bar date for the filing of proofs of claim or interest and in support thereof shows the Court as follows:

1. On May 14, 2009 (the "Petition Date") the Debtor filed its voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. The Debtor will shortly file its Disclosure Statement and Chapter 11 Plan of Reorganization for Hidden Lake Academy, Inc. (the "Plan").

3. To facilitate the Plan process the Debtor seeks entry of an order establishing the last day for filing of proofs of claim or interests.

4. The Plan will provide for objections to claim until 60 days after the Effective Date of the Debtor's chapter 11 plan of reorganization.

5. The Debtor requests that the Court enter an Order and Notice in substantially the form attached hereto as Exhibit "A" establishing September 18, 2009, as the last day for creditors and interest holders to file proofs of claim or interest.

WHEREFORE, the Debtor prays that the Court: (a) establish September 18, 2009, as the bar date for filing proofs of claim and interest; (b) approve and enter the Order and Notice Setting Bar Date for Filing Proofs of Claim or Interest, a copy of which is attached hereto as Exhibit "A"; and (c) grant such other and further relief as the Court deems just and proper.

Dated this 7th day of August, 2009.

ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC

/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Georgia Bar No. 246117
Attorneys for the Debtor

170 Mitchell St., SW
Atlanta, Georgia 30303
(t) 404-525-4000
(f) 404-526-8855

# EXHIBIT "A"

**Proposed Order and Notice Setting Bar Date
for Filing Proofs of Claim or Interest [Attached]**

Case 09-22028-reb    Doc 50    Filed 08/07/09    Entered 08/07/09 21:02:24    Desc Main
Document    Page 3 of 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Judge Brizendine |
| HIDDEN LAKE ACADEMY, INC., | ) | |
| | ) | Case No. 09-22028 |
| Debtor. | ) | |
| | ) | |

**ORDER AND NOTICE ESTABLISHING BAR DATE**
**FOR FILING PROOFS OF CLAIM OR INTEREST**

    **PLEASE TAKE NOTICE THAT** on August 7, 2009, Hidden Lake (the "Debtor"), filed its Motion For Order Establishing Bar Date For Filing Proofs Of Claim or Interests (the "Motion"), pursuant to Fed. R. Bankr. P. 3003(c)(3) requesting that the Court enter an order establishing a deadline for filing proofs of claim or Interests.  It appearing that the relief requested is proper, it is hereby

**ORDERED AND NOTICE IS GIVEN THAT THE LAST DATE**
**ESTABLISHED FOR FILING PROOFS OF CLAIM AND INTERESTS IS**

**SEPTEMBER 18, 2009.**

**\*\*\* THIS IS A BAR DATE\*\*\***

    **ORDERED AND NOTICE IS GIVEN THAT** any person or entity with a claim against the Debtor: (a) scheduled as disputed, contingent, or unliquidated in the Debtor's Schedules, or (b) with claims in amounts different from that listed in the Debtor's Schedules filed with this Court, **MUST FILE A PROOF OF CLAIM IN THE DEBTOR'S BANKRUPTCY CASE AND PROPER SUPPORTING DOCUMENTATION WITH THE CLERK OF THE BANKRUPTCY COURT ON OR BEFORE  SEPTEMBER 18, 2009**; and it is further

**ORDERED AND NOTICE IS GIVEN THAT ANY PERSON OR ENTITY WITH A CLAIM AS DESCRIBED ABOVE WHO FAILS TO TIMELY FILE A PROOF OF CLAIM SHALL BE FOREVER BARRED FROM PARTICIPATING IN THE DEBTOR'S CHAPTER 11 CASE AND SUCH CLAIM SHALL BE DEEMED TO HAVE BEEN WAIVED.**

    **NOTICE IS FURTHER GIVEN** that proofs of claim shall be filed with the Clerk of the United States Bankruptcy Court at the following address:

Clerk of the United States Bankruptcy Court
1340 Richard B. Russell Bldg.

75 Spring Street, S.W.
Atlanta, Georgia  30303

And a copy of all proofs of claim shall be mailed to counsel for the Debtor at the following address:

Barbara Ellis-Monro, Esq.
Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell St., SW
Atlanta, Georgia  30303

**NOTICE IS FURTHER GIVEN** that any person who desires to review the Debtor's Bankruptcy Schedules to determine how a claim or equity security interest is listed may view the schedules by visiting the Court Clerk's Office at 1340 United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, between the hours of 8:00 a.m. and 4:45 p.m.

**IT IS FURTHER ORDERED AND NOTICE IS GIVEN THAT** the Debtor's counsel shall serve a copy of this Order and Notice, within three (3) business days of the date hereof, on (i) all creditors of the Debtor, (ii) parties in interest, and (iii) those persons who have filed requests for notices in the Debtor's case.

## END OF DOCUMENT

Order Prepared and Presented By:

_____
Barbara Ellis-Monro
Georgia Bar No. 246117

Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell St., SW
Atlanta, Georgia 30303
Attorneys for the Debtor

CORP/1010442.1

CERTIFICATE OF SERVICE

    I certify that on the date specified herein below I cause to be served a copy of the foregoing documents via first class United States mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery upon the parties listed below:

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street
Atlanta, Georgia 30303

This 7th day of August, 2009.

                                              ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC

                                              /s/ Barbara Ellis-Monro
                                              Barbara Ellis-Monro
                                              Georgia Bar No. 246117
                                              Attorneys for the Debtor

170 Mitchell St., SW
Atlanta, Georgia 30303
(t) 404-525-4000
(f) 404-526-8855

CORP/1010442.1