

**IT IS ORDERED as set forth below:**

**Date: August 12, 2009**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Judge Brizendine |
| HIDDEN LAKE ACADEMY, INC., | ) | |
| | ) | Case No. 09-22028 |
| Debtor. | ) | |
| | ) | |

**ORDER AND NOTICE ESTABLISHING BAR DATE
FOR FILING PROOFS OF CLAIM OR INTEREST**

**PLEASE TAKE NOTICE THAT** on August 7, 2009, Hidden Lake (the "Debtor"), filed its Motion For Order Establishing Bar Date For Filing Proofs Of Claim or Interests (the "Motion"), pursuant to Fed. R. Bankr. P. 3003(c)(3) requesting that the Court enter an order establishing a deadline for filing proofs of claim or Interests. It appearing that the relief requested is proper, it is hereby

**ORDERED AND NOTICE IS GIVEN THAT THE LAST DATE
ESTABLISHED FOR FILING PROOFS OF CLAIM AND INTERESTS IS**

**SEPTEMBER 18, 2009.**

**\*\*\* THIS IS A BAR DATE\*\*\***

**ORDERED AND NOTICE IS GIVEN THAT** any person or entity with a claim against the Debtor: (a) scheduled as disputed, contingent, or unliquidated in the Debtor's Schedules, or

(b) with claims in amounts different from that listed in the Debtor's Schedules filed with this Court, **MUST FILE A PROOF OF CLAIM IN THE DEBTOR'S BANKRUPTCY CASE AND PROPER SUPPORTING DOCUMENTATION WITH THE CLERK OF THE BANKRUPTCY COURT ON OR BEFORE SEPTEMBER 18, 2009**; and it is further

**ORDERED AND NOTICE IS GIVEN THAT ANY PERSON OR ENTITY WITH A CLAIM AS DESCRIBED ABOVE WHO FAILS TO TIMELY FILE A PROOF OF CLAIM SHALL BE FOREVER BARRED FROM PARTICIPATING IN THE DEBTOR'S CHAPTER 11 CASE AND SUCH CLAIM SHALL BE DEEMED TO HAVE BEEN WAIVED.**

**NOTICE IS FURTHER GIVEN** that proofs of claim shall be filed with the Clerk of the United States Bankruptcy Court at the following address:

Clerk of the United States Bankruptcy Court
1340 Richard B. Russell Bldg.
75 Spring Street, S.W.
Atlanta, Georgia  30303

And a copy of all proofs of claim shall be mailed to counsel for the Debtor at the following address:

Barbara Ellis-Monro, Esq.
Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell St., SW
Atlanta, Georgia  30303

**NOTICE IS FURTHER GIVEN** that any person who desires to review the Debtor's Bankruptcy Schedules to determine how a claim or equity security interest is listed may view the schedules by visiting the Court Clerk's Office at 1340 United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, between the hours of 8:00 a.m. and 4:45 p.m.

**IT IS FURTHER ORDERED AND NOTICE IS GIVEN THAT** the Debtor's counsel shall serve a copy of this Order and Notice, within three (3) business days of the date hereof, on (i) all creditors of the Debtor, (ii) parties in interest, and (iii) those persons who have filed requests for notices in the Debtor's case.

**END OF DOCUMENT**

Order Prepared and Presented By:
/s/ Barbara Ellis-Monro_____
Barbara Ellis-Monro
Georgia Bar No. 246117
Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell St., SW
Atlanta, Georgia 30303
Attorneys for the Debtor

Case 09-22028-reb    Doc 51    Filed 08/12/09    Entered 08/12/09 14:18:48    Desc Main
Document      Page 3 of 3

3

**! Unknown document property name.** **Error**