UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| HIDDEN LAKE ACADEMY, INC., | } | 09-22028 |
| | } | |
| | } | JUDGE Brizendine |
| Debtor. | } | |
| | } | CHAPTER 11 |

DEBTOR'S AMENDED  MONTHLY OPERATING REPORT (BUSINESS)
FOR THE PERIOD FROM May 14, 2009  TO May 31, 2009

Comes now the above-named debtor and files its Amended Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015. Counsel for the Debtor has not reviewed the Debtor's business records on which this Operating Report is based and makes no representation concerning the accuracy of the financial information provided herein.

Dated: September 1, 2009

_____/s/ Barbara Ellis-Monro_____
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

Attorney's Address
and Phone Number:

 830 Hidden Lake Rd.

170 Mitchell St., SW

 Dahlonega, GA 30533

Atlanta, GA 30303

 706-864-4730

404-525-4000

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.

1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/.

### SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING May14, 2009 AND ENDING May 31,2009

Name of Debtor:  Hidden Lake Academy, Inc.     Case Number   09-22028
Date of Petition:  May 14, 2009

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 19,829.21    **(a)** | _____ **(b)** |
| **2. RECEIPTS:** | | |
| A. Cash Sales | _____ | _____ |
| Minus:  Cash Refunds | (-) _____ | _____ |
| Net Cash Sales | _____ | _____ |
| B.  Accounts Receivable | _____ | _____ |
| C.  Other Receipts *(See MOR-3)* | 12,000.00 | _____ |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | _____ | _____ |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | 31,829.21 | _____ |
| | | |
| **5. DISBURSEMENTS** | | |
| A. Advertising | _____ | _____ |
| B.  Bank Charges | _____ | _____ |
| C.  Contract Labor | _____ | _____ |
| D.  Fixed Asset Payments (not incl. in "N") | _____ | _____ |
| E.  Insurance | _____ | _____ |
| F.  Inventory Payments  *(See Attach. 2)* | _____ | _____ |
| G.  Leases | _____ | _____ |
| H.  Manufacturing Supplies | _____ | _____ |
| I.  Office Supplies | _____ | _____ |
| J.  Payroll - Net *(See Attachment 4B)* | 30,650.00 | _____ |
| K.  Professional Fees (Accounting & Legal) | _____ | _____ |
| L.  Rent | _____ | _____ |
| M.  Repairs & Maintenance | _____ | _____ |
| N.  Secured Creditor Payments *(See Attach. 2)* | _____ | _____ |
| O.  Taxes Paid - Payroll *(See Attachment 4C)* | _____ | _____ |
| P.  Taxes Paid - Sales & Use *(See Attachment 4C)* | _____ | _____ |
| Q.  Taxes Paid - Other *(See Attachment 4C)* | _____ | _____ |
| R.  Telephone | _____ | _____ |
| S.  Travel & Entertainment | _____ | _____ |
| Y.  U.S. Trustee Quarterly Fees | _____ | _____ |
| U.  Utilities | _____ | _____ |
| V.  Vehicle Expenses | _____ | _____ |
| W.  Other Operating Expenses *(See MOR-3)* | 100.65 | _____ |
| **6. TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | 30,750.65 | _____ |
| **7. ENDING BALANCE** *(Line 4 Minus Line 6)* | 1,078.56    **(c)** | _____ **(c)** |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This  31st  day of  August , 2009.                    /s/ Leonard Buccellato

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of
    the petition.
(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Management fee from HLA | 12,000.00 | 12,000.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Payroll - Payco | 100.65 | 100.65 |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:   Hidden Lake Academy, Inc.      Case Number:    09-22028

Reporting Period beginning  May 14, 2009         Period ending    May 31, 2009

ACCOUNTS RECEIVABLE AT PETITION DATE:      $2,950,674.25

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

|  |  |  |
|---|---|---|
| Beginning of Month Balance | $ 2,950,674.25 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ 18,399.42 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $             * | |
| End of Month Balance | $ 2,969,073.67 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $  18399.42 | $  18,751.42 | $  20,852.35 | $  2,911,070.48 | $ 2,969,073.67  (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| HLA | | estimate not collectible |
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor:    Hidden Lake Academy, Inc.                Case Number:    09-22028

Reporting Period beginning May 14, 2009                Period ending    May 31, 2009

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL AMOUNT                                                            _____(b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

---

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $_____ | (a) |
| PLUS: New Indebtedness Incurred This Month | $_____ | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $_____ | |
| PLUS/MINUS: Adjustments | $_____ | * |
| Ending Month Balance | $_____ | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| BB&T | 5/5/09 | 0 | 0 | 0 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL |  | 0 (d) |  |  |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:  Hidden Lake Academy          Case Number:  09-22028

Reporting Period beginning  May 14, 2009          Period ending          May 31, 2009

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:          $          n/a
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month          $_____(a)
      PLUS: Inventory Purchased During Month          $_____
      MINUS: Inventory Used or Sold          $_____
      PLUS/MINUS: Adjustments or Write-downs          $_____*
    Inventory on Hand at End of Month          $_____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.
☐    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

---

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:  unknown          (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):          196 acres real property and certain building
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month          $  unknown          (a)(b)
    MINUS:  Depreciation Expense          $_____
    PLUS:  New Purchases          $_____
    PLUS/MINUS: Adjustments or Write-downs          $_____*
Ending Monthly Balance          $_____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

### MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:   Hidden Lake Academy, Inc.          Case Number:   09-22028

Reporting Period beginning   May 14, 2009          Period ending   May 31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   Appalachian Community Bank          BRANCH:   Dahlonega

ACCOUNT NAME:   Hidden Lake Academy**          ACCOUNT NUMBER:  1400002703

PURPOSE OF ACCOUNT:          OPERATING

| | |
|---|---|
| Ending Balance per Bank Statement | $   24,660.86 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $                                   * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $   1078.56      **(a) |

**\*Debit cards are used by**  none; reloadable visa card used by affiliate HLA to purchase office supplies

**\*\*If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$   $30,650.00        Transferred to Payroll Account (used for payroll paid from operating)
$                        Transferred to Tax Account

\*\* Former employee of Debtor opened operating account for affiliate HLA, Inc. and incorrectly put Debtor's name on the account. Thus, operating transactions appear in Debtor's account rather than in an HLA account.  Until 5/29/09 one account was used for HLA operating and Debtor's payroll.  This situation ahs been corrected and Hidden Lake has opened 3 DIP accounts one each for operating, payroll and tax.

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).



# Appalachian
## Community Bank

ELLIJAY, GA 30540
706-276-8000

**Appalachian**
Community Bank, FSB

**Gilmer**
County Bank
A Division of Appalachian Community Bank

PAGE: 1
ACCOUNT: 1400002703   05/29/2009
DOCUMENTS: 150

HIDDEN LAKE ACADEMY, INC.                    30
830 HIDDEN LAKE ROAD                         22
DAHLONEGA GA  30533                         128

===================================================================

***Please note that our company website and email
   addresses have changed to APAB.COM
COMBINED STATEMENTS NOW AVAILABLE!
SIMPLIFY your life. Combine all of your deposit account statements into
one. Checking, Savings, Money Market, and Certificate of Deposit accounts
are eligible for this service. Ask about it today!!

