UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| HIDDEN LAKE ACADEMY, INC. | : | Chapter 11 |
| Tax ID# 58-2124642, | : | |
| | : | Case No. 09-22028 (REB) |
| | : | |
| | : | |
| Debtor. | : | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for the **Georgia Department of Revenue**, a party in interest herein, pursuant to Bankruptcy Rules 2002 and 9010 (b) and Section 1109 (b) of the Bankruptcy Code, and demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the post office address and telephone number set forth below:

>Tiffany Y. Lucas
>Assistant Attorney General
>40 Capitol Square, S.W.
>Atlanta, GA  30334
>Telephone No. (404) 651-6249
>Fax No. (404) 657-3239

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes the notices and all other papers mentioned or described in Bankruptcy Rule 2002, and also includes without limiting the generality of the foregoing request, all plans of reorganization and disclosure statements and objections relating thereto, orders, pleadings, motions, applications, complaints, demands, hearings, request for hearings, petitions, answers, replies, responses, memoranda and briefs in support of any of the foregoing and any other paper document brought before filed with the Court with respect to this

case, whether formal or informal and whether filed transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy, or otherwise.

Dated: September 11, 2009

          Respectfully submitted,

          THURBERT E. BAKER  033887
          Attorney General

          R. O. LERER  446962
          Deputy Attorney General

          W. WRIGHT BANKS, JR.  036156
          Senior Assistant Attorney General

          /s/ Tiffany Y. Lucas_____
          TIFFANY Y. LUCAS  460598
          Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

TIFFANY Y. LUCAS
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 651-6249

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the foregoing NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS upon:

>Barbara Ellis-Monro
>Ellenberg, Ogier, Rothschild & Rosenfeld
>170 Mitchell Street, SW
>Atlanta, Georgia 30303
>
>Hidden Lake Academy, Inc.
>Debtor
>830 Hidden Lake Road
>Dahlonega, Georgia 30533
>
>Office of the United States Trustee
>75 Spring Street, SW
>362 Richard Russell Building
>Atlanta, Georgia 30303

by placing the same into the United States mail with adequate, first-class postage placed thereon.

This 11th day of September, 2009.

>/s/ Tiffany Y. Lucas_____
>TIFFANY Y. LUCAS
>Assistant Attorney General