**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br>Hidden Lake Academy, Inc.<br><br>    Debtor(s)<br><br>GMAC LLC<br><br>    Movant,<br><br>v.<br>Hidden Lake Academy, Inc.<br><br>    Respondent(s) | CASE NO. 09-22028<br><br>CHAPTER 11<br><br>JUDGE ROBERT E. BRIZENDINE<br><br><br>**CONTESTED MATTER** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that GMAC LLC   has filed a Motion for Relief From the Automatic Stay and related papers with the Court seeking an order terminating the automatic stay.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion in  U.S. Bankruptcy Court,, U. S. Bankruptcy Court, 121 Spring Street, S.E., Courtroom 103, Gainesville, Georgia 30501 at  01:30 PM on October 14, 2009 .

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).  If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, 121 Spring Street, SE, Room 120, Gainesville, Georgia 30501.  You must mail a copy of your response to the undersigned at the address stated below.

268251.1

     If a hearing on the Motion for Relief From the Automatic Stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date.  Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

                                                                                                 McCULLOUGH, PAYNE & HAAN, LLC

Date: ___September 15, 2009__             /s/Lisa Ritchey Craig
                                                              Lisa Ritchey Craig
                                                              Georgia Bar No. 606755

171 17th Street, N.W., Suite 975
Atlanta, Georgia 30363-1032
(404) 873-1386 office
(404) 875-4817 facsimile
lrcraig@mphlawfirm.com
ATTORNEY FOR MOVANT
110.9416

268251.1

**CERTIFICATE OF SERVICE**

I, Lisa Ritchey Craig, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing Motion for Relief From the Automatic Stay and Notice of Hearing by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

| | |
|---|---|
| Barbara Ellis- Monro<br>Smith, Gambrell & Russell, LLP Suite 3100-<br>Promenade II<br>Atlanta, GA 30309-3592 | James Morawetz<br>362 Richard Russell Bldg.<br>75 Spring Street, SW<br>Atlanta, GA 30303 |
| Hidden Lake Academy, Inc.<br>830 Hidden Lake Rd.<br>Dahlonega, GA 30533 | Leonard A. Buccellato<br>830 Hidden Lake Road<br>Dahlonega, GA 30533 |
| Doc Martin Construction<br>14 Carriage Court<br>Dahlonega, GA 30533 | Jim & Ron Ryan, Et al<br>c/o Gorby, Peters & Assoc<br>2 Ravinia Dr, Ste 1500<br>Atlanta, GA 30346 |
| Lumpkin County<br>99 Court House Hall, Ste. 3<br>Dahlonega, GA 30533 | Morris Law Firm<br>1950 North Park Pl, Suite 500<br>Atlanta, GA 30339 |
| North Georgia Credit Services<br>3482 Kieth Bridge, #321<br>Cumming, GA 30041 | Yates Insurance Agency<br>4 Executive Park East, NE<br>Suite 200<br>Atlanta, GA 30329 |
| John A. Thomson, Jr.<br>271 17th Street, NW<br>Suite 2400<br>Atlanta, GA 30363-1017 | Ted W. Hight, III, Esq.<br>40 Technology Parkway South, Suite 300<br>Norcross, GA 30092 |
| Tiffany Y Lucas<br>40 Capital Square, SW<br>Atlanta, Ga 30334 | |

This the _15th___ day of ___September__, 2009.

                                          ___/s /Lisa Ritchey Craig_____
                                        Lisa Ritchey Craig

268251.1

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br>Hidden Lake Academy, Inc. | BANKRUPTCY NO. 09-22028 |
| Debtor(s), | CHAPTER 11 |
| GMAC LLC | |
| Movant, | JUDGE ROBERT E. BRIZENDINE |
| v.<br>Hidden Lake Academy, Inc. | **CONTESTED MATTER** |
| Respondent(s). | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW  GMAC LLC  ("Movant"), Movant in the above-entitled cause, and as its Motion for Relief from the Automatic Stay, shows this Court as follows:

1.

That this motion seeking relief from the automatic stay under §362 of the Bankruptcy Code is a proceeding which may be initiated by motion under the Rules of Bankruptcy Procedure.

2.

That Debtor(s) did on May 14, 2009 file a petition for relief under Chapter 11 of the Bankruptcy Code.

3.

That at the time of the filing of said petition, Debtor was indebted to Movant in the sum of $17919.99  on an installment sales contract concerning the purchase of a 2006 Chevrolet Uplander automobile (the "Vehicle"), a true and correct copy of this Contract and the Certificate of Title evidencing Movant's interest therein, being attached to the proof of claim on file with the Clerk in this case.

268251.1

4.

That good cause, including, but not limited to, a lack of adequate protection and a delinquency in payments, exists for granting Movant relief from the automatic stay as relates to its interest in the Vehicle.

5.

That there is no equity in the Vehicle for the benefit of Debtor or unsecured creditors, and the Vehicle is not needed for an effective reorganization, thereby entitling Movant to relief from the automatic stay pursuant to §362(d) of the Bankruptcy Code.

6.

That Movant is further entitled to recover, as part of its secured claim, its expenses, including a reasonable attorney's fee incurred in this case and for the bringing of this motion, to the extent that the Vehicle may have a market value exceeding the net outstanding balance due Movant on its claim.

7.

That the Vehicle is collateral which can be easily moved, secreted, and damaged by the Debtor(s) or others and may not now be covered by adequate collision damage and comprehensive insurance, thereby entitling Movant to an order expressly providing that relief from stay not be stayed for the ten (10) day period provided for under Bankruptcy Rule 4001 (a)(3).

268251.1

WHEREFORE, Movant prays that the automatic stay presently in effect be lifted so as to permit it to exercise its right to self-help repossess the Vehicle or foreclose upon its interest, that Movant be permitted to establish its deficiency claim, if any, and be permitted to file an amended proof of claim to reflect said deficiency; that this Court expressly provide that said relief not be stayed as provided for under Bankruptcy Rule 4001(a)(3); that Debtor be ordered to surrender possession of the Vehicle to Movant, that Movant have and recover from the proceeds of the disposition of the Vehicle, its reasonable expenses, including an attorney's fee; and that Movant have such other and further relief as is just.

McCULLOUGH, PAYNE & HAAN, LLC

/s/ Lisa Ritchey Craig
Lisa Ritchey Craig
Georgia Bar No. 606755

171 17th Street, N.W..Suite 975
Atlanta, Georgia 30363-1032
(404) 873-1386 office
(404) 875-4817 facsimile
lrcraig@mphlawfirm.com
ATTORNEYS FOR Movant
110.9416

268251.1