**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br>Hidden Lake Academy, Inc.<br><br>　　　Debtor(s)<br><br>GMAC LLC<br><br>　　　Movant,<br><br>v.<br><br>Hidden Lake Academy, Inc.<br><br><br>　　　Respondent(s) | CASE NO. 09-22028<br><br>CHAPTER 11<br><br>JUDGE ROBERT E. BRIZENDINE<br><br><br><br>**CONTESTED MATTER** |

**NOTICE OF HEARING**

　　　PLEASE TAKE NOTICE that GMAC LLC   has filed a Motion for Relief From the Automatic Stay and related papers with the Court seeking an order terminating the automatic stay.

　　　PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion in  U.S. Bankruptcy Court,, U.  S.  Bankruptcy Court, 121 Spring Street, S.E., Courtroom 103, Gainesville, Georgia 30501 at  1:30 PM on October 14, 2009 .

　　　Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).  If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, 121 Spring Street, SE, Room 120, Gainesville, Georgia 30501.  You must mail a copy of your response to the undersigned at the address stated below.

268246.1

If a hearing on the Motion for Relief From the Automatic Stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date.  Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

                                                              McCULLOUGH, PAYNE & HAAN, LLC

Date: ___September 15, 2009__       /s/Lisa Ritchey Craig
                                                           Lisa Ritchey Craig
                                                           Georgia Bar No. 606755

171 17th Street, N.W., Suite 975
Atlanta, Georgia 30363-1032
(404) 873-1386 office
(404) 875-4817 facsimile
lrcraig@mphlawfirm.com
ATTORNEY FOR MOVANT
110.9417

268246.1

## **CERTIFICATE OF SERVICE**

I, Lisa Ritchey Craig, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing Motion for Relief From the Automatic Stay and Notice of Hearing by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Barbara Ellis- Monro
Smith, Gambrell & Russell, LLP Suite 3100-
Promenade II
Atlanta, GA 30309-3592

James Morawetz
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

Hidden Lake Academy, Inc.
830 Hidden Lake Rd.
Dahlonega, GA 30533

Leonard A. Buccellato
830 Hidden Lake Road
Dahlonega, GA 30533

Doc Martin Construction
14 Carriage Court
Dahlonega, GA 30533

Jim & Ron Ryan, Et al
c/o Gorby, Peters & Assoc
2 Ravinia Dr, Ste 1500
Atlanta, GA 30346

Lumpkin County
99 Court House Hall, Ste. 3
Dahlonega, GA 30533

Morris Law Firm
1950 North Park Pl, Suite 500
Atlanta, GA 30339

North Georgia Credit Services
3482 Kieth Bridge, #321
Cumming, GA 30041

Yates Insurance Agency
4 Executive Park East, NE
Suite 200
Atlanta, GA 30329

John A. Thomson, Jr.
271 17th Street, NW
Suite 2400
Atlanta, GA 30363-1017

Ted W. Hight, III, Esq.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

Tiffany Y Lucas
40 Capital Square, SW
Atlanta, Ga 30334

This the ___15th_ day of ___September___, 2009.

__/s /Lisa Ritchey Craig_____
Lisa Ritchey Craig

268246.1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | BANKRUPTCY NO. 09-22028 |
| Hidden Lake Academy, Inc. | |
| Debtor(s), | CHAPTER 11 |
| GMAC LLC | |
| Movant, | JUDGE ROBERT E. BRIZENDINE |
| v. | **CONTESTED MATTER** |
| Hidden Lake Academy, Inc. | |
| Respondent(s). | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW  GMAC LLC  ("Movant"), Movant in the above-entitled cause, and as its Motion for Relief from the Automatic Stay, shows this Court as follows:

1.

That this motion seeking relief from the automatic stay under §362 of the Bankruptcy Code is a proceeding which may be initiated by motion under the Rules of Bankruptcy Procedure.

2.

That Debtor(s) did on May 14, 2009 file a petition for relief under Chapter 11 of the Bankruptcy Code.

3.

That at the time of the filing of said petition, Debtor was indebted to Movant in the sum of $13305.20  on an installment sales contract concerning the purchase of a 2008 Chevrolet Cobalt automobile (the "Vehicle"), a true and correct copy of this Contract and the Certificate of Title evidencing

268246.1

Movant's interest therein, being attached to the proof of claim on file with the Clerk in this case.

4.

That good cause, including, but not limited to, a lack of adequate protection and a delinquency in direct payments, exists for granting Movant relief from the automatic stay as relates to its interest in the Vehicle.

5.

That there is no equity in the Vehicle for the benefit of Debtor or unsecured creditors, and the Vehicle is not needed for an effective reorganization, thereby entitling Movant to relief from the automatic stay pursuant to §362(d) of the Bankruptcy Code.

6.

That Movant is further entitled to recover, as part of its secured claim, its expenses, including a reasonable attorney's fee incurred in this case and for the bringing of this motion, to the extent that the Vehicle may have a market value exceeding the net outstanding balance due Movant on its claim.

7.

That the Vehicle is collateral which can be easily moved, secreted, and damaged by the Debtor(s) or others and may not now be covered by adequate collision damage and comprehensive insurance, thereby entitling Movant to an order expressly providing that relief from stay not be stayed for the ten (10) day period provided for under Bankruptcy Rule 4001 (a)(3).

268246.1

WHEREFORE, Movant prays that the automatic stay presently in effect be lifted so as to permit it to exercise its right to self-help repossess the Vehicle or foreclose upon its interest, that Movant be permitted to establish its deficiency claim, if any, and be permitted to file an amended proof of claim to reflect said deficiency; that this Court expressly provide that said relief not be stayed as provided for under Bankruptcy Rule 4001(a)(3); that Debtor be ordered to surrender possession of the Vehicle to Movant, that Movant have and recover from the proceeds of the disposition of the Vehicle, its reasonable expenses, including an attorney's fee; and that Movant have such other and further relief as is just.

                McCULLOUGH, PAYNE & HAAN, LLC

                /s/ Lisa Ritchey Craig
                Lisa Ritchey Craig
                Georgia Bar No. 606755

171 17th Street, N.W..Suite 975
Atlanta, Georgia 30363-1032
(404) 873-1386 office
(404) 875-4817 facsimile
lrcraig@mphlawfirm.com
ATTORNEYS FOR Movant
110.9417

268246.1