UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| HIDDEN LAKE ACADEMY, INC., | } | 09-22028 |
| | } | |
| | } | JUDGE Brizendine |
| Debtor. | } | |
| | } | CHAPTER 11 |

DEBTOR'S  MONTHLY OPERATING REPORT (BUSINESS)
FOR THE PERIOD FROM June 1, 2009  TO June 30, 2009

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015. Counsel for the Debtor has not reviewed the Debtor's business records on which this Operating Report is based and makes no representation concerning the accuracy of the financial information provided herein.

Dated this 16th day of September, 2009          /s/ Barbara Ellis-Monro
Attorney for Debtor's Signature

Debtor's Address                                      Attorney's Address
and Phone Number:                                and Phone Number:

 830 Hidden Lake Rd.                                    170 Mitchell St., SW

 Dahlonega, GA 30533                                  Atlanta, GA 30303

  706-864-4730                                             404-525-4000

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.

1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING  June  1, 2009    AND ENDING  June 30,2009**

Name of Debtor:  Hidden Lake Academy Inc                                    Case Number 09-22028
Date of Petition: May 14, 2009

|  | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 1078.56 | (a) | 19,829.21 | (b) |
| **2. RECEIPTS:** | | | | |
| A. Cash Sales | | | | |
| Minus:  Cash Refunds | (-) | | | |
| Net Cash Sales | | | | |
| B.  Accounts Receivable | | | | |
| C.  Other Receipts *(See MOR-3)* | 32,880.76 | | 44,880.76 | |
| (If you receive rental income, you must attach a rent roll.) | | | | |
| **3.  TOTAL RECEIPTS (*Lines 2A+2B+2C*)** | 32,880.76 | | 44,880.76 | |
| **4.  TOTAL FUNDS AVAILABLE FOR OPERATIONS (*Line 1 + Line 3*)** | 33,959.32 | | 64709.97 | |
| **5.  DISBURSEMENTS** | | | | |
| A.  Advertising | | | | |
| B.  Bank Charges | 60.00 | | 60.00 | |
| C.  Contract Labor | | | | |
| D.  Fixed Asset Payments (not incl. in "N") | | | | |
| E.  Insurance | | | | |
| F.   Inventory Payments  *(See Attach. 2)* | | | | |
| G.  Leases | | | | |
| H.  Manufacturing Supplies | | | | |
| I.   Office Supplies | 251.99 | | 251.99 | |
| J.   Payroll - Net *(See Attachment 4B)* | 24,527.48 | | 55,177.48 | |
| K.  Professional Fees (Accounting & Legal) | | | | |
| L.   Rent | | | | |
| M.  Repairs & Maintenance | | | | |
| N.   Secured Creditor Payments *(See Attach. 2)* | | | | |
| O.  Taxes Paid - Payroll *(See Attachment 4C)* | | | | |
| P.  Taxes Paid - Sales & Use *(See Attachment 4C)* | | | | |
| Q.  Taxes Paid - Other *(See Attachment 4C)* | | | | |
| R.  Telephone | | | | |
| S.   Travel & Entertainment | | | | |
| Y.  U.S. Trustee Quarterly Fees | | | | |
| U.  Utilities | | | | |
| V.  Vehicle Expenses | | | | |
| W.  Other Operating Expenses *(See MOR-3)* | 233.49 | | 334.14 | |
| **6.  TOTAL DISBURSEMENTS (*Sum of 5A thru W*)** | 25,072.96 | | 55,823.61 | |
| **7.  ENDING BALANCE (*Line 4 Minus Line 6*)** | 8886.36 | (c) | 8,886.36 | (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This   14th   day of September, 2009  .                              /s/ Leonard Buccellato
                                                                                   (Signature)

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Management fee from HLA | 44,325.92 | 56,325.92 |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Payroll-Payco | 233.49 | 334.14 |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | 233.49 | 334.14 |

# NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: Hidden Lakes Academy, Inc_____   Case Number: _09-22028_____

Reporting Period beginning _May 14, 2009_____   Period ending _June 31, 2009_____

ACCOUNTS RECEIVABLE AT PETITION DATE: __2,950,674.25_____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $   2,969,073.67 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $      15,978.74 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $   2,985,052.41 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $ 15,978.74 | $ 18,399.42 | $ 18,751.42 | $ 2,931,922.83 | $2,985,052.41 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _HLA_____ | _____ | _estimate not collectible_ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:   09-22028

