UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:                                                }          CASE NUMBER
HIDDEN LAKE ACADEMY, INC.,          }          09-22028
                                                        }
                                                        }          JUDGE Brizendine
Debtor.                                              }
_____  }          CHAPTER 11

DEBTOR'S  MONTHLY OPERATING REPORT (BUSINESS)
FOR THE PERIOD FROM July 1, 2009  TO July 31, 2009

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with
the Guidelines established by the United States Trustee and FRBP 2015. Counsel for the Debtor
has not reviewed the Debtor's business records on which this Operating Report is based and
makes no representation concerning the accuracy of the financial information provided herein.

Dated this 25th day of September, 2009                   /s/ Barbara Ellis-Monro
                                                                       Attorney for Debtor's Signature

Debtor's Address                                        Attorney's Address
and Phone Number:                                  and Phone Number:

 830 Hidden Lake Rd.                                    170 Mitchell St., SW

 Dahlonega, GA 30533                              Atlanta, GA 30303

   706-864-4730                                          404-525-4000

Note: The original Monthly Operating Report is to be filed with the court and a copy
simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be
filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the
United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING  July 1, 2009   AND ENDING  July 30, 2009

Name of Debtor:  Hidden Lake Academy Inc                          Case Number 09-22028
Date of Petition:  May 14, 2009

|  | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 8,886.36 | (a) | 19,829.21 | (b) |
| 2. RECEIPTS: | | | | |
| A. Cash Sales | | | | |
| Minus: Cash Refunds | (-) | | | |
| Net Cash Sales | | | | |
| B. Accounts Receivable | | | | |
| C. Other Receipts (See MOR-3) | 20470.00 | | 65,350.78 | |
| (If you receive rental income, you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 20,470.00 | | 65,350.78 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 29,356.36 | | 85,179.99 | |
| 5. DISBURSEMENTS | | | | |
| A. Advertising | | | | |
| B. Bank Charges | -0- | | 60.00 | |
| C. Contract Labor | | | | |
| D. Fixed Asset Payments (not incl. in "N") | | | | |
| E. Insurance | | | | |
| F. Inventory Payments (See Attach. 2) | | | | |
| G. Leases | | | | |
| H. Manufacturing Supplies | | | | |
| I. Office Supplies | -0- | | 251.99 | |
| J. Payroll - Net (See Attachment 4B) | 20,930.57 | | 76,108.07 | |
| K. Professional Fees (Accounting & Legal) | | | | |
| L. Rent | | | | |
| M. Repairs & Maintenance | | | | |
| N. Secured Creditor Payments (See Attach. 2) | | | | |
| O. Taxes Paid - Payroll (See Attachment 4C) | 4137.69 | | 4,137.69 | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | | | |
| Q. Taxes Paid - Other (See Attachment 4C) | | | | |
| R. Telephone | | | | |
| S. Travel & Entertainment | | | | |
| Y. U.S. Trustee Quarterly Fees | | | | |
| U. Utilities | | | | |
| V. Vehicle Expenses | | | | |
| W. Other Operating Expenses (See MOR-3) | 0 | | 334.14 | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 25,068.26 | | 80891.89 | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 4,288.10 | (c) | 4,288.10 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____, 20___                    _____
                                                                       (Signature)

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

MOR-2

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Management fee from HLA | 20,470.00 | 65,350.78 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: Hidden Lakes Academy, Inc_____    Case Number: __09-22028_____

Reporting Period beginning __July 1, 2009_____    Period ending __July 31, 2009_____

ACCOUNTS RECEIVABLE AT PETITION DATE: ___2,950,674.25_____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ __2,985,052.41_____ | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ __15,248.41_____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ _____ | * |
| End of Month Balance | $ __3,000,300.82_____ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $ 15248.41 | $ 15,978.74 | $ 18,399.42 | $ 2,950,674.25 | $ 3,000,300.82  (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _HLA_____ | _____ | _estimate not collectible_____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: _Hidden Lake Academy, Inc_     Case Number: _09-22028_

Reporting Period beginning _July 1, 2009_     Period ending _July 31,2009_

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL AMOUNT                                                                 _____(b)

