UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| HIDDEN LAKE ACADEMY, INC., | } | 09-22028 |
| | } | |
| | } | JUDGE Brizendine |
| Debtor. | } | |
| | } | CHAPTER 11 |

DEBTOR'S  MONTHLY OPERATING REPORT (BUSINESS)
FOR THE PERIOD FROM August 1, 2009  TO August 30, 2009

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015. Counsel for the Debtor has not reviewed the Debtor's business records on which this Operating Report is based and makes no representation concerning the accuracy of the financial information provided herein.


Dated this 25th day of September, 2009                    _____/s/ Barbara Ellis-Monro_____
                                                          Attorney for Debtor's Signature

Debtor's Address                                          Attorney's Address
and Phone Number:                                         and Phone Number:

 830 Hidden Lake Rd.                                           170 Mitchell St., SW

 Dahlonega, GA 30533                                           Atlanta, GA 30303

    706-864-4730                                               404-525-4000

_____


Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.

SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING   Aug  1, 2009    AND ENDING  Aug  31,  2009

Name of Debtor:  Hidden Lake Academy Inc                                    Case Number 09-22028
Date of Petition: May 14, 2009

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 4,288.10 | (a) | 19,829.21 | (b) |
| 2. RECEIPTS: | | | | |
| A. Cash Sales | | | | |
| Minus:  Cash Refunds | (-) | | | |
| Net Cash Sales | | | | |
| B. Accounts Receivable | | | | |
| C. Other Receipts (See MOR-3) | 34,087.04 | | 99,437.82 | |
| (If you receive rental income, you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 20,470.00 | | 99,437.82 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 38,375.14 | | 119,267.03 | |
| 5. DISBURSEMENTS | | | | |
| A. Advertising | | | | |
| B. Bank Charges | -0- | | 60.00 | |
| C. Contract Labor | | | | |
| D. Fixed Asset Payments (not incl. in "N") | | | | |
| E. Insurance | | | | |
| F. Inventory Payments (See Attach. 2) | | | | |
| G. Leases | | | | |
| H. Manufacturing Supplies | | | | |
| I. Office Supplies | -0- | | 251.99 | |
| J. Payroll - Net (See Attachment 4B) | 17936.36 | | 94,044.43 | |
| K. Professional Fees (Accounting & Legal) | 650.00 | | 650.00 | |
| L. Rent | | | | |
| M. Repairs & Maintenance | | | | |
| N. Secured Creditor Payments (See Attach. 2) | 10,000.00 | | 10,000.00 | |
| O. Taxes Paid - Payroll (See Attachment 4C) | 5,698.99 | | 9,836.68 | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | | | |
| Q. Taxes Paid - Other (See Attachment 4C) | 159.38 | | 159.38 | |
| R. Telephone | | | | |
| S. Travel & Entertainment | | | | |
| Y. U.S. Trustee Quarterly Fees | | | | |
| U. Utilities | | | | |
| V. Vehicle Expenses | | | | |
| W. Other Operating Expenses (See MOR-3) | 0 | | 334.14 | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 34,444.73 | | 115,336.62 | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 3,930.41 | (c) | 3,930.41 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true
and correct to the best of my knowledge and belief.

This _____ day of _____, 20__ .                             _____
_____                                 (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the
    balance as of the petition date.
(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of
    the petition.
(c)These two amounts will always be the same if form is completed correctly.

