## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 11** |
| **HIDDEN LAKE ACADEMY, INC.** | ) | |
| | ) | **CASE NO. 09-22028** |
| | ) | |
| _____Debtor._____ | ) | **JUDGE BRIZENDINE** |

### DEBTOR'S MONTHLY OPERATING REPORT

### FOR THE PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

COMES NOW the above named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015. Counsel for the Debtor has not reviewed the Debtor's business records on which this Operating Report is based and makes no representation concerning the accuracy of the financial information provided herein.

October 21, 2009
Atlanta, Georgia

Respectfully submitted,

ELLENBERG, OGIER, ROTHSCHILD
& ROSENFELD, PC

/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Georgia Bar No. 246117
Attorneys for the Debtor

Debtor's Address and Phone Number:

830 Hidden Lake Road
Dahlonega, Georgia 30533
706-864-4730

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING  Sept.  1,2009    AND ENDING  Sept  30,  2009

Name of Debtor:  Hidden Lake Academy Inc                                    Case Number 09-22028

Date of Petition: May 14, 2009

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. **FUNDS AT BEGINNING OF PERIOD** | 3,930.41 (a) | 19,829.21 (b) |
| 2. **RECEIPTS:** | | |
|    A. Cash Sales | | |
|      Minus:  Cash Refunds | (-) | |
|      Net Cash Sales | | |
|    B.  Accounts Receivable | | |
|    C.  Other Receipts *(See MOR-3)* | 40,144.34 | 139,582.16 |
|    (If you receive rental income, you must attach a rent roll.) | | |
| 3. **TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | 40,144.34 | 139,582.16 |
| 4. **TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | 44,074.75 | 159,411.37 |
| 5. **DISBURSEMENTS** | | |
|    A.  Advertising | | |
|    B.  Bank Charges | -0- | 60.00 |
|    C.  Contract Labor | | |
|    D.  Fixed Asset Payments (not incl. in "N") | | |
|    E.  Insurance | | |
|    F.  Inventory Payments  *(See Attach. 2)* | | |
|    G.  Leases | | |
|    H.  Manufacturing Supplies | | |
|    I.  Office Supplies | -0- | 251.99 |
|    J.  Payroll - Net *(See Attachment 4B)* | 17,968.74 | 112,013.17 |
|    K.  Professional Fees (Accounting & Legal) | 10.00 | 660.00 |
|    L.  Rent | | |
|    M.  Repairs & Maintenance | | |
|    N.  Secured Creditor Payments *(See Attach. 2)* | 10,000.00 | 20,000.00 |
|    O.  Taxes Paid - Payroll *(See Attachment 4C)* | 6,704.90 | 16,541.58 |
|    P.  Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
|    Q.  Taxes Paid - Other *(See Attachment 4C)* | | 159.38 |
|    R.  Telephone | | |
|    S.  Travel & Entertainment | | |
|    Y.  U.S. Trustee Quarterly Fees | | |
|    U.  Utilities | | |
|    V.  Vehicle Expenses | | |
|    W.  Other Operating Expenses *(See MOR-3)* | 8033.66 | 8,367.80 |
| 6. **TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | 42,717.30 | 158,053.92 |
| 7. **ENDING BALANCE** *(Line 4 Minus Line 6)* | 1357.45 (c) | 1,357.45 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____, 20___.

_____
(Signature)

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Management fee from HLA | 32,043.66 | 131,471.44 |
| Garnishment refunded | 8100.68 | 8,100.68 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | 40144.34 | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| IRS | 8033.66 | |
| Dept of Revenue GA | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | 8033.66 | |

# NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: Hidden Lakes Academy, Inc_____    Case Number:  09-22028_____

Reporting Period beginning __Sept 1, 2009_____    Period ending  Sept 30, 2009_____

ACCOUNTS RECEIVABLE AT PETITION DATE:  __2,950,674.25_____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $  3,013,100.82_____ | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $  12,800.00_____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $_____ | * |
| End of Month Balance | $ 3,025,900.82_____ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $ 12,800.00 | $ 12,800.00 | $ 15,248.41 | $ 2,985,052.41 | $ 3,025,900.82 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| HLA_____ | _____ | estimate not collectible |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: __Hidden Lake Academy, Inc__         Case Number: __09-22028__

Reporting Period beginning __Sept  1, 2009__          Period ending __Sept  30,2009__

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT                                                                                    _____(b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

