# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | JUDGE BRIZENDINE |
| Debtor. | ) | |

## NOTICE OF HEARING

### (HEARING TO BE HELD IN ATLANTA)

**PLEASE TAKE NOTICE** that Hidden Lake Academy (the "Debtor") filed An Emergency Motion For Approval Of Insurance Premium Finance Agreement (the "Motion") in which the Debtor seeks entry of an Order from the Court authorizing it to enter into a premium financing agreement and disclosure statement (the "Agreement") with First Insurance Funding Corp ("FIFC").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Agreement FIFC will provide financing to Debtor for the purchase of a policy of insurance for its real property and the improvements located thereon. The Agreement provides for a down payment of $14,560.00 and a finance amount of $43,680.00 due in nine (9) monthly installments of $4,982.65.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing **in Atlanta** to consider the Motion, on **November 5, 2009** at **1:30 p.m.** in Courtroom 1202, United States Courthouse, 75 Spring Street, SW, Atlanta, Georgia 30303. It is further

**ORDERED AND NOTICE IS GIVEN** that your rights may be affected by the Court's ruling on this pleading. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.

Dated this 27th day of October, 2009.

Respectfully submitted,
ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC

/s/ Barbara Ellis-Monro
170 Mitchell St., SW            Barbara Ellis-Monro
Atlanta, GA 30303               Georgia Bar No. 246117
404-525-4000                    bem@eorrlaw.com
                                Attorneys for the Debtor

## Certificate of Service

I, Barbara Ellis-Monro, hereby certify that on October 27, 2009, I served a true and correct copy of the attached and foregoing **NOTICE OF HEARING** by United States first class mail upon the parties listed below:

| | |
|---|---|
| James Morawetz<br>Office of the United States Trustee<br>362 Richard B. Russell Federal Building<br>75 Spring Street<br>Atlanta, GA 30303 | Doc Martin Construction<br>14 Carriage Court<br>Dahlonega, GA 30533 |
| Lumpkin County<br>Donald Head<br>99 Court House Hall, Ste E<br>Dahlonega, GA 30533 | Morris Law Firm<br>Thornton Morris<br>1950 N. Park Pl, Ste 400<br>Atlanta, GA 30339 |
| John W. Sheffield<br>Internal Revenue Service<br>401 W. Peachtree St., NW<br>Atlanta, GA 30308 | Oscar B. Fears, III<br>Georgia Dept. of Revenue<br>40 Capitol Square<br>Atlanta, GA 30334 |
| John A. Thomson, Jr.<br>Womble Carlyle Sandridge & Rice, PLLC<br>271 17th Street, N.W., Suite 2400<br>Atlanta, GA 30363-1017 | North Georgia Credit Srvs<br>Laurie Bennett<br>3482 Keith Bridge, #321<br>Cumming, GA 30041 |
| Yates Ins. Agency<br>Attn: President<br>4 Executive Park East, NE, St 200<br>Atlanta, GA 30329 | Graybar Fin. Svs<br>10201 Centurion Pkwy, N,<br>Suite 100<br>Jacksonville, FL 32256 |
| Dell Fin. Srvs<br>12234 N. 1H-35, Bldg B<br>Austin, TX 78753 | Citicapital Technology Fin<br>1255 Wrights Lane<br>West Chester, PA 19380 |

ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC

*/s/ Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
(404) 525-4000 Telephone
(404) 526-8855 Facsimile
bem@eorrlaw.com
Attorneys for Debtor