# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY. INC., | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

## Certificate of Service

I, Barbara Ellis-Monro, hereby certify that I caused to be served on October 23, 2009, a true and correct copy of the following: **DEBTOR'S MONTHLY OPERATING REPORT (BUSINESS) FOR THE PERIOD FROM September 1, 2009 TO September 30, 2009** by United States first class mail to party listed below:

Jim Morawetz
362 Richard Russell Bldg.
75 Spring St. SW
Atlanta, GA 30303

This 2nd day of November.

|  |  |
|---|---|
|  | ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC |
|  | */s/ Barbara Ellis-Monro* |
| 170 Mitchell St., SW | Barbara Ellis-Monro |
| Atlanta, Georgia 30303 | Georgia Bar No. 246117 |
| (404) 525-4000 Telephone | bem@eorrlaw.com |
| (404) 526-8855 Facsimile | Counsel for the Debtor and Debtor in Possession |