**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| IN THE MATTER OF:<br>Hidden Lake Academy, Inc. | CHAPTER 11 |
| Debtor(s), | JUDGE ROBERT E. BRIZENDINE |
| GMAC LLC | |
| Movant, | CASE NO. 09-22028 |
| v. | |
| Hidden Lake Academy, Inc. | |
| Respondents. | |

**NOTICE OF AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY**

NOTICE IS HEREBY GIVEN that GMAC LLC filed Motions for Relief from the Automatic Stay in the above styled case, relating to its interest in financed or leased vehicles. True and correct copies of proposed Consent Orders on the Motions for Relief from the Automatic Stay is attached hereto and incorporated herein as Exhibit "A." and "B." Any party in interest wishing to object to the proposed settlement of the Motion for Relief from the Automatic Stay must file a written objection within fifteen (15) days of the mailing of this Notice. Such objection must be filed with the Clerk of the United States Bankruptcy Court, Northern District of Georgia, Gainesville Division, with copies being served upon Counsel for Debtor, Counsel for Movant and the United States Trustee. If no written objection is filed, the Court may enter the attached Consent Order without further notice or hearing.

DATED: _November 4, 2009_                    McCULLOUGH PAYNE & HAAN LLC

                                                                       ___/s/__Lisa Ritchey Craig_
                                                                       Lisa Ritchey Craig
                                                                       Georgia Bar No. 606755

171 17th Street, NW, Suite 975
Atlanta, Georgia 30363
(404) 873-1386
ATTORNEYS FOR GMAC
110.9417; 110.9416

286756.1

**CERTIFICATE OF SERVICE**

I,      Lisa Ritchey Craig
        171 17th Street, NW, Suite 975
        Atlanta, Georgia 30363

Certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age:

That on the _4th_ day of _November_, 2009, I served on the following, by U.S. Mail, a copy of the within NOTICE OF AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY filed in this bankruptcy matter:

Barbara Ellis- Monro
170 Mithcell St, SW
Atlanta, GA 30303

James Morawetz
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

Hidden Lake Academy, Inc.
830 Hidden Lake Rd.
Dahlonega, GA 30533

Leonard A. Buccellato
830 Hidden Lake Road
Dahlonega, GA 30533

Doc Martin Construction
14 Carriage Court
Dahlonega, GA 30533

Jim & Ron Ryan, Et al
c/o Gorby, Peters & Assoc
2 Ravinia Dr, Ste 1500
Atlanta, GA 30346

Lumpkin County
99 Court House Hall, Ste. 3
Dahlonega, GA 30533

Morris Law Firm
1950 North Park Pl, Suite 500
Atlanta, GA 30339

North Georgia Credit Services
3482 Kieth Bridge, #321
Cumming, GA 30041

Yates Insurance Agency
4 Executive Park East, NE
Suite 200
Atlanta, GA 30329

John A. Thomson, Jr.
271 17th Street, NW
Suite 2400
Atlanta, GA 30363-1017

Ted W. Hight, III, Esq.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

Tiffany Y Lucas
40 Capital Square, SW
Atlanta, Ga 30334

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:__November 4, 2009__         By:__/s/_Lisa Ritchey Craig__
                                                Lisa Ritchey Craig

286756.1