**IT IS ORDERED as set forth below:**



**Date: November 06, 2009**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORIGA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| HIDDEN LAKE ACADEMY, INC. ) | |
| ) | |
| ) | CASE NO. 09-22028 |
| Debtor. ) | |
| _____) | JUDGE BRIZENDINE |

ORDER APPROVING INSURANCE PREMIUM FINANCE
AGREEMENT AND TO PROVIDE ADEQUATE PROTECTION

This Matter came before the Court for hearing on November 5, 2009, 2009 upon the Emergency Motion For Approval of an Insurance Premium Finance Agreement and To Provide Adequate Protection ("Motion") through which Hidden Lake Academy, Inc. ("Debtor") seeks the Court's approval of the agreement and to provide adequate protection of the interests of First Insurance Funding Corp ("FIFC") in the bankruptcy case and, it appearing to the Court that the operative facts as stipulated by the parties, are those appearing in Motion, it is accordingly.

ORDERED, ADJUDGED AND DECREED that the Agreement to provide FIRST INSURANCE FUNDING CORP ("FIFC") with adequate protection of its interest is hereby approved.  It is further,

ORDERED, ADJUDGED AND DECREED that Debtor is authorized and directed to timely make all payments due under the Insurance Premium Finance Agreement and FIFC is authorized to receive and apply such payments to the indebtedness owed by Debtor ro FIFC as provided in the Insurance Premium Finance Agreement.  It is further,

ORDERED, ADJUDGED AND DECREED that is Debtor does not make any of the payments under this Agreement or the Insurance Premium Finance Agreement as they become due, FIFC and or/third parties, including insurance companies providing the protection under the Policies, shall be entitled to take all steps necessary and appropriate to cancel the Policies, collect the collateral and apply such collateral to the indebtedness owed to FIFC by the Debtor.  It is further,

ORDERED, ADJUDGED AND DECREED that FIFC, or any third party, including insurance companies providing the coverage under the Policies, exercising such rights shall comply with the notice provisions and other provisions of the Insurance Premium Finance Agreement.

**END OF DOCUMENT**

Prepared and Presented by:

ELLENBERG, OGIER, ROTHSCHILD
& ROSENFELD, PC

*/s/ Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
(404) 525-4000 (t)
(404) 526-8855 (f)
bem@eorrlaw.com
Attorneys for the Debtor

Distribution List:  Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, Georgia 30303