**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | JUDGE BRIZENDINE |
| Debtor. | ) | |

**NOTICE OF HEARING ON AMENDED DISCLOSURE STATEMENT
FOR FIRST AMENDED PLAN OF REORGANIZATION**

**(HEARING TO BE HELD IN ATLANTA)**

**PLEASE TAKE NOTICE** that on December 10, 2009, Hidden Lake Academy (the "Debtor") filed its Amended Disclosure Statement for First Amended Plan of Reorganization of Hidden Lake Academy, Inc. (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement is available for review in the Clerk's Office, United States Bankruptcy Court, during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourt.gov (unregistered users). It is further

**PLEASE TAKE FURTHER NOTICE** that a copy of the Disclosure Statement may be obtained by contacting counsel for the Debtor, Barbara Ellis-Monro at 170 Mitchell Street, SW, Atlanta, Georgia 30303, 404-525-4000, or bem@eorrlaw.com.

**PLEASE TAKE NOTICE** that the Court shall hold a hearing on the Disclosure Statement on the 7th day of January, 2010 at 1:30 p.m. in Courtroom 1202, US Courtroom, 75 Spring Street, SW, Atlanta, Georgia 30303.

Your rights may be affected by the court's ruling on the pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address set forth below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is 362 Richard Russell Federal Building, 75 Spring St., SW, Atlanta, Georgia 30303. You must also

mail a copy of your response to the undersigned at the address stated below.

    Dated this 10th day of December, 2009.

|  |  |
|---|---|
|  | Respectfully submitted,<br>ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC |
| 170 Mitchell St., SW<br>Atlanta, GA 30303<br>404-525-4000 | /s/ Barbara Ellis-Monro<br>Barbara Ellis-Monro<br>Georgia Bar No. 246117<br>bem@eorrlaw.com<br>Proposed Attorneys for the Debtor |