IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

### Certificate of Service

I, Barbara Ellis-Monro, hereby certify that I served a true and correct copy of the **(i) Notice of Hearing On Amended Disclosure Statement For First Amended Plan of Reorganization, (ii) Amended Disclosure Statement For First Amended Plan of Reorganization For Hidden Lake Academy, Inc., and (iii) First Amended Plan of Reorganization For Hidden Lake Academy, Inc.** by United States first class mail with adequate postage affixed to the parties listed on Exhibit A hereto.

This 10th day of December, 2009.

ELLENBERG, OGIER,
ROTHSCHILD & ROSENFELD,
PC

*/s/ Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
(404) 525-4000 Telephone
(404) 526-8855 Facsimile
bem@eorrlaw.com

Proposed Counsel for the
Debtor and Debtor in Possession

EXHIBIT "A"

Branch Banking & Trust Company
c/o John A. Thomson, Jr.
Womble Carlyle Sandridge & Rice, PLLC
271 17th Street, N.W., Suite 2400
Atlanta, GA 30363-6215

GMAC
c/o McCullough & Payne
Suite 975
171 17th Street, NW
Atlanta, GA 30363-1029

Georgia Department of Revenue
c/o Tiffany Y. Lucas
State Law Department
40 Capitol Square SW
Atlanta, GA 30334-1300

Morris Law Firm
c/o Jason C. Aufdermaur, Esq.
1950 North Park Place
Suite 400
Atlanta, GA 30339-2044

Office of the US Trustee
Suite 362
75 Spring Street, SW
Atlanta, GA 30303-3330

AMERICAN INFOSOURCE LP AS AGENT FOR
FIA CARD SERVICES, NA/BANK OF AMERICA
PO Box 248809
Oklahoma City, OK  73124-8809

Lumkin Co. Tax Assessor
99 Court House Hall, Ste E
Dahlonega, GA 30533-0541

CIT Technology Financing Services, Inc.
Bankruptcy Processing Solutions, Inc.
800 E. Sonterra Blvd., Suite 240
San Antonio, TX 78258-3941

DELL FINANCIAL SERVICES, LLC
Collections/Consumer Bankruptcy
12234B North I-35
Austin, TX  78753-1705
(800) 955-3355, ext. 7230302

Doc Martin Construction
14 Carriage Court
Dahlonega, GA 30533-3425

GMAC
P.O. Box 130424
Roseville, MN 55113-0004

Georgia Department of Labor
40 Capitol Square
Atlanta, GA 30334-1300

Georgia Department of Revenue
40 Capitol Square, SW
Atlanta, GA 30334-1300

Georgia Dept. of Labor
148 Andrew Young Inter. Blvd., NE
Suite 910
Atlanta, GA 30303-1732

Georgia Dept. of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321-1108

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Jason Aufdermaur
Morris Law Firm
1950 North Park Place
Suite 400
Atlanta, Georgia 30339-2044

Jay Birsche
476 Viking Drive Suite 102
Virgibnia Beach, VA 23452-7367

Jeffrey A. Clark
3335 Rowan Road SW
Conyers, GA 30094-3450

John and Heidi Nunn
4928 Gaskin Walk
Marietta, GA 30068-2105

Lumpkin County
99 Court House Hall, Ste E
Dahlonega, GA 30533-0541

North Georgia Credit Services
3482 Kieth Bridge, #321
Cumming, GA 30041-5546

```
Pitney Bowes Inc                U. S. Attorney                      U.S. Security Associates, Inc.
27 Waterview Dr                 600 Richard B. Russell Bldg.        200 Mansell Court E., Ste. 500
Shelton CT 06484-4361           75 Spring Street, SW                Roswell, GA 30076-4852
                                Atlanta GA 30303-3315


XO Communications, Inc.         Yates Insurance Agency
Attn: Brad Lee                  4 Executive Park East, NE
105 Molloy Street, Suite 300    Suite 200
Nashville, TN 37201-2315        Atlanta, GA 30329-2212


   BB&T                         Internal Revenue Service         (d) Internal Revenue Service
   Bankruptcy Section           Centralized Insolvency Operation     401 W. Peachtree St., NW
   PO Box 1847                  PO Box 21126                         Atlanta, GA 30308
   Wilson, NC 27894             Philadelphia, PA 19114
```