UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
(Gainesville)

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 09-22028-REB |
| HIDDEN LAKE ACADEMY § | |
| § | Chapter 11 |
| Debtor. § | |

**JOINT MOTION FOR ENTRY OF AGREEMENT FOR PAYMENT
OF ADEQUATE PROTECTION AND NOTICE UNDER RULE 4001(D)**

Dell Financial Services, LLC f/k/a Dell Financial Services, L.P. ("DFS") and Hidden Lake Academy file this Joint Motion for Entry of Agreement for Payment of Adequate Protection and Notice Under Rule 4001(D) (the "Motion") and in support thereof would respectfully show the Court as follows:

### I. FACTS

1.   On May 14, 2009 (the "Petition Date"), Hidden Lake Academy (the "Debtor") commenced a bankruptcy case, by filing a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

2.   Prior to the Petition Date, the Debtor entered into five (5) leases, specifically Lease Nos. 001-8576091-001, 003-8576091-002, 003-8576091-004, 003-8576091-005, and 003-8576091-006 (the "Leases") with DFS attached as Exhibit "A" and incorporated herein for all purposes.

3.   Pursuant to the Leases, the Debtor leased from DFS certain Dell computer equipment and related peripherals (the "Equipment") described more specifically in the charts attached to the Leases.

4.   As of the Petition Date, the amount outstanding under the Leases is $38,286.57. DFS perfected its security interest in the Equipment by filing a Uniform

{011142/00121/00021184.2}

Commercial Code Financing Statement (UCC-1) with the State of New Jersey. A true and correct copy of the UCC-1 is attached as Exhibit "B" and incorporated herein for all purposes.

5. The Equipment's value continues to decrease with the passage of time under the Financing Leases. There is no equity in the Equipment to adequately protect DFS's interest in the Equipment.

6. The Debtor is in default on its post-petition obligations to DFS under the Leases for failing to make the payments due from the Petition Date, May 14, 2009, to the present. The Debtor has not made any post-petition payments of any amount to DFS.

7. The Debtor has agreed to adequate protection payments in the amount of $1,250.00 per month to Dell Financial Services L.L.C. starting on or within three (3) business days after the notice period provided in Rule 4001(d) and entry of an Order of this Court and thereafter on the fifteenth day of the month. . The adequate protection payments will be applied to the post-petition amounts outstanding under the Leases. 11 U.S.C. § 361.

WHEREFORE, Dell Financial Services L.L.C. hereby requests that this Court:

(a) grant Dell Financial Services L.L.C. adequate protected payments in the amount of $1,250.00 per month starting on on or within three (3) business days after the notice period provided in Rule 4001(d) and entry of an Order of this Court and thereafter on the fifteenth day of the month.;

(b) to the extent such adequate protection payments are not made, written notice will be given to the Debtor of the default within seven (7) business days and opportunity to cure, and if the payment remains unpaid, then the

     automatic stay will terminate as to DFS and DFS may recover the

     Equipment from the Debtor, without further Court Order; and

  (c)  such other and further relief to which it may be entitled.

Date:  December 21, 2009

| */s/ Sabrina L. Streusand* | */s/Barbara Ellis-Monro* |
|---|---|
| Sabrina L. Streusand | Barbara Ellis-Monro |
| State Bar No.11701700 | Georgia Bar No. 246117 |
| , Streusand & Landon, LLP | Ellenberg, Ogier Rothschild515 |
| Congress Avenue, Suite 2523 | & Rosenfeld, PC |
| Austin, Texas 78701 | 170 Mitchell Street, SW |
| 512.236.9901 | Atlanta, Georgia 30303 |
| 512.236.9904 (Fax) | 404-525-4000 |
| streusand@streusandlandon.com | 404-526-8855 (Fax) |
| | bem@eorrlaw.com |

**ATTORNEYS FOR CREDITOR**     **ATTORNEYS FOR DEBTOR**
**DELL FINANCIAL SERVICES L.L.C.**   **HIDDEN LAKE ACADEMY**

{011142/00121/00021184.2}    3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**(Gainesville)**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 09-22028-REB** |
| **HIDDEN LAKE ACADEMY** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

**ORDER GRANTING JOINT MOTION FOR ENTRY OF AGREEMENT FOR**
**PAYMENT OF ADEQUATE PROTECTION AND NOTICE UNDER RULE 4001(D)**

