**IT IS ORDERED as set forth below:**

**Date: December 21, 2009**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| IN THE MATTER OF:<br>Hidden Lake Academy, Inc. | CHAPTER 11 |
| Debtor(s), | JUDGE ROBERT E. BRIZENDINE |
| GMAC LLC | CASE NO. 09-22028 |
| Movant,<br>v. | |
| Hidden Lake Academy, Inc. | |
| Respondents. | |

**CONSENT ORDER**

The above and foregoing matter is pending before this court on the Motion of GMAC LLC ("Movant") for Relief from the Automatic Stay, with a hearing scheduled for October 14, 2009.  Movant also seeks waiver of the ten (10) day provision contained within FRBP 4001(a)(3).  The Debtor is indebted to Movant on an installment sale contract for the purchase of a 2008 Chevrolet Cobalt (the "Vehicle").  It appearing that the parties consent to the relief sought by Movant, it is

ORDERED that the Debtor has an arrearage to Movant in the total amount of $1,995.78, representing the May through October 2009 payments, and shall partially cure same by paying $997.89

284232.1

instanter.  The balance of the arrearage shall be addressed in the plan. The Debtor shall pay $160.00 each month, beginning November 15, 2009, until confirmation as adequate protection payments.  Payments shall be made to: GMAC, PO Box 78252, Phoenix, Arizona  85062.  It is

FURTHER ORDERED that if the Debtor fails to make any payment to Movant as it comes due for any reason whatsoever until confirmation, then, after written notice of default sent by First Class Mail to the Debtor, and counsel for Debtor, and a failure by Debtor to cure the default within fifteen (15) days of the date of receipt of such notice, Movant may file a motion and affidavit of default with the court, with service upon Debtor, and counsel for Debtor, and the Court may enter an order terminating the automatic stay without further notice or hearing.  In the event of any surplus proceeds remaining after disposition of the Vehicle, Movant shall report the same to the Debtor in Possession.

**END OF DOCUMENT**

CONSENTED TO BY:


___/s/ Lisa Ritchey Craig_____
Lisa Ritchey Craig
Georgia Bar No.: 606755
McCULLOUGH  PAYNE & HAAN, LLC
171 17th  Street, NW , Suite 975
Atlanta, Georgia 30363-1032
(404) 873-1386 office
(404) 875-4817 facsimile
lrcraig@mplawfirm.com
ATTORNEYS FOR MOVANT
Account No.: 340-9105-12948



 _/s/ Barbara Ellis-Monro_____
Barbara Ellis- Monro
170 Mitchell Street, SW
Atlanta, Georgia 30303
O: (404) 525-4000
Georgia Bar No.: 246117
ATTORNEY FOR DEBTOR

284232.1

## DISTRIBUTION LIST

Barbara Ellis- Monro
Smith, Gambrell & Russell, LLP Suite 3100-
Promenade II
Atlanta, GA 30309-3592

Hidden Lake Academy, Inc.
830 Hidden Lake Rd.
Dahlonega, GA 30533

Doc Martin Construction
14 Carriage Court
Dahlonega, GA 30533

Lumpkin County
99 Court House Hall, Ste. 3
Dahlonega, GA 30533

North Georgia Credit Services
3482 Kieth Bridge, #321
Cumming, GA 30041

John A. Thomson, Jr.
271 17th Street, NW
Suite 2400
Atlanta, GA 30363-1017

Tiffany Y Lucas
40 Capital Square, SW
Atlanta, Ga 30334

James Morawetz
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

Leonard A. Buccellato
830 Hidden Lake Road
Dahlonega, GA 30533

Jim & Ron Ryan, Et al
c/o Gorby, Peters & Assoc
2 Ravinia Dr, Ste 1500
Atlanta, GA 30346

Morris Law Firm
1950 North Park Pl, Suite 500
Atlanta, GA 30339

Yates Insurance Agency
4 Executive Park East, NE
Suite 200
Atlanta, GA 30329

Ted W. Hight, III, Esq.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

McCullough Payne & Haan
171 17th Street, NW, Suite 975
Atlanta, GA 30363

284232.1