**IT IS ORDERED as set forth below:**



**Date: December 21, 2009**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br>Hidden Lake Academy, Inc. | CHAPTER 11 |
| Debtor(s), | JUDGE ROBERT E. BRIZENDINE |
| GMAC LLC | CASE NO. 09-22028 |
| Movant,<br>v. | |
| Hidden Lake Academy, Inc. | |
| Respondents. | |

### CONSENT ORDER

The above and foregoing matter is pending before this court on the Motion of GMAC LLC ("Movant") for Relief from the Automatic Stay, with a hearing scheduled for October 14, 2009. Movant also seeks waiver of the ten (10) day provision contained within FRBP 4001(a)(3). The Debtor is indebted to Movant on an installment sale contract for the purchase of a 2006 Chevrolet Uplander (the "Vehicle"). It appearing that the parties consent to the entry of this order, it is

ORDERED that the Debtor has an arrearage to Movant and shall partially cure same by paying $2,510.28 instanter, and shall pay $400.00 each month, beginning November 15, 2009,

283312.1

until confirmation.  Payments shall be made to: GMAC, PO Box 78252, Phoenix, Arizona 85062.  It is

FURTHER ORDERED that if the Debtor fails to make any payment to Movant as it comes due for any reason whatsoever until confirmation, then, after written notice of default sent by First Class Mail to the Debtor, and counsel for Debtor, and a failure by Debtor to cure the default within fifteen (15) days of the date of receipt of such notice, Movant may file a motion and affidavit of default with the court, with service upon Debtor, and counsel for Debtor, and the Court may enter an order terminating the automatic stay without further notice or hearing.  In the event of any surplus proceeds remaining after disposition of the Vehicle, Movant shall report the same to the Debtor in Possession.

**END OF DOCUMENT**

CONSENTED TO BY:


___/s/ Lisa Ritchey Craig_____
Lisa Ritchey Craig
Georgia Bar No.: 606755
McCULLOUGH  PAYNE & HAAN, LLC
171 17th  Street, NW , Suite 975
Atlanta, Georgia 30363-1032
(404) 873-1386 office
(404) 875-4817 facsimile
lrcraig@mplawfirm.com
ATTORNEYS FOR MOVANT
Account No.: 340-9105-12948



 _/s/ Barbara Ellis-Monro_____
Barbara Ellis- Monro
170 Mitchell Street, SW
Atlanta, Georgia 30303
O: (404) 525-4000
Georgia Bar No.: 246117
ATTORNEY FOR DEBTOR

283312.1

# DISTRIBUTION LIST

| | |
|---|---|
| Barbara Ellis- Monro<br>Smith, Gambrell & Russell, LLP Suite 3100-<br>Promenade II<br>Atlanta, GA 30309-3592 | James Morawetz<br>362 Richard Russell Bldg.<br>75 Spring Street, SW<br>Atlanta, GA 30303 |
| Hidden Lake Academy, Inc.<br>830 Hidden Lake Rd.<br>Dahlonega, GA 30533 | Leonard A. Buccellato<br>830 Hidden Lake Road<br>Dahlonega, GA 30533 |
| Doc Martin Construction<br>14 Carriage Court<br>Dahlonega, GA 30533 | Jim & Ron Ryan, Et al<br>c/o Gorby, Peters & Assoc<br>2 Ravinia Dr, Ste 1500<br>Atlanta, GA 30346 |
| Lumpkin County<br>99 Court House Hall, Ste. 3<br>Dahlonega, GA 30533 | Morris Law Firm<br>1950 North Park Pl, Suite 500<br>Atlanta, GA 30339 |
| North Georgia Credit Services<br>3482 Kieth Bridge, #321<br>Cumming, GA 30041 | Yates Insurance Agency<br>4 Executive Park East, NE<br>Suite 200<br>Atlanta, GA 30329 |
| John A. Thomson, Jr.<br>271 17th Street, NW<br>Suite 2400<br>Atlanta, GA 30363-1017 | Ted W. Hight, III, Esq.<br>40 Technology Parkway South, Suite 300<br>Norcross, GA 30092 |
| Tiffany Y Lucas<br>40 Capital Square, SW<br>Atlanta, Ga 30334 | McCullough Payne & Haan<br>171 17th Street, NW, Suite 975<br>Atlanta, GA 30363 |

283312.1