UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| HIDDEN LAKE ACADEMY, INC., | } | 09-22028 |
| | } | |
| | } | JUDGE Brizendine |
| Debtor. | } | |
| | } | CHAPTER 11 |

DEBTOR'S  MONTHLY OPERATING REPORT (BUSINESS)
FOR THE PERIOD FROM NOVEMBER 1, 2009  TO NOVEMBER 30, 2009

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015. Counsel for the Debtor has not reviewed the Debtor's business records on which this Operating Report is based and makes no representation concerning the accuracy of the financial information provided herein.

Dated this 16th day of November, 2009

_____/s/ Barbara Ellis-Monro_____
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

Attorney's Address
and Phone Number:

_830 Hidden Lake Rd._____

_____170 Mitchell St., SW_____

_Dahlonega, GA 30533_____

_____Atlanta, GA 30303_____

___706-864-4730_____

_____404-525-4000_____

_____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.

1)     Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)     Initial Filing Requirements
3)     Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING <u>Nov 1,2009</u> AND ENDING <u>Nov 30, 2009</u>

Name of Debtor: <u>Hidden Lake Academy Inc</u>                           Case Number 09-22028
Date of Petition: May 14, 2009

|  |  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| 1. | FUNDS AT BEGINNING OF PERIOD | 6,176.65 (a) | 19,829.21 (b) |
| 2. | RECEIPTS: |  |  |
|  | A. Cash Sales |  |  |
|  | Minus: Cash Refunds | (-) |  |
|  | Net Cash Sales |  |  |
|  | B. Accounts Receivable |  |  |
|  | C. Other Receipts *(See MOR-3)* | 42,450.00 | 237,967.16 |
|  | (If you receive rental income, you must attach a rent roll.) |  |  |
| 3. | TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 42,450.00 | 237,967.16 |
| 4. | TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 48,626.65 | 257,796.37 |
| 5. | DISBURSEMENTS |  |  |
|  | A. Advertising |  |  |
|  | B. Bank Charges | 12.50 | 72.50 |
|  | C. Contract Labor |  |  |
|  | D. Fixed Asset Payments (not incl. in "N") |  |  |
|  | E. Insurance |  |  |
|  | F. Inventory Payments *(See Attach. 2)* |  |  |
|  | G. Leases |  |  |
|  | H. Manufacturing Supplies |  |  |
|  | I. Office Supplies | -0- | 251.99 |
|  | J. Payroll - Net *(See Attachment 4B)* | 19,821.58 | 150,885.17 |
|  | K. Professional Fees (Accounting & Legal) | 00.00 | 660.00 |
|  | L. Rent |  |  |
|  | M. Repairs & Maintenance |  |  |
|  | N. Secured Creditor Payments *(See Attach. 2)* | 20,000.00 | 60,000.00 |
|  | O. Taxes Paid - Payroll *(See Attachment 4C)* | 5,496.53 | 29,273.68 |
|  | P. Taxes Paid - Sales & Use *(See Attachment 4C)* |  |  |
|  | Q. Taxes Paid - Other *(See Attachment 4C)* |  | 159.38 |
|  | R. Telephone |  |  |
|  | S. Travel & Entertainment |  |  |
|  | Y. U.S. Trustee Quarterly Fees | 975.00 | 975.00 |
|  | U. Utilities |  |  |
|  | V. Vehicle Expenses |  |  |
|  | W. Other Operating Expenses *(See MOR-3)* |  | 13,197.61 |
| 6. | TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 46,305.61 | 255,475.33 |
| 7. | ENDING BALANCE *(Line 4 Minus Line 6)* | 2,321.04 (c) | 2,321.04 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____, 20___.                          _____
                                                                                          (Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

MOR-2

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Management fee from HLA | 42,450.00 | 229,856.44 |
| Garnishment refunded | | 8,100.68 |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | 42,450.00 | 237,957.12 |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| IRS | | 8033.06 |
| Dept of Revenue GA | | 4,829.81 |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | 4829.81 | 12,862.87 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor:  Hidden Lakes Academy, Inc_____    Case Number:  09-22028 _____

Reporting Period beginning  Nov  1, 2009 _____    Period ending  Nov  30, 2009 _____

ACCOUNTS RECEIVABLE AT PETITION DATE:    2,950,674.25 _____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $   3,038,700.82 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $    12,800.00 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $  3,051,500.82 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
_____
_____

### POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $  12,800.00 | $ 12,800.00 | $  12,800.00 | $ 3,013,100.82 | $ 3,051,500.82   (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| HLA | _____ | estimate not collectible |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:  09-22028

Reporting Period beginning  Nov  1, 2009          Period ending  Nov  30,2009

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

---

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $_____ | (a) |
| PLUS: New Indebtedness Incurred This Month | $_____ | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $      18,458.11      | |
| PLUS/MINUS: Adjustments | $_____ | * |
| Ending Month Balance | $      18,458.11      | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| BB&T | 11/01/2009 | 20,000.00 | | |
| | | -0- | 0 | 0 |
| | | | | |
| | | | | |
| TOTAL | | 20,000.00 | (d) | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

ATTACHMENT 6

### INVENTORY AND FIXED ASSETS REPORT

Name of Debtor:  Hidden Lake Academy, Inc_____    Case Number:  09-22028_____

Reporting Period beginning __Nov 1, 2009_____    Period ending  Nov 30, 2009_____

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:        $_____N/A_____

INVENTORY RECONCILIATION:

| | | |
|---|---|---|
| Inventory Balance at Beginning of Month | $_____ | (a) |
| PLUS: Inventory Purchased During Month | $_____ | |
| MINUS: Inventory Used or Sold | $_____ | |
| PLUS/MINUS: Adjustments or Write-downs | $_____ | * |
| Inventory on Hand at End of Month | $_____ | |

METHOD OF COSTING INVENTORY:  _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

_____

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% | = _____100%* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____
_____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: ____unknown_____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):  _196 acres real property and certain building_
_____
_____

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $____unknown_____ | (a)(b) |
| MINUS:  Depreciation Expense | $_____ | |
| PLUS:  New Purchases | $_____ | |
| PLUS/MINUS: Adjustments or Write-downs | $_____ | * |
| Ending Monthly Balance | $_____ | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD:  _____
_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

### MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:   Hidden Lakes Academy, Inc          Case Number:   09-22028

Reporting Period beginning   Nov  1, 2009          Period ending  Nov  30, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   United Community Bank          BRANCH:   Dahlonega

ACCOUNT NAME:   Hidden Lake Academy          ACCOUNT NUMBER:      8495

PURPOSE OF ACCOUNT:      OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $  3,639.61 | |
| Plus Total Amount of Outstanding Deposits | $      -0- | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $  3,639.61 | **(a) |

**\*Debit cards are used by**      None

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____     ___Transferred to Payroll Account
$___     _____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

```
UNITED COMMUNITY BANK   [04]        000 00004 01              PAGE:    1
P O BOX 1060                        ACCOUNT:        8495   11/30/2009
DAHLONEGA GA 30533                  DOCUMENTS:         6


TELEPHONE:706-864-8223
```





```
          HIDDEN LAKE ACADEMY INC
          DEBTOR IN POSSESSION
          CASE NUMBER 09-22028-REB
          OPERATING ACCOUNT                              30
          830 HIDDEN LAKE ROAD                            0
          DAHLONEGA GA  30533                             6
```

```
==============================================================================
Wishing you and your family a safe and prosperous Holiday Season!
From our family to yours! United Community Bank...The Bank That
SERVICE Built.

==============================================================================
          UNITED BUSINESS VALU ACCOUNT       8495
==============================================================================
                     LAST STATEMENT 10/30/09      40,000.19
MINIMUM BALANCE            .19    1 CREDITS        25,000.00
AVG AVAILABLE BALANCE   15,089.76    6 DEBITS      61,360.58
AVERAGE BALANCE         15,089.76  THIS STATEMENT 11/30/09   3,639.61
          - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                   DATE        AMOUNT
Telephone- DDA to DDA Transfer                11/03     25,000.00
          - - - - - - - - - CHECKS - - - - - - - - -
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
   1001*11/02  10,000.00    1007*11/02  20,000.00    1011 11/17       385.58
   1003*11/02  10,000.00    1010 11/16  20,000.00    1012 11/24       975.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

          - - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
11/02           .19      11/16        5,000.19     11/24       3,639.61
11/03       25,000.19    11/17        4,614.61
```

