IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC., | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF THE MARCUS LAW FIRM, AS SPECIAL COUNSEL FOR THE DEBTOR NUNC PRO TUNC TO THE FILING DATE

COMES NOW Hidden Lake Academy, Inc., debtor and debtor in possession herein (the "Debtor" or "Applicant") and hereby files this Application for Approval of Employment of the Marcus Firm, as Special Counsel for the Debtor Nunc Pro Tunc to the Filing Date (the "Application"), pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr P. 2014 and respectfully shows the Court as follows:

1. On May 14, 2009, (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b). Venue of the Debtor's Chapter 11 case in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This Motion is supported by the Verified Statement of David Doyle for the Marcus Law Firm as Proposed Special Counsel for the Debtor and Debtor In Possession Nunc Pro Tunc to the Petition Date Pursuant to Section 327(e) of the Bankruptcy Code, attached hereto as Exhibit "A".

## RELIEF REQUESTED

4. By this application, the Debtor requests that this Court enter an Order authorizing the Debtor to employ and retain the Marcus Law Firm (the "Firm") as its special counsel on a contingency basis and as set forth in the attached engagement letter.

5. Prior to the filing of this case the Firm was seeking to collect a judgment on behalf of the Debtor. Certain funds are periodically received on account of that judgment through the efforts of the Firm.

6. The Debtor desires to employ the Firm to continue to work to collect the judgment and to remit a portion of all collections to the Debtor as provided in the attached engagement letter.

7. The Debtor wishes to employ the Firm as provided in the proposed engagement letter because the firm has become familiar with this matter and has previously provided valuable service to the Debtor.

8. Pursuant to section 327(e) counsel may be retained as special counsel to the Debtor notwithstanding a prior relationship with the Debtor as long as counsel does not hold any interest adverse to the Debtor .

9. The Firm has previously represented Debtor in collection action on the judgment and has earned $1,249.23 of the funds collected. Debtor proposes to allow the Firm to draw down that secured retainer and to be paid in accordance with the proposed engagement letter, attached hereto as Exhibit "B", effective as of the Petition Date.

10. The continued employment of the Firm as special counsel is in the best interest of the Debtor, its estate and creditors.

11. The Firm agrees to accept compensation for its services and reimbursement of expenses as may be awarded by this Court upon proper application, after notice and hearing or pursuant to such other interim procedure as may be approved and authorized by this Court.

## NOTICE

13. Notice of this pleading will be served on the United States Trustee. The Debtor submits that such notice is sufficient and proper, and that no other notice need be given.

14. No previous application for the relief requested herein has been made to this Court or any other Court.

WHEREFORE, Applicant prays that it be authorized to employ the Firm as special counsel for the Debtor.

This 22nd day of December, 2009.

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Georgia Bar No. 246117

Attorneys for Debtor

170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000 (t)
404-526-8855(f)
bem@eorrlaw.com

EXHIBIT "A"

EXHIBIT "A"
IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:                              )        CHAPTER 11

                                    )        CASE NO.  09-22028

HIDDEN LAKE ACADEMY, INC.  )

DEBTOR                                        JUDGE BRIZENDINE

VERIFIED STATEMENT OF DAVID DOYLE FOR THE MARCUS LAW FIRM
AS PROPOSED SPECIAL COUNSEL FOR THE DEBTOR NUNC PRO TUNC
TO THE PETITION DATED

NEW HAVEN COUNTY, CONNECTICUT

Comes now David Doyle, Esq. who hereby deposes and says:

1. I am an attorney duly licensed in the State of Connecticut, employed by the Marcus Law Firm.

2. Since 2006, I have and other attorneys at the Marcus Law Firm have attempted to enforce a judgment that entered in the Connecticut Superior Court after a full trial on the merits in favor of Hidden Lake Academy against an individual, David Ross. (see court notice of judgment attached hereto)

3. We first pursued enforcement of bank executions against Mr. Ross with limited success; we then prepared and instituted a foreclosure action against Mr. Ross to foreclose upon a judgment lien (attached hereto) filed on property owned by Mr. Ross in Stratford, Connecticut.

4. We currently monitor a settlement agreement reached with Mr. Ross in November 2008 whereby he makes a monthly payment of three hundred dollars toward this debt with a balloon payment due in December 2011.

5. We anticipate that we will monitor this agreement until full payment is recovered or until we reinstitute the foreclosure proceeding.

6. I have handled collection actions for over twenty years, and the Marcus Law Firm employs attorneys who specialize in foreclosure.

7. Neither I, nor the Marcus Law Firm represent any interest that is adverse to the Debtor or the Estate in the matter upon which we are to be engaged.

Further, affiant sayeth not.

