**IT IS ORDERED as set forth below:**

**Date: December 21, 2009**

_____

**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN  DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

IN THE MATTER OF:                                          CHAPTER 11
Hidden Lake Academy, Inc.

      Debtor(s),                                              JUDGE ROBERT E. BRIZENDINE

GMAC LLC
                                                          CASE NO. 09-22028
      Movant,
v.

Hidden Lake Academy, Inc.

      Respondents.

**<u>CONSENT ORDER</u>**

      The above and foregoing matter is pending before this court on the Motion of GMAC LLC

("Movant") for Relief from the Automatic Stay, with a hearing scheduled for October 14, 2009.  Movant

also seeks waiver of the ten (10) day provision contained within FRBP 4001(a)(3).   The Debtor is

indebted to Movant on an installment sale contract for the purchase of  a 2008 Chevrolet Cobalt (the

"Vehicle").  It appearing that the parties consent to the relief sought by Movant, it is

      ORDERED that the Debtor has an arrearage to Movant in the total amount of $1,995.78,

representing the May through October 2009 payments, and shall partially cure same by paying $997.89

284232.1

instanter.  The balance of the arrearage shall be addressed in the plan. The Debtor shall pay $160.00 each

month, beginning November 15, 2009, until confirmation as adequate protection payments.  Payments

shall be made to: GMAC, PO Box 78252, Phoenix, Arizona  85062.  It is

FURTHER ORDERED that if the Debtor fails to make any payment to Movant as it comes due

for any reason whatsoever until confirmation, then, after written notice of default sent by First Class Mail

to the Debtor, and counsel for Debtor, and a failure by Debtor to cure the default within fifteen (15) days

of the date of receipt of such notice, Movant may file a motion and affidavit of default with the court,

with service upon Debtor, and counsel for Debtor, and the Court may enter an order terminating the

automatic stay without further notice or hearing.  In the event of any surplus proceeds remaining after

disposition of the Vehicle, Movant shall report the same to the Debtor in Possession.

**END OF DOCUMENT**

CONSENTED TO BY:


___/s/ Lisa Ritchey Craig_____
Lisa Ritchey Craig
Georgia Bar No.: 606755
McCULLOUGH  PAYNE & HAAN, LLC
171 17th  Street, NW , Suite 975
Atlanta, Georgia 30363-1032
(404) 873-1386 office
(404) 875-4817 facsimile
lrcraig@mplawfirm.com
ATTORNEYS FOR MOVANT
Account No.: 340-9105-12948



 _/s/ Barbara Ellis-Monro_____
Barbara Ellis- Monro
170 Mitchell Street, SW
Atlanta, Georgia 30303
O: (404) 525-4000
Georgia Bar No.: 246117
ATTORNEY FOR DEBTOR

284232.1

## DISTRIBUTION LIST

Barbara Ellis- Monro
Smith, Gambrell & Russell, LLP Suite 3100-
Promenade II
Atlanta, GA 30309-3592

Hidden Lake Academy, Inc.
830 Hidden Lake Rd.
Dahlonega, GA 30533

Doc Martin Construction
14 Carriage Court
Dahlonega, GA 30533

Lumpkin County
99 Court House Hall, Ste. 3
Dahlonega, GA 30533

North Georgia Credit Services
3482 Kieth Bridge, #321
Cumming, GA 30041

John A. Thomson, Jr.
271 17th Street, NW
Suite 2400
Atlanta, GA 30363-1017

Tiffany Y Lucas
40 Capital Square, SW
Atlanta, Ga 30334

James Morawetz
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

Leonard A. Buccellato
830 Hidden Lake Road
Dahlonega, GA 30533

Jim & Ron Ryan, Et al
c/o Gorby, Peters & Assoc
2 Ravinia Dr, Ste 1500
Atlanta, GA 30346

Morris Law Firm
1950 North Park Pl, Suite 500
Atlanta, GA 30339

Yates Insurance Agency
4 Executive Park East, NE
Suite 200
Atlanta, GA 30329

Ted W. Hight, III, Esq.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

McCullough Payne & Haan
171 17th Street, NW, Suite 975
Atlanta, GA 30363

284232.1

# CERTIFICATE OF NOTICE

```
District/off: 113E-8           User: jaster              Page 1 of 2            Date Rcvd: Dec 21, 2009
Case: 09-22028                 Form ID: pdf401           Total Noticed: 39
```

