**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

IN RE:
Hidden Lake Academy, Inc.                                    CHAPTER 11

    Debtor(s).                                             CASE NO. 09-22028

                                                                  JUDGE ROBERT E. BRIZENDINE

**OBJECTION OF GMAC LLC TO DEBTOR'S**
**FIRST AMENDED PLAN OF REORGANIZATION**

COMES NOW, GMAC LLC , creditor and interested party in the above Debtor's case, and as its Objection to Debtor's First Amended Plan of Reorganization, shows this Court as follows:

1.

That the Debtor on May 14, 2009 filed a petition for relief under Chapter 11 of the Bankruptcy Code.

2.

That on December 16, 2009, Debtor filed its First Amended Plan of Reorganization (the "Plan")

3.

That the Debtor is indebted to Movant in the sum of $17919.99 on an installment sales contract for the purchase of a 2006 Chevrolet Uplander automobile, VIN No. 1GNDV33L26D135077; in the sum of $16285.09 on an installment sales contract for the purchase of a 2006 Chevrolet Uplander automobile, VIN No. 1GNDV23L66D188732; and, in the sum of $13305.20 on an installment sales contract for the purchase of a 2008 Chevrolet Cobalt automobile (together, the "Vehicles").

4.

That the plan of payment proposed by the Debtor does not comply with the provisions of §1129 of the Bankruptcy Code.

304777.1

5.

GMAC objects to the Plan in that the Plan does not disclose the value to which the Vehicles are secured, nor does the Plan specify the rate of interest, or the duration in which payments are to extend.  Therefore, GMAC is unable to accurately determine from the Plan how the Debtor is proposing to treat the Vehicles.

WHEREFORE, Movant prays that the Court decline to approve the Plan unless the deficiencies noted herein are addressed, and that it have such other and further relief as is just.

                                                 McCULLOUGH PAYNE & HAAN, LLC

___/s/ Lisa Ritchey Craig_____
Lisa Ritchey-Craig
Georgia Bar No. 606755
Attorney for Movant

171 17th Street, NW Suite 975
Atlanta, Georgia 30363
(404) 873-1386 office
(404) 875-4817 facsimile
lrcraig@mplawfirm.com
110.9712

304777.1

# **CERTIFICATE OF SERVICE**

This is to certify that I have this date served on the following a true and correct copy of the within and foregoing OBJECTION TO CONFIRMATION by placing said copy in the U.S. Mail in a properly addressed and stamped envelope:

Barbara Ellis- Monro
170 Mitchell Street, SW
Atlanta, GA 30303

Hidden Lake Academy, Inc.
830 Hidden Lake Rd.
Dahlonega, GA 30533

Doc Martin Construction
14 Carriage Court
Dahlonega, GA 30533

Lumpkin County
99 Court House Hall, Ste. 3
Dahlonega, GA 30533

North Georgia Credit Services
3482 Kieth Bridge, #321
Cumming, GA 30041

John A. Thomson, Jr.
271 17th Street, NW
Suite 2400
Atlanta, GA 30363-1017

Tiffany Y Lucas
40 Capital Square, SW
Atlanta, Ga 30334

James Morawetz
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

Leonard A. Buccellato
830 Hidden Lake Road
Dahlonega, GA 30533

Jim & Ron Ryan, Et al
c/o Gorby, Peters & Assoc
2 Ravinia Dr, Ste 1500
Atlanta, GA 30346

Morris Law Firm
1950 North Park Pl, Suite 500
Atlanta, GA 30339

Yates Insurance Agency
4 Executive Park East, NE
Suite 200
Atlanta, GA 30329

Ted W. Hight, III, Esq.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

This the __30th__ day of __December , 2009.

                                                                                            ___/s/ Lisa Ritchey Craig_____
                                                                                            Lisa Ritchey-Craig

304777.1