## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | |
| __Debtor.__ | ) | JUDGE BRIZENDINE |

### Certificate of Service

I, Barbara Ellis-Monro, hereby certify that on December 21, 2009, I caused to be served a true and correct copy of the (i) **JOINT MOTION FOR ENTRY OF AGREEMENT FOR PAYMENT OF ADEQUATE PROTECTION AND NOTICE UNDER RULE 4001(D) and the proposed (ii) ORDER GRANTING JOINT MOTION FOR ENTRY OF AGREEMENT FOR PAYMENT OF ADEQUATE PROTECTION AND NOTICE UNDER RULE 4001(D)** by United States first class mail with adequate postage affixed to the parties listed on Exhibit "A" hereto.

This 7th day of January, 2010.

ELLENBERG, OGIER,
ROTHSCHILD & ROSENFELD,
PC

*/s/ Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
(404) 525-4000 Telephone
(404) 526-8855 Facsimile
bem@eorrlaw.com

 Counsel for the
 Debtor and Debtor in Possession

```
Label Matrix for local noticing          Branch Banking & Trust Company           Ellenberg, Ogier, Rothschild & Rosenfeld, PC
113E-2                                   c/o John A. Thomson, Jr.                 c/o Barbaba Ellis-Monro
Case 09-22028-reb                        Womble Carlyle Sandridge & Rice, PLLC    170 Mitchell St., SW
Northern District of Georgia             271 17th Street, N.W., Suite 2400        Atlanta, GA 30303-3441
Gainesville                              Atlanta, GA 30363-6215
Thu Dec 10 11:09:09 EST 2009

GMAC                                     Georgia Department of Revenue            Hidden Lake Academy, Inc.
c/o McCullough & Payne                   c/o Tiffany Y. Lucas                     830 Hidden Lake Road
Suite 975                                State Law Department                     Dahlonega, GA 30533-1875
171 17th Street, NW                      40 Capitol Square SW
Atlanta, GA 30363-1029                   Atlanta, GA 30334-1300


Morris Law Firm                          Office of the US Trustee                 Gainesville Division
c/o Jason C. Aufdermaur, Esq.            Suite 362                                Room 120 Federal Building
1950 North Park Place                    75 Spring Street, SW                     121 Spring Street,  SE
Suite 400                                Atlanta, GA 30303-3330                   Gainesville, GA 30501-3749
Atlanta, GA 30339-2044


99 Court House Hall, Ste E               AMERICAN INFOSOURCE LP AS AGENT FOR      (p)BB AND T
Dahlonega, GA 30533-0541                 FIA CARD SERVICES, NA/BANK OF AMERICA    PO BOX 1847
                                         PO Box 248809                            WILSON NC 27894-1847
                                         Oklahoma City, OK  73124-8809


BB&T                                     CIT Technology Financing Services, Inc. DELL FINANCIAL SERVICES, LLC
c/o John Thompson                        Bankruptcy Processing Solutions, Inc.   Collections/Consumer Bankruptcy
1201 W. Peachtree St.                    800 E. Sonterra Blvd., Suite 240        12234B North I-35
Atlanta, GA 30309-3449                   San Antonio, TX 78258-3941              Austin, TX  78753-1705
                                                                                 (800) 955-3355, ext. 7230302


Doc Martin Construction                  GMAC                                     Georgia Department of Labor
14 Carriage Court                        P.O. Box 130424                          40 Capitol Square
Dahlonega, GA 30533-3425                 Roseville, MN 55113-0004                 Atlanta, GA 30334-1300


Georgia Department of Revenue            Georgia Dept. of Labor                   Georgia Dept. of Revenue
40 Capitol Square, SW                    148 Andrew Young Inter. Blvd., NE        Bankruptcy Section
Atlanta, GA 30334-1300                   Suite 910                                PO Box 161108
                                         Atlanta, GA 30303-1732                   Atlanta, GA 30321-1108


(p)INTERNAL REVENUE SERVICE              Jason Aufdermaur                         Jay Birsche
CENTRALIZED INSOLVENCY OPERATIONS        Morris Law Firm                          476 Viking Drive Suite 102
PO BOX 21126                             1950 North Park Place                    Virgibnia Beach, VA 23452-7367
PHILADELPHIA PA 19114-0326               Suite 400
                                         Atlanta, Georgia 30339-2044


Jeffrey A. Clark                         Jill & Ron Ryan, et. al                  John and Heidi Nunn
3335 Rowan Road SW                       c/o Gorby, Peters & Assoc                4928 Gaskin Walk
Conyers, GA 30094-3450                   2 Ravinia Dr., Ste 1500                  Marietta, GA 30068-2105
                                         Atlanta, GA 30346-2148


Lumpkin County                           Morris Law Firm                          North Georgia Credit Services
99 Court House Hall, Ste E               1950 North Park Pl, Suite 400            3482 Kieth Bridge, #321
Dahlonega, GA 30533-0541                 Atlanta, GA 30339-2044                   Cumming, GA 30041-5546
```

```
Pitney Bowes Inc                    U. S. Attorney                      U.S. Security Associates, Inc.
27 Waterview Dr                     600 Richard B. Russell Bldg.        200 Mansell Court E., Ste. 500
Shelton CT 06484-4361               75 Spring Street, SW                Roswell, GA 30076-4852
                                    Atlanta GA 30303-3315


XO Communications, Inc.             Yates Insurance Agency              Barbara Ellis-Monro
Attn: Brad Lee                      4 Executive Park East, NE           Ellenberg, Ogier, Rothschild & Rosenfeld
105 Molloy Street, Suite 300        Suite 200                           170 Mitchell Street, SW
Nashville, TN 37201-2315            Atlanta, GA 30329-2212              Atlanta, GA 30303-3441
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BB&T                                Internal Revenue Service            (d)Internal Revnue Service
Bankruptcy Section                  Centralized Insolvency Operati      401 W. Peachtree St., NW
PO Box 1847                         PO Box 21126                        Atlanta, GA 30308
Wilson, NC 27894                    Philadelphia, PA 19114
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Branch Banking & Trust Company   (d)Jeffrey A. Clark                 End of Label Matrix
c/o John A. Thomson, Jr.            3335 Rowan Road SW                  Mailable recipients    35
Womble Carlyle Sandridge & Rice, PLLC  Conyers, GA 30094-3450           Bypassed recipients     2
271 17th Street, N.W., Suite 2400                                       Total                  37
Atlanta, GA 30363-6215
```