**IT IS ORDERED as set forth below:**

Date: January 11, 2010

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**(Gainesville)**

| | |
|---|---|
| IN RE: § | |
| § | **CASE NO. 09-22028-REB** |
| **HIDDEN LAKE ACADEMY** § | |
| § | **Chapter 11** |
| Debtor. § | |

**ORDER GRANTING JOINT MOTION FOR ENTRY OF AGREEMENT FOR PAYMENT OF ADEQUATE PROTECTION AND NOTICE UNDER RULE 4001(D)**

Dell Financial Services L.L.C. and Hidden Lake Academy filed a Joint Motion for Entry of Agreement for Payment of Adequate Protection and Notice Under Rule 4001(D) (the "Motion"). The Court, after reviewing the Motion and the documents and evidence submitted by the Parties, finds that the Motion has been properly served as required by the Federal Rules of Bankruptcy Procedure and that the Motion should be granted, and THEREFORE IT IS:

ORDERED, that the Motion GRANTED;

{011142/00121/00021183.1}65665v1

IT IS FURTHER ORDERED, that

(a)  Dell Financial Services L.L.C. adequate protected payments in the amount of $1,250.00 per month on or within three (3) business days after entry of this Order and thereafter on the fifteenth day of the month.;; and

(b)  to the extent such adequate protection payments are not made, written notice will be given to the Debtor of the default within seven (7) business days and opportunity to cure, and if the payment remains unpaid, then the automatic stay will terminate as to DFS and DFS may recover the Equipment from the Debtor, without further Court Order.

**END OF DOCUMENT**

CONSENTED TO BY:                                           CONSENTED TO BY:

*/s/ Sabrina L. Streusand*                                     */s/ Barbara Ellis-Monro*
Sabrina L. Streusand                                           Barbara Ellis-Monro
State Bar No.11701700                                          Georgia Bar No. 246117
Streusand & Landon, LLP                                        Ellenberg, Ogier Rothschild
515 Congress Avenue, Suite 2523                                & Rosenfeld, PC
Austin, Texas 78701                                            170 Mitchell Street, SW
512.236.9901                                                   Atlanta, Georgia 30303
512.236.9904 (Fax)                                             404-525-4000
streusand@streusandlandon.com                                  404-526-8855 (Fax)
                                                               bem@eorrlaw.com

**ATTORNEYS FOR CREDITOR**                                     **ATTORNEYS FOR DEBTOR**
**DELL FINANCIAL SERVICES L.L.C.**                             **HIDDEN LAKE ACADEMY**

Distibution List

Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, Georgia 30303

Sabrina Streusand, Streusand & Landon, LLP,  515 Congress Avenue, Suite 2523, Austin, TX, 78701

Office of the United States Trustee, 362 Richard B. Russell, Bldg, 75 Spring St., SW, Atlanta, GA 30303