UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORIGA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| HIDDEN LAKE ACADEMY, INC., ) | |
| ) | |
| ) | CASE NO. 09-22028 |
| Debtor. ) | |
| _____) | |

NOTICE OF FILING SUPPLEMENTAL STATEMENT IN
SUPPORT OF APPLICATION TO EMPLOY THE MARCUS FIRM
AS SPECIAL COUNSEL

COMES NOW, Hidden Lake Academy, Inc., debtor herein, by and through undersigned counsel and files this Notice of Filing Supplemental Statement in Support of Application to Employ the Marcus Law Firm as Special Counsel Nunc Pro Tunc to the Petition Date [Docket No. 84]. Attached hereto is the Verified Supplemental Statement Of David Doyle For The Marcus Law Firm As Proposed Special Counsel For The Debtor Nunc Pro Tunc To The Petition Date.

Dated this 12th day of January, 2010.

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

/s/ Barbara Ellis- Monro
Barbara Ellis-Monro
Georgia Bar No. 246117

Attorneys for the Debtor

170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000
bem@eorrlaw.com

EXHIBIT "B"
IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:                        )        CHAPTER 11
                              )        CASE NO.  09-22028
HIDDEN LAKE ACADEMY, INC.  )
DEBTOR                                 JUDGE BRIZENDINE

VERIFIED SUPPLEMENTAL STATEMENT OF DAVID DOYLE
FOR THE MARCUS LAW FIRM AS PROPOSED SPECIAL COUNSEL
FOR THE DEBTOR NUNC PRO TUNC TO THE PETITION DATED

NEW HAVEN COUNTY, CONNECTICUT

Comes now David Doyle, Esq. who hereby deposes and says:

1. I am an attorney duly licensed in the State of Connecticut, employed by the Marcus Law Firm, and make this statement to supplement the statement previously supplied in support of the proposal to employ the Marcus Law Firm as special counsel.

2. Attorney Kevin Ferry of New Britain, Connecticut represented Hidden Lake Academy in the original court action against David Ross; he provided all legal services involved with prosecuting a full civil trial, produced a post-trial brief, and provided some post-judgment services including preparing and filing the judgment lien on property that Ross owned in Stratford, Connecticut that was attached to the original verified statement.

4. Hidden Lake Academy did not compensate Attorney Ferry for his work.

5. This office will split equally any fee earned in this matter with Attorney Ferry in recognition of the services rendered in obtaining and securing this judgment.

6. On or about December 22, 2009, Mr. Ross sold his property and has rendered to the Marcus Law Firm the sum of $93,513.86 satisfying in full the lien of Hidden Lake Academy.

Further, affiant sayeth not.

_____
David S. Doyle, Esq.

Subscribed and sworn to before me this ___ day of January, 2010.

_____
Mark Bergamo, Esq.
Commissioner of the Superior Court

CERTIFICATE OF SERVICE

I, hereby certify, that on January 12, 2010, I caused to be served the attached and foregoing by United States first class mail with adequate postage to insure delivery to the following:

>Jim Morawetz, Esq.
>Office of the United States Trustee
>362 Richard B. Russell Bldg
>75 Spring St., SW
>Atlanta, Georgia 30303
>
>Kevin C. Ferry, Law Office
>77 Lexington Street
>New Britain, CT  06052-1416

Dated this 12th day of January, 2010.

/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Georgia Bar No. 246117

Ellenberg, Ogier, Rothschild
& Rosenfeld, PC
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000
bem@eorrlaw.com