**IT IS ORDERED as set forth below:**

Date: January 11, 2010

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
(Gainesville)**

| | |
|---|---|
| IN RE: § | |
| § | **CASE NO. 09-22028-REB** |
| **HIDDEN LAKE ACADEMY** § | |
| § | **Chapter 11** |
| Debtor. § | |

**ORDER GRANTING JOINT MOTION FOR ENTRY OF AGREEMENT FOR
PAYMENT OF ADEQUATE PROTECTION AND NOTICE UNDER RULE 4001(D)**

Dell Financial Services L.L.C. and Hidden Lake Academy filed a Joint Motion for Entry of Agreement for Payment of Adequate Protection and Notice Under Rule 4001(D) (the "Motion"). The Court, after reviewing the Motion and the documents and evidence submitted by the Parties, finds that the Motion has been properly served as required by the Federal Rules of Bankruptcy Procedure and that the Motion should be granted, and THEREFORE IT IS:

ORDERED, that the Motion GRANTED;

{011142/00121/00021183.1}65665v1

IT IS FURTHER ORDERED, that

(a) Dell Financial Services L.L.C. adequate protected payments in the amount of $1,250.00 per month on or within three (3) business days after entry of this Order and thereafter on the fifteenth day of the month.;; and

(b) to the extent such adequate protection payments are not made, written notice will be given to the Debtor of the default within seven (7) business days and opportunity to cure, and if the payment remains unpaid, then the automatic stay will terminate as to DFS and DFS may recover the Equipment from the Debtor, without further Court Order.

**END OF DOCUMENT**

CONSENTED TO BY:

*/s/ Sabrina L. Streusand*_____
Sabrina L. Streusand
State Bar No.11701700
Streusand & Landon, LLP
515 Congress Avenue, Suite 2523
Austin, Texas 78701
512.236.9901
512.236.9904 (Fax)
streusand@streusandlandon.com

**ATTORNEYS FOR CREDITOR
DELL FINANCIAL SERVICES L.L.C.**

CONSENTED TO BY:

*/s/ Barbara Ellis-Monro*_____
Barbara Ellis-Monro
Georgia Bar No. 246117
Ellenberg, Ogier Rothschild
& Rosenfeld, PC
170 Mitchell Street, SW
Atlanta, Georgia 30303
404-525-4000
404-526-8855 (Fax)
bem@eorrlaw.com

**ATTORNEYS FOR DEBTOR
HIDDEN LAKE ACADEMY**

{011142/00121/00021183.1}65665v1

Distibution List

Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, Georgia 30303

Sabrina Streusand, Streusand & Landon, LLP, 515 Congress Avenue, Suite 2523, Austin, TX, 78701

Office of the United States Trustee, 362 Richard B. Russell, Bldg, 75 Spring St., SW, Atlanta, GA 30303

{011142/00121/00021183.1}65665v1

# CERTIFICATE OF NOTICE

```
District/off: 113E-8            User: jaster              Page 1 of 1              Date Rcvd: Jan 11, 2010
Case: 09-22028                  Form ID: pdf414           Total Noticed: 5

The following entities were noticed by first class mail on Jan 13, 2010.
db          +Hidden Lake Academy, Inc.,   830 Hidden Lake Road,   Dahlonega, GA 30533-1875
aty         +Barbara Ellis-Monro,   Ellenberg, Ogier, Rothschild & Rosenfeld,   170 Mitchell Street, SW,
              Atlanta, GA 30303-3441
aty         +Ellenberg, Ogier, Rothschild & Rosenfeld, PC,   c/o Barbaba Ellis-Monro,   170 Mitchell St., SW,
              Atlanta, GA 30303-3441
ust         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
            +Sabrina Streusand,   Streusand & Landon, LLP,   515 Congress Avenue, Suite 2523,
              Austin, TX 78701-3570

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 13, 2010**                        Signature:   *Joseph Speetjens*