IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | JUDGE BRIZENDINE |
| Debtor. | ) | |

## NOTICE OF HEARING

### (HEARING TO BE HELD IN ATLANTA)

**PLEASE TAKE NOTICE** that Hidden Lake Academy (the "Debtor") filed its APPLICATION FOR APPROVAL OF EMPLOYMENT OF THE MARCUS LAW FIRM, AS SPECIAL COUNSEL FOR THE DEBTOR NUNC PRO TUNC TO THE FILING DATE (the "Application") in which the Debtor seeks entry of an Order from the Court authorizing it to employ the Marcus Law Firm as special counsel to the Debtor effective as of the Filing Date of this Case. The Debtor seeks to pay the Marcus Law Firm a 40% fee for collection of a judgment entered in 2002 in favor of the Debtor. Pursuant to the Verified Statement and the Supplemental Verified Statement] filed in Support of the Application, the Marcus Law Firm will pay half of all fees to the attorney who tried the case on behalf of the Debtor and $93,513.86 has now been paid to satisfy the judgment in full.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing **in Atlanta** to consider the Motion, on **February 18, 2009** at **1:30 p.m.** in Courtroom 1202, United States Courthouse, 75 Spring Street, SW, Atlanta, Georgia 30303. It is further

**ORDERED AND NOTICE IS GIVEN** that your rights may be affected by the Court's ruling on this pleading. You should read the pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.

Dated this 15th day of January, 2010.

Respectfully submitted,
ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

/s/ Barbara Ellis-Monro
170 Mitchell St., SW         Barbara Ellis-Monro
Atlanta, GA 30303            Georgia Bar No. 246117
404-525-4000                 bem@eorrlaw.com
Attorneys for the Debtor

## Certificate of Service

I, Barbara Ellis-Monro, hereby certify that on January 15, 2010, I caused to be served a true and correct copy of the **NOTICE OF HEARING ON APPLICATION TO EMPLOY SPECIAL COUNSEL FOR THE DEBTOR** by United States first class mail upon the parties listed below:

James Morawetz
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street
Atlanta, GA 30303

John A. Thomson, Jr.
Womble Carlyle Sandridge & Rice, PLLC
271 17th Street, N.W., Suite 2400
Atlanta, GA 30363-1017

David S. Doyle
The Marcus Law Firm
275 Branford Rd.
N. Branford, CT 06471

Kevin Ferry
77 Lexington Street
New Britain, CT 06052-1416

ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC

*/s/ Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
(404) 525-4000 Telephone
(404) 526-8855 Facsimile
bem@eorrlaw.com
Attorneys for Debtor