UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| HIDDEN LAKE ACADEMY, INC., | } | 09-22028 |
| | } | |
| | } | JUDGE Brizendine |
| Debtor. | } | |
| | } | CHAPTER 11 |

DEBTOR'S  MONTHLY OPERATING REPORT (BUSINESS)
FOR THE PERIOD FROM DECEMBER 1, 2009  TO DECEMBER 31, 2009

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015. Counsel for the Debtor has not reviewed the Debtor's business records on which this Operating Report is based and makes no representation concerning the accuracy of the financial information provided herein.

Dated this 21st day of January, 2010.
_____/s/ Barbara Ellis-Monro_____
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

Attorney's Address
and Phone Number:

 830 Hidden Lake Rd.                     

       170 Mitchell St., SW       

 Dahlonega, GA 30533                  

        Atlanta, GA 30303       

   706-864-4730                        

         404-525-4000       

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.

| | |
|---|---|
| 1) | Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report |
| 2) | Initial Filing Requirements |
| 3) | Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/. |

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING  Dec  1,2009    AND ENDING  Dec  31,  2009

Name of Debtor:  Hidden Lake Academy Inc                                              Case Number 09-22028
Date of Petition: May 14, 2009

|  |  | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | | 2,321.04 | (a) | 19,829.21 | (b) |
| 2. RECEIPTS: | | | | | |
| | A. Cash Sales | | | | |
| | Minus:  Cash Refunds | (-) | | | |
| | Net Cash Sales | | | | |
| | B.  Accounts Receivable | | | | |
| | C.  Other Receipts *(See MOR-3)* | 59,400.00 | | 297,367.16 | |
| | (If you receive rental income, you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | | 59,400.00 | | 297,367.16 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | | 61,721.04 | | 317,196.37 | |
| 5. DISBURSEMENTS | | | | | |
| | A. Advertising | | | | |
| | B.  Bank Charges | 0000 | | 72.50 | |
| | C.  Contract Labor | | | | |
| | D.  Fixed Asset Payments (not incl. in "N") | | | | |
| | E.  Insurance | | | | |
| | F.  Inventory Payments *(See Attach. 2)* | | | | |
| | G.  Leases | | | | |
| | H.  Manufacturing Supplies | | | | |
| | I.  Office Supplies | -0- | | 251.99 | |
| | J.  Payroll - Net *(See Attachment 4B)* | 19,697.11 | | 170,582.28 | |
| | K.  Professional Fees (Accounting & Legal) | 00.00 | | 660.00 | |
| | L.  Rent | | | | |
| | M.  Repairs & Maintenance | | | | |
| | N.  Secured Creditor Payments *(See Attach. 2)* | 20,000.00 | | 80,000.00 | |
| | O.  Taxes Paid - Payroll *(See Attachment 4C)* | 5,809.94 | | 35,083.62 | |
| | P.  Taxes Paid - Sales & Use *(See Attachment 4C)* | | | | |
| | Q.  Taxes Paid - Other *(See Attachment 4C)* | | | 159.38 | |
| | R.  Telephone | | | | |
| | S.  Travel & Entertainment | | | | |
| | Y.  U.S. Trustee Quarterly Fees | 00 0 | | 975.00 | |
| | U.  Utilities | | | | |
| | V.  Vehicle Expenses | | | | |
| | W.  Other Operating Expenses *(See MOR-3)* | 18,585.11 | | 31,782.72 | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | | 64,092.16 | | 319,567.49 | |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | | -2371.12 | (c) | -2371.12 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____, 20___.

_____
(Signature)

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

MOR-2

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Management fee from HLA | 62,300.00 | 292,156.44 |
| Garnishment refunded | | 8,100.68 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | 62,300.00 | 300,257.12 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| IRS | | 8033.06 |
| Dept of Revenue GA | | 4,829.81 |
| Lumpkin county Tax | 127.00 | 127.00 |
| Lumpkin County Proprty Tax | 18,458.11 | 18,458.11 |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | 18,585.11 | 31,447.98 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:  Hidden Lakes Academy, Inc_____    Case Number:  09-22028_____

Reporting Period beginning _Dec 1, 2009_____    Period ending  Dec 31, 2009_____

ACCOUNTS RECEIVABLE AT PETITION DATE:  _2,950,674.25_____

## ACCOUNTS RECEIVABLE RECONCILIATION
(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $  3,038,700.82 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $   12,800.00 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $  3,064,300.82 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
_____

## POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $ 12,800.00 | $ 12,800.00 | $ 12,800.00 | $ 3,025,900.82 | $ 3,064,300.82 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| HLA | | estimate not collectible |
| | | |
| | | |
| | | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be
    the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and
    Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

MOR-4

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: <u>Hidden Lake Academy, Inc</u>     Case Number: <u>09-22028</u>

Reporting Period beginning <u>Dec  1, 2009</u>     Period ending <u>Dec  31, 2009</u>

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $  18,458.11 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $  -18,458.11 | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $  0 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| BB&T | 12/01/2009 | 20,000.00 | | |
| | | -0- | 0 | 0 |
| | | | | |
| | | | | |
| TOTAL | | 20,000.00 | (d) | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor:  Hidden Lake Academy, Inc_____        Case Number:  09-22028_____

Reporting Period beginning  __Dec 1, 2009_____        Period ending Dec_31, 2009_____

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:        $_____N/A_____
INVENTORY RECONCILIATION:
     Inventory Balance at Beginning of Month        $_____(a)
     PLUS: Inventory Purchased During Month        $_____
     MINUS: Inventory Used or Sold        $_____
     PLUS/MINUS: Adjustments or Write-downs        $_____*
     Inventory on Hand at End of Month        $_____

METHOD OF COSTING INVENTORY:  _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% | = _____100%* |

* Aging Percentages must equal 100%.

☐    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:    ___unknown_____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):  __196 acres real property and certain building_____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month        $____unknown_____(a)(b)
     MINUS:  Depreciation Expense        $_____
     PLUS:  New Purchases        $_____
     PLUS/MINUS: Adjustments or Write-downs        $_____*
Ending Monthly Balance        $_____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD:  _____
_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

### ATTACHMENT 4A

### MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:  Hidden Lakes Academy, Inc          Case Number:  09-22028

Reporting Period beginning  Dec 1, 2009          Period ending  Dec 31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  United Community Bank          BRANCH:  Dahlonega

ACCOUNT NAME:  Hidden Lake Academy          ACCOUNT NUMBER:  ___ ˙8495

PURPOSE OF ACCOUNT:  ____ OPERATING

|  | |
|---|---|
| Ending Balance per Bank Statement | $  18,502.21 |
| Plus Total Amount of Outstanding Deposits | $  -0- |
| Minus Total Amount of Outstanding Checks and other debits | $  18458.11  * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $  44.10  **(a) |

*Debit cards are used by_____ None

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____          ___Transferred to Payroll Account
$___          _____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

```
         UNITED COMMUNITY BANK  [04]       000 00004 01                    PAGE:   1
         P O BOX 1060                      ACCOUNT:              8495   12/31/2009
         DAHLONEGA GA 30533                DOCUMENTS:                4
```

TELEPHONE:706-864-8223

 **United**
Community Bank.


FDIC

```
         HIDDEN LAKE ACADEMY INC
         DEBTOR IN POSSESSION
         CASE NUMBER 09-22028-REB
         OPERATING ACCOUNT                                              30
         830 HIDDEN LAKE ROAD                                            1
         DAHLONEGA GA  30533                                            3
```

=================================================================================
```
Wishing you and your family a safe and prosperous Holiday Season!
From our family to yours! United Community Bank...The Bank That
SERVICE Built.
```

=================================================================================
                    UNITED BUSINESS VALU ACCOUNT    8495
=================================================================================

```
                                 LAST STATEMENT 11/30/09        3,639.61
MINIMUM BALANCE            3,639.61     5 CREDITS              35,100.00
AVG AVAILABLE BALANCE     22,594.82     3 DEBITS              20,237.40
AVERAGE BALANCE           22,594.82  THIS STATEMENT 12/31/09   18,502.21
```

- - - - - - - - DEPOSITS - - - - - - - -

```
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
       12/03   10,000.00
```

- - - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| BUSINESS ONLINE XFER FROM 2004158578 ON 12/04/09 | 12/04 | 6,500.00 |
| BUSINESS ONLINE XFER FROM 2004161184 ON 12/09/09 | 12/09 | 15,000.00 |
| BUSINESS ONLINE XFER FROM 2004161184 ON 12/17/09 | 12/17 | 3,500.00 |
| BUSINESS ONLINE XFER FROM 2004161184 ON 12/23/09 | 12/23 | 100.00 |

- - - - - - - - CHECKS - - - - - - - -

| CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT |
|---|---|---|
| 1013 12/18  20,000.00 | 1014*12/17    127.00 | 1016 12/24    110.40 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - DAILY BALANCE - - - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|---|---|---|
| 12/03     13,639.61 | 12/17     38,512.61 | 12/24     18,502.21 |
| 12/04     20,139.61 | 12/18     18,512.61 | |
| 12/09     35,139.61 | 12/23     18,612.61 | |

https://www.ncbecorp.com/FBC_EBC1961/EBC1961.ASP?WCI=Pr...

HIDDEN LAKE OPERATING        3495: Previous Statement Transactions as of 01/04/2010 11:06 AM

| Date | Transaction Number | Description | Debit | Credit | Balance |
|------|------|------|------|------|------|
| 12/03/2009 | | DEPOSIT | | 10,000.00 | 13,639.61 |
| 12/04/2009 | | BUSINESS ONLINE XFER FROM 2004158578 ON 12/04/09 | | 6,500.00 | 20,139.61 |
| 12/09/2009 | | BUSINESS ONLINE XFER FROM 2004161184 ON 12/09/09 | | 15,000.00 | 35,139.61 |
| 12/17/2009 | | BUSINESS ONLINE XFER FROM 2004161184 ON 12/17/09 | | 3,500.00 | 38,639.61 |
| 12/17/2009 | 1014 | CHECK | 127.00 | | 38,512.61 |
| 12/18/2009 | 1013 | CHECK | 20,000.00 | | 18,512.61 |
| 12/23/2009 | | BUSINESS ONLINE XFER FROM 2004161184 ON 12/23/09 | | 100.00 | 18,612.61 |
| 12/24/2009 | 1016 | CHECK | 110.40 | | 18,502.21 |
| **Total:** | | | **(3) 20,237.40** | **(5) 35,100.00** | |

11:14 AM
01/04/10

# Hidden Lake Academy
## Reconciliation Summary
UCB- Operating DIP-8495, Period Ending 12/31/2009

|  | Dec 31, 09 |
|---|---|
| Beginning Balance | 3,639.61 |
| Cleared Transactions |  |
| Checks and Payments - 3 items | -20,237.40 |
| Deposits and Credits - 5 items | 35,100.00 |
| **Total Cleared Transactions** | 14,862.60 |
| **Cleared Balance** | 18,502.21 |
| Uncleared Transactions |  |
| Checks and Payments - 1 item | -18,458.11 |
| **Total Uncleared Transactions** | -18,458.11 |
| **Register Balance as of 12/31/2009** | 44.10 |
| **Ending Balance** | 44.10 |

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:   Hidden Lake Academy        Case Number:   09-22028

Reporting Period beginning   Dec 1, 2009        Period ending  Dec  31,  2009

NAME OF BANK:   United Community        BRANCH:   Dahlonega

ACCOUNT NAME:   UCB DIP  Operating

ACCOUNT NUMBER:  _    8495

PURPOSE OF ACCOUNT:        OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                        $

11:14 AM

01/04/10

# Hidden Lake Academy
## Reconciliation Detail
UCB- Operating DIP-8495, Period Ending 12/31/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 3,639.61 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 3 items | | | | | | |
| Check | 12/2/2009 | 1013 | BB&T | X | -20,000.00 | -20,000.00 |
| Check | 12/8/2009 | 1014 | Lumpkin County Ta... | X | -127.00 | -20,127.00 |
| Check | 12/22/2009 | 1016 | James Vaught | X | -110.40 | -20,237.40 |
| Total Checks and Payments | | | | | -20,237.40 | -20,237.40 |
| Deposits and Credits - 5 items | | | | | | |
| Transfer | 12/3/2009 | | | X | 10,000.00 | 10,000.00 |
| Transfer | 12/4/2009 | | | X | 6,500.00 | 16,500.00 |
| Transfer | 12/9/2009 | | | X | 15,000.00 | 31,500.00 |
| Transfer | 12/17/2009 | | | X | 3,500.00 | 35,000.00 |
| Transfer | 12/24/2009 | | | X | 100.00 | 35,100.00 |
| Total Deposits and Credits | | | | | 35,100.00 | 35,100.00 |
| Total Cleared Transactions | | | | | 14,862.60 | 14,862.60 |
| Cleared Balance | | | | | 14,862.60 | 18,502.21 |
| Uncleared Transactions | | | | | | |
| Checks and Payments - 1 item | | | | | | |
| Bill Pmt -Check | 12/21/2009 | 1015 | Lumpkin County Ta... | | -18,458.11 | -18,458.11 |
| Total Checks and Payments | | | | | -18,458.11 | -18,458.11 |
| Total Uncleared Transactions | | | | | -18,458.11 | -18,458.11 |
| Register Balance as of 12/31/2009 | | | | | -3,595.51 | 44.10 |
| Ending Balance | | | | | -3,595.51 | 44.10 |

### TACHMENT 4B

### MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:   Hidden Lake Academy, Inc          Case Number:   09-22028

Reporting Period beginning  Dec. 1, 2009          Period ending Dec. 31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:   United Community          BRANCH:  Dahlonega

ACCOUNT NAME:  UCB Payroll Account          ACCOUNT NUMBER: _____ 8586
PURPOSE OF ACCOUNT:          PAYROLL

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 7,316.40 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | -9,791.18   * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | -2,474.78   **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**  Deposit on 12/30 after 4:00pm, posted on 01/02/2009

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| 12/086 | 73.19 | Payco | | payroll charges |
| 12/24 | 78.38 | Payco | | payroll charges |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

10:56 AM

01/04/10

# Hidden Lake Academy
## Reconciliation Summary
UCB DIP Payroll-8586, Period Ending 12/31/2009

| | Dec 31, 09 |
|---|---|
| Beginning Balance | 10,180.14 |
| Cleared Transactions | |
| Checks and Payments - 21 items | -21,413.74 |
| Deposits and Credits - 6 items | 18,550.00 |
| Total Cleared Transactions | -2,863.74 |
| | |
| Cleared Balance | 7,316.40 |
| | |
| Uncleared Transactions | |
| Checks and Payments - 8 items | -9,791.18 |
| Deposits and Credits - 1 item | 0.00 |
| Total Uncleared Transactions | -9,791.18 |
| | |
| Register Balance as of 12/31/2009 | -2,474.78 |
| Ending Balance | -2,474.78 |

10:56 AM

01/04/10

# Hidden Lake Academy
## Reconciliation Detail
UCB DIP Payroll-8586, Period Ending 12/31/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 10,180.14 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 21 items** | | | | | | |
| Check | 10/15/2009 | 30274 | Jeffrey S Holloway | X | -692.79 | -692.79 |
| Check | 10/30/2009 | 30283 | Anna Jones | X | -640.74 | -1,333.53 |
| Check | 11/13/2009 | 30291 | Anna Jones | X | -640.76 | -1,974.29 |
| Check | 11/30/2009 | 30302 | Joseph Stapp | X | -2,062.19 | -4,036.48 |
| Check | 11/30/2009 | 30300 | David J Reifenberger | X | -1,920.05 | -5,956.53 |
| Check | 11/30/2009 | 30303 | James Vaught | X | -1,365.65 | -7,322.18 |
| Check | 11/30/2009 | 30298 | Peter Hekwig | X | -1,283.36 | -8,605.54 |
| Check | 11/30/2009 | 30297 | Clayton Erickson | X | -872.24 | -9,477.78 |
| Check | 11/30/2009 | 30301 | Michael Smith | X | -850.45 | -10,328.23 |
| Check | 11/30/2009 | 30296 | Cheryl Ballow | X | -649.23 | -10,977.46 |
| Check | 11/30/2009 | 30299 | Anna Jones | X | -640.75 | -11,618.21 |
| Check | 12/15/2009 | 30310 | Joseph Stapp | X | -2,062.18 | -13,680.39 |
| Check | 12/15/2009 | 30308 | David J Reifenberger | X | -1,920.06 | -15,600.45 |
| Check | 12/15/2009 | 30311 | James Vaught | X | -1,365.66 | -16,966.11 |
| Check | 12/15/2009 | 30306 | Peter Hekwig | X | -1,283.36 | -18,249.47 |
| Check | 12/15/2009 | 30305 | Clayton Erickson | X | -872.26 | -19,121.73 |
| Check | 12/15/2009 | 30309 | Michael Smith | X | -850.45 | -19,972.18 |
| Check | 12/15/2009 | 30304 | Cheryl Ballow | X | -649.25 | -20,621.43 |
| Check | 12/15/2009 | 30307 | Anna Jones | X | -640.74 | -21,262.17 |
| Check | 12/15/2009 | | PayCo, Inc | X | -73.19 | -21,335.36 |
| Check | 12/24/2009 | | PayCo, Inc | X | -78.38 | -21,413.74 |
| Total Checks and Payments | | | | | -21,413.74 | -21,413.74 |
| **Deposits and Credits - 6 items** | | | | | | |
| Transfer | 12/1/2009 | | | X | 1,400.00 | 1,400.00 |
| Transfer | 12/4/2009 | | | X | 250.00 | 1,650.00 |
| Transfer | 12/15/2009 | | | X | 7,500.00 | 9,150.00 |
| Transfer | 12/17/2009 | | | X | 500.00 | 9,650.00 |
| Transfer | 12/17/2009 | | | X | 2,000.00 | 11,650.00 |
| Transfer | 12/31/2009 | | | X | 6,900.00 | 18,550.00 |
| Total Deposits and Credits | | | | | 18,550.00 | 18,550.00 |
| Total Cleared Transactions | | | | | -2,863.74 | -2,863.74 |
| Cleared Balance | | | | | -2,863.74 | 7,316.40 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Check | 12/31/2009 | 30318 | Joseph Stapp | | -2,062.19 | -2,062.19 |
| Check | 12/31/2009 | 30316 | David J Reifenberger | | -1,920.05 | -3,982.24 |
| Check | 12/31/2009 | 30319 | James Vaught | | -1,512.89 | -5,495.13 |
| Check | 12/31/2009 | 30314 | Peter Hekwig | | -1,283.36 | -6,778.49 |
| Check | 12/31/2009 | 30313 | Clayton Erickson | | -872.24 | -7,650.73 |
| Check | 12/31/2009 | 30317 | Michael Smith | | -850.45 | -8,501.18 |
| Check | 12/31/2009 | 30312 | Cheryl Ballow | | -649.25 | -9,150.43 |
| Check | 12/31/2009 | 30315 | Anna Jones | | -640.75 | -9,791.18 |
| Total Checks and Payments | | | | | -9,791.18 | -9,791.18 |
| **Deposits and Credits - 1 item** | | | | | | |
| Transfer | 12/4/2009 | | | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -9,791.18 | -9,791.18 |
| Register Balance as of 12/31/2009 | | | | | -12,654.92 | -2,474.78 |
| Ending Balance | | | | | -12,654.92 | -2,474.78 |

```
        UNITED COMMUNITY BANK  [04]      000 00004 01                PAGE:    1
        P O BOX 1060                     ACCOUNT:        _   _.)586  12/31/2009
        DAHLONEGA GA 30533               DOCUMENTS:              21

        TELEPHONE:706-864-8223
```





```
                HIDDEN LAKE ACADEMY INC
                DEBTOR IN POSSESSION
                CASE NUMBER 09-22028-REB
                PAYROLL ACCOUNT                                      30
                830 HIDDEN LAKE ROAD                                  2
                DAHLONEGA GA  30533                                  19
```

```
=============================================================================
  Wishing you and your family a safe and prosperous Holiday Season!
  From our family to yours! United Community Bank...The Bank That
  SERVICE Built.
```

```
=============================================================================
                 UNITED BUSINESS VALU ACCOUNT      )8586
=============================================================================
                               LAST STATEMENT 11/30/09       10,180.14
  MINIMUM BALANCE              416.40        7 CREDITS        21,450.00
  AVG AVAILABLE BALANCE      2,514.93       22 DEBITS         24,313.74
  AVERAGE BALANCE            2,737.51  THIS STATEMENT 12/31/09  7,316.40
```

```
           - - - - - - - - - - DEPOSITS - - - - - - - - - -
  REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
       12/01    1,400.00        12/31    6,900.00
```

```
           - - - - - - - - - - OTHER CREDITS - - - - - - - - -
  DESCRIPTION                                              DATE       AMOUNT
  BUSINESS ONLINE XFER FROM 2004158578 ON 12/03/09        12/03        250.00
  BUSINESS ONLINE XFER FROM 2004158578 ON 12/04/09        12/04      2,900.00
  BUSINESS ONLINE XFER FROM 2004161184 ON 12/15/09        12/15      7,500.00
  BUSINESS ONLINE XFER FROM 2004161184 ON 12/16/09        12/16      2,000.00
  BUSINESS ONLINE XFER FROM 2004161184 ON 12/17/09        12/17        500.00
```

```
           - - - - - - - - - - CHECKS - - - - - - - - - -
  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
    30274*12/02    692.79     30300 12/03   1,920.05     30307 12/24     640.74
    30283*12/04    640.74     30301 12/01     850.45     30308 12/21   1,920.06
    30291*12/04    640.76     30302 12/02   2,062.19     30309 12/17     850.45
    30296 12/02    649.23     30303 12/01   1,365.65     30310 12/16   2,062.18
    30297 12/07    872.24     30304 12/17     649.25     30311 12/16   1,365.66
    30298 12/02  1,283.36     30305 12/18     872.26
    30299 12/24    640.75     30306 12/18   1,283.36
```

```
  (*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
              * * * C O N T I N U E D * * *
```

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor:   Hidden Lake Academy, Inc          Case Number:      09-22028

Reporting Period beginning   Dec 1, 2009          Period ending   Dec  31, 2009

NAME OF BANK:   United Community          BRANCH:   Dahlonega

ACCOUNT NAME:   UCB Payroll Account

ACCOUNT NUMBER:   _____  _____  8586

PURPOSE OF ACCOUNT:      PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                                          $

HIDDEN LAKE ACADEMY INC          8586 Page 3



12/01/2009   $1,400.00



12/07/2009   CHECK# 30297   $872.24



12/31/2009   $6,900.00



12/02/2009   CHECK# 30298   $1,283.36



12/02/2009   CHECK# 30274   $692.79



12/24/2009   CHECK# 30299   $640.75



12/04/2009   CHECK# 30283   $640.74



12/03/2009   CHECK# 30300   $1,920.05

12/04/2009   CHECK# 30291   $640.76

12/01/2009   CHECK# 30301   $850.45



12/02/2009   CHECK# 30296   $649.23

12/02/2009   CHECK# 30302   $2,062.19

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:  Hidden Lake Academy, Inc            Case Number:  09-22028

Reporting Period beginning  Dec  1, 2009            Period ending Dec  31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  United Community            BRANCH:    Dahlonega

ACCOUNT NAME:  DIP Payroll Tax            ACCOUNT NUMBER:  _ _ _ _ 3529

PURPOSE OF ACCOUNT:       TAX

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $  59.56 | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Oustanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $  59.56 | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

11:21 AM

01/04/10

# Hidden Lake Academy
## Reconciliation Summary
UCB- Payroll TAX-8529, Period Ending 12/31/2009

|  | Dec 31, 09 |
|---|---|
| Beginning Balance | 119.50 |
| Cleared Transactions |  |
| Checks and Payments - 3 items | -5,809.94 |
| Deposits and Credits - 3 items | 5,750.00 |
| Total Cleared Transactions | -59.94 |
| Cleared Balance | 59.56 |
| Register Balance as of 12/31/2009 | 59.56 |
| Ending Balance | 59.56 |

11:21 AM
01/04/10

# Hidden Lake Academy
## Reconciliation Detail
UCB- Payroll TAX-8529, Period Ending 12/31/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 119.50 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 3 items | | | | | | |
| Check | 12/1/2009 | 10020 | Georgia Departmen... | X | -818.06 | -818.06 |
| Check | 12/2/2009 | | Internal Revenue S... | X | -2,495.98 | -3,314.04 |
| Check | 12/17/2009 | | Internal Revenue S... | X | -2,495.90 | -5,809.94 |
| Total Checks and Payments | | | | | -5,809.94 | -5,809.94 |
| Deposits and Credits - 3 items | | | | | | |
| Transfer | 12/2/2009 | | | X | 2,750.00 | 2,750.00 |
| Transfer | 12/10/2009 | | | X | 500.00 | 3,250.00 |
| Transfer | 12/17/2009 | | | X | 2,500.00 | 5,750.00 |
| Total Deposits and Credits | | | | | 5,750.00 | 5,750.00 |
| Total Cleared Transactions | | | | | -59.94 | -59.94 |
| Cleared Balance | | | | | -59.94 | 59.56 |
| Register Balance as of 12/31/2009 | | | | | -59.94 | 59.56 |
| Ending Balance | | | | | -59.94 | 59.56 |

Page 1

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:  09-22028

Reporting Period beginning  Dec 1, 2009          Period ending  Dec  31, 2009

NAME OF BANK:  United community          BRANCH:  Dahlonega

ACCOUNT NAME:  DIP Payroll Tax          ACCOUNT #  8529

PURPOSE OF ACCOUNT:          TAX

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 12/03 | EFT | IRS | Payroll tax | $2495.98 |
| 12/18 | EFT | IRS | Payroll tax | $2495.90 |
| 11/30 | 10020 | Ga dept of Rev. | payroll tax | $818.06 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                          $5809.94

(d)

SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | $5,809.94 |
| Sales & Use Taxes Paid | -0-      (b) |
| Other Taxes Paid | _____ ) |
| TOTAL | ___ $5809.94 |

This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
    (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

HIDDEN LAKE ACADEMY INC           3529 Page 2



12/02/2009   $2,750.00



12/16/2009   CHECK# 10020   $818.06

## ATTACHMENT 4D

### INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

NONE

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                              _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | NONE | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                          $ _____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**    $ _____
**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:   Hidden Lake Academy, Inc           Case Number:   09-22028

Reporting Period beginning  Dec 1, 2009          Period ending  Dec 31, 2009

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| IRS | 12/30 | Fica& Wth Taxes | 2592.66 | | 4rd  qt. |
| Dept of Revunue | 12/31 | wth Tax | 832.46 | | 4rd qt. |

TOTAL                                $ 3,314.04

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:   Hidden Lake Academy, Inc          Case Number:   09-22028

Reporting Period beginning   Dec  1, 2009          Period ending Dec  31, 2009

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 5 | 3 |
| Number hired during the period | | 0 |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | 5 | 3 |

**Two part went to full time.**

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

MOR-15

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **HIDDEN LAKE ACADEMY, INC.** | ) | **CASE NO. 09-22028** |
| | ) | |
| | ) | **JUDGE BRIZENDINE** |
| _____Debtor._____ | ) | |

<u>**Certificate of Service**</u>

I, Barbara Ellis-Monro, hereby certify that on January 21, 2010 I  caused to be served a true and correct copy of the attached and foregoing **MONTHLY OPERATING REPORT FOR DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**  by United States first class mail to following parties:

James Morawetz
Office of the United States Trustee
362 Richard B. Russell Fed. Blg
75 Spring Street
Atlanta, GA 30303

This 21st day of January, 2010.

ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC

_/s/ Barbara Ellis-Monro_
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
(404) 525-4000 Telephone
(404) 526-8855 Facsimile
bem@eorrlaw.com

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **HIDDEN LAKE ACADEMY, INC.** | ) | **CASE NO. 09-22028** |
| | ) | |
| | ) | **JUDGE BRIZENDINE** |
| Debtor. | ) | |

### Certificate of Service

I, Barbara Ellis-Monro, hereby certify that on January 21, 2010 I  caused to be served a true and correct copy of the attached and foregoing **MONTHLY OPERATING REPORT FOR DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**  by United States first class mail to following parties:

James Morawetz
Office of the United States Trustee
362 Richard B. Russell Fed. Blg
75 Spring Street
Atlanta, GA 30303

This 21st day of January, 2010.

ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC

*/s/ Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
(404) 525-4000 Telephone
(404) 526-8855 Facsimile
bem@eorrlaw.com