

**IT IS ORDERED as set forth below:**

**Date: February 19, 2010**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC., | ) | CASE NO.  09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

**ORDER APPROVING EMPLOYMENT OF THE MARCUS
LAW FIRM  AS SPECIAL COUNSEL FOR THE DEBTOR**

THIS MATTER came before the Court for hearing on February 18, 2010 upon the

Application for Approval of Employment of The Marcus Law Firm as Special Counsel

for the Debtor Nunc Pro Tunc to the Filing Date filed by Hidden Lake Academy, Inc.,

debtor and debtor in possession herein ("Debtor" or "Applicant") on December 22, 2009.

At the Hearing, Barbara Ellis-Monro appeared on behalf of the Debtor and Jim Morawetz appeared on behalf of the United States Trustee. Based upon a review of the pleadings and the argument of counsel presented at the Hearing and it appearing that the members the Marcus Law Firm (the "Firm") represent no interest adverse to the Debtor or the Estate in matters upon which they are to be engaged, and that their employment as special counsel is necessary and is in the best interest of the Debtor and its Estate, it is hereby

ORDERED and Adjudged that the employment of the Firm as special counsel pursuant to 11 U.S.C. §327(e) is hereby authorized and approved for the purposes specified in the Application effective as of the date hereof.  No compensation or expense reimbursement for the Estate is authorized hereunder except upon further Order of this Court after application, notice and hearing; and it is

FURTHER ORDERED that counsel for the Debtor is directed to serve a copy of this order on the United States Trustee, BB&T, the twenty (20) largest unsecured creditors of the Debtor and any party that has requested notice in this case.

**END OF DOCUMENT**

Prepared and Presented by:

/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Proposed Counsel for the Debtor
Georgia Bar No 246117
Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000 Telephone
404-525-8855 Facsimile
bem@eorrlaw.com

Distribution List:

Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, Georgia 30303

Office of the United States Trustee, 326 Richard B. Russell Bldg, 75 Spring St., SW, Atlanta, Georgia 30303