===================================================================
              BASIC BUSINESS ACCOUNT 1400002703
===================================================================

                        LAST STATEMENT 04/30/09      22,260.39
MINIMUM BALANCE         6,831.69      29 CREDITS     233,306.25
AVG AVAILABLE BALANCE  26,245.40     143 DEBITS      230,905.78
AVERAGE BALANCE        26,245.40  THIS STATEMENT 05/29/09   24,660.86

- - - - - - - - DEPOSITS - - - - - - -
REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT
      05/01  19,980.00          05/11     165.00          05/18   9,893.56
      05/04  18,897.08          05/11  12,000.00          05/19  22,024.10
      05/05     150.00          05/12     325.00          05/20   7,042.93
      05/05     500.00          05/12   2,600.00          05/21   7,185.00
      05/05  13,198.54          05/12   6,615.00          05/21  19,240.00
      05/07     260.00          05/12  11,385.00          05/22  12,000.00
      05/07   8,212.90          05/14     350.00
      05/07  13,428.81          05/14  15,671.00

- - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                    DATE        AMOUNT
WIRE TRANSFER                                  05/05       367.03
BANKCARD MTOT DEP 422899620011738              05/06     7,081.50
BANKCARD MTOT DEP 422899620011738              05/11     7,191.53
BANKCARD MTOT DEP 422899620011738              05/14     6,493.00
BANKCARD MTOT DEP 422899620011738              05/26     1,994.27
 KCARD MTOT DEP 422899620011738                05/29     2,870.00
WIRE TRANSFER                                  05/29     6,185.00
          * * * C O N T I N U E D * * *

MEMBER FDIC                         NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



**Appalachian**
**Community Bank**

ELLIJAY, GA 30540
706-276-8000

**Appalachian**
**Community Bank, FSB**

**Gilmer**
**County Bank**
*A Division of Appalachian Community Bank*

PAGE:     2
05/29/2009

ACCOUNT:          1400002703
DOCUMENTS:               150

HIDDEN LAKE ACADEMY, INC.

```
=============================================================================
                   BASIC BUSINESS ACCOUNT 1400002703
=============================================================================
              - - - - - - - - -  CHECKS - - - - - - - - - -
 CHECK #..DATE......AMOUNT    CHECK #..DATE......AMOUNT    CHECK #..DATE......AMOUNT
     *05/01    15,402.03     1024  05/06     387.00     30062*05/11      234.00
     *05/04        99.00     1025*05/01     185.90     30067*05/14      768.58
     *05/04     8,515.00     1027  05/05     800.00     30081*05/28      169.97
     *05/04    10,000.00     1028  05/20     241.90     30083  05/21    1,140.17
     *05/05       300.00     1029  05/04     302.00     30084  05/22    1,412.85
     *05/05       340.20     1030  05/04     297.54     30085  05/28    2,047.21
     *05/05    13,203.54     1031  05/06     321.17     30086  05/26      710.10
     *05/06       325.00     1032  05/06   1,060.00     30087  05/18    1,226.94
     *05/06       390.00     1033  05/18     167.74     30088  05/20    1,920.05
     *05/07     7,352.51     1034  05/01     250.00     30089  05/26      139.93
     *05/08       150.00     1035  05/06     150.00     30090  05/20      930.72
     *05/11       165.00     1036  05/04     268.03     30091  05/21    2,029.54
     *05/11     9,015.00     1037  05/15     892.00     30092  05/21    1,247.09
     *05/11    21,039.00     1038  05/05     933.00     30093  05/18    1,365.65
     *05/12       402.03     1039*05/12     290.00     30094*05/26    1,666.80
     *05/12     1,054.00     1041  05/01   1,500.00     30096  05/18    1,095.00
     *05/12     9,015.00     1042  05/12      49.00     30097  05/19      788.19
     *05/12    15,015.00     1043  05/01   2,500.00     30098  05/22      910.69
     *05/14       318.10     1044*05/06      70.67     30099  05/19      823.75
     *05/14       350.00     1046  05/08      75.00     30100  05/18      979.52
     *05/14       400.00     1047  05/21      46.00     30101  05/21      956.37
     *05/28    15,000.00     1048  05/11   1,434.18     30102  05/20      952.82
     *05/29     5,179.00     1049  05/11     474.34     30103  05/15    1,354.88
 1007  05/05       225.00    1050  05/13   1,000.00     30104  05/20      586.24
 1008  05/08     3,889.88    1051  05/18     745.00     30105  05/19      803.33
 1009*05/06       320.00     1052  05/21      73.00     30106  05/20      967.82
 1012  05/08        90.00    1053  05/14     500.75     30107  05/15    1,264.06
 1013  05/04       117.82    1054*05/12     129.50     30108  05/19    1,119.15
 1014  05/14       710.09    1057  05/14   5,615.50     30109  05/18      594.30
 1015  05/13     1,250.00    1058*05/18      84.24     30110  05/15    1,161.71
 1016*05/04     3,525.00     1060  05/18     140.00     30111  05/19      923.40
 1020  05/06       402.03     1061  05/21     999.45     30112  05/22      885.29
 1021  05/05     1,581.50    1062  05/20   4,889.00     30113  05/20      890.82
 1022  05/04       470.75    1063*05/22     405.00     30114  05/21    1,205.15
 1023  05/01       250.00    1065*05/26     274.52     30115  05/19    1,534.89
                   * * *  C O N T I N U E D  * * *
```

MEMBER FDIC                                                    NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



**Appalachian**
**Community Bank**
ELLIJAY, GA 30540
706-276-8000

**Appalachian**
**Community Bank, FSB**

**Gilmer**
**County Bank**
A Division of Appalachian Community Bank

PAGE:      3
05/29/2009

ACCOUNT:        1400002703
DOCUMENTS:              150

HIDDEN LAKE ACADEMY, INC.

=====================================================================
                 BASIC BUSINESS ACCOUNT 1400002703
=====================================================================
          - - - - - - - - -  CHECKS  - - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 30116 05/15      960.44 | 30124 05/22      986.11 | 30137 05/27      572.78 |
| 30117 05/28      953.37 | 30125 05/21      937.63 | 30138 05/27      409.68 |
| 30118 05/20    1,103.36 | 30126*05/19      234.00 | 30139 05/26      524.33 |
| 30119 05/26    1,166.13 | 30131 05/27      763.58 | 30140 05/27      784.67 |
| 30120 05/20    1,083.97 | 30132 05/27      778.17 | 30141*05/26    1,128.46 |
| 30121 05/20    1,269.35 | 30133 05/27      456.26 | 30172*05/29    1,161.72 |
| 30122 05/22      560.18 | 30134*05/28      246.24 | 30628 05/20      340.20 |
| 30123 05/20    1,005.95 | 30136 05/26      773.90 | |

INDICATES A GAP IN CHECK NUMBER SEQUENCE

          - - - - - - - - -  OTHER DEBITS  - - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| BANKCARD MTOT DISC 422899620011738 | 05/04 | 754.74 |
| MERCHANT LYNX GA WARRANTY (866) 873-2200 | 05/05 | 10.00 |
| HLA, INC.H PAYROLL 5048 5048 | 05/05 | 98.50 |
| FDGL LEASE PYMT 052-0482583-000 | 05/06 | 98.38 |
| HIDDEN LAKE ACAD PAYROLL 0046 0046 | 05/08 | 78.11 |
| HLA, INC S PAYROLL 5049 5049 | 05/08 | 130.74 |
| MBI SETL MED-I-BANK | 05/14 | 1.00 |
| MBI SETL MED-I-BANK | 05/14 | 52.46 |
| MBI SETL MED-I-BANK | 05/14 | 800.00 |
| MBI SETL MED-I-BANK | 05/15 | 40.00 |
| HLA, INC.H PAYROLL 5048 5048 | 05/19 | 95.32 |
| HIDDEN LAKE ACAD PAYROLL 0046 0046 | 05/22 | 77.61 |
| HLA, INC S PAYROLL 5049 5049 | 05/22 | 128.36 |
| FDGL LEASE PYMT 052-0482583-000 | 05/26 | 80.19 |
| MBI SETL MED-I-BANK | 05/29 | 40.00 |

          - - - ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES - - -

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| NSF PAID ITEM FEE: | .00 | .00 |
| NSF RETURNED ITEM FEE: | .00 | .00 |
| OVERDRAFT FEES: | .00 | .00 |

                    * * *  C O N T I N U E D  * * *

MEMBER FDIC                                    NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

 

**Appalachian Community Bank**

ELLIJAY, GA 30540
706-276-8000

PAGE:    4
ACCOUNT:        1400002703    05/29/2009
DOCUMENTS:            150

*Appalachian* Community Bank, FSB

*Gilmer* County Bank
A Division of Appalachian Community Bank

HIDDEN LAKE ACADEMY, INC.

===============================================================================
                    BASIC BUSINESS ACCOUNT 1400002703
===============================================================================
            - - - - - - - DAILY BALANCE - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 05/01 | 22,152.46 | 05/12 | 9,081.69 | 05/21 | 42,004.69 |
| 05/04 | 16,378.49 | 05/13 | 6,831.69 | 05/22 | 48,638.60 |
| 05/05 | 13,102.32 | 05/14 | 19,829.21 | 05/26 | 44,168.51 |
| 05/06 | 16,980.74 | 05/15 | 14,156.12 | 05/27 | 40,403.37 |
| 05/07 | 31,529.94 | 05/18 | 17,651.29 | 05/28 | 21,986.58 |
| 05/08 | 27,116.21 | 05/19 | 33,353.36 | 05/29 | 24,660.86 |
| 05/11 | 14,111.22 | 05/20 | 24,214.09 | | |



*Appalachian* Community Bank

www.apab.com
Nasdaq: APAB



MEMBER FDIC                    NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**CHECKING WITHDRAWAL**

RECEIVED FROM
DATE 5-1 20 09
THE SUM OF Fifteen Thousand Four Hundred and Two 03/100
AMOUNT $ 15402.03
NAME Robin Willis (HLA)
ADDRESS
SIGNATURE Robin M. Wish
ACCOUNT NUMBER 1400002703

⑆5112⑈0200⑆    051

0  $15,402.03  05/01/2009

---

**CHECKING WITHDRAWAL**

RECEIVED FROM
DATE 5-4 20 09
THE SUM OF ninety-nine dollar
AMOUNT $ 99.00
NAME Hidden Lake Academy
ADDRESS
SIGNATURE Robin M. Wish
ACCOUNT NUMBER 1400002703

⑆5112⑈0200⑆    051

0  $99.00  05/04/2009

---

**CHECKING WITHDRAWAL**

RECEIVED FROM
DATE 05/04 20 09
THE SUM OF Eight thousand five hundred fifteen
AMOUNT $ 8515.00
NAME Hidden Lake Academy
ADDRESS
SIGNATURE Robin M. Wish
ACCOUNT NUMBER 1400002703

⑆5112⑈0200⑆    051

0  $8,515.00  05/04/2009

---

**CHECKING WITHDRAWAL**

RECEIVED FROM
DATE 5-4 20 09
THE SUM OF ten thousand dollars
AMOUNT $ 1000000
NAME Hidden Lake Academy
ADDRESS
SIGNATURE Robin M. Wish
ACCOUNT NUMBER 1400002703

⑆5112⑈0200⑆    051

0  $10,000.00  05/04/2009

---

**CHECKING WITHDRAWAL**

RECEIVED FROM
DATE 05/05 20 09
THE SUM OF THREE HUNDRED —
AMOUNT $ 300.00
NAME HIDDEN LAKE ACADEMY
ADDRESS
SIGNATURE Robin Wish
ACCOUNT NUMBER 1400002703

⑆5112⑈0200⑆    051

0  $300.00  05/05/2009

---

HIDDEN LAKE ACADEMY                              APPALACHIAN COMMUNITY BANK        64-682
830 HIDDEN LAKE ROAD                             DAHLONEGA, GA 30533              611
DAHLONEGA, GA 30533                                          CHECK DATE      CHECK NO.
                                                            APR 30, 2009    0030054
                                    VOID AFTER 90 DAYS
                                                            PAY THIS AMOUNT
PAY          THREE HUNDRED FORTY AND 20/100 DOLLARS*************     ********340.20
TO THE
ORDER OF: DONNETTA JAYE
          4030 YAKUTA PLACE
          CUMMING, GA 30040
Memo: 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
      302-CV-0413 AP & 1309                     AUTHORIZED SIGNATURE

⑆030054⑆ ⑆061104822⑆ 1400002703⑆

0  $340.00  05/05/2009

---

**CHECKING WITHDRAWAL**

RECEIVED FROM
DATE 05/05 20 09
THE SUM OF Thirteen Thousand Two Hundred Three and 54/100
AMOUNT $ 1320.54
NAME HIDDEN LAKE ACADEMY
ADDRESS
SIGNATURE Robin M. Wish
ACCOUNT NUMBER 1400002703

⑆5112⑈0200⑆    051

0  $13,203.54  05/05/2009

---

**CHECKING WITHDRAWAL**

RECEIVED FROM
DATE 5-6 20 09
THE SUM OF Three hundred twenty-five 00/100
AMOUNT $ 325.00
NAME Hidden Lake Academy
ADDRESS
SIGNATURE Robin M. Wish
ACCOUNT NUMBER 1400002703

⑆5112⑈0200⑆    051

0  $325.00  05/06/2009

---

**CHECKING WITHDRAWAL**

RECEIVED FROM
DATE 5-6 20 09
THE SUM OF Three hundred ninety 00/100
AMOUNT $ 39000
NAME Hidden Lake Academy
ADDRESS
SIGNATURE Robin Wish
ACCOUNT NUMBER 1400002703

⑆5112⑈0200⑆    051

0  $390.00  05/06/2009

---

**CHECKING WITHDRAWAL**

RECEIVED FROM
DATE 5-7 20 09
THE SUM OF Seven Thousand Three Hundred Fifty-two 51/100
AMOUNT $ 7352.51
NAME Robin Willis (HLA)
ADDRESS
SIGNATURE Robin Wish
ACCOUNT NUMBER 1400002703

⑆5112⑈0200⑆    051

0  $7,352.51  05/07/2009

---

**CHECKING WITHDRAWAL**

RECEIVED FROM
DATE 5-8 20 09
THE SUM OF One hundred fifty 00/100
AMOUNT $ 150.00
NAME Hidden LAKE Academy
ADDRESS
SIGNATURE Robin M. Wish
ACCOUNT NUMBER 1400002703

⑆5112⑈0200⑆    051

0  $150.00  05/08/2009

---

**CHECKING WITHDRAWAL**

RECEIVED FROM
DATE 5/11 20 09
THE SUM OF one hundred sixty-five dollars
AMOUNT $ 165.00
NAME Hidden Lake Academy
ADDRESS
SIGNATURE Robin M. Wish
ACCOUNT NUMBER 1400002703

⑆5112⑈0200⑆    051

0  $165.00  05/11/2009

1008   $3,889.88   05/08/2009          1009   $320.00   05/06/2009

1012   $90.00   05/08/2009            1013   $117.82   05/04/2009

1014   $710.09   05/14/2009           1015   $1,250.00   05/13/2009

1016   $3,525.00   05/04/2009         1020   $402.03   05/06/2009

1021   $1,581.50   05/05/2009         1022   $470.75   05/04/2009

1023   $250.00   05/01/2009           1024   $387.00   05/06/2009

1038    $933.00    05/05/2009

1039    $290.00    05/12/2009

1041    $1,500.00    05/01/2009

1042    $49.00    05/12/2009

1043    $2,500.00    05/01/2009

1044    $70.67    05/06/2009

1046    $75.00    05/08/2009

1047    $46.00    05/21/2009

1048    $1,434.18    05/11/2009

1049    $474.34    05/11/2009

1050    $1,000.00    05/13/2009

1051    $745.00    05/18/2009

HIDDEN LAKE ACADEMY, INC. 1400002703 Page 11



30081   $169.97   05/28/2009



30083   $1,140.17   05/21/2009



30084   $1,412.85   05/22/2009



30085   $2,047.21   05/28/2009



30086   $710.10   05/26/2009



30087   $1,226.94   05/18/2009



30088   $1,920.05   05/20/2009



30089   $139.93   05/26/2009



30090   $930.72   05/20/2009



30091   $2,029.54   05/21/2009



30092   $1,247.09   05/21/2009

30093   $1,365.65   05/18/2009





30107   $1,264.06   05/15/2009

30108   $1,119.15   05/19/2009





30109   $594.30   05/18/2009

30110   $1,161.71   05/15/2009





30111   $923.40   05/19/2009

30112   $885.29   05/22/2009





30113   $890.82   05/20/2009

30114   $1,205.15   05/21/2009





30115   $1,534.89   05/19/2009

30116   $960.44   05/15/2009





30117   $953.37   05/28/2009

30118   $1,103.36   05/20/2009



30136   $773.90   05/26/2009



30137   $572.78   05/27/2009



30138   $409.68   05/27/2009



30139   $524.33   05/26/2009



30140   $784.67   05/27/2009

30141   $1,128.46   05/26/2009



30172   $1,161.72   05/29/2009



30628   $340.20   05/20/2009



$19,980.00   05/01/2009



$18,897.08   05/04/2009



$150.00   05/05/2009

$500.00   05/05/2009

CHECKING DEPOSIT

DATE 5-15 20 09

NAME Hidden Lake Academy

200 00
200 00
9493 56

NET DEPOSIT $ 9893 56

DEPOSIT TO ACCOUNT NUMBER
1400002703

$9,893.56   05/18/2009



CHECKING DEPOSIT

DATE 5-8 09

NAME Hidden Lake

6644 10
5520 00
9860 00

NET DEPOSIT 22024.10

DEPOSIT TO ACCOUNT NUMBER
1400002703

$22,024.10   05/19/2009



CHECKING DEPOSIT

DATE 5-19 20 09

NAME Hidden Lake

NET DEPOSIT $ 7042 93

1400002703

$7,042.93   05/20/2009



CHECKING DEPOSIT

DATE 5-21 20 09

NAME Hidden Lake Academy

6835 00
350 00

NET DEPOSIT $ 7185.00

1400002703

$7,185.00   05/21/2009



CHECKING DEPOSIT

DATE 5-20 20 09

NAME Hidden Lake Academy

19110 00
130 00

NET DEPOSIT $ 19240.00

DEPOSIT TO ACCOUNT NUMBER
1400002703

$19,240.00   05/21/2009



CHECKING DEPOSIT

DATE 05/21 20 09

NAME Hidden Lake Academy

NET DEPOSIT $ 12000 00

1400002703

$12,000.00   05/22/2009

**CHECKING DEPOSIT**

DATE 05/05 20 09
NAME HIDDEN LAKE ACADEMY
15 00
6 56 04
6 22 50
NET DEPOSIT $ 13198.54
DEPOSIT TO ACCOUNT NUMBER 1400002703
⑆5111⑉0200⑆    09

$13,198.54   05/05/2009

**CHECKING DEPOSIT**

DATE 5-7 20 09
NAME Hidden Lake Academy
NET DEPOSIT $ 260.00
DEPOSIT TO ACCOUNT NUMBER 1400002703
⑆5111⑉0200⑆    09

$260.00   05/07/2009

**CHECKING DEPOSIT**

DATE 5-7 20 09
NAME Hidden Lake Academy
NET DEPOSIT $ 8212.90
DEPOSIT TO ACCOUNT NUMBER 1400002703
⑆5111⑉0200⑆    09

$8,212.90   05/07/2009

**DEPOSIT TICKET**

HIDDEN LAKE ACADEMY, INC.
300 HIDDEN LAKE ROAD
DAHLONEGA, GA 30533
DATE 5/5/2009
6,882.90
6,545.91
13,428.81

APPALACHIAN COMMUNITY BANK
DAHLONEGA, GA 30533
TOTAL 02
ITEMS
⑆051104⑈2⑆ 1400002703⑈ 009
$13,428.81

$13,428.81   05/07/2009

**CHECKING DEPOSIT**

DATE 5/11 20 09
NAME Hidden Lake Academy
150 00
15 00
NET DEPOSIT $ 165.00
DEPOSIT TO ACCOUNT NUMBER 1400002703
⑆5111⑉0200⑆    09

$165.00   05/11/2009

**CHECKING DEPOSIT**

DATE 5/11 20 09
NAME Hidden Lake Academy
1200000
NET DEPOSIT $ 12000.00
DEPOSIT TO ACCOUNT NUMBER 1400002703
⑆5111⑉0200⑆    09

$12,000.00   05/11/2009

**CHECKING DEPOSIT**

DATE 05/12 20 09
NAME HIDDEN LAKE ACADEMY
NET DEPOSIT $ 325.00
DEPOSIT TO ACCOUNT NUMBER 1400002703
⑆5111⑉0200⑆    09

$325.00   05/12/2009

**CHECKING DEPOSIT**

DATE 05/12 20 09
NAME HIDDEN LAKE ACADEMY
NET DEPOSIT $
DEPOSIT TO ACCOUNT NUMBER 1400002703
⑆5111⑉0200⑆    09

$2,600.00   05/12/2009

**CHECKING DEPOSIT**

DATE 05/12 20 09
NAME HIDDEN LAKE ACADEMY
6 15 00
NET DEPOSIT $ 6615.00
DEPOSIT TO ACCOUNT NUMBER 1400002703
⑆5111⑉0200⑆    09

$6,615.00   05/12/2009

**CHECKING DEPOSIT**

DATE 5-11 20 09
NAME Hidden Lake Academy
NET DEPOSIT $ 11385.00
DEPOSIT TO ACCOUNT NUMBER 1400002703
⑆5111⑉0200⑆    09

$11,385.00   05/12/2009

**CHECKING DEPOSIT**

DATE 5-13 20 09
NAME Hidden Lake Academy
200 00
150 00
NET DEPOSIT $ 350.00
DEPOSIT TO ACCOUNT NUMBER 1400002703
⑆5111⑉0200⑆    09

$350.00   05/14/2009

**CHECKING DEPOSIT**

DATE 5-13 20 09
NAME Hidden Lake Academy
700 00
8671 00
NET DEPOSIT $ 15671.00
DEPOSIT TO ACCOUNT NUMBER 1400002703
⑆5111⑉0200⑆    09

$15,671.00   05/14/2009





30119   $1,166.13   05/26/2009   30120   $1,083.97   05/20/2009





30121   $1,269.35   05/20/2009   30122   $560.18   05/22/2009





30123   $1,005.95   05/20/2009   30124   $986.11   05/22/2009





30125   $937.63   05/21/2009   30126   $234.00   05/19/2009





30131   $763.58   05/27/2009   30132   $778.17   05/27/2009



30133   $456.26   05/27/2009   30134   $246.24   05/28/2009



30094  $1,666.80  05/26/2009



30096  $1,095.00  05/18/2009



30097  $788.19  05/19/2009



30098  $910.69  05/22/2009



30099  $823.75  05/19/2009



30100  $979.52  05/18/2009



30101  $956.37  05/21/2009



30102  $952.82  05/20/2009



30103  $1,354.88  05/15/2009



30104  $586.24  05/20/2009



30105  $803.33  05/19/2009



30106  $967.82  05/20/2009

1052  $73.00  05/21/2009

1053  $500.75  05/14/2009

1054  $129.50  05/12/2009

1057  $5,615.50  05/14/2009

1058  $84.24  05/18/2009

1060  $140.00  05/18/2009

1061  $999.45  05/21/2009

1062  $4,889.00  05/20/2009

1063  $405.00  05/22/2009

1065  $274.52  05/26/2009

30062  $234.00  05/11/2009

30067  $768.58  05/14/2009

1025    $185.90    05/01/2009

1027    $800.00    05/05/2009

1028    $241.90    05/20/2009

1029    $302.00    05/04/2009

1030    $297.54    05/04/2009

1031    $321.17    05/04/2009

1032    $1,060.00    05/06/2009

1033    $167.74    05/18/2009

1034    $250.00    05/01/2009

1035    $150.00    05/06/2009

1036    $268.03    05/04/2009

1037    $892.00    05/15/2009




CHECKING WITHDRAWAL
DATE 05/08 20 09
THE SUM OF Nine thousand + fifteen
NAME Hidden Lake Academy
ADDRESS
SIGNATURE Rob. M. Wil.
AMOUNT $ 9015.00
ACCOUNT NUMBER 1400002703
051
0 $9,015.00 05/11/2009

CHECKING WITHDRAWAL
DATE 5-11 09
THE SUM OF twenty one thousand thirty-nine dollars
NAME Hidden Lake Academy
ADDRESS
SIGNATURE Rob. W. Wil.
AMOUNT $ 21039.00
ACCOUNT NUMBER 1400002703
051
0 $21,039.00 05/11/2009

CHECKING WITHDRAWAL
DATE 05/12 09
THE SUM OF Four Hundred Two Dollars 03/100
NAME HIDDEN Lake ACADEMY
ADDRESS
SIGNATURE Rob. M. Wil.
AMOUNT $ 40203
ACCOUNT NUMBER 1400002703
051
0 $402.03 05/12/2009

CHECKING WITHDRAWAL
DATE 05/12 20 09
THE SUM OF One thousand fifty four
NAME Hidden Lake Academy
ADDRESS
SIGNATURE Rob. M. Wil.
AMOUNT $ 1054.00
ACCOUNT NUMBER 1400002703
051
0 $1,054.00 05/12/2009

CHECKING WITHDRAWAL
DATE 05/11 20 09
THE SUM OF Nine thousand + fifteen
NAME Hidden Lake Academy
ADDRESS
SIGNATURE Rob. M. Wil.
AMOUNT $ 9015.00
ACCOUNT NUMBER 1400002703
051
0 $9,015.00 05/12/2009

CHECKING WITHDRAWAL
DATE 05/12 20 09
THE SUM OF Fifteen thousand + fifteen
NAME Hidden Lake Academy
ADDRESS
SIGNATURE Rob. M. Wil.
AMOUNT $ 15015.00
ACCOUNT NUMBER 1400002703
051
0 $15,015.00 05/12/2009

PRE-AUTHORIZED DEBIT
864-0402/8611
ENTRY DATE 05-14-09
WAL-MART STORES TELECHK 800-697-9263PURCHASE $318.10
9037012513 653000001 TRACE 13518587961759
APPALACHIAN COMMUNITY BANK 14003180080040057027314
ELLIJAY GA 30540 1056
TRACE 13518587961759 ACCT. 1400002703
0 $318.10 05/14/2009

CHECKING WITHDRAWAL
DATE 5-13 09
THE SUM OF Three Hundred Fifty e 00
NAME Robin Willis (HLA)
ADDRESS
SIGNATURE Rob. W. Wil.
AMOUNT $ 35000
ACCOUNT NUMBER 1400002703
051
0 $350.00 05/14/2009

CHECKING WITHDRAWAL
DATE 5-13 09
THE SUM OF Four Hundred
NAME Robin Willis (HLA)
ADDRESS
SIGNATURE Rob. W. Wil.
AMOUNT $ 400.00
ACCOUNT NUMBER 1400002703
051
0 $400.00 05/14/2009

CHECKING WITHDRAWAL
DATE 05/28 09
THE SUM OF Fifteen thousand
NAME HLA, INC.
ADDRESS
SIGNATURE per phone request - Robin Willis
AMOUNT $ 1500000
ACCOUNT NUMBER 1400002703
051
0 $15,000.00 05/28/2009

CHECKING WITHDRAWAL
DATE 05/28 09
THE SUM OF Five thousand one hundred seventy nine
NAME Hidden Lake Academy
ADDRESS
SIGNATURE Rob. M. Wil.
AMOUNT $ 5179.00
ACCOUNT NUMBER 1400002703
051
0 $5,179.00 05/29/2009

HIDDEN LAKE ACADEMY, INC.
830 HIDDEN LAKE ROAD
DAHLONEGA GA 30533
APPALACHIAN COMMUNITY BANK
OAKLOEGA, GA 30533
1007
4/24/2009
PAY TO THE ORDER OF College Board
$ -225.00
Two Hundred Twenty-Five and 00/100 DOLLARS
College Board
MEMO
1007 $225.00 05/05/2009

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:  Hidden Lake Academy, Inc.         Case Number:   09-22028

Reporting Period beginning     May 14, 2009         Period ending     May 31, 2009

NAME OF BANK: Appalachian    Community         BRANCH: Dahlonega

ACCOUNT NAME:  Hidden Lake Academy

ACCOUNT NUMBER:   1400002703

PURPOSE OF ACCOUNT:         OPERATING **

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                          $

** Former employee of Debtor opened operating account for affiliate HLA, Inc. and incorrectly put Debtor's name
on the account. Thus, operating transactions appear in Debtor's account rather than in an HLA account.  Until
5/29/09 one account was used for HLA operating and Debtor's payroll.  This situation ahs been corrected and
Hidden Lake has opened 3 DIP accounts one each for operating, payroll and tax.

2:42 PM
06/23/09
Accrual Basis

# HLA, Inc.  *[handwritten: WAS Hidden LAKE Academy]*
## Transactions by Account
### As of May 31, 2009

Page 1

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Appalachian Community** | | | | | | | | |
| Check | 5/14/2009 | 1060 | Sharon Haynie | | * | Goodwill / Gifts | -140.00 | -998.91 |
| Check | 5/14/2009 | 1061 | Uniform Sales of A... | | * | Uniforms cloth... | -999.45 | -1,138.91 |
| Deposit | 5/14/2009 | | | Deposit | | Undeposited F... | 7,000.00 | -2,138.36 |
| General Journal | 5/14/2009 | 251 | Appalachian Comm... | Len Loan | | Due to LAB | 12,600.00 | 4,861.64 |
| Deposit | 5/15/2009 | | | Deposit | | Undeposited F... | 7,248.56 | 17,461.64 |
| Check | 5/15/2009 | 30159 | Brian Alano | | | Payroll Excha... | -788.21 | 24,710.20 |
| Check | 5/15/2009 | 30160 | James Baker | | | Payroll Excha... | -910.69 | 23,921.99 |
| Check | 5/15/2009 | 30161 | Dennis Beatty | | | Payroll Excha... | -823.76 | 23,011.30 |
| Check | 5/15/2009 | 30162 | Laura K Bell | | | Payroll Excha... | -979.52 | 22,187.54 |
| Check | 5/15/2009 | 30163 | Matthew Bergeron | | | Payroll Excha... | -956.38 | 21,208.02 |
| Check | 5/15/2009 | 30164 | Andrew Browne | | | Payroll Excha... | -952.82 | 20,251.64 |
| Check | 5/15/2009 | 30165 | Sonja R Buckles | | | Payroll Excha... | -1,354.89 | 19,298.82 |
| Check | 5/15/2009 | 30166 | Kristopher W Chest... | | | Payroll Excha... | -321.61 | 17,943.93 |
| Check | 5/15/2009 | 30167 | Tab Easley | | | Payroll Excha... | -803.33 | 17,622.32 |
| Check | 5/15/2009 | 30168 | Jamie Fambrough | | | Payroll Excha... | -967.82 | 16,818.99 |
| Check | 5/15/2009 | 30169 | Janet Fraser | | | Payroll Excha... | -640.45 | 15,851.17 |
| Check | 5/15/2009 | 30170 | Kathleen Heasley | | | Payroll Excha... | -1,119.13 | 15,210.72 |
| Check | 5/15/2009 | 30171 | Melanie Hensen | | | Payroll Excha... | -594.30 | 14,091.59 |
| Check | 5/15/2009 | 30172 | Allen R Holley | | | Payroll Excha... | -1,161.72 | 13,497.29 |
| Check | 5/15/2009 | 30173 | Jeanette Hurt | | | Payroll Excha... | -923.42 | 12,335.57 |
| Check | 5/15/2009 | 30174 | Laura Inman | | | Payroll Excha... | -885.29 | 11,412.15 |
| Check | 5/15/2009 | 30175 | Joy Kidd | | | Payroll Proces... | -890.82 | 10,526.86 |
| Check | 5/15/2009 | 30176 | Matthew Klein | | | Payroll Excha... | -1,205.15 | 9,636.04 |
| Check | 5/15/2009 | 30177 | Christopher Lucas | | | Payroll Excha... | -1,749.09 | 8,430.89 |
| Check | 5/15/2009 | 30178 | Betty Robinson | | | Payroll Excha... | -953.36 | 6,681.80 |
| Check | 5/15/2009 | 30179 | Jerald S Smith | | | Payroll Excha... | -1,103.37 | 5,728.44 |
| Check | 5/15/2009 | 30180 | William Stevens | | | Payroll Excha... | -1,166.14 | 4,625.07 |
| Check | 5/15/2009 | 30181 | Walter Sumpter | | | Payroll Excha... | -1,083.97 | 3,458.93 |
| Check | 5/15/2009 | 30182 | Samuel Tanner | | | Payroll Excha... | -1,269.35 | 2,374.96 |
| Check | 5/15/2009 | 30183 | Foy Tootle | | | Payroll Excha... | -560.19 | 1,105.61 |
| Check | 5/15/2009 | 30184 | Robin Willis | | | Payroll Excha... | -986.10 | 545.42 |
| Check | 5/15/2009 | 30185 | Judson Wright | | | Payroll Excha... | -937.65 | -440.68 |
| Check | 5/15/2009 | 30145 | Cheryl Ballow | | | Payroll Excha... | -1,140.17 | -1,378.33 |
| Check | 5/15/2009 | 30146 | Clayton Erickson | | | Payroll Excha... | -1,412.86 | -2,518.50 |
| Check | 5/15/2009 | 30147 | Jeffrey Holloway | | | Payroll Excha... | -2,047.22 | -3,931.36 |
| Check | 5/15/2009 | 30148 | Anna Jones | | | Payroll Excha... | -710.08 | -5,978.58 |
| Check | 5/15/2009 | 30149 | Lee Parham | | | Payroll Excha... | -1,226.95 | -6,688.66 |
| Check | 5/15/2009 | 30150 | David Reifenberger | | | Payroll Excha... | -1,920.06 | -7,915.61 |
| Check | 5/15/2009 | 30151 | Michael Smith | | | Payroll Excha... | -930.73 | -9,835.67 |
| Check | 5/15/2009 | 30152 | Joseph Stapp | | | Payroll Excha... | -2,029.53 | -10,766.40 |
| Check | 5/15/2009 | 30153 | Shannon Travers | | | Payroll Excha... | -1,247.08 | -12,795.93 |
| Check | 5/15/2009 | 30154 | James Vaught | | | Payroll Excha... | -1,365.65 | -14,043.01 |
| Check | 5/15/2009 | 30155 | Phil Wendel | | | Payroll Excha... | -912.13 | -15,408.66 |
| Deposit | 5/15/2009 | | | Deposit | | Undeposited F... | 6,644.10 | -16,320.79 |
| Check | 5/18/2009 | 1065 | Industrial Chemical... | | * | Pool | -274.52 | -9,676.69 |
| Deposit | 5/19/2009 | | | Deposit | | Undeposited F... | 6,692.93 | -9,951.21 |
| Check | 5/22/2009 | 1063 | John Deere Landsc... | | * | Awards | -405.00 | -3,258.28 |
| Check | 5/22/2009 | 1062 | Chicago Reginal Lo... | | * | Worker's Com... | -4,889.00 | -3,663.28 |

2:42 PM
06/23/09
Accrual Basis

## HLA, Inc.
## Transactions by Account
### As of May 31, 2009

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| Check | 5/22/2009 | 1046 | Appalachien NP Cli... | buy prepay vi... | | Student Care | -75.00 | -8,627.28 |
| Check | 5/26/2009 | 1002 | Cash | | * | Admissions - ... | -1,500.00 | -10,127.28 |
| Check | 5/29/2009 | 1067 | Betty Robinson | reimbursement | | Counseling Tr... | -83.37 | -10,210.65 |
| Check | 5/29/2009 | 30158 | Ian Adkins | | | Payroll Excha... | -593.94 | -10,804.59 |
| Check | 5/29/2009 | 1068 | Walmart | | | Office Supplies | -13.88 | -10,818.47 |
| Total Appalachian Community | | | | | | | -9,819.56 | -10,818.47 |
| **TOTAL** | | | | | | | **-9,819.56** | **-10,818.47** |

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: __Hidden Lake Academy, Inc.__    Case Number: __09-22028__

Reporting Period beginning __May 14, 2009__    Period ending __May 31, 2009__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: __DIP Tax account opened 6/9/09__    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _____PAYROLL_____

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $ __n/a__ |  |
| Plus Total Amount of Outstanding Deposits | $_____ |  |
| Minus Total Amount of Outstanding Checks and other debits | $_____ | * |
| Minus Service Charges | $_____ |  |
| Ending Balance per Check Register | $_____ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
  "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:   Hidden Lake Academy, Inc.          Case Number:   09-22028

Reporting Period beginning   May 14, 2009          Period ending   May 31, 2009

NAME OF BANK:   DIP Payroll account opened 6/9/09   BRANCH:

ACCOUNT NAME:

ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:        PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                                    $

2:43 PM
06/23/09
Accrual Basis

*(handwritten)* Hidden Lake Academy — Payroll - Same account

## HLA, Inc.
## Transactions by Account
### As of May 31, 2009

Page 1

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Appalachian Community** | | | | | | | | |
| Check | 5/14/2009 | 1060 | Sharon Haynie | | * | Goodwill / Gifts | -140.00 | -998.91 |
| Check | 5/14/2009 | 1061 | Uniform Sales of A... | | * | Uniforms cloth... | -999.45 | -1,138.91 |
| Deposit | 5/14/2009 | | | Deposit | | Undeposited F... | 7,000.00 | -2,138.36 |
| General Journal | 5/14/2009 | 251 | Appalachian Comm... | Len Loan | | Due to LAB | 12,600.00 | 4,861.64 |
| Deposit | 5/15/2009 | | | Deposit | | Undeposited F... | 7,248.56 | 17,461.64 |
| Check | 5/15/2009 | 30159 | Brian Alano | | | Payroll Excha... | -788.21 | 24,710.20 |
| Check | 5/15/2009 | 30160 | James Baker | | | Payroll Excha... | -910.69 | 23,921.99 |
| Check | 5/15/2009 | 30161 | Dennis Beatty | | | Payroll Excha... | -823.76 | 23,011.30 |
| Check | 5/15/2009 | 30162 | Laura K Bell | | | Payroll Excha... | -979.52 | 22,187.54 |
| Check | 5/15/2009 | 30163 | Matthew Bergeron | | | Payroll Excha... | -956.38 | 21,208.02 |
| Check | 5/15/2009 | 30164 | Andrew Browne | | | Payroll Excha... | -952.82 | 20,251.64 |
| Check | 5/15/2009 | 30165 | Sonja R Buckles | | | Payroll Excha... | -1,354.89 | 19,298.82 |
| Check | 5/15/2009 | 30166 | Kristopher W Chest... | | | Payroll Excha... | -321.61 | 17,943.93 |
| Check | 5/15/2009 | 30167 | Tab Easley | | | Payroll Excha... | -803.33 | 17,622.32 |
| Check | 5/15/2009 | 30168 | Jamie Fambrough | | | Payroll Excha... | -967.82 | 16,818.99 |
| Check | 5/15/2009 | 30169 | Janet Fraser | | | Payroll Excha... | -640.45 | 15,851.17 |
| Check | 5/15/2009 | 30170 | Kathleen Heasley | | | Payroll Excha... | -1,119.13 | 15,210.72 |
| Check | 5/15/2009 | 30171 | Melanie Hansen | | | Payroll Excha... | -584.30 | 14,091.59 |
| Check | 5/15/2009 | 30172 | Allen R Holley | | | Payroll Excha... | -1,161.72 | 13,497.29 |
| Check | 5/15/2009 | 30173 | Jeanette Hurt | | | Payroll Excha... | -923.42 | 12,335.57 |
| Check | 5/15/2009 | 30174 | Laura Inman | | | Payroll Excha... | -885.29 | 11,412.15 |
| Check | 5/15/2009 | 30175 | Joy Kidd | | | Payroll Proces... | -890.82 | 10,526.86 |
| Check | 5/15/2009 | 30176 | Matthew Klein | | | Payroll Excha... | -1,205.15 | 9,636.04 |
| Check | 5/15/2009 | 30177 | Christopher Lucas | | | Payroll Excha... | -1,749.09 | 8,430.89 |
| Check | 5/15/2009 | 30178 | Betty Robinson | | | Payroll Excha... | -953.36 | 6,681.80 |
| Check | 5/15/2009 | 30179 | Jerald S Smith | | | Payroll Excha... | -1,103.37 | 5,728.44 |
| Check | 5/15/2009 | 30180 | William Stevens | | | Payroll Excha... | -1,166.14 | 4,625.07 |
| Check | 5/15/2009 | 30181 | Walter Sumpter | | | Payroll Excha... | -1,083.97 | 3,458.93 |
| Check | 5/15/2009 | 30182 | Samuel Tanner | | | Payroll Excha... | -1,269.35 | 2,374.96 |
| Check | 5/15/2009 | 30183 | Foy Toole | | | Payroll Excha... | -560.19 | 1,105.61 |
| Check | 5/15/2009 | 30184 | Robin Willis | | | Payroll Excha... | -986.10 | 545.42 |
| Check | 5/15/2009 | 30185 | Judson Wright | | | Payroll Excha... | -937.65 | -440.68 |
| Check | 5/15/2009 | 30145 | Cheryl Ballow | | | Payroll Excha... | -1,140.17 | -1,378.33 |
| Check | 5/15/2009 | 30146 | Clayton Erickson | | | Payroll Excha... | -1,412.86 | -2,518.50 |
| Check | 5/15/2009 | 30147 | Jeffrey Holloway | | | Payroll Excha... | -2,047.22 | -3,931.36 |
| Check | 5/15/2009 | 30148 | Anna Jones | | | Payroll Excha... | -710.08 | -5,978.58 |
| Check | 5/15/2009 | 30149 | Lee Parham | | | Payroll Excha... | -1,226.95 | -6,688.66 |
| Check | 5/15/2009 | 30150 | David Reifenberger | | | Payroll Excha... | -1,920.06 | -7,915.61 |
| Check | 5/15/2009 | 30151 | Michael Smith | | | Payroll Excha... | -930.73 | -9,835.67 |
| Check | 5/15/2009 | 30152 | Joseph Stapp | | | Payroll Excha... | -2,029.53 | -10,766.40 |
| Check | 5/15/2009 | 30153 | Shannon Travers | | | Payroll Excha... | -1,247.08 | -12,795.93 |
| Check | 5/15/2009 | 30154 | James Vaught | | | Payroll Excha... | -1,365.65 | -14,043.01 |
| Check | 5/15/2009 | 30155 | Phil Wendel | | | Payroll Excha... | -912.13 | -15,408.66 |
| Deposit | 5/15/2009 | | | Deposit | | Undeposited F... | 6,644.10 | -16,320.79 |
| Check | 5/18/2009 | 1065 | Industrial Chemical... | | * | Pool | -274.52 | -9,676.69 |
| Deposit | 5/19/2009 | | | Deposit | | Undeposited F... | 6,692.93 | -9,951.21 |
| Check | 5/22/2009 | 1063 | John Deere Landsc... | | * | Awards | -405.00 | -3,258.28 |
| Check | 5/22/2009 | 1062 | Chicago Reginal Lo... | | * | Worker's Com... | -4,889.00 | -3,663.28 |
| | | | | | | | | -8,552.28 |

2:43 PM
06/23/09
Accrual Basis

# HLA, Inc.
## Transactions by Account
### As of May 31, 2009

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 5/22/2009 | 1046 | Appalachien NP Cli... | buy prepay vi... | * | Student Care | -75.00 | -8,627.28 |
| Check | 5/26/2009 | 1002 | Cash | | | Admissions - ... | -1,500.00 | -10,127.28 |
| Check | 5/29/2009 | 1067 | Betty Robinson | reimbursement | | Counseling Tr... | -83.37 | -10,210.65 |
| Check | 5/29/2009 | 30158 | Ian Adkins | | | Payroll Excha... | -593.94 | -10,804.59 |
| Check | 5/29/2009 | 1068 | Walmart | | | Office Supplies | -13.88 | -10,818.47 |
| Total Appalachian Community | | | | | | | -9,819.56 | -10,818.47 |
| **TOTAL** | | | | | | | **-9,819.56** | **-10,818.47** |

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:   Hidden Lake Academy, Inc.          Case Number:   09-22028

Reporting Period beginning   May 14, 2009            Period ending    May 31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:       TAX _____

       Ending Balance per Bank Statement                         $ _____
        Plus Total Amount of Outstanding Deposits                $ _____
        Minus Total Amount of Oustanding Checks and other debits $ _____ *
        Minus Service Charges                                    $ _____
       Ending Balance per Check Register                        $ _____ **(a)

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## <u>ATTACHMENT 5C</u>

## <u>CHECK REGISTER - TAX ACCOUNT</u>

Name of Debtor:  <u>Hidden Lake Academy, Inc.</u>          Case Number:  <u>09-22028</u>

Reporting Period beginning  <u>May 14, 2009</u>          Period ending  <u>May 31, 2009</u>

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT # _____

PURPOSE OF ACCOUNT:  _____<u>TAX</u>_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                         _____(d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                                         _____(a)
Sales & Use Taxes Paid                                     _____(b)
Other Taxes Paid                                           _____(c)
TOTAL                                                      _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable    n/a

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                    _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| N/A | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                              **$**_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $**_____**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor:   Hidden Lake Academy, Inc.    Case Number:   09-22028

Reporting Period beginning   May 14, 2009    Period ending   May 31, 2009

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| Med Fica | 5/29/09 | | 266.99 | | |
| Fica | 5/29 | | 1141.60 | | |
| Fed. W/H | 5/29 | | 1320.51 | | |
| State | 5/29 | | 726.93 | | |
| Med Fica | 5/15 | | 285.82 | | |
| Fica | 5/15 | | 1222.05 | | |
| Fed. W/H | 5/15 | | 1555.56 | | |
| State | 5/15 | | 795.70 | | |
| TOTAL | | | $ 7315.16 | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:   Hidden Lake Academy, Inc.         Case Number:   09-22028

Reporting Period beginning   May 14, 2009         Period ending   May 31, 2009

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 12 | _____ |
| Number hired during the period | 0 | _____ |
| Number terminated or resigned during period | 3 | _____ |
| Number of employees on payroll at end of period | 9 | _____ |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

☐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before __October 31, 2009__
.

MOR-16

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 1, 2009, a true and correct copy of the within and foregoing **AMENDED MONTHLY OPERATING REPORT FOR MAY, 2009** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Office of the United States Trustee
362 Richard B. Russell Bldg
75 Spring St., SW
Atlanta, Georgia 30303


This 1st day of September, 2009.

ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC

/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Georgia Bar No. 246117


170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000
bem@eorrlaw.com