Reporting Period beginning   June 1, 2009          Period ending   June 31, 2009

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition.</u>  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT                                                                                  _____(b)

☐  **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | |
|---|---|
| Opening Balance | $_____(a) |
| PLUS: New Indebtedness Incurred This Month | $_____ |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $_____ |
| PLUS/MINUS: Adjustments | $_____* |
| Ending Month Balance | $_____(c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| BB&T | 06/05/2009 | -0- | 1 | 0 |
| | | -0- | 0 | 0 |
| | | | | |
| | | | | |
| TOTAL | | _____(d) | | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:  Hidden Lake Academy, Inc_____    Case Number: _09-22028_____

Reporting Period beginning __June 1, 2009_____    Period ending __June 31, 2009_____

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:    $_____N/A_____

INVENTORY RECONCILIATION:

| | |
|---|---|
| Inventory Balance at Beginning of Month | $_____(a) |
| PLUS: Inventory Purchased During Month | $_____ |
| MINUS: Inventory Used or Sold | $_____ |
| PLUS/MINUS: Adjustments or Write-downs | $_____* |
| Inventory on Hand at End of Month | $_____ |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.

☐    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: ___unknown_____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _196 acres real property and certain building_____

_____

_____

FIXED ASSETS RECONCILIATION:

| | |
|---|---|
| Fixed Asset Book Value at Beginning of Month | $____unknown_____(a)(b) |
| MINUS:  Depreciation Expense | $_____ |
| PLUS:  New Purchases | $_____ |
| PLUS/MINUS: Adjustments or Write-downs | $_____* |
| Ending Monthly Balance | $_____ |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____

_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:   Hidden Lakes Academy, Inc                Case Number:   09-22028

Reporting Period beginning   June 1, 2009                Period ending   June 31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   United Community Bank                BRANCH:   Dahlonega

ACCOUNT NAME:   Hidden Lake Academy                ACCOUNT NUMBER:   2004158495

PURPOSE OF ACCOUNT:        OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $    853.61 | |
| Plus Total Amount of Outstanding Deposits | $    -0- | |
| Minus Total Amount of Outstanding Checks and other debits | $    -710.09 | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $    143.52 | **(a) |

**\*Debit cards are used by_____       None

**\*\*If Closing Balance is negative, provide explanation:_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____5,000_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

```
UNITED COMMUNITY BANK   [04]   000-00091 01                    PAGE:    1
P O BOX 1060                          ACCOUNT:       2004158495  06/30/2009
DAHLONEGA GA 30533                    DOCUMENTS:             10
```

TELEPHONE:706-864-8223





```
HIDDEN LAKE ACADEMY INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22028-REB
OPERATING ACCOUNT                                    30
830 HIDDEN LAKE ROAD                                  1
DAHLONEGA GA  30533                                   9
```

=================================================================
   Criminals trying to defraud you often use "phishing" letters, emails and
phone calls to acquire your personal financial information.
   Never provide your information to anyone claiming to be the IRS, FDIC,
On-Line Services or even the Bank.
      Report any Phishing attempts to us immediately.
   Again, never provide your information to anyone you do not know.

=================================================================
        UNITED BUSINESS VALU ACCOUNT 2004158495
=================================================================

```
                              LAST STATEMENT 05/29/09              .00
MINIMUM BALANCE              35.00-       2 CREDITS          18,500.00
AVG AVAILABLE BALANCE     3,265.62       14 DEBITS          17,646.39
AVERAGE BALANCE           3,265.62  THIS STATEMENT 06/30/09    853.61
```

- - - - - - - - DEPOSITS - - - - - - - - -
```
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
     06/16   18,000.00
```

- - - - - - - - OTHER CREDITS - - - - - - - -
```
DESCRIPTION                                          DATE        AMOUNT
Telephone- DDA to DDA Transfer                      06/15        500.00
```

- - - - - - - - - CHECKS - - - - - - - - - -
```
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
  30200 06/18    765.64     30204 06/16  1,226.94     30207 06/23  2,029.53
  30201 06/18    839.40     30205 06/17  1,920.05     30208 06/17  1,247.09
  30202*06/17  2,047.21     30206 06/16    930.73     30209 06/16  1,365.66
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - OTHER DEBITS - - - - - - - -
```
DESCRIPTION                                          DATE        AMOUNT
CHK# 00 AMT $100.65, NSF FEE CHARGE                 06/10         35.00
PAYCO PAYROLL HLA                                   06/16        100.65
HarlandBusinessS DlyBus HARLAND75124,15            06/22        125.99
                     * * * C O N T I N U E D * * *
```



06/16/2009    $18,000.00

06/16/2009    CHECK# 30206    $930.73





06/18/2009    CHECK# 30200    $765.64

06/23/2009    CHECK# 30207    $2,029.53





06/18/2009    CHECK# 30201    $839.40

06/17/2009    CHECK# 30208    $1,247.09





06/17/2009    CHECK# 30202    $2,047.21

06/16/2009    CHECK# 30209    $1,365.66





06/16/2009    CHECK# 30204    $1,226.94

06/17/2009    CHECK# 30205    $1,920.05

4:07 PM
07/13/09

# Hidden Lake Academy
## Reconciliation Summary
### Hidden Lake Operating DIP, Period Ending 06/30/2009

|  | Jun 30, 09 |
|---|---|
| Beginning Balance | 0.00 |
| Cleared Transactions | |
| Checks and Payments - 14 items | -17,646.39 |
| Deposits and Credits - 2 items | 18,500.00 |
| **Total Cleared Transactions** | 853.61 |
| **Cleared Balance** | **853.61** |
| Uncleared Transactions | |
| Checks and Payments - 1 item | -710.09 |
| **Total Uncleared Transactions** | -710.09 |
| **Register Balance as of 06/30/2009** | **143.52** |
| **Ending Balance** | 143.52 |

4:07 PM

07/13/09

# Hidden Lake Academy
## Reconciliation Detail
### Hidden Lake Operating DIP, Period Ending 06/30/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 14 items** | | | | | | |
| Check | 6/10/2009 | online | Bank Service Charge | X | -35.00 | -35.00 |
| Check | 6/15/2009 | 30202 | Jeffrey S Holloway | X | -2,047.21 | -2,082.21 |
| Check | 6/15/2009 | 30207 | Joseph Stapp | X | -2,029.53 | -4,111.74 |
| Check | 6/15/2009 | 30205 | David J Reifenberger | X | -1,920.05 | -6,031.79 |
| Check | 6/15/2009 | 30209 | James Vaught | X | -1,365.66 | -7,397.45 |
| Check | 6/15/2009 | 30208 | Shannon Travers | X | -1,247.09 | -8,644.54 |
| Check | 6/15/2009 | 30204 | Lee Parham | X | -1,226.94 | -9,871.48 |
| Check | 6/15/2009 | 30206 | Michael Smith | X | -930.73 | -10,802.21 |
| Check | 6/15/2009 | 30201 | Clayton Erickson | X | -839.40 | -11,641.61 |
| Check | 6/15/2009 | 30200 | Cheryl Ballow | X | -765.64 | -12,407.25 |
| Check | 6/16/2009 | | PayCo, Inc | X | -100.65 | -12,507.90 |
| Check | 6/22/2009 | | Harland Checks | X | -125.99 | -12,633.89 |
| Check | 6/23/2009 | xfer | United Community ... | X | -5,000.00 | -17,633.89 |
| Check | 6/30/2009 | | | X | -12.50 | -17,646.39 |
| | Total Checks and Payments | | | | -17,646.39 | -17,646.39 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 6/15/2009 | | | X | 500.00 | 500.00 |
| Deposit | 6/16/2009 | | | X | 18,000.00 | 18,500.00 |
| | Total Deposits and Credits | | | | 18,500.00 | 18,500.00 |
| | Total Cleared Transactions | | | | 853.61 | 853.61 |
| Cleared Balance | | | | | 853.61 | 853.61 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 6/15/2009 | 30203 | Anna Jones | | -710.09 | -710.09 |
| | Total Checks and Payments | | | | -710.09 | -710.09 |
| | Total Uncleared Transactions | | | | -710.09 | -710.09 |
| Register Balance as of 06/30/09 | | | | | 143.52 | 143.52 |
| **Ending Balance** | | | | | **143.52** | **143.52** |

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:    Hidden Lake Academy          Case Number:   09-22028

Reporting Period beginning    June 1, 2009          Period ending  June 31, 2009

NAME OF BANK:   United Community          BRANCH:   Dahlonega

ACCOUNT NAME:   UCB DIP  Operating

ACCOUNT NUMBER:   2004158495

PURPOSE OF ACCOUNT:          OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                    $

```
Payroll was processed on wrong account. Payroll account 2004158586 was open on
06/11.
```

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:   Hidden Lake Academy, Inc        Case Number:   09-22028

Reporting Period beginning   June 1, 2009            Period ending   June 31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:    United Community            BRANCH:   Dahlonega

ACCOUNT NAME:   UCB Payroll Account        ACCOUNT NUMBER:   2004158586
PURPOSE OF ACCOUNT:            PAYROLL

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 15,188.00 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 15,188.00    **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

3:06 PM

07/13/09

# Hidden Lake Academy
## Reconciliation Summary
### UCB DIP Payroll, Period Ending 06/30/2009

|  | Jun 30, 09 |
|---|---|
| Beginning Balance | 0.00 |
| Cleared Transactions |  |
| Checks and Payments - 4 items | -17,271.33 |
| Deposits and Credits - 15 items | 32,459.33 |
| Total Cleared Transactions | 15,188.00 |
|  |  |
| Cleared Balance | **15,188.00** |
| Register Balance as of 06/30/2009 | 15,188.00 |
| Ending Balance | 15,188.00 |

3:06 PM
07/13/09

# Hidden Lake Academy
## Reconciliation Detail
### UCB DIP Payroll, Period Ending 06/30/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 6/16/2009 | xfer | United Community ... | X | -17,000.00 | -17,000.00 |
| Check | 6/22/2009 | online | Harland Checks | X | -125.99 | -17,125.99 |
| Check | 6/23/2009 | online | PayCo, Inc | X | -132.84 | -17,258.83 |
| Check | 6/30/2009 | | | X | -12.50 | -17,271.33 |
| Total Checks and Payments | | | | | -17,271.33 | -17,271.33 |
| **Deposits and Credits - 15 items** | | | | | | |
| Deposit | 6/11/2009 | | | X | 13,179.33 | 13,179.33 |
| Check | 6/15/2009 | 30209 | James Vaught | X | 0.00 | 13,179.33 |
| Check | 6/15/2009 | 30208 | Shannon Travers | X | 0.00 | 13,179.33 |
| Check | 6/15/2009 | 30207 | Joseph Stapp | X | 0.00 | 13,179.33 |
| Check | 6/15/2009 | 30200 | Cheryl Ballow | X | 0.00 | 13,179.33 |
| Check | 6/15/2009 | 30201 | Clayton Erickson | X | 0.00 | 13,179.33 |
| Check | 6/15/2009 | 30202 | Jeffrey S Holloway | X | 0.00 | 13,179.33 |
| Check | 6/15/2009 | 30203 | Anna Jones | X | 0.00 | 13,179.33 |
| Check | 6/15/2009 | 30204 | Lee Parham | X | 0.00 | 13,179.33 |
| Check | 6/15/2009 | 30206 | Michael Smith | X | 0.00 | 13,179.33 |
| Check | 6/15/2009 | 30205 | David J Reifenberger | X | 0.00 | 13,179.33 |
| Deposit | 6/15/2009 | | | X | 4,000.00 | 17,179.33 |
| Deposit | 6/17/2009 | | | X | 6,000.00 | 23,179.33 |
| Check | 6/30/2009 | online | Bank Service Charge | X | 0.00 | 23,179.33 |
| Deposit | 6/30/2009 | | | X | 9,280.00 | 32,459.33 |
| Total Deposits and Credits | | | | | 32,459.33 | 32,459.33 |
| Total Cleared Transactions | | | | | 15,188.00 | 15,188.00 |
| Cleared Balance | | | | | 15,188.00 | 15,188.00 |
| Register Balance as of 06/30/2009 | | | | | 15,188.00 | 15,188.00 |
| **Ending Balance** | | | | | **15,188.00** | **15,188.00** |

```
     UNITED COMMUNITY BANK  [04]        009 00094 01                    PAGE:     1
        P O BOX 1060                 ACCOUNT:            2004158586   06/30/2009
        DAHLONEGA GA 30533          DOCUMENTS:                    2


     TELEPHONE:706-864-8223
```




```
           HIDDEN LAKE ACADEMY INC
           DEBTOR IN POSSESSION
           CASE NUMBER 09-22028-REB
           PAYROLL ACCOUNT                                        30
           830 HIDDEN LAKE ROAD                                    2
           DAHLONEGA GA  30533                                     0
```

===========================================================
    Criminals trying to defraud you often use "phishing" letters, emails and
    phone calls to acquire your personal financial information.
    Never provide your information to anyone claiming to be the IRS, FDIC,
    On-Line Services or even the Bank.
            Report any Phishing attempts to us immediately.
    Again, never provide your information to anyone you do not know.

===========================================================
           UNITED BUSINESS VALU ACCOUNT 2004158586
===========================================================

```
                              LAST STATEMENT 05/29/09              .00
MINIMUM BALANCE            179.33      4 CREDITS         32,459.33
AVG AVAILABLE BALANCE    7,224.53      4 DEBITS          17,271.33
AVERAGE BALANCE          8,183.49  THIS STATEMENT 06/30/09   15,188.00
```

- - - - - - - - DEPOSITS - - - - - - - -
```
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
      06/11  13,179.33     06/17   6,000.00
```

- - - - - - - OTHER CREDITS - - - - - - - -
```
DESCRIPTION                                      DATE        AMOUNT
In Person DDA to DDA Transfer                    06/15      4,000.00
BUSINESS ONLINE XFER FROM 2004136723 ON 6/30/09  06/30      9,280.00
```

- - - - - - - OTHER DEBITS - - - - - - - -
```
DESCRIPTION                                      DATE        AMOUNT
In Person DDA to DDA Transfer                    06/16     17,000.00
HarlandBusinessS DlyBus HARLAND75124,16          06/22        125.99
HIDDEN LAKE ACAD PAYROLL 0046 0046               06/23        132.84
SERVICE CHARGE                                   06/30         12.50
```

- - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

```
       TOTAL CHARGE FOR UNITED BUSINESS VALU:          12.50
                * * *  C O N T I N U E D  * * *
```



06/11/2009   $13,179.33



06/17/2009   $6,000.00

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor:  Hidden Lake Academy, Inc    Case Number:  09-22028

Reporting Period beginning  June 1, 2009    Period ending  June 31, 2009

NAME OF BANK:  United Community    BRANCH:  Dahlonega

ACCOUNT NAME:  UCB Payroll Account

ACCOUNT NUMBER:  2004158529

PURPOSE OF ACCOUNT:  PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                                   $

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:  Hidden Lake Academy, Inc                Case Number:  09-22028

Reporting Period beginning   June 1, 2009                 Period ending   June31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  United Community                BRANCH:    Dahlonega

ACCOUNT NAME:  DIP Payroll Tax                ACCOUNT NUMBER:   2004158529

PURPOSE OF ACCOUNT:       TAX

|  |  |
|---|---|
| Ending Balance per Bank Statement | $   5,000.00 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Oustanding Checks and other debits | $                                      * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $   5,000.00        **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

3:10 PM

07/13/09

# Hidden Lake Academy
## Reconciliation Summary
### Hidden Lake Payroll TAX, Period Ending 06/30/2009

|  | Jun 30, 09 |
|---|---|
| Beginning Balance | 0.00 |
| Cleared Transactions | |
| Deposits and Credits - 1 item | 5,000.00 |
| Total Cleared Transactions | 5,000.00 |
| Cleared Balance | **5,000.00** |
| Register Balance as of 06/30/2009 | 5,000.00 |
| Ending Balance | 5,000.00 |

3:10 PM

07/13/09

# Hidden Lake Academy
## Reconciliation Detail
### Hidden Lake Payroll TAX, Period Ending 06/30/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 6/23/2009 | | | X | 5,000.00 | 5,000.00 |
| Total Deposits and Credits | | | | | 5,000.00 | 5,000.00 |
| Total Cleared Transactions | | | | | 5,000.00 | 5,000.00 |
| Cleared Balance | | | | | 5,000.00 | 5,000.00 |
| Register Balance as of 06/30/2009 | | | | | 5,000.00 | 5,000.00 |
| **Ending Balance** | | | | | **5,000.00** | **5,000.00** |

```
          UNITED COMMUNITY BANK  (0A)         00200027 01              PAGE:    1
          P O BOX 1060                    ACCOUNT:        2004158529    06/30/2009
          DAHLONEGA GA 30533             DOCUMENTS:               0
```

TELEPHONE:706-864-8223





```
          HIDDEN LAKE ACADEMY INC
          DEBTOR IN POSSESSION
          CASE NUMBER 09-22028-REB
          PAYROLL TAX FUNDS                                   30
          830 HIDDEN LAKE ROAD                                 0
          DAHLONEGA GA  30533                                  0
```

```
==================================================================
    Criminals trying to defraud you often use "phishing" letters, emails and
    phone calls to acquire your personal financial information.
    Never provide your information to anyone claiming to be the IRS, FDIC,
    On-Line Services or even the Bank.
            Report any Phishing attempts to us immediately.
    Again, never provide your information to anyone you do not know.
```

```
==================================================================
            UNITED BUSINESS VALU ACCOUNT 2004158529
==================================================================
```

```
                                LAST STATEMENT 06/04/09             .00
MINIMUM BALANCE          5,000.00      1 CREDITS         5,000.00
AVG AVAILABLE BALANCE    5,000.00        DEBITS              .00
AVERAGE BALANCE          5,000.00  THIS STATEMENT 06/30/09  5,000.00
```

```
            - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                         DATE      AMOUNT
BUSINESS ONLINE XFER FROM 2004158495 ON 6/23/09    06/23    5,000.00
```

```
            - - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
06/23        5,000.00
```

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor:  Hidden Lake Academy, Inc        Case Number: 09-22028

Reporting Period beginning  June 1, 2009        Period ending  June 31, 2009

NAME OF BANK:  United community        BRANCH:  Dahlonega

ACCOUNT NAME:  DIP Payroll Tax        ACCOUNT #  2004158529

PURPOSE OF ACCOUNT:        TAX

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer-generated check register can be attached to this report, provided all the
information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

### SUMMARY OF TAXES PAID

| | |
|------|------|
| Payroll Taxes Paid | -0-   a) |
| Sales & Use Taxes Paid | -0-   (b) |
| Other Taxes Paid | _____(c) |
| TOTAL | -0-   (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
(Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| | | NONE | | Current |
|---|---|---|---|---|
| Instrument | Face Value | Purchase Price | Date of Purchase | Market Value |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                              _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| | (Column 2) | (Column 3) | (Column 4) |
|---|---|---|---|
| | Maximum | Amount of Petty | Difference between |
| Location of | Amount of Cash | Cash On Hand | (Column 2) and |
| Box/Account | in Drawer/Acct. | At End of Month | (Column 3) |
| _____ | ____NONE____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                                    **$**_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $**_____(c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:  09-22028

Reporting Period beginning June 1, 2009          Period ending  June 31, 2009

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| IRS | 08/03 | Med Fica | 462.20 | | 3rd qt. |
| IRS | 08/03 | FICA | 1976.44 | | 3rd qt. |
| IRS | 08/03 | Wth fed | 1023.72 | | 3rd qt. |
| Dept of Rev. GA | 08/03 | wth state | 598.90 | | 3rd qt. |
| IRS | 08/17 | Med Fica | 402.82 | | 3rd qt. |
| IRS | 08/17 | FICA | 1722.20 | | 3rd qt. |
| IRS | 08/17 | wth fed. | 878.95 | | 3rd qt. |
| Dept. of Rev. Ga | 08/17 | Wth state | 487.45 | | 3rd qt |
| TOTAL | | | $ 7,552.68 | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:  __Hidden Lake Academy, Inc__        Case Number:  __09-22028__

Reporting Period beginning  __June1, 2009__        Period ending  __June 31, 2009__

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 9 | 2 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 1 |
| Number of employees on payroll at end of period | 5 ** | 5 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

** 3 employees changes to parttime status during month

MOR-15

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before __October 31, 2009_____
.