☐  **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $ _____61,610.28_____ | (a) |
| PLUS: New Indebtedness Incurred This Month | $ _____ | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ _____ | |
| PLUS/MINUS: Adjustments | $ _____ | * |
| Ending Month Balance | $ _____61,610.28_____ | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| BB&T | 07/05/2009 | -0- | 2 | 0 |
| _____ | _____ | -0- | 0 | 0 |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                         _____(d)

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:   Hidden Lake Academy, Inc_____        Case Number:   09-22028 _____

Reporting Period beginning   July 1, 2009 _____        Period ending   July  30, 2009 _____

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:         $         N/A
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month         $_____(a)
        PLUS: Inventory Purchased During Month     $_____
        MINUS: Inventory Used or Sold                      $_____
        PLUS/MINUS: Adjustments or Write-downs     $_____*
    Inventory on Hand at End of Month           $_____

METHOD OF COSTING INVENTORY:   _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.
☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:   ____unknown_____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):   196 acres real property and certain building _____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month         $    unknown_____(a)(b)
        MINUS:  Depreciation Expense               $_____
        PLUS:  New Purchases                          $_____
        PLUS/MINUS: Adjustments or Write-downs     $_____*
Ending Monthly Balance                         $_____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:  Hidden Lakes Academy, Inc          Case Number:  09-22028

Reporting Period beginning  July 1, 2009          Period ending  July 30, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   United Community Bank          BRANCH:    Dahlonega

ACCOUNT NAME:  Hidden Lake Academy          ACCOUNT NUMBER:   2004158495

PURPOSE OF ACCOUNT:         OPERATING

| | |
|---|---|
| Ending Balance per Bank Statement | $    -0- |
| Plus Total Amount of Outstanding Deposits | $       -0- |
| Minus Total Amount of Outstanding Checks and other debits | $                    * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $    -0-          **(a) |

**\*Debit cards are used by**_____  None

**\*\*If Closing Balance is negative, provide explanation:**_____

_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment **4D**: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____143.52 ___Transferred to Payroll Account
$___      _____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

1:36 PM

08/11/09

# Hidden Lake Academy
## Reconciliation Summary
Hidden Lake Operating DIP, Period Ending 07/31/2009

|  |  | Jul 31, 09 |
|---|---|---|
| Beginning Balance |  | 853.61 |
| Cleared Transactions |  |  |
| Checks and Payments - 2 items | -853.61 |  |
| Total Cleared Transactions |  | -853.61 |
|  |  |  |
| Cleared Balance |  | 0.00 |
| Register Balance as of 07/31/2009 |  | 0.00 |
| New Transactions |  |  |
| Checks and Payments - 1 item | -10,000.00 |  |
| Total New Transactions |  | -10,000.00 |
|  |  |  |
| Ending Balance |  | -10,000.00 |

1:36 PM
08/11/09

# Hidden Lake Academy
## Reconciliation Detail
### Hidden Lake Operating DIP, Period Ending 07/31/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 853.61 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 2 items | | | | | | |
| Check | 6/15/2009 | 30203 | Anna Jones | X | -710.09 | -710.09 |
| Check | 7/13/2009 | wire | HLA | X | -143.52 | -853.61 |
| Total Checks and Payments | | | | | -853.61 | -853.61 |
| Total Cleared Transactions | | | | | -853.61 | -853.61 |
| Cleared Balance | | | | | -853.61 | 0.00 |
| Register Balance as of 07/31/2009 | | | | | -853.61 | 0.00 |
| New Transactions | | | | | | |
| Checks and Payments - 1 item | | | | | | |
| Check | 8/7/2009 | 1001 | BB&T | | -10,000.00 | -10,000.00 |
| Total Checks and Payments | | | | | -10,000.00 | -10,000.00 |
| Total New Transactions | | | | | -10,000.00 | -10,000.00 |
| Ending Balance | | | | | -10,853.61 | -10,000.00 |

```
UNITED COMMUNITY BANK  [04]        000 00004 01            PAGE:    1
P O BOX 1060                       ACCOUNT:        2004158495  07/31/2009
DAHLONEGA GA 30533                 DOCUMENTS:              1
```

TELEPHONE:706-864-8223


United
Community Bank.
FDIC

```
HIDDEN LAKE ACADEMY INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22028-REB
OPERATING ACCOUNT              <C>      30
830 HIDDEN LAKE ROAD                     0
DAHLONEGA GA  30533                      1
```

```
           * * *  F I N A L   S T A T E M E N T  * * *
=================================================================
   Bank from home or anywhere you have Internet access at UCBI.com.
   Online Banking and bill pay is free, convenient, secure and easy.
   Bill pay and internal transfers made by 5:00 pm are now posted
   the same business day.
   Save Time, Save Trees, with SECURE Electronic Statements...ucbi.com
```

```
=================================================================
             UNITED BUSINESS VALU ACCOUNT 2004158495
=================================================================
```

```
                       LAST STATEMENT 06/30/09       853.61
                                CREDITS                  .00
                              2 DEBITS                 853.61
                       THIS STATEMENT 07/31/09           .00
```

```
            - - - - - - - - - CHECKS - - - - - - - - -
  CHECK #..DATE.....AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
   30203 07/03     710.09
```

```
            - - - - - - - OTHER DEBITS - - - - - - -
DESCRIPTION                                        DATE      AMOUNT
BUSINESS ONLINE XFER TO 2004158586 ON 7/13/09      07/13     143.52
            - - - - - - - DAILY BALANCE - - - - - -
DATE..........BALANCE     DATE..........BALANCE       DATE..........BALANCE
07/03        143.52       07/13            .00
```

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:   Hidden Lake Academy          Case Number:   09-22028

Reporting Period beginning   July 1, 2009          Period ending  July 30,  2009

NAME OF BANK:   United Community          BRANCH:   Dahlonega

ACCOUNT NAME:   UCB DIP  Operating

ACCOUNT NUMBER:   2004158495

PURPOSE OF ACCOUNT:          OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------------|-------|---------|--------|
| 07/13 | | payroll account | | 143.52 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                        $      143.52

Payroll was processed on wrong account. Payroll account 2004158586 was open on 06/11.

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:   Hidden Lake Academy, Inc          Case Number:   09-22028

Reporting Period beginning   July 1, 2009          Period ending   July 31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:   United Community          BRANCH:   Dahlonega

ACCOUNT NAME:   UCB Payroll Account          ACCOUNT NUMBER:   2004158586
PURPOSE OF ACCOUNT:          PAYROLL

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 6,878.74 | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ -9,552.95 | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ -2,674.21 | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**   Deposit for payroll dated 07/31 was deposit in two deposits. The first on was posted on 07/31 and second after 3:oopm was posted on 08/03.

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| 07/08 | 79.65 | Payco | | payroll charges |
| 07/24 | 150.15 | Payco | | payroll charges |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:   Hidden Lake Academy, Inc        Case Number:   09-22028

Reporting Period beginning   June 1, 2009        Period ending   June 31, 2009

NAME OF BANK:   United Community        BRANCH:   Dahlonega

ACCOUNT NAME:   UCB Payroll Account

ACCOUNT NUMBER:   2004158529

PURPOSE OF ACCOUNT:        PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |

TOTAL                                                $

UNITED COMMUNITY BANK [RB]   000000049/2   PAGE 1
P O BOX 1060                              2004158586   07/31/2009
DAHLONEGA GA 30533        DOCUMENTS:           21

TELEPHONE:706-864-8223




HIDDEN LAKE ACADEMY INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22028-REB
PAYROLL ACCOUNT                                      30
830 HIDDEN LAKE ROAD                                  2
DAHLONEGA GA  30533                                  19

===========================================================================
      Bank from home or anywhere you have Internet access at UCBI.com.
      Online Banking and bill pay is free, convenient, secure and easy.
      Bill pay and internal transfers made by 5:00 pm are now posted
      the same business day.
      Save Time, Save Trees, with SECURE Electronic Statements...ucbi.com

===========================================================================
             UNITED BUSINESS VALU ACCOUNT 2004158586
===========================================================================

                              LAST STATEMENT 06/30/09      15,188.00
MINIMUM BALANCE          1,093.06        5 CREDITS         14,513.52
AVG AVAILABLE BALANCE    4,387.50       22 DEBITS          22,822.78
AVERAGE BALANCE          4,631.69  THIS STATEMENT 07/31/09  6,878.74

      - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
        07/06      750.00              07/31    6,820.00

      - - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                         DATE       AMOUNT
BUSINESS ONLINE XFER FROM 2004158495 ON 7/13/09     07/13      143.52
BUSINESS ONLINE XFER FROM 2004158578 ON 7/15/09     07/15    2,800.00
BUSINESS ONLINE XFER FROM 2004158578 ON 7/15/09     07/15    4,000.00

      - - - - - - - - - - CHECKS - - - - - - - - - -
  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
  30211 07/02    988.37   30218 07/06   1,150.24   30227 07/16     850.46
  30212 07/02    799.90   30219 07/01   1,089.85   30228 07/20   1,264.68
  30213 07/07  1,774.81   30220 07/01   1,365.65   30229 07/16   1,089.87
  30214 07/22    640.74   30221 07/17     584.74   30230*07/16   1,365.65
  30215 07/02  1,028.57   30222 07/17     807.74   30234 07/31   1,034.32
  30216 07/02  1,756.56   30223*07/17   1,774.81
  30217 07/02    850.45   30226 07/20   1,341.25

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
          * * * C O N T I N U E D * * *



DIN 000360000298 — Amount $750.00
Deposit Memo:
AUX   RT 061112843 AN 2004158586   TC 092

07/06/2009   $750.00



07/02/2009   CHECK# 30215   $1,028.57



DEPOSIT TICKET – GA
NAME: HLA-P
LOCATION:
2004158586
NET DEPOSIT $ 6,800.00

07/31/2009   $6,820.00



07/02/2009   CHECK# 30216   $1,756.56



07/02/2009   CHECK# 30211   $988.37

07/02/2009   CHECK# 30217   $850.45



07/02/2009   CHECK# 30212   $799.90

07/06/2009   CHECK# 30218   $1,150.24



07/07/2009   CHECK# 30213   $1,774.81

07/01/2009   CHECK# 30219   $1,089.85

07/22/2009   CHECK# 30214   $640.74

07/01/2009   CHECK# 30220   $1,365.65



## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR STATEMENT

WITHDRAWALS OUTSTANDING —
NOT CHARGED TO ACCOUNT

| No. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | **$** | |

**BEFORE YOU START -**

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

YOU SHOULD HAVE ADDED IF ANY OCCURRED:
1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

YOU SHOULD HAVE SUB-TRACTED IF ANY OCCURRED:
1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

BALANCE SHOWN
ON THIS STATEMENT    $ _____

**ADD +**

DEPOSITS NOT SHOWN
ON THIS STATEMENT
*(IF ANY)*    $ _____

_____

_____

TOTAL    $ _____

**SUBTRACT -**

WITHDRAWALS
OUTSTANDING    $ _____

**BALANCE**    $ _____

SHOULD AGREE WITH YOUR REGISTER BAL-ANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

Please examine immediately and report if incorrect. If no reply is received within 30 days from the date we mailed the statement the account will be considered correct.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days from the date we mailed you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and the account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### YOUR LINE OF CREDIT ACCOUNT SUMMARY OF RIGHTS IS OUTLINED BELOW

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon your request and in response to a billing error notice.

**In Case of Errors or Questions About Your Bill**

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days from the date we mailed the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

1) Your name and account number.
2) The dollar amount of the suspected error.
3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

A daily **FINANCE CHARGE** will be imposed on all credit advances made under your Line of Credit Account from the date of each credit advance based on the "average daily balance" method. To get the average daily balance we take the beginning balance of your Line of Credit Account each day, add any new advances and subtract any payments or credits and any unpaid **FINANCE CHARGES**. This gives us a daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

Your periodic rate may vary if your Line of Credit is variable rate.

Your minimum periodic payment required is shown on the front of this bill. You may pay off your Line of Credit balance at any time, or make voluntary additional payments. Unless otherwise agreed to Payments shall be applied in the following order: to (a) any unpaid **FINANCE CHARGES**; (b) unpaid principal; and (c)late charges and other charges.

Send payments and inquiries to address shown on front of bill.

NOTE: Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

11:24 AM

08/14/09

# Hidden Lake Academy
## Reconciliation Detail
### UCB DIP Payroll, Period Ending 07/31/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 15,188.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 22 items** | | | | | | |
| Check | 6/30/2009 | 30213 | Jeffrey S Holloway | X | -1,774.81 | -1,774.81 |
| Check | 6/30/2009 | 30216 | David J Reifenberger | X | -1,756.56 | -3,531.37 |
| Check | 6/30/2009 | 30220 | James Vaught | X | -1,365.65 | -4,897.02 |
| Check | 6/30/2009 | 30218 | Joseph Stapp | X | -1,150.24 | -6,047.26 |
| Check | 6/30/2009 | 30219 | Shannon Travers | X | -1,089.85 | -7,137.11 |
| Check | 6/30/2009 | 30215 | Lee Parham | X | -1,028.57 | -8,165.68 |
| Check | 6/30/2009 | 30211 | Cheryl Ballow | X | -988.37 | -9,154.05 |
| Check | 6/30/2009 | 30217 | Michael Smith | X | -850.45 | -10,004.50 |
| Check | 6/30/2009 | 30212 | Clayton Erickson | X | -799.90 | -10,804.40 |
| Check | 6/30/2009 | 30214 | Anna Jones | X | -640.74 | -11,445.14 |
| Check | 7/8/2009 | | PayCo, Inc | X | -79.65 | -11,524.79 |
| Check | 7/15/2009 | 30223 | Jeffrey S Holloway | X | -1,774.81 | -13,299.60 |
| Check | 7/15/2009 | 30230 | James Vaught | X | -1,365.65 | -14,665.25 |
| Check | 7/15/2009 | 30226 | David J Reifenberger | X | -1,341.25 | -16,006.50 |
| Check | 7/15/2009 | 30228 | Joseph Stapp | X | -1,264.68 | -17,271.18 |
| Check | 7/15/2009 | 30229 | Shannon Travers | X | -1,089.87 | -18,361.05 |
| Check | 7/15/2009 | 30225 | Lee Parham | X | -1,034.32 | -19,395.37 |
| Check | 7/15/2009 | 30227 | Michael Smith | X | -850.46 | -20,245.83 |
| Check | 7/15/2009 | 30222 | Clayton Erickson | X | -807.74 | -21,053.57 |
| Check | 7/15/2009 | 30221 | Cheryl Ballow | X | -584.74 | -21,638.31 |
| Check | 7/24/2009 | 1002 | PayCo, Inc | X | -150.15 | -21,788.46 |
| Check | 7/31/2009 | 30234 | Lee Parham | X | -1,034.32 | -22,822.78 |
| **Total Checks and Payments** | | | | | -22,822.78 | -22,822.78 |
| **Deposits and Credits - 6 items** | | | | | | |
| Deposit | 7/6/2009 | | | X | 750.00 | 750.00 |
| Transfer | 7/13/2009 | | | X | 0.00 | 750.00 |
| Transfer | 7/13/2009 | wire | | X | 143.52 | 893.52 |
| Transfer | 7/15/2009 | | | X | 2,800.00 | 3,693.52 |
| Transfer | 7/15/2009 | | | X | 4,000.00 | 7,693.52 |
| Transfer | 7/31/2009 | | | X | 6,820.00 | 14,513.52 |
| **Total Deposits and Credits** | | | | | 14,513.52 | 14,513.52 |
| **Total Cleared Transactions** | | | | | -8,309.26 | -8,309.26 |
| **Cleared Balance** | | | | | -8,309.26 | 6,878.74 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 9 items** | | | | | | |
| Check | 7/15/2009 | 30224 | Anna Jones | | -640.75 | -640.75 |
| Check | 7/31/2009 | 30232 | Jeffrey S Holloway | | -1,774.81 | -2,415.56 |
| Check | 7/31/2009 | 30239 | James Vaught | | -1,365.65 | -3,781.21 |
| Check | 7/31/2009 | 30235 | David J Reifenberger | | -1,341.25 | -5,122.46 |
| Check | 7/31/2009 | 30237 | Joseph Stapp | | -1,264.66 | -6,387.12 |
| Check | 7/31/2009 | 30238 | Shannon Travers | | -1,089.86 | -7,476.98 |
| Check | 7/31/2009 | 30236 | Michael Smith | | -850.45 | -8,327.43 |
| Check | 7/31/2009 | 30233 | Anna Jones | | -640.76 | -8,968.19 |
| Check | 7/31/2009 | 30231 | Cheryl Ballow | | -584.76 | -9,552.95 |
| **Total Checks and Payments** | | | | | -9,552.95 | -9,552.95 |
| **Total Uncleared Transactions** | | | | | -9,552.95 | -9,552.95 |
| **Register Balance as of 07/31/2009** | | | | | -17,862.21 | -2,674.21 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 8/14/2009 | 1003 | Joseph Stapp | | -127.03 | -127.03 |
| **Total Checks and Payments** | | | | | -127.03 | -127.03 |
| **Total New Transactions** | | | | | -127.03 | -127.03 |
| **Ending Balance** | | | | | **-17,989.24** | **-2,801.24** |

Page 1

11:24 AM

08/14/09

# Hidden Lake Academy
## Reconciliation Summary
UCB DIP Payroll, Period Ending 07/31/2009

|  | Jul 31, 09 |
|---|---|
| Beginning Balance | 15,188.00 |
| Cleared Transactions |  |
|    Checks and Payments - 22 items | -22,822.78 |
|    Deposits and Credits - 6 items | 14,513.52 |
|    Total Cleared Transactions | -8,309.26 |
| Cleared Balance | 6,878.74 |
|    Uncleared Transactions |  |
|    Checks and Payments - 9 items | -9,552.95 |
|    Total Uncleared Transactions | -9,552.95 |
| Register Balance as of 07/31/2009 | -2,674.21 |
|    New Transactions |  |
|    Checks and Payments - 1 item | -127.03 |
|    Total New Transactions | -127.03 |
| Ending Balance | -2,801.24 |

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:   Hidden Lake Academy, Inc          Case Number:   09-22028

Reporting Period beginning   July  1, 2009          Period ending   July 30,2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:   United Community          BRANCH:   Dahlonega

ACCOUNT NAME:  DIP Payroll Tax          ACCOUNT NUMBER:   2004158529

PURPOSE OF ACCOUNT:        TAX

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $  6962.31 | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Oustanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $  6962.31 | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| 07/28 | $9,730.00 | HLA inc | | Deposit on 07/27 was deposit into the |

wrong account. this check was payable to HLA INC not Hidden Lake Academy
_____
_____
_____

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

10:56 AM
08/14/09

# Hidden Lake Academy
## Reconciliation Detail
### Hidden Lake Payroll TAX, Period Ending 07/31/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 5,000.00 |
| **Cleared Transactions** | | | | | | |
| Checks and Payments - 1 item | | | | | | |
| Check | 7/23/2009 | | Internal Revenue S... | X | -4,137.69 | -4,137.69 |
| Total Checks and Payments | | | | | -4,137.69 | -4,137.69 |
| Deposits and Credits - 4 items | | | | | | |
| Check | 7/13/2009 | wire | HLA | X | 0.00 | 0.00 |
| Transfer | 7/15/2009 | | | X | 2,100.00 | 2,100.00 |
| Transfer | 7/27/2009 | | | X | 0.00 | 2,100.00 |
| Transfer | 7/31/2009 | | | X | 4,000.00 | 6,100.00 |
| Total Deposits and Credits | | | | | 6,100.00 | 6,100.00 |
| Total Cleared Transactions | | | | | 1,962.31 | 1,962.31 |
| Cleared Balance | | | | | 1,962.31 | 6,962.31 |
| Register Balance as of 07/31/2009 | | | | | 1,962.31 | 6,962.31 |
| **Ending Balance** | | | | | **1,962.31** | **6,962.31** |

10:56 AM

08/14/09

### Hidden Lake Academy
### Reconciliation Summary
Hidden Lake Payroll TAX, Period Ending 07/31/2009

|  |  | Jul 31, 09 |
|---|---|---|
| Beginning Balance |  | 5,000.00 |
| Cleared Transactions |  |  |
| Checks and Payments - 1 item | -4,137.69 |  |
| Deposits and Credits - 4 items | 6,100.00 |  |
| Total Cleared Transactions |  | 1,962.31 |
| Cleared Balance |  | 6,962.31 |
| Register Balance as of 07/31/2009 |  | 6,962.31 |
| Ending Balance |  | 6,962.31 |

Page 1

```
UNITED COMMUNITY BANK  [04]       000 00004 01                    PAGE:    1
P O BOX 1060                      ACCOUNT:         2004158529    07/31/2009
DAHLONEGA GA 30533                DOCUMENTS:                3


TELEPHONE:706-864-8223
```




```
        HIDDEN LAKE ACADEMY INC
        DEBTOR IN POSSESSION
        CASE NUMBER 09-22028-REB
        PAYROLL TAX FUNDS                                          30
        830 HIDDEN LAKE ROAD                                        2
        DAHLONEGA GA  30533                                         1
```

```
=============================================================================
     Bank from home or anywhere you have Internet access at UCBI.com.
     Online Banking and bill pay is free, convenient, secure and easy.
     Bill pay and internal transfers made by 5:00 pm are now posted
     the same business day.
     Save Time, Save Trees, with SECURE Electronic Statements...ucbi.com

=============================================================================
                 UNITED BUSINESS VALU ACCOUNT 2004158529
=============================================================================


                              LAST STATEMENT 06/30/09        5,000.00
MINIMUM BALANCE          2,962.31    3 CREDITS               15,830.00
AVG AVAILABLE BALANCE    4,950.34    2 DEBITS                13,867.69
AVERAGE BALANCE          5,393.25  THIS STATEMENT 07/31/09    6,962.31
                - - - - - - - - - DEPOSITS - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
        07/27    9,730.00        07/31   4,000.00
                - - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                          DATE          AMOUNT
BUSINESS ONLINE XFER FROM 2004158578 ON 7/15/09      07/15        2,100.00
                - - - - - - - - - CHECKS - - - - - - - - -
  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
        07/28    9,730.00
                - - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                          DATE          AMOUNT
IRS USATAXPYMT 270960400906969                       07/23        4,137.69
                - - - - - - DAILY BALANCE - - - - - -
DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
07/15        7,100.00      07/27       12,692.31      07/31        6,962.31
07/23        2,962.31      07/28        2,962.31
```

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor:  Hidden Lake Academy, Inc        Case Number:  09-22028

Reporting Period beginning  July 1, 2009        Period ending  July 30, 2009

NAME OF BANK:  United community        BRANCH:  Dahlonega

ACCOUNT NAME:  DIP Payroll Tax        ACCOUNT #  2004158529

PURPOSE OF ACCOUNT:        TAX

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 07/28 | EFT | IRS | Payroll tax from May 29 | $4,137.69 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $4,137.69 |

(d)

### SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | $4,137.69) |
| Sales & Use Taxes Paid | -0-    (b) |
| Other Taxes Paid | _____(c) |
| TOTAL | ___$4,137.69 |

d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

_____ NONE _____    Current

| Instrument | Face Value | Purchase Price | Date of Purchase | Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                        _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | NONE | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                        **$_____(b)**

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation_____**
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)     $_____
(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:  09-22028

Reporting Period beginning  July 1, 2009          Period ending  July 30, 2009

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| IRS | 08/03 | Fica | 1971.54 | | 3rd  qt. |
| IRS | 08/03 | Wth Fed | 723.48 | | 3rd qt. |
| Dept of Rev Ga | 08/03 | Wth state | 422.57 | | 3rd qt. |
| Dept of Rev. GA | 08/03 | wth state | 403.12 | | 3rd qt. |
| IRS | 08/17 | Fica | 1,831.68 | | 3rd qt. |
| IRS | 08/17 | Wth fed | 706.37 | | 3rd qt. |
| Dept. of Rev. Ga | 08/17 | Wth state | 989.40 | | 3rd qt |
| IRS | 06/15 | Fica | 3231.26 | | 3rd qt. |
| IRS | 05/15 | Wth fed | 4,571.30 | | 3rd qt. |
| Dept of Rev Ga | May 30 to 06/30 state wth | | 2,608.98 | | 3rd qt. |

TOTAL                              $  17,459.70

Payroll taxes from 06/15 and 05/15 was not paid due to clerk error.  This Payment will be paid in Sept.

### ATTACHMENT 7

### SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:  __Hidden Lake Academy, Inc__      Case Number:  __09-22028__

Reporting Period beginning  __June1, 2009__      Period ending  __June 31, 2009__

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

### PERSONNEL REPORT

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 5 | 5 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 3 | |
| Number of employees on payroll at end of period | 2 | 5 |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

☐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.