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Management fee from HLA | 34,087.00 | 99,437.78 |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

MOR-3

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: Hidden Lakes Academy, Inc_____  Case Number: __09-22028_____

Reporting Period beginning _Aug. 1, 2009_____    Period ending _Aug. 31, 2009_____

ACCOUNTS RECEIVABLE AT PETITION DATE: __2,950,674.25_____

**ACCOUNTS RECEIVABLE RECONCILIATION**
(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 3,000,300.82 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ 12,800.00 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ 3,013,100.82 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
_____
_____

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total | |
|---|---|---|---|---|---|
| $ 12,800.00 | $ 15,248.41 | $ 15,978.74 | $ 2,969,073.67 | $ 3,013,100.82 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| HLA | | estimate not collectible |
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

MOR-4

### ATTACHMENT 2
### MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: __Hidden Lake Academy, Inc__      Case Number: __09-22028__

Reporting Period beginning __Aug. 1, 2009__      Period ending __Aug. 31, 2009__

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ 61,610.28 | (a) |
|   PLUS: New Indebtedness Incurred This Month | $ | |
|   MINUS: Amount Paid on Post Petition, | | |
|     Accounts Payable This Month | $ | |
|   PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ 61,610.28 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| BB&T | 008/13/2009 | 10,000.00 | 3 | 1 |
| | | -0- | 0 | 0 |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | 10,000.00 | (d) | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.

(b, c)The total of line (b) must equal line (c).

(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:  Hidden Lakes Academy, Inc            Case Number:  09-22028

Reporting Period beginning  Aug 1, 2009            Period ending  Aug 31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  United Community Bank            BRANCH:  Dahlonega

ACCOUNT NAME:  Hidden Lake Academy            ACCOUNT NUMBER:  2004158495

PURPOSE OF ACCOUNT:            OPERATING

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $ 10,000.00 | |
| Plus Total Amount of Outstanding Deposits | $ -0- | |
| Minus Total Amount of Outstanding Checks and other debits | $ 10,000.00 | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ -0- | **(a) |

*Debit cards are used by            None

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  (    Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____            Transferred to Payroll Account
$_____            Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

```
UNITED COMMUNITY BANK OF NORTH GA 01                          PAGE:     1
P O BOX 1060                         ACCOUNT:      2004158495  08/31/2009
DAHLONEGA GA 30533                   DOCUMENTS:            4
```

TELEPHONE:706-864-8223





```
HIDDEN LAKE ACADEMY INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22028-REB
OPERATING ACCOUNT                                             30
830 HIDDEN LAKE ROAD                                          3
DAHLONEGA GA  30533                                           1
```

```
===============================================================================
     Bank from home or anywhere you have Internet access at UCBI.com.
     Online Banking and bill pay is free, convenient, secure and easy.
     Bill pay and internal transfers made by 5:00 pm are now posted
     the same business day.
     Save Time, Save Trees, with SECURE Electronic Statements...ucbi.com
```

```
===============================================================================
                 UNITED BUSINESS VALU ACCOUNT 2004158495
===============================================================================
                          LAST STATEMENT 07/31/09            .00
MINIMUM BALANCE          10,000.00     3 CREDITS          17,485.12
AVG AVAILABLE BALANCE    10,511.19     2 DEBITS            7,485.12
AVERAGE BALANCE          10,511.19  THIS STATEMENT 08/31/09 10,000.00
```

```
 - - - - - - - - - - - - - DEPOSITS - - - - - - - - - - -
REF #.....DATE.....AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
        08/11    6,835.12         08/11  10,000.00          08/19      650.00
```

```
 - - - - - - - - - - - - - CHECKS - - - - - - - - - - -
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
   1002 08/25      650.00
```

```
            - - - - - - - - OTHER DEBITS - - - - - - - - -
DESCRIPTION                                          DATE        AMOUNT
Telephone- DDA to DDA Transfer                       08/12      6,835.12
```

```
           - - - - - - - DAILY BALANCE - - - - - - -
DATE.........BALANCE     DATE.........BALANCE     DATE.........BALANCE
08/11     16,835.12      08/19     10,650.00
08/12     10,000.00      08/25     10,000.00
```

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:    Hidden Lake Academy          Case Number:    09-22028

Reporting Period beginning    Aug 1, 2009          Period ending   Aug 30, 2009

NAME OF BANK:    United Community          BRANCH:    Dahlonega

ACCOUNT NAME:    UCB DIP  Operating

ACCOUNT NUMBER:    2004158495

PURPOSE OF ACCOUNT:          OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------------|-------|---------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL                                    $

ATTACHMENT 3
INVENTORY AND FIXED ASSETS REPORT

Name of Debtor:   Hidden Lake Academy, Inc_____    Case Number:  09-22028 _____

Reporting Period beginning  __Aug 1, 2009_____    Period ending  __Aug  31, 2009_____

## INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:            $         N/A_____
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month        $_____(a)
    PLUS: Inventory Purchased During Month         $_____
    MINUS: Inventory Used or Sold                  $_____
    PLUS/MINUS: Adjustments or Write-downs          $_____ *
    Inventory on Hand at End of Month         $_____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory |
|---|---|---|---|---|---|
| _____% | _____% | _____% | _____% | = | _____100%* |

* Aging Percentages must equal 100%.
    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:   __unknown_____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):  _196 acres real property and certain building_
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month      $___unknown_____(a)(b)
    MINUS:  Depreciation Expense               $_____
    PLUS:  New Purchases                       $_____
    PLUS/MINUS: Adjustments or Write-downs      $_____ *
Ending Monthly Balance                            $_____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

<u>TACHMENT 4B</u>

## <u>MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT</u>

Name of Debtor:  <u>Hidden Lake Academy, Inc</u>        Case Number:  <u>09-22028</u>

Reporting Period beginning <u>Aug. 1, 2009</u>        Period ending <u>Aug 31, 2009</u>

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  <u>United Community</u>        BRANCH:  <u>Dahlaega</u>

ACCOUNT NAME:  <u>UCB Payroll Account</u>        ACCOUNT NUMBER:  <u>2004158586</u>
PURPOSE OF ACCOUNT:        <u>PAYROLL</u>

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 12,205.50 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | -9,538.41     * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 2,667.09     **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
The following disbursements were paid by Cash:  (    Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| 08/11 | 79.96 | Payco | | payroll charges |
| 08/25 | 75.92 | Payco | | payroll charges |
| 08/31 | 12.50 | Payco | | payroll charges |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

10:15 AM

09/04/09

# Hidden Lake Academy
## Reconciliation Summary
### UCB DIP Payroll, Period Ending 08/31/2009

|  | Aug 31, 09 |
|---|---|
| Beginning Balance | 6,878.74 |
| Cleared Transactions |  |
| Checks and Payments - 22 items | -18,110.28 |
| Deposits and Credits - 6 items | 23,437.04 |
| Total Cleared Transactions | 5,326.76 |
| Cleared Balance | 12,205.50 |
| Uncleared Transactions |  |
| Checks and Payments - 8 items | -9,538.41 |
| Total Uncleared Transactions | -9,538.41 |
| Register Balance as of 08/31/2009 | 2,667.09 |
| Ending Balance | 2,667.09 |

10:15 AM
09/04/09

# Hidden Lake Academy
## Reconciliation Detail
UCB DIP Payroll, Period Ending 08/31/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 6,878.74 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 22 items** | | | | | | |
| Check | 7/15/2009 | 30224 | Anna Jones | X | -640.75 | -640.75 |
| Check | 7/31/2009 | 30232 | Jeffrey S Holloway | X | -1,774.81 | -2,415.56 |
| Check | 7/31/2009 | 30239 | James Vaught | X | -1,365.65 | -3,781.21 |
| Check | 7/31/2009 | 30235 | David J Reifenberger | X | -1,341.25 | -5,122.46 |
| Check | 7/31/2009 | 30237 | Joseph Stapp | X | -1,264.66 | -6,387.12 |
| Check | 7/31/2009 | 30238 | Shannon Travers | X | -1,089.86 | -7,476.98 |
| Check | 7/31/2009 | 30236 | Michael Smith | X | -850.45 | -8,327.43 |
| Check | 7/31/2009 | 30233 | Anna Jones | X | -640.76 | -8,968.19 |
| Check | 7/31/2009 | 30231 | Cheryl Ballow | X | -584.76 | -9,552.95 |
| Check | 8/14/2009 | 30241 | Jeffrey S Holloway | X | -1,774.81 | -11,327.76 |
| Check | 8/14/2009 | 30246 | James Vaught | X | -1,365.66 | -12,693.42 |
| Check | 8/14/2009 | 30243 | David J Reifenberger | X | -1,341.25 | -14,034.67 |
| Check | 8/14/2009 | 30245 | Joseph Stapp | X | -1,264.67 | -15,299.34 |
| Check | 8/14/2009 | 30244 | Michael Smith | X | -850.45 | -16,149.79 |
| Check | 8/14/2009 | 30242 | Anna Jones | X | -640.74 | -16,790.53 |
| Check | 8/14/2009 | 30240 | Cheryl Ballow | X | -584.75 | -17,375.28 |
| Check | 8/14/2009 | 1003 | Joseph Stapp | X | -127.03 | -17,502.31 |
| Check | 8/14/2009 | | PayCo, Inc | X | -70.96 | -17,573.27 |
| Check | 8/18/2009 | 1002 | Jeffrey S Holloway | X | -358.19 | -17,931.46 |
| Check | 8/18/2009 | 1001 | Cheryl Ballow | X | -90.40 | -18,021.86 |
| Check | 8/31/2009 | | | X | -75.92 | -18,097.78 |
| Check | 8/31/2009 | | PayCo, Inc | X | -12.50 | -18,110.28 |
| **Total Checks and Payments** | | | | | -18,110.28 | -18,110.28 |
| **Deposits and Credits - 6 items** | | | | | | |
| Transfer | 8/4/2009 | | | X | 2,000.00 | 2,000.00 |
| Transfer | 8/4/2009 | | | X | 2,700.00 | 4,700.00 |
| Transfer | 8/14/2009 | | | X | 1,637.04 | 6,337.04 |
| Deposit | 8/17/2009 | | | X | 2,100.00 | 8,437.04 |
| Transfer | 8/18/2009 | | | X | 3,000.00 | 11,437.04 |
| Deposit | 8/31/2009 | xfer | Ridge Creek Inc | X | 12,000.00 | 23,437.04 |
| **Total Deposits and Credits** | | | | | 23,437.04 | 23,437.04 |
| **Total Cleared Transactions** | | | | | 5,326.76 | 5,326.76 |
| **Cleared Balance** | | | | | 5,326.76 | 12,205.50 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Check | 8/31/2009 | 30249 | Jeffrey S Holloway | | -2,030.38 | -2,030.38 |
| Check | 8/31/2009 | 30253 | Joseph Stapp | | -1,377.33 | -3,407.71 |
| Check | 8/31/2009 | 30254 | James Vaught | | -1,365.65 | -4,773.36 |
| Check | 8/31/2009 | 30251 | David J Reifenberger | | -1,341.25 | -6,114.61 |
| Check | 8/31/2009 | 30248 | Peter Hekwig | | -1,283.36 | -7,397.97 |
| Check | 8/31/2009 | 30252 | Michael Smith | | -850.45 | -8,248.42 |
| Check | 8/31/2009 | 30247 | Cheryl Ballow | | -649.24 | -8,897.66 |
| Check | 8/31/2009 | 30250 | Anna Jones | | -640.75 | -9,538.41 |
| **Total Checks and Payments** | | | | | -9,538.41 | -9,538.41 |
| **Total Uncleared Transactions** | | | | | -9,538.41 | -9,538.41 |
| **Register Balance as of 08/31/2009** | | | | | -4,211.65 | 2,667.09 |
| **Ending Balance** | | | | | **-4,211.65** | **2,667.09** |

```
UNITED COMMUNITY BANK [04]          009 000025 01              PAGE:    1
P O BOX 1060                        ACCOUNT:        2004158586  08/31/2009
DAHLONEGA GA 30533                  DOCUMENTS:              23
```

TELEPHONE:706-864-8223



United
Community Bank.
FDIC

```
HIDDEN LAKE ACADEMY INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22028-REB
PAYROLL ACCOUNT                                          30
830 HIDDEN LAKE ROAD                                      4
DAHLONEGA GA  30533                                      19
```

========================================================================

```
        Bank from home or anywhere you have Internet access at UCBI.com.
        Online Banking and bill pay is free, convenient, secure and easy.
        Bill pay and internal transfers made by 5:00 pm are now posted
        the same business day.
        Save Time, Save Trees, with SECURE Electronic Statements...ucbi.com
```

========================================================================
                UNITED BUSINESS VALU ACCOUNT 2004158586
========================================================================

```
                            LAST STATEMENT 07/31/09       6,878.74
MINIMUM BALANCE         218.00      6 CREDITS             23,437.04
AVG AVAILABLE BALANCE 1,429.62     22 DEBITS              18,110.28
AVERAGE BALANCE       1,869.62  THIS STATEMENT 08/31/09   12,205.50
```

- - - - - - - - - - DEPOSITS - - - - - - - - - -

| REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT |
|---|---|---|
| 08/14    1,637.04 | 08/18    3,000.00 | |
| 08/17    2,100.00 | 08/31   12,000.00 | |

- - - - - - - - - OTHER CREDITS - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| BUSINESS ONLINE XFER FROM 2004158578 ON 8/04/09 | 08/04 | 2,700.00 |
| BUSINESS ONLINE XFER FROM 2004202871 ON 8/14/09 | 08/14 | 2,000.00 |

*(handwritten: HLA OP.)*
*(handwritten: Ridge OP)*

- - - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 1001  08/18       90.40 | 30235 08/05    1,341.25 | 30242 08/24      640.74 |
| 1002  08/18      358.19 | 30236 08/04      850.45 | 30243 08/17    1,341.25 |
| 1003* 08/18      127.03 | 30237 08/03    1,264.66 | 30244 08/17      850.45 |
| 30224* 08/03      640.75 | 30238 08/04    1,089.86 | 30245 08/17    1,264.67 |
| 30231 08/03      584.76 | 30239 08/03    1,365.65 | 30246 08/14    1,365.66 |
| 30232 08/04    1,774.81 | 30240 08/18      584.75 | |
| 30233* 08/24      640.76 | 30241 08/18    1,774.81 | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
                * * *  C O N T I N U E D  * * *



08/14/2009    $1,637.04        08/18/2009    CHECK# 1003    $127.03

08/17/2009    $2,100.00        08/03/2009    CHECK# 30224    $640.75

08/18/2009    $3,000.00        08/03/2009    CHECK# 30231    $584.76

08/31/2009    $12,000.00        08/04/2009    CHECK# 30232    $1,774.81

08/18/2009    CHECK# 1001    $90.40        08/24/2009    CHECK# 30233    $640.76

08/18/2009    CHECK# 1002    $358.19        08/05/2009    CHECK# 30235    $1,341.25

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: __Hidden Lake Academy, Inc__    Case Number: __09-22028__

Reporting Period beginning __Aug 1, 2009__    Period ending __Aug 31, 2009__

NAME OF BANK: __United Community__    BRANCH: __Dahlonega__

ACCOUNT NAME: __UCB Payroll Account__

ACCOUNT NUMBER: __2004158529__

PURPOSE OF ACCOUNT: __PAYROLL__

Account for all disbursements, including voids, lost payments, stop payment, etc. In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL |  |  |  | $ |

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:  09-22028

Reporting Period beginning  Aug  1, 2009          Period ending  Aug  31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: United Community          BRANCH:  Dahlonega

ACCOUNT NAME:  DIP Payroll Tax          ACCOUNT NUMBER:  2004158529

PURPOSE OF ACCOUNT: ____ TAX

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 1,263.32 | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Oustanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ 1,263.32 | **(a) |

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation:_____

_____

The following disbursements were paid by Cash:  (     Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

```
UNITED COMMUNITY BANK [04]          200700025 01                PAGE:   1
P O BOX 1060                        ACCOUNT:        2004158529   08/31/2009
DAHLONEGA GA 30533                  DOCUMENTS:               0

TELEPHONE:706-864-8223
```



United
Community Bank.
FDIC

```
HIDDEN LAKE ACADEMY INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22028-REB
PAYROLL TAX FUNDS                                               30
830 HIDDEN LAKE ROAD                                            0
DAHLONEGA GA  30533                                             0
```

```
================================================================
     Bank from home or anywhere you have Internet access at UCBI.com.
     Online Banking and bill pay is free, convenient, secure and easy.
     Bill pay and internal transfers made by 5:00 pm are now posted
     the same business day.
     Save Time, Save Trees, with SECURE Electronic Statements...ucbi.com

================================================================
          UNITED BUSINESS VALU ACCOUNT 2004158529
================================================================
                          LAST STATEMENT 07/31/09      6,962.31
MINIMUM BALANCE        1,263.32        CREDITS              .00
AVG AVAILABLE BALANCE  3,395.15     2 DEBITS          5,698.99
AVERAGE BALANCE        3,653.21  THIS STATEMENT 08/31/09  1,263.32
- - - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                 DATE       AMOUNT
IRS USATAXPYMT 270962600521208              08/14     2,695.02
IRS USATAXPYMT 270962600964125              08/14     3,003.97
- - - - - - - - DAILY BALANCE - - - - - -
DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
08/14      1,263.32
```

4:51 PM

09/03/09

# Hidden Lake Academy
## Reconciliation Summary
### Hidden Lake Payroll TAX, Period Ending 08/31/2009

|                                           | Aug 31, 09 |
| ----------------------------------------- | ---------- |
| Beginning Balance                         | 6,962.31   |
| Cleared Transactions                      |            |
| Checks and Payments - 2 items             | -5,698.99  |
| Total Cleared Transactions                | -5,698.99  |
| Cleared Balance                           | 1,263.32   |
| Register Balance as of 08/31/2009         | 1,263.32   |
| Ending Balance                            | 1,263.32   |

4:51 PM

09/03/09

## Hidden Lake Academy
## Reconciliation Detail
### Hidden Lake Payroll TAX, Period Ending 08/31/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 6,962.31 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 2 items | | | | | | |
| Check | 8/14/2009 | | Internal Revenue S... | X | -3,003.97 | -3,003.97 |
| Check | 8/14/2009 | | Internal Revenue S... | X | -2,695.02 | -5,698.99 |
| Total Checks and Payments | | | | | -5,698.99 | -5,698.99 |
| Total Cleared Transactions | | | | | -5,698.99 | -5,698.99 |
| Cleared Balance | | | | | -5,698.99 | 1,263.32 |
| Register Balance as of 08/31/2009 | | | | | -5,698.99 | 1,263.32 |
| Ending Balance | | | | | -5,698.99 | 1,263.32 |

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor:   Hidden Lake Academy. Inc          Case Number: 09-22028

Reporting Period beginning   Aug 1, 2009          Period ending   Aug 31, 2009

NAME OF BANK:   United community          BRANCH:   Dahlonega

ACCOUNT NAME:   DIP Payroll Tax          ACCOUNT #  2004158529

PURPOSE OF ACCOUNT:          TAX

Account for all disbursements, including voids, lost checks, stop payments, etc. In the
alternative, a computer-generated check register can be attached to this report, provided all the
information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| 07/28 | EFT | IRS | Payroll tax from July15 | $2,695.02 |
| 08/14 | EFT | IRS | Payroll tax from June30 | $3,003.97 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $5,698.99 |

(d)

### SUMMARY OF TAXES PAID

| | | |
|------|------|------|
| Payroll Taxes Paid | $5,698.99 | |
| Sales & Use Taxes Paid | -0- | (b) |
| Other Taxes Paid | | (c) |
| TOTAL | $5,698.99 | |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
    (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | _____(a) |

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |
| TOTAL | $ _____(b) | | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation_____**
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $ _____**
**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:  09-22028

Reporting Period beginning  Aug. 1, 2009          Period ending  Aug. 31, 2009

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| IRS | 09/03 | Fica& Wth Taxes | 2546.48 | | 3rd  qt. |
| IRS | 08/20 | Wth Tax & Fica | 1959.88 | | 3rd qt. |
| IRS | 08/03 | wth tax & fica | 2538.05 | | 3rd qt. |
| IRS | 06/18 | Fica & wth Taxes | 3462.36 | | 3rd qt. |
| IRS | 06/20 | fica & with | 4571.30 | | 3rd qt. |
| Dept. of Rev. Ga | 08/17 | Wth state | 825.70 | | 3rd qt |
| Dept of Rev Ga | May 30 to 06/30 | state wth | 2608.98 | | 3rd qt. |
| Dept of Rev Ga | 09/03 | wth state | 694.77 | | 3rd qt. |
| TOTAL | | | $  19207.52 | | |

Payroll taxes from 06/15 and 05/15 was not paid due to clerk error.  This Payment will be paid in Sept.

MOR-14

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:  09-22028

Reporting Period beginning  Aug  1, 2009          Period ending  Aug  31, 2009

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 2 | 5 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | 2 | 5 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING  July 1,2009   AND ENDING  July 30, 2009

Name of Debtor: Hidden Lake Academy Inc                          Case Number 09-22028
Date of Petition: May 14, 2009

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 8,886.36 | (a) | 19,829.21 | (b) |
| 2. RECEIPTS: | | | | |
|   A. Cash Sales | | | | |
|     Minus: Cash Refunds | (-) | | | |
|     Net Cash Sales | | | | |
|   B. Accounts Receivable | | | | |
|   C. Other Receipts (See MOR-3) | 20470.00 | | 65,350.78 | |
|   (If you receive rental income, | | | | |
|   you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 20,470.00 | | 65,350.78 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 29,356.36 | | 85,179.99 | |
| 5. DISBURSEMENTS | | | | |
|   A. Advertising | | | | |
|   B. Bank Charges | -0- | | 60.00 | |
|   C. Contract Labor | | | | |
|   D. Fixed Asset Payments (not incl. in "N") | | | | |
|   E. Insurance | | | | |
|   F. Inventory Payments (See Attach. 2) | | | | |
|   G. Leases | | | | |
|   H. Manufacturing Supplies | | | | |
|   I. Office Supplies | -0- | | 251.99 | |
|   J. Payroll - Net (See Attachment 4B) | 20,930.57 | | 76,108.07 | |
|   K. Professional Fees (Accounting & Legal) | | | | |
|   L. Rent | | | | |
|   M. Repairs & Maintenance | | | | |
|   N. Secured Creditor Payments (See Attach. 2) | | | | |
|   O. Taxes Paid - Payroll (See Attachment 4C) | 4137.69 | | 4,137.69 | |
|   P. Taxes Paid - Sales & Use (See Attachment 4C) | | | | |
|   Q. Taxes Paid - Other (See Attachment 4C) | | | | |
|   R. Telephone | | | | |
|   S. Travel & Entertainment | | | | |
|   Y. U.S. Trustee Quarterly Fees | | | | |
|   U. Utilities | | | | |
|   V. Vehicle Expenses | | | | |
|   W. Other Operating Expenses (See MOR-3) | 0 | | 334.14 | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 25,068.26 | | 80891.89 | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 4,288.10 | (c) | 4,288.10 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true
and correct to the best of my knowledge and belief.

This _____ day of _____, 20____                    _____
                                                                                    (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the
balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of
the petition.

(c)These two amounts will always be the same if form is completed correctly.

MOR-2