---

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $        61,610.28 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $        61,610.28 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| BB&T | 09/01/2009 | 10,000.00 | 3 | |
| | | -0- | 0 | 0 |
| | | | | |
| | | | | |
| TOTAL | | 10,000.00 | (d) | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-3

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:  Hidden Lake Academy, Inc_____      Case Number:  09-22028_____

Reporting Period beginning   Sept 1, 2009_____      Period ending  Sept  30, 2009_____

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:          $_____N/A_____
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month          $_____(a)
      PLUS: Inventory Purchased During Month          $_____
      MINUS: Inventory Used or Sold          $_____
      PLUS/MINUS: Adjustments or Write-downs          $_____*
    Inventory on Hand at End of Month          $_____

METHOD OF COSTING INVENTORY:  _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.
☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:   ____unknown_____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):   196 acres real property and certain building_____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month          $____unknown_____(a)(b)
    MINUS:  Depreciation Expense          $_____
    PLUS:  New Purchases          $_____
    PLUS/MINUS: Adjustments or Write-downs          $_____*
Ending Monthly Balance          $_____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD:  _____
_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

### ATTACHMENT 4A

### MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:   Hidden Lakes Academy, Inc                 Case Number:   09-22028

Reporting Period beginning   Sept  1, 2009                 Period ending   Sept 30, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   United Community Bank                 BRANCH:   Dahlonega

ACCOUNT NAME:   Hidden Lake Academy                 ACCOUNT NUMBER:   xxxxxx8495

PURPOSE OF ACCOUNT:            OPERATING

| | |
|---|---|
| Ending Balance per Bank Statement | $   28,033.66 |
| Plus Total Amount of Outstanding Deposits | $        -0- |
| Minus Total Amount of Outstanding Checks and other debits | $   28,033.66            * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $   -0-                 **(a) |

**\*Debit cards are used by**_____    None

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____            ___Transferred to Payroll Account
$___            _____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:   Hidden Lake Academy      Case Number:   09-22028

Reporting Period beginning   Sept  1, 2009      Period ending  Sept  30,  2009

NAME OF BANK:   United Community      BRANCH:   Dahlonega

ACCOUNT NAME:   UCB DIP  Operating

ACCOUNT NUMBER:   xxxxxx8495

PURPOSE OF ACCOUNT:      OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                                              $

```
UNITED COMMUNITY BANK  [04]        000 00004 01              PAGE:    1
P O BOX 1060                       ACCOUNT:                  09/30/2009
DAHLONEGA GA 30533                 DOCUMENTS:          3
```

TELEPHONE:706-864-8223

  

```
HIDDEN LAKE ACADEMY INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22028-REB
OPERATING ACCOUNT                                           30
830 HIDDEN LAKE ROAD                                         2
DAHLONEGA GA  30533                                          1
```

```
========================================================================
        Bank from home or anywhere you have Internet access at UCBI.com.
        Online Banking and bill pay is free, convenient, secure and easy.
        Bill pay and internal transfers made by 5:00 pm are now posted
        the same business day.
        Save Time, Save Trees, with SECURE Electronic Statements...ucbi.com
========================================================================
```

UNITED BUSINESS VALU ACCOUNT  2004158495

```
                                 LAST STATEMENT 08/31/09      10,000.00
MINIMUM BALANCE          10,000.00     3 CREDITS              18,043.66
AVG AVAILABLE BALANCE    20,470.69     1 DEBITS                   10.00
AVERAGE BALANCE          20,470.69 THIS STATEMENT 09/30/09    28,033.66
```

- - - - - - - - DEPOSITS - - - - - - - -

```
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
        09/02  10,000.00           09/28   8,033.66
```

- - - - - - OTHER CREDITS - - - - - - -

```
                                                        DATE        AMOUNT
DESCRIPTION
BUSINESS ONLINE XFER FROM 2004202871 ON 9/21/09         09/21        10.00
```

- - - - - - - - CHECKS - - - - - - - -

```
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
 1005 09/23    10.00
```

- - - - - - - DAILY BALANCE - - - - - -

```
DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
09/02      20,000.00       09/23      20,000.00
09/21      20,010.00       09/28      28,033.66
```

<u>TACHMENT 4B</u>

<u>MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT</u>

Name of Debtor:   Hidden Lake Academy, Inc          Case Number:   09-22028

Reporting Period beginning   Sept  1, 2009             Period ending   Sept  30, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:    United Community             BRANCH:   Dahlonega

ACCOUNT NAME:   UCB Payroll Account        ACCOUNT NUMBER:   xxxxxx8586
PURPOSE OF ACCOUNT:           PAYROLL

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 6,404.24 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | -9,705.89   * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | -3,301.65   **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**   Deposit was made at 4:30pm posted on Oct1.

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| 09/09 | 73.19 | Payco | | payroll charges |
| 09/23 | 78.38 | Payco | | payroll charges |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

```
UNITED COMMUNITY BANK  [04]       000 00004 01              PAGE:    1
P O BOX 1060                      ACCOUNT:     2004158586    09/30/2009
DAHLONEGA GA 30533                DOCUMENTS:           15
```

```
TELEPHONE:706-864-8223
```

  

```
HIDDEN LAKE ACADEMY INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22028-REB
PAYROLL ACCOUNT                                             30
830 HIDDEN LAKE ROAD                                         0
DAHLONEGA GA  30533                                         15
```

```
=================================================================
     Bank from home or anywhere you have Internet access at UCBI.com.
     Online Banking and bill pay is free, convenient, secure and easy.
     Bill pay and internal transfers made by 5:00 pm are now posted
     the same business day.
     Save Time, Save Trees, with SECURE Electronic Statements...ucbi.com
=================================================================
```

```
                   UNITED BUSINESS VALU ACCOUNT  2004158586
=================================================================
                                    LAST STATEMENT 08/31/09    12,205.50
MINIMUM BALANCE            3,307.84       1 CREDITS            12,000.00
AVG AVAILABLE BALANCE     10,349.03      17 DEBITS            17,801.26
AVERAGE BALANCE           10,349.03  THIS STATEMENT 09/30/09   6,404.24
```

```
         - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                        DATE      AMOUNT
BUSINESS ONLINE XFER FROM 2004158578 ON 9/04/09    09/04   12,000.00
```

```
                - - - - - - - - CHECKS - - - - - - - -
CHECK #..DATE.....AMOUNT   CHECK #..DATE.....AMOUNT   CHECK #..DATE.....AMOUNT
  30247 09/03     649.24     30252 09/01     850.45     30257*09/18   1,283.36
  30248 09/03   1,283.36     30253 09/03   1,377.33     30259 09/17   1,341.25
  30249 09/02   2,030.38     30254 09/01   1,365.65     30260 09/17     850.46
  30250 09/14     640.75     30255 09/21     649.24     30261 09/16   1,813.57
  30251 09/02   1,341.25     30256 09/21     807.75     30262 09/16   1,365.65
```

```
(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
```

```
         - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                        DATE      AMOUNT
HIDDEN LAKE ACAD PAYROLL 0046 0046                 09/09      73.19
HIDDEN LAKE ACAD PAYROLL 0046 0046                 09/23      78.38
```

```
         - - - - - - - DAILY BALANCE - - - - - - -
DATE.........BALANCE    DATE.........BALANCE    DATE.........BALANCE
09/01      9,989.40     09/02      6,617.77     09/03      3,307.84
                  * * * C O N T I N U E D * * *
```

HIDDEN LAKE ACADEMY INC 2004158586 Page 3

09/03/2009    CHECK# 30247    $649.24

09/03/2009    CHECK# 30253    $1,377.33

09/03/2009    CHECK# 30248    $1,283.36

09/01/2009    CHECK# 30254    $1,365.65

09/02/2009    CHECK# 30249    $2,030.38

09/21/2009    CHECK# 30255    $649.24

09/14/2009    CHECK# 30250    $640.75

09/21/2009    CHECK# 30256    $807.75

09/02/2009    CHECK# 30251    $1,341.25

09/18/2009    CHECK# 30257    $1,283.36

09/01/2009    CHECK# 30252    $850.45

09/17/2009    CHECK# 30259    $1,341.25

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:   Hidden Lake Academy, Inc      Case Number:   09-22028

Reporting Period beginning   Sept  1, 2009        Period ending   Sept  30, 2009

NAME OF BANK:   United Community        BRANCH:   Dahlonega

ACCOUNT NAME:   UCB Payroll Account

ACCOUNT NUMBER:   xxxxxx8529

PURPOSE OF ACCOUNT:        PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL                                                                                $

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:  09-22028

Reporting Period beginning   Sept  1, 2009          Period ending  Sept 30, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  United Community          BRANCH:    Dahlonega

ACCOUNT NAME:  DIP Payroll Tax          ACCOUNT NUMBER:   xxxxxx8529

PURPOSE OF ACCOUNT:      TAX

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 4659.10 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Oustanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 4,659.10 **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

```
UNITED COMMUNITY BANK   [04]        000 00004 01              PAGE:    1
P O BOX 1060                        ACCOUNT:      2004158529   09/30/2009
DAHLONEGA GA 30533                  DOCUMENTS:             1

TELEPHONE:706-864-8223
```





```
                      HIDDEN LAKE ACADEMY INC
                      DEBTOR IN POSSESSION
                      CASE NUMBER 09-22028-REB
                      PAYROLL TAX FUNDS                                30
                      830 HIDDEN LAKE ROAD                              1
                      DAHLONEGA GA  30533                               0
```

```
    ==========================================================================
        Bank from home or anywhere you have Internet access at UCBI.com.
        Online Banking and bill pay is free, convenient, secure and easy.
        Bill pay and internal transfers made by 5:00 pm are now posted
        the same business day.
        Save Time, Save Trees, with SECURE Electronic Statements...ucbi.com
    ==========================================================================
    ==========================================================================
                    UNITED BUSINESS VALU ACCOUNT  2004158529
    ==========================================================================
                              LAST STATEMENT 08/31/09        1,263.32
    MINIMUM BALANCE         1,263.32     2 CREDITS           10,100.68
    AVG AVAILABLE BALANCE   2,516.55     3 DEBITS             6,704.90
    AVERAGE BALANCE         3,326.62  THIS STATEMENT 09/30/09 4,659.10

    - - - - - - - - - - - DEPOSITS - - - - - - - - - -
    REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
        09/25   8,100.68

    - - - - - - - - - OTHER CREDITS - - - - - - - -
    DESCRIPTION                                          DATE        AMOUNT
    BUSINESS ONLINE XFER FROM 2004202871 ON 9/21/09      09/21      2,000.00

    - - - - - - - - - OTHER DEBITS - - - - - - - -
    DESCRIPTION                                          DATE        AMOUNT
    IRS USATAXPYMT 270967300383005                       09/30      1,959.88
    IRS USATAXPYMT 270967300988772                       09/30      2,198.54
    IRS USATAXPYMT 270967300312183                       09/30      2,546.48

    - - - - - - - - - DAILY BALANCE - - - - - - - -
    DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
    09/21     3,263.32       09/25    11,364.00       09/30      4,659.10
```

### ATTACHMENT 5C

### CHECK REGISTER - TAX ACCOUNT

Name of Debtor:   Hidden Lake Academy, Inc        Case Number:  09-22028

Reporting Period beginning   Sept  1, 2009        Period ending   Sept 30, 2009

NAME OF BANK:   United community        BRANCH:   Dahlonega

ACCOUNT NAME:  DIP Payroll Tax        ACCOUNT # xxxxxx8529

PURPOSE OF ACCOUNT:        TAX

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------------|-------|---------|--------|
| 09/30 | EFT | IRS | Payroll tax | $1959.88 |
| 09/30 | EFT | IRS | Payroll tax | $2198.54 |
| 09/30 | EFT | IRS | payroll tax | $2546.48 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                    $6,704.90

(d)

### SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | $6,704.90 |
| Sales & Use Taxes Paid | -0-        (b) |
| Other Taxes Paid | (c) |
| TOTAL | $6,704.90 |

) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
   (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
   (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
   (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                                    _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2)<br>Maximum<br>Amount of Cash<br>in Drawer/Acct. | (Column 3)<br>Amount of Petty<br>Cash On Hand<br>At End of Month | (Column 4)<br>Difference between<br>(Column 2) and<br>(Column 3) |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |

**TOTAL**                                              **$**_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $**_____**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:  09-22028

Reporting Period beginning  Sept  1, 2009          Period ending  Sept 30, 2009

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| IRS | 08/03 | Fica& Wth Taxes | 2538.05 | | 3rd  qt. |
| IRS | 10/02 | Wth Tax & Fica | 2270.00 | | 3rd qt. |
| Dept of Ga | May 30- 06/30 | wth tax | 2608.98 | | 3rd qt. |
| Dept of Ga | 07/09 to 09/09 | wth Taxes | 2220.83 | | 3rd qt. |
| . | | | | | |
| TOTAL | | | $ 9,637.86 | | |

.Federal Taxes was paid on 10/02 in the amount of $ 4808.05.  The Dept of Rev. Ga was paid on 10/12.

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:  __Hidden Lake Academy, Inc__      Case Number:  __09-22028__

Reporting Period beginning  __Sept  1, 2009__      Period ending Sept__30, 2009__

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 2 | 5 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | 2 | 5 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

MOR-13

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

MOR-14