Dell Financial Services L.L.C. and Hidden Lake Academy filed a Joint Motion for Entry of Agreement for Payment of Adequate Protection and Notice Under Rule 4001(D) (the "Motion"). The Court, after reviewing the Motion and the documents and evidence submitted by the Parties, finds that the Motion has been properly served as required by the Federal Rules of Bankruptcy Procedure and that the Motion should be granted, and THEREFORE IT IS:

ORDERED, that the Motion GRANTED;

{011142/00121/00021183.1}65665v1

IT IS FURTHER ORDERED, that

(a) Dell Financial Services L.L.C. adequate protected payments in the amount of $1,250.00 per month on or within three (3) business days after entry of this Order and thereafter on the fifteenth day of the month.;; and

(b) to the extent such adequate protection payments are not made, written notice will be given to the Debtor of the default within seven (7) business days and opportunity to cure, and if the payment remains unpaid, then the automatic stay will terminate as to DFS and DFS may recover the Equipment from the Debtor, without further Court Order.

**END OF DOCUMENT**

CONSENTED TO BY:                                          CONSENTED TO BY:

*/s/ Sabrina L. Streusand*_____             _____
Sabrina L. Streusand                                      Barbara Ellis-Monro
State Bar No.11701700                                     Georgia Bar No. 246117
Streusand & Landon, LLP                                   Ellenberg, Ogier Rothschild
515 Congress Avenue, Suite 2523                           & Rosenfeld, PC
Austin, Texas 78701                                       170 Mitchell Street, SW
512.236.9901                                              Atlanta, Georgia 30303
512.236.9904 (Fax)                                        404-525-4000
streusand@streusandlandon.com                             404-526-8855 (Fax)
                                                          bem@eorrlaw.com

**ATTORNEYS FOR CREDITOR**                                **ATTORNEYS FOR DEBTOR**
**DELL FINANCIAL SERVICES L.L.C.**                        **HIDDEN LAKE ACADEMY**

Distibution List

Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, Georgia 30303

Sabrina Streusand, Streusand & Landon, LLP,  515 Congress Avenue, Suite 2523, Austin, TX, 78701

Office of the United States Trustee, 362 Richard B. Russell, Bldg, 75 Spring St., SW, Atlanta, GA 30303

{011142/00121/00021183.1}65665v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

**Certificate of Service**

I, Barbara Ellis-Monro, hereby certify that I caused to be served a true and correct copy of the foregoing (i) **JOINT MOTION FOR ENTRY OF AGREEMENT FOR PAYMENT OF ADEQUATE PROTECTION AND NOTICE UNDER RULE 4001(D) and the proposed (ii) ORDER GRANTING JOINT MOTION FOR ENTRY OF AGREEMENT FOR PAYMENT OF ADEQUATE PROTECTION AND NOTICE UNDER RULE 4001(D)** by United States first class mail with adequate postage affixed to the parties listed on Exhibit "A" hereto.

This 21st day of December, 2009.

        ELLENBERG, OGIER,
        ROTHSCHILD & ROSENFELD, PC

        */s/ Barbara Ellis-Monro*
        Barbara Ellis-Monro
        Georgia Bar No. 246117
        170 Mitchell St., SW
        Atlanta, Georgia 30303
        (404) 525-4000 Telephone
        (404) 526-8855 Facsimile
        bem@eorrlaw.com

        Proposed Counsel for the
        Debtor and Debtor in Possession

```
Label Matrix for local noticing          Branch Banking & Trust Company           Ellenberg, Ogier, Rothschild & Rosenfeld, PC
113E-2                                   c/o John A. Thomson, Jr.                 c/o Barbaba Ellis-Monro
Case 09-22028-reb                        Womble Carlyle Sandridge & Rice, PLLC    170 Mitchell St., SW
Northern District of Georgia             271 17th Street, N.W., Suite 2400        Atlanta, GA 30303-3441
Gainesville                              Atlanta, GA 30363-6215
Thu Dec 10 11:09:09 EST 2009

GMAC                                     Georgia Department of Revenue            Hidden Lake Academy, Inc.
c/o McCullough & Payne                   c/o Tiffany Y. Lucas                     830 Hidden Lake Road
Suite 975                                State Law Department                     Dahlonega, GA 30533-1875
171 17th Street, NW                      40 Capitol Square SW
Atlanta, GA 30363-1029                   Atlanta, GA 30334-1300


Morris Law Firm                          Office of the US Trustee                 Gainesville Division
c/o Jason C. Aufdermaur, Esq.            Suite 362                                Room 120 Federal Building
1950 North Park Place                    75 Spring Street, SW                     121 Spring Street,  SE
Suite 400                                Atlanta, GA 30303-3330                   Gainesville, GA 30501-3749
Atlanta, GA 30339-2044


99 Court House Hall, Ste E               AMERICAN INFOSOURCE LP AS AGENT FOR      (p)BB AND T
Dahlonega, GA 30533-0541                 FIA CARD SERVICES, NA/BANK OF AMERICA    PO BOX 1847
                                         PO Box 248809                            WILSON NC 27894-1847
                                         Oklahoma City, OK  73124-8809


BB&T                                     CIT Technology Financing Services, Inc.  DELL FINANCIAL SERVICES, LLC
c/o John Thompson                        Bankruptcy Processing Solutions, Inc.    Collections/Consumer Bankruptcy
1201 W. Peachtree St.                    800 E. Sonterra Blvd., Suite 240         12234B North I-35
Atlanta, GA 30309-3449                   San Antonio, TX 78258-3941               Austin, TX  78753-1705
                                                                                  (800) 955-3355, ext. 7230302


Doc Martin Construction                  GMAC                                     Georgia Department of Labor
14 Carriage Court                        P.O. Box 130424                          40 Capitol Square
Dahlonega, GA 30533-3425                 Roseville, MN 55113-0004                 Atlanta, GA 30334-1300


Georgia Department of Revenue            Georgia Dept. of Labor                   Georgia Dept. of Revenue
40 Capitol Square, SW                    148 Andrew Young Inter. Blvd., NE        Bankruptcy Section
Atlanta, GA 30334-1300                   Suite 910                                PO Box 161108
                                         Atlanta, GA 30303-1732                   Atlanta, GA 30321-1108


(p)INTERNAL REVENUE SERVICE              Jason Aufdermaur                         Jay Birsche
CENTRALIZED INSOLVENCY OPERATIONS        Morris Law Firm                          476 Viking Drive Suite 102
PO BOX 21126                             1950 North Park Place                    Virgibnia Beach, VA 23452-7367
PHILADELPHIA PA 19114-0326               Suite 400
                                         Atlanta, Georgia 30339-2044


Jeffrey A. Clark                         Jill & Ron Ryan, et. al                  John and Heidi Nunn
3335 Rowan Road SW                       c/o Gorby, Peters & Assoc                4928 Gaskin Walk
Conyers, GA 30094-3450                   2 Ravinia Dr., Ste 1500                  Marietta, GA 30068-2105
                                         Atlanta, GA 30346-2148


Lumpkin County                           Morris Law Firm                          North Georgia Credit Services
99 Court House Hall, Ste E               1950 North Park Pl, Suite 400            3482 Kieth Bridge, #321
Dahlonega, GA 30533-0541                 Atlanta, GA 30339-2044                   Cumming, GA 30041-5546
```

```
Pitney Bowes Inc                    U. S. Attorney                       U.S. Security Associates, Inc.
27 Waterview Dr                     600 Richard B. Russell Bldg.         200 Mansell Court E., Ste. 500
Shelton CT 06484-4361               75 Spring Street, SW                 Roswell, GA 30076-4852
                                    Atlanta GA 30303-3315


XO Communications, Inc.             Yates Insurance Agency               Barbara Ellis-Monro
Attn: Brad Lee                      4 Executive Park East, NE            Ellenberg, Ogier, Rothschild & Rosenfeld
105 Molloy Street, Suite 300        Suite 200                            170 Mitchell Street, SW
Nashville, TN 37201-2315            Atlanta, GA 30329-2212               Atlanta, GA 30303-3441
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BB&T                                Internal Revenue Service             (d)Internal Revnue Service
Bankruptcy Section                  Centralized Insolvency Operati       401 W. Peachtree St., NW
PO Box 1847                         PO Box 21126                         Atlanta, GA 30308
Wilson, NC 27894                    Philadelphia, PA 19114
```

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Branch Banking & Trust Company   (d)Jeffrey A. Clark                  End of Label Matrix
c/o John A. Thomson, Jr.            3335 Rowan Road SW                   Mailable recipients    35
Womble Carlyle Sandridge & Rice, PLLC   Conyers, GA 30094-3450           Bypassed recipients     2
271 17th Street, N.W., Suite 2400                                        Total                  37
Atlanta, GA 30363-6215
```