3:45 PM

12/03/09

# Hidden Lake Academy
## Reconciliation Summary
UCB- Operating DIP-8495, Period Ending 11/30/2009

|  | Nov 30, 09 |
|---|---|
| Beginning Balance | 40,000.19 |
| **Cleared Transactions** | |
| Checks and Payments - 6 items | -61,360.58 |
| Deposits and Credits - 1 item | 25,000.00 |
| Total Cleared Transactions | -36,360.58 |
| Cleared Balance | 3,639.61 |
| Register Balance as of 11/30/2009 | 3,639.61 |
| **New Transactions** | |
| Checks and Payments - 1 item | -20,000.00 |
| Deposits and Credits - 1 item | 10,000.00 |
| Total New Transactions | -10,000.00 |
| Ending Balance | -6,360.39 |

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:  Hidden Lake Academy        Case Number:  09-22028

Reporting Period beginning  Nov 1, 2009        Period ending  Nov 30,  2009

NAME OF BANK:  United Community        BRANCH:  Dahlonega

ACCOUNT NAME:  UCB DIP  Operating

ACCOUNT NUMBER:       8495

PURPOSE OF ACCOUNT:        OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                $

3:45 PM

12/03/09

# Hidden Lake Academy
## Reconciliation Detail
### UCB- Operating DIP-8495, Period Ending 11/30/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 40,000.19 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 6 items | | | | | | |
| Check | 8/7/2009 | 1001 | BB&T | X | -10,000.00 | -10,000.00 |
| Check | 9/1/2009 | 1003 | BB&T | X | -10,000.00 | -20,000.00 |
| Check | 10/5/2009 | 1007 | BB&T | X | -20,000.00 | -40,000.00 |
| Check | 11/2/2009 | 1010 | BB&T | X | -20,000.00 | -60,000.00 |
| Check | 11/17/2009 | 1012 | U.S. Trustee | X | -975.00 | -60,975.00 |
| Check | 11/17/2009 | 1011 | James Vaught | X | -385.58 | -61,360.58 |
| Total Checks and Payments | | | | | -61,360.58 | -61,360.58 |
| Deposits and Credits - 1 item | | | | | | |
| Transfer | 11/2/2009 | | | X | 25,000.00 | 25,000.00 |
| Total Deposits and Credits | | | | | 25,000.00 | 25,000.00 |
| Total Cleared Transactions | | | | | -36,360.58 | -36,360.58 |
| Cleared Balance | | | | | -36,360.58 | 3,639.61 |
| Register Balance as of 11/30/2009 | | | | | -36,360.58 | 3,639.61 |
| New Transactions | | | | | | |
| Checks and Payments - 1 item | | | | | | |
| Check | 12/2/2009 | 1013 | BB&T | | -20,000.00 | -20,000.00 |
| Total Checks and Payments | | | | | -20,000.00 | -20,000.00 |
| Deposits and Credits - 1 item | | | | | | |
| Transfer | 12/3/2009 | | | | 10,000.00 | 10,000.00 |
| Total Deposits and Credits | | | | | 10,000.00 | 10,000.00 |
| Total New Transactions | | | | | -10,000.00 | -10,000.00 |
| Ending Balance | | | | | -46,360.58 | -6,360.39 |

### TACHMENT 4B

### MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:   Hidden Lake Academy, Inc        Case Number:   09-22028

Reporting Period beginning  Nov  1, 2009        Period ending Nov  30, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:    United Community        BRANCH:   Dahlonega

ACCOUNT NAME:  UCB Payroll Account        ACCOUNT NUMBER:        3586
PURPOSE OF ACCOUNT:        PAYROLL

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $ | 10,180.14 |
| Plus Total Amount of Outstanding Deposits | $ |  |
| Minus Total Amount of Outstanding Checks and other debits | $ | -9,757.93     * |
| Minus Service Charges | $ |  |
| Ending Balance per Check Register | $ | -1438.07     **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**  Deposit on 11/30 after 4:00pm, posted on 11/01/2009

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| 11/06 | 73.19 | Payco |  | payroll charges |
| 11/23 | 74.92 | Payco |  | payroll charges |
|  |  |  |  |  |
|  |  |  |  |  |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

UNITED COMMUNITY BANK [07]          400-000042 01                      PAGE:    1
P O BOX 1060                        ACCOUNT:              8586    11/30/2009
DAHLONEGA GA 30533                  DOCUMENTS:                  16

TELEPHONE:706-864-8223




HIDDEN LAKE ACADEMY INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22028-REB
PAYROLL ACCOUNT                                                       30
830 HIDDEN LAKE ROAD                                                   2
DAHLONEGA GA  30533                                                   14

==========================================================================
    Wishing you and your family a safe and prosperous Holiday Season!
From our family to yours! United Community Bank...The Bank That
SERVICE Built.

==========================================================================
          UNITED BUSINESS VALU ACCOUNT        8586
==========================================================================

                              LAST STATEMENT 10/30/09      13,305.86
MINIMUM BALANCE         1,930.14        3 CREDITS           14,450.00
AVG AVAILABLE BALANCE   5,298.73       16 DEBITS            17,575.72
AVERAGE BALANCE         5,298.73   THIS STATEMENT 11/30/09  10,180.14

        - - - - - - - - - DEPOSITS - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
    11/16    1,700.00      11/30    8,250.00

        - - - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                        DATE        AMOUNT
In Person DDA to DDA Transfer                     11/13      4,500.00

        - - - - - - - - - CHECKS - - - - - - - - -
CHECK #..DATE......AMOUNT    CHECK #..DATE......AMOUNT    CHECK #..DATE......AMOUNT
   30280 11/03      649.25      30286 11/02    2,062.18      30292 11/16    1,920.06
   30281 11/09      872.26      30287 11/02    1,365.65      30293 11/16      850.46
   30282*11/04    1,283.36      30288 11/17      649.25      30294 11/16    2,062.19
   30284 11/02    1,341.25      30289 11/23      872.24      30295 11/13    1,365.65
   30285 11/04      850.45      30290*11/20    1,283.36

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

        - - - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                        DATE        AMOUNT
HIDDEN LAKE ACAD PAYROLL 0046 0046                11/06        73.19
HIDDEN LAKE ACAD PAYROLL 0046 0046                11/23        74.92
                    * * *  C O N T I N U E D  * * *



11/16/2009    $1,700.00

11/04/2009    CHECK# 30285    $850.45

11/30/2009    $8,250.00

11/02/2009    CHECK# 30286    $2,062.18



11/03/2009    CHECK# 30280    $649.25

11/02/2009    CHECK# 30287    $1,365.65

11/09/2009    CHECK# 30281    $872.26

11/17/2009    CHECK# 30288    $649.25



11/04/2009    CHECK# 30282    $1,283.36

11/23/2009    CHECK# 30289    $872.24



11/02/2009    CHECK# 30284    $1,341.25





11/20/2009    CHECK# 30290    $1,283.36

3:43 PM

12/03/09

# Hidden Lake Academy
## Reconciliation Summary
### UCB DIP Payroll-8586, Period Ending 11/30/2009

|  | Nov 30, 09 |
|---|---|
| Beginning Balance | 13,305.86 |
| **Cleared Transactions** |  |
| Checks and Payments - 16 items | -17,575.72 |
| Deposits and Credits - 3 items | 14,450.00 |
| Total Cleared Transactions | -3,125.72 |
| **Cleared Balance** | 10,180.14 |
| **Uncleared Transactions** |  |
| Checks and Payments - 11 items | -11,618.21 |
| Total Uncleared Transactions | -11,618.21 |
| **Register Balance as of 11/30/2009** | -1,438.07 |
| **New Transactions** |  |
| Deposits and Credits - 1 item | 1,400.00 |
| Total New Transactions | 1,400.00 |
| **Ending Balance** | -38.07 |

Page 1

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor:  Hidden Lake Academy, Inc      Case Number:  09-22028

Reporting Period beginning  Nov 1, 2009      Period ending  Nov 30, 2009

NAME OF BANK:  United Community      BRANCH:  Dahlonega

ACCOUNT NAME:  UCB Payroll Account

ACCOUNT NUMBER:  3529

PURPOSE OF ACCOUNT:  PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                        $

3:43 PM

12/03/09

# Hidden Lake Academy
## Reconciliation Detail
UCB DIP Payroll-8586, Period Ending 11/30/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | 13,305.86 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 16 items** | | | | | | |
| Check | 10/30/2009 | 30286 | Joseph Stapp | X | -2,062.18 | -2,062.18 |
| Check | 10/30/2009 | 30287 | James Vaught | X | -1,365.65 | -3,427.83 |
| Check | 10/30/2009 | 30284 | David J Reifenberger | X | -1,341.25 | -4,769.08 |
| Check | 10/30/2009 | 30282 | Peter Hekwig | X | -1,283.36 | -6,052.44 |
| Check | 10/30/2009 | 30281 | Clayton Erickson | X | -872.26 | -6,924.70 |
| Check | 10/30/2009 | 30285 | Michael Smith | X | -850.45 | -7,775.15 |
| Check | 10/30/2009 | 30280 | Cheryl Ballow | X | -649.25 | -8,424.40 |
| Check | 11/5/2009 | | PayCo, Inc | X | -73.19 | -8,497.59 |
| Check | 11/13/2009 | 30294 | Joseph Stapp | X | -2,062.19 | -10,559.78 |
| Check | 11/13/2009 | 30292 | David J Reifenberger | X | -1,920.06 | -12,479.84 |
| Check | 11/13/2009 | 30295 | James Vaught | X | -1,365.65 | -13,845.49 |
| Check | 11/13/2009 | 30290 | Peter Hekwig | X | -1,283.36 | -15,128.85 |
| Check | 11/13/2009 | 30289 | Clayton Erickson | X | -872.24 | -16,001.09 |
| Check | 11/13/2009 | 30293 | Michael Smith | X | -850.46 | -16,851.55 |
| Check | 11/13/2009 | 30288 | Cheryl Ballow | X | -649.25 | -17,500.80 |
| Check | 11/30/2009 | | PayCo, Inc | X | -74.92 | -17,575.72 |
| Total Checks and Payments | | | | | -17,575.72 | -17,575.72 |
| **Deposits and Credits - 3 items** | | | | | | |
| Transfer | 11/13/2009 | | | X | 4,500.00 | 4,500.00 |
| Transfer | 11/16/2009 | | | X | 1,700.00 | 6,200.00 |
| Transfer | 11/30/2009 | | | X | 8,250.00 | 14,450.00 |
| Total Deposits and Credits | | | | | 14,450.00 | 14,450.00 |
| Total Cleared Transactions | | | | | -3,125.72 | -3,125.72 |
| Cleared Balance | | | | | -3,125.72 | 10,180.14 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 11 items** | | | | | | |
| Check | 10/15/2009 | 30274 | Jeffrey S Holloway | | -692.79 | -692.79 |
| Check | 10/30/2009 | 30283 | Anna Jones | | -640.74 | -1,333.53 |
| Check | 11/13/2009 | 30291 | Anna Jones | | -640.76 | -1,974.29 |
| Check | 11/30/2009 | 30302 | Joseph Stapp | | -2,062.19 | -4,036.48 |
| Check | 11/30/2009 | 30300 | David J Reifenberger | | -1,920.05 | -5,956.53 |
| Check | 11/30/2009 | 30303 | James Vaught | | -1,365.65 | -7,322.18 |
| Check | 11/30/2009 | 30298 | Peter Hekwig | | -1,283.36 | -8,605.54 |
| Check | 11/30/2009 | 30297 | Clayton Erickson | | -872.24 | -9,477.78 |
| Check | 11/30/2009 | 30301 | Michael Smith | | -850.45 | -10,328.23 |
| Check | 11/30/2009 | 30296 | Cheryl Ballow | | -649.23 | -10,977.46 |
| Check | 11/30/2009 | 30299 | Anna Jones | | -640.75 | -11,618.21 |
| Total Checks and Payments | | | | | -11,618.21 | -11,618.21 |
| Total Uncleared Transactions | | | | | -11,618.21 | -11,618.21 |
| Register Balance as of 11/30/2009 | | | | | -14,743.93 | -1,438.07 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Transfer | 12/1/2009 | | | | 1,400.00 | 1,400.00 |
| Total Deposits and Credits | | | | | 1,400.00 | 1,400.00 |
| Total New Transactions | | | | | 1,400.00 | 1,400.00 |
| **Ending Balance** | | | | | -13,343.93 | -38.07 |

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor:  Hidden Lake Academy, Inc              Case Number:  09-22028

Reporting Period beginning  Nov  1, 2009              Period ending  Nov 30, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  United Community              BRANCH:  Dahlonega

ACCOUNT NAME:  DIP Payroll Tax              ACCOUNT NUMBER:       8529

PURPOSE OF ACCOUNT:       TAX

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $ 119.50 | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Oustanding Checks and other debits | $          * | |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ 119.50 | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:_____**
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| 11/30 | 12.50 | United community | service charges | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

```
UNITED COMMUNITY BANK   [04]      000 00004 01              PAGE:    1
P O BOX 1060                      ACCOUNT:          3529    11/30/2009
DAHLONEGA GA 30533                DOCUMENTS:           2


TELEPHONE:706-864-8223
```





```
            HIDDEN LAKE ACADEMY INC
            DEBTOR IN POSSESSION
            CASE NUMBER 09-22028-REB
            PAYROLL TAX FUNDS                              30
            830 HIDDEN LAKE ROAD                            1
            DAHLONEGA GA  30533                             1


============================================================================
  Wishing you and your family a safe and prosperous Holiday Season!
  From our family to yours! United Community Bank...The Bank That
  SERVICE Built.

============================================================================
            UNITED BUSINESS VALU ACCOUNT          529

                               LAST STATEMENT 10/30/09        2,628.53
MINIMUM BALANCE            132.00      2 CREDITS               3,000.00
AVG AVAILABLE BALANCE      725.14      4 DEBITS                5,509.03
AVERAGE BALANCE            725.14  THIS STATEMENT 11/30/09       119.50
         - - - - - - - - - DEPOSITS - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
         11/16    2,500.00

         - - - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                          DATE        AMOUNT
In Person DDA to DDA Transfer                        11/13       500.00

         - - - - - - - - - CHECKS - - - - - - - - - -
  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
   10017 11/18     730.65

         - - - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                          DATE        AMOUNT
IRS USATAXPYMT 270970700480460                       11/03     2,270.00
IRS USATAXPYMT 270972200351040                       11/18     2,495.88
SERVICE CHARGE                                       11/30        12.50

      - - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

      TOTAL CHARGE FOR UNITED BUSINESS VALU:              12.50

         - - - - - - - - DAILY BALANCE - - - - - - -
DATE.........BALANCE     DATE.........BALANCE     DATE.........BALANCE
11/03      358.53        11/13       858.53       11/16     3,358.53
             * * * C O N T I N U E D * * *
```

HIDDEN LAKE ACADEMY INC



11/16/2009   $2,500.00

11/18/2009   CHECK# 10017   $730.65

3:39 PM

12/03/09

# Hidden Lake Academy
## Reconciliation Summary
UCB- Payroll TAX-8529, Period Ending 11/30/2009

|  | Nov 30, 09 |
|---|---|
| Beginning Balance | 2,628.53 |
| Cleared Transactions |  |
| Checks and Payments - 4 items | -5,509.03 |
| Deposits and Credits - 2 items | 3,000.00 |
| Total Cleared Transactions | -2,509.03 |
| Cleared Balance | 119.50 |
| Register Balance as of 11/30/2009 | 119.50 |
| New Transactions |  |
| Checks and Payments - 2 items | -3,314.04 |
| Deposits and Credits - 1 item | 2,750.00 |
| Total New Transactions | -564.04 |
| Ending Balance | -444.54 |

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: __Hidden Lake Academy, Inc__        Case Number: __09-22028_____

Reporting Period beginning __Nov  1, 2009_____        Period ending  __Nov  30, 2009_____

NAME OF BANK: __United community_____        BRANCH: __Dahlonega_____

ACCOUNT NAME: __DIP Payroll Tax_____        ACCOUNT # _____8529_____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 11/03 | EFT | IRS | Payroll tax | $2270.00 |
| 11/18 | EFT | IRS | Payroll tax | $2495.88 |
| 11/18 | 10017 | Ga dept of Rev. | payroll tax | $730.65 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                    $5,496.53
                                                (d)
SUMMARY OF TAXES PAID

Payroll Taxes Paid                                    $5,496.53
Sales & Use Taxes Paid                            -0-        (b)
Other Taxes Paid                            _____)
TOTAL                                        ___$5496.53

This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
    (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

3:39 PM

12/03/09

# Hidden Lake Academy
## Reconciliation Detail
### UCB- Payroll TAX-8529, Period Ending 11/30/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | 2,628.53 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 4 items | | | | | | |
| Check | 11/2/2009 | | Internal Revenue S... | X | -2,270.00 | -2,270.00 |
| Check | 11/5/2009 | 10017 | Georgia Departmen... | X | -730.65 | -3,000.65 |
| Check | 11/17/2009 | | Internal Revenue S... | X | -2,495.88 | -5,496.53 |
| Check | 11/30/2009 | | | X | -12.50 | -5,509.03 |
| Total Checks and Payments | | | | | -5,509.03 | -5,509.03 |
| Deposits and Credits - 2 items | | | | | | |
| Transfer | 11/13/2009 | | | X | 500.00 | 500.00 |
| Transfer | 11/16/2009 | | | X | 2,500.00 | 3,000.00 |
| Total Deposits and Credits | | | | | 3,000.00 | 3,000.00 |
| Total Cleared Transactions | | | | | -2,509.03 | -2,509.03 |
| Cleared Balance | | | | | -2,509.03 | 119.50 |
| Register Balance as of 11/30/2009 | | | | | -2,509.03 | 119.50 |
| New Transactions | | | | | | |
| Checks and Payments - 2 items | | | | | | |
| Check | 12/1/2009 | 10020 | Georgia Departmen... | | -818.06 | -818.06 |
| Check | 12/2/2009 | | Internal Revenue S... | | -2,495.98 | -3,314.04 |
| Total Checks and Payments | | | | | -3,314.04 | -3,314.04 |
| Deposits and Credits - 1 item | | | | | | |
| Transfer | 12/2/2009 | | | | 2,750.00 | 2,750.00 |
| Total Deposits and Credits | | | | | 2,750.00 | 2,750.00 |
| Total New Transactions | | | | | -564.04 | -564.04 |
| Ending Balance | | | | | -3,073.07 | -444.54 |

Page 1

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

_____ NONE _____ Current

| Instrument | Face Value | Purchase Price | Date of Purchase | Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                      _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

|  | **(Column 2)** | **(Column 3)** | **(Column 4)** |
|---|---|---|---|
| | Maximum | Amount of Petty | Difference between |
| Location of | Amount of Cash | Cash On Hand | (Column 2) and |
| Box/Account | in Drawer/Acct. | At End of Month | (Column 3) |
| _____ | NONE | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                              $_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____

_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)      $_____
(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:  09-22028

Reporting Period beginning  Nov 1, 2009          Period ending  Nov  30, 2009

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| IRS | 11/30 | Fica& Wth Taxes | 2495.98 | | 4rd  qt. |
| Dept of  Revunue | 11/31 | wth Tax | 818.06 | | 4rd qt. |
| . | | | | | |
| TOTAL | | | $ 3,314.04 | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:   Hidden Lake Academy, Inc         Case Number:   09-22028

Reporting Period beginning   Nov  1, 2009               Period ending Nov   30, 2009

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 5 | 3 |
| Number hired during the period | _____ | 0 |
| Number terminated or resigned during period | _____ | _____ |
| Number of employees on payroll at end of period | 5 | 3 |

**Two part went to full time.**

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

☐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **HIDDEN LAKE ACADEMY. INC.,** | ) | **CASE NO. 09-22028** |
| | ) | |
| | ) | |
| **Debtor.** | ) | **JUDGE BRIZENDINE** |

### Certificate of Service

I, Barbara Ellis-Monro, hereby certify that I caused to be served on **December 22, 2009** a true and correct copy of the following: **DEBTOR'S MONTHLY OPERATING REPORT (BUSINESS) FOR THE PERIOD FROM NOVEMBER 1 TO NOVEMBER 30, 2009** by United States first class mail to party listed below:

Jim Morawetz
362 Richard Russell Bldg.
75 Spring St. SW
Atlanta, GA 30303

This 22nd day of December.

ELLENBERG, OGIER,
ROTHSCHILD & ROSENFELD,
PC
*/s/ Barbara Ellis-Monro*

170 Mitchell St., SW            Barbara Ellis-Monro
Atlanta, Georgia 30303          Georgia Bar No. 246117
(404) 525-4000 Telephone        bem@eorrlaw.com
(404) 526-8855 Facsimile        Counsel for the
                                Debtor and Debtor in Possession