_____
David S. Doyle, Esq.

Subscribed and sworn to before me this 18th day of Dec., 2009.

_____
Mark Bergamo, esq.
Commissioner of the Superior Court

HIDDEN VALLEY ACADEM    VS.    CV-01-0381211-S(FAC)
ROSS DAVID

TO ALL PRO SE PARTIES AND COUNSEL OF RECORD:

MOTION 111, MOTION FOR JUDGMENT, IS GRANTED.
THE FOLLOWING IS OWED TO THE PLAINTIFF:
AMOUNT DUE ON CLAIMS.................$35,219.00
INTEREST.............................13,735.54
PLAINTIFF'S COSTS....................   289.40
LATE FEES............................ 6,750.00
TOTAL................................$55,993.94

BY THE COURT,

(SHEEDY, J.) 10-18-02
CDG, TAC

KEVIN CURTIS FERRY
286 FARMINGTON AVE.

06601    HARTFORD            CT 06105

SUPERIOR COURT
1061 MAIN STREET

BRIDGEPORT, CT

DATED: NOV 05, 2002
FBT

NOV 0 6 2002

VL 2003 PG 102

010816

## JUDGMENT LIEN CERTIFICATE

**JUDGMENT DEBTORS:**

David Ross
46 Hazelwood Terrace
Stratford, CT  06497

**JUDGMENT CREDITOR:**

Hidden Lake Academy, Inc.
830 Hidden Lake Road
Dahlonega, GA 30533

COURT IN WHICH JUDGMENT ENTERED: Superior Court, J.D. of Bridgeport at Bridgeport.
Docket No.: CV-01-0381211-S

DATE OF ENTRY OF JUDGMENT: October 25, 2002

ORIGINAL AMOUNT OF JUDGMENT: Fifty Five Thousand Nine Hundred Ninety Three and 94/100 ($55,993.94) Dollars.

| | |
|---|---|
| Damages, including court costs | $55,993.94 |
| Statutory Interest of 10% accruing from October 25, 2002 through November 11, 2002 | $245.45 |
| TOTAL | $56,239.39 |

AMOUNT DUE THEREON AS OF NOVEMBER 11, 2001: Fifty Six Thousand Two Hundred Thirty-Nine and 39/100 dollars.

VL 2003 PG 103

## SCHEDULE A

DESCRIPTION OF PERSONAL PROPERTY ON WHICH LIEN IS TO BE PLACED:

TO THE EXTEND THAT THE FOLLOWING ARE NOT EXEMPT UNDER THE LAWS OF THE STATE OF CONNECTICUT, THIS JUDGMENT LIEN SHALL ATTACH TO AND COVER THE FOLLOWING TYPES AND/OR ITEMS OF PROPERTY:  A CERTAIN TRACT OR PARCEL OF LAND WITH ALL BUILDINGS THEREON KNOWN AS LOT NO. 27 ON MAP OF CRESTWOOD ACRES, MADE BY T. DONALD ROWE, REGISTERED LAND SURVEYOR DATED JUNE, 1949, ON FILE IN THE STRATFORD TOWN CLERK'S OFFICE, AND BOUNDED AND DESCRIBED AS FOLLOWS: "NORTHWESTERLY: ON HAZELWOOD TERRACE, 85.75 FEET, BY A STRAIGHT LINE AND 14.25 FEET BY AN ARC DISTANCE; NORTHEASTERLY: ON LOT NO. 26 ON SAID MAP, 105 FEET; SOUTHEASTERLY: ON LOT NO. 16 ON SAID MAP, 31.24 FEET, BY AN ARC DISTANCE AND 85.75 FEET, BY A STRAIGHT LINE; SOUTHWESTERLY: ON LOT NO. 28 ON SAID MAP, 105 FEET". WHICH HAS THE ADDRESS OF 46 HAZELWOOD TERRACE, STRATFORD, CONNECTICUT 06497.

BEING THE SAME PREMISES CONVEYED BY WARRANTY DEED TO DAVID ROSS AND RECORDED IN THE TOWN CLERK'S OFFICE OF THE TOWN OF STRATFORD IN VOLUME NO. 540 PAGE 723.

Dated at Hartford, Connecticut, this 11th day of November 2002.

PLAINTIFF/JUDGMENT CREDITOR:
HIDDEN VALLEY LAKE ACADEMY, INC.
d/b/a HIDDEN LAKE ACADEMY

By: _____
Kevin C. Ferry, Esq.
Its Attorney
286 Farmington Avenue
Hartford, CT 06105
Juris No. 404591

Received for record NOV 13 2002
At 12:37 PM and recorded by me
Patricia P. Ulatowski
Patricia P. Ulatowski, Stratford Town Clerk

LAW OFFICE OF
KEVIN C. FERRY
286 FARMINGTON AVENUE • HARTFORD, CONNECTICUT 06105 • (860) 247-7242 • FAX (860) 246-2265 • JURIS NO. 404591

"EXHIBIT B"

Case 09-22028-reb    Doc 84    Filed 12/22/09    Entered 12/22/09 17:37:33    Desc Main
Document    Page 10 of 15

December 2, 2009

David Reifenberger
Hidden Lake Academy
830 Hidden Lake Road
Dahlonega, Georgia 30533

## VIA E-MAIL & FIRST CLASS MAIL

RE: Hidden Lake Academy
VS. David Ross

Dear Mr. Reifenberger:

This letter is being sent to confirm our fee arrangement in connection with our continuing to represent Hidden Lake Academy, Inc., as special counsel in its Chapter 11 bankruptcy proceeding. Currently, Hidden Lake Academy owns a judgment against David Ross, formerly of Stratford, Connecticut in the original principal amount of $55,993.94, which judgment is secured by a judgment lien on real property located in Stratford, Connecticut. We will handle this matter for a contingent fee of forty per cent (40%) of any monies that we might collect on your behalf.

In addition to our fees, you are also responsible for all costs incurred in connection with the case. This can include such expenses as court filing fees, transcripts, extensive photocopying and fax charges. In the event you do not meet your obligations, we reserve the right to terminate our representation of you. We understand that no payment of fees incurred can be made until such time as an application and order approving the same is entered by the United States Bankruptcy Court for the Northern District of Georgia, Gainesville division.

No settlement of your claims will be made without your complete approval. This firm may associate any other attorney at its discretion and expense and may withdraw at any time after giving you reasonable notice. An equitable lien on your claims and recovery has been given this firm by you for its services and costs advanced. You are to keep this firm advised of your whereabouts at all times, appear on reasonable notice at any depositions and court appearances

and comply with all reasonable requests in connection with the preparations and presentation of your claims. You are to leave all contacts with the potential defendant, its agents and attorneys to us, and shall not contact them directly unless specifically authorized by us to do so.

To acknowledge your understanding and acceptance of the terms of this letter, please sign and return the original, retaining the enclosed copy for your file.

Very truly yours,

David S. Doyle

READ, UNDERSTOOD AND ACCEPTED:

BY_____
                                    (Date)

EXHIBIT "C"

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ,) | CASE NO. 09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

ORDER APPROVING EMPLOYMENT OF
THE MARCUS LAW FIRM AS SPECIAL COUSNEL
FOR DEBTOR NUNC PRO TUNC THE PETITION DATE

Hidden Lake Academy, Inc., debtor and debtor in possession herein ("Debtor" or "Applicant") has filed its Application for Approval of Employment of The Marcus Law Firm as Special Counsel for the Debtor Nunc Pro Tunc to the Filing Date. It appearing that the members the Marcus Law Firm (the "Firm") represent no interest adverse to the Debtor or the Estate in matters upon which they are to be engaged, and that their employment as special counsel is necessary and is in the best interest of the Debtor and its Estate, it is hereby

ORDERED and Adjudged that the employment of the Firm as special counsel pursuant to 11 U.S.C. §327(e) is hereby authorized and approved for the purposes specified in the Application effective as of May 14, 2009. No compensation or expense reimbursement for the Estate is authorized hereunder except as provided in 11 U.S.C. §§330 and 331, upon Order of this Court after application, notice and hearing; and it is

FURTHER ORDERED that this Order is subject to written objection of the United States Trustee or any other party in interest filed within twenty (20) days after entry of this Order. In

the event an objection is timely filed within such period, a hearing will be held upon notice to the objecting party and the Trustee; and it is

FURTHER ORDERED that counsel for the Debtor is directed to serve a copy of this order on the United States Trustee, BB&T, the twenty (20) largest unsecured creditors of the Debtor and any party that has requested notice in this case.

### END OF DOCUMENT

Prepared and Presented by:

/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Proposed Counsel for the Debtor
Georgia Bar No 246117
Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000 Telephone
404-525-8855 Facsimile
bem@eorrlaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing APPLICATION FOR APPROVAL OF EMPLOYMENT OF THE MARCUS FIRM AS SPECIAL COUNSEL FOR THE DEBTOR, NUNC PRO TUNC TO THE PETITION DATE AND THE PROPOSED ORDER THEREON by depositing same in the United States Mail in an envelope with adequate postage affixed thereto to assure delivery addressed as follows:

> Office of the United States Trustee
> 362 Richard Russell Building
> 75 Spring Street, S.W.
> Atlanta, Georgia  30303

This 22nd day of December, 2009.

//s// *Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
Counsel for the debtor

Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000 Telephone
404-526-8855 Facsimile
bem@eorrlaw.com