The following entities were noticed by first class mail on Dec 23, 2009.

```
db              +Hidden Lake Academy, Inc.,   830 Hidden Lake Road,   Dahlonega, GA 30533-1875
aty             +Barbara Ellis-Monro,   Ellenberg, Ogier, Rothschild & Rosenfeld,   170 Mitchell Street, SW,
                 Atlanta, GA 30303-3441
aty             +Ellenberg, Ogier, Rothschild & Rosenfeld, PC,   c/o Barbaba Ellis-Monro,   170 Mitchell St., SW,
                 Atlanta, GA 30303-3441
aty             +James H. Morawetz,   Office of U.S. Trustee,   362 Richard Russell Bldg.,   75 Spring Street, SW,
                 Atlanta, GA 30303-3315
aty             +John A. Thomson, Jr.,   Womble Carlyle Sandridge & Rice, PLLC,   Suite 2400,
                 271 17th Street, N.W.,   Atlanta, GA 30363-6215
aty             +Ted W. Hight, III,   Thompson, O'Brien, Kemp & Nasuti, PC,   Suite 300,
                 40 Technology Parkway South,   Norcross, GA 30092-2924
aty              Tiffany Y Lucas,   Georgia Department of Revenue,   40 Capitol Square, S.W.,
                 Atlanta, GA 30334-1300
ust             +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
cr              +GMAC,   c/o McCullough & Payne,   Suite 975,   171 17th Street, NW,   Atlanta, GA 30363-1029
cr               Georgia Department of Revenue,   c/o Tiffany Y. Lucas,   State Law Department,
                 40 Capitol Square SW,   Atlanta, GA 30334-1300
cr              +Morris Law Firm,   c/o Jason C. Aufdermaur, Esq.,   1950 North Park Place,   Suite 400,
                 Atlanta, GA 30339-2044
11615803        +99 Court House Hall, Ste E,   Dahlonega, GA 30533-0541
11615804        +BB&T,   c/o John Thompson,   1201 W. Peachtree St.,   Atlanta, GA 30309-3449
12099264        +Branch Banking & Trust Company,   c/o John A. Thomson, Jr.,
                 Womble Carlyle Sandridge & Rice, PLLC,   271 17th Street, N.W., Suite 2400,
                 Atlanta, GA 30363-6215
11680955        +CIT Technology Financing Services, Inc.,   Bankruptcy Processing Solutions, Inc.,
                 800 E. Sonterra Blvd., Suite 240,   San Antonio, TX 78258-3941
11703753         DELL FINANCIAL SERVICES, LLC,   Collections/Consumer Bankruptcy,   12234B North I-35,
                 Austin, TX 78753-1705,   (800) 955-3355, ext. 7230302
11615805        +Doc Martin Construction,   14 Carriage Court,   Dahlonega, GA 30533-3425
11647615        +GMAC,   P.O. Box 130424,   Roseville, MN 55113-0004
11615806        +Georgia Department of Labor,   40 Capitol Square,   Atlanta, GA 30334-1300
11615807        +Georgia Department of Revenue,   40 Capitol Square, SW,   Atlanta, GA 30334-1300
11620172        +Georgia Dept. of Labor,   148 Andrew Young Inter. Blvd., NE,   Suite 910,
                 Atlanta, GA 30303-1732
11620173        +Georgia Dept. of Revenue,   Bankruptcy Section,   PO Box 161108,   Atlanta, GA 30321-1108
11615808        ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                 (address filed with court:   Internal Revenue Service,   Centralized Insolvency Operati,
                 PO Box 21126,   Philadelphia, PA 19114)
11615809        ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                 (address filed with court:   Internal Revnue Service,   401 W. Peachtree St., NW,
                 Atlanta, GA 30308)
12104738        +Jason Aufdermaur,   Morris Law Firm,   1950 North Park Place,   Suite 400,
                 Atlanta, Georgia 30339-2044
12049721        +Jay Birsche,   476 Viking Drive Suite 102,   Virgibnia Beach, VA 23452-7367
11840039        +Jeffrey A. Clark,   3335 Rowan Road SW,   Conyers, GA 30094-3450
11615810        +Jill & Ron Ryan, et. al,   c/o Gorby, Peters & Assoc,   2 Ravinia Dr., Ste 1500,
                 Atlanta, GA 30346-2148
12103549        +John and Heidi Nunn,   4928 Gaskin Walk,   Marietta, GA 30068-2105
11615811        +Lumpkin County,   99 Court House Hall, Ste E,   Dahlonega, GA 30533-0541
11615812        +Morris Law Firm,   1950 North Park Pl, Suite 400,   Atlanta, GA 30339-2044
11615813        +North Georgia Credit Services,   3482 Kieth Bridge, #321,   Cumming, GA 30041-5546
11620175        +U. S. Attorney,   600 Richard B. Russell Bldg.,   75 Spring Street, SW,   Atlanta GA 30303-3315
12077243        +U.S. Security Associates, Inc.,   200 Mansell Court E., Ste. 500,   Roswell, GA 30076-4852
11615814        +Yates Insurance Agency,   4 Executive Park East, NE,   Suite 200,   Atlanta, GA 30329-2212
```

The following entities were noticed by electronic transmission on Dec 21, 2009.

```
11650646         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2009 23:50:19
                 AMERICAN INFOSOURCE LP AS AGENT FOR,   FIA CARD SERVICES, NA/BANK OF AMERICA,   PO Box 248809,
                 Oklahoma City, OK  73124-8809
12402342         E-mail/Text: bankruptcy@bbandt.com                      BB&T,   Bankruptcy Section,
                 PO Box 1847,   Wilson, NC 27894
11991793        +E-mail/Text: bankruptcy@pb.com                  Pitney Bowes Inc,   27 Waterview Dr,
                 Shelton CT 06484-4361
11729475        +E-mail/Text: brad.lee@xo.com                  XO Communications, Inc.,   Attn: Brad Lee,
                 105 Molloy Street, Suite 300,   Nashville, TN 37201-2315
                                                                                        TOTAL: 4
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Branch Banking & Trust Company,   c/o John A. Thomson, Jr.,
                 Womble Carlyle Sandridge & Rice, PLLC,   271 17th Street, N.W., Suite 2400,
                 Atlanta, GA 30363-6215
cr*              Jeffrey A. Clark,   3335 Rowan Road SW,   Conyers, GA  30094-3450
                                                                           TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 23, 2009**                    **Signature:**