**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | JUDGE BRIZENDINE |
| Debtor. | ) | |

## NOTICE OF HEARING

### (HEARING TO BE HELD IN ATLANTA)

**PLEASE TAKE NOTICE** that Hidden Lake Academy (the "Debtor") filed A Motion to Disburse Funds (the "Motion") in which the Debtor seeks entry of an Order from the Court authorizing disbursement of funds received in satisfaction of a judgment in favor of the Debtor in the amount of $93,513.86. The Debtor seeks to pay its special counsel $34,405.54 in accordance with their retention agreement and $56,108.32 to be held in escrow by Debtor's counsel to pay administrative expenses of the estate and subject to further court order.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing **in Atlanta** to consider the Motion, on **March 16, 2010** at **1:30 p.m.** in Courtroom 1202, United States Courthouse, 75 Spring Street, SW, Atlanta, Georgia 30303. It is further

**ORDERED AND NOTICE IS GIVEN** that your rights may be affected by the Court's ruling on this pleading. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.

Dated this 19th day of February, 2010.

                                              Respectfully submitted,
                                              ELLENBERG, OGIER, ROTHSCHILD &
                                              ROSENFELD, PC

                                              /s/ Barbara Ellis-Monro
170 Mitchell St., SW                    Barbara Ellis-Monro
Atlanta, GA 30303                     Georgia Bar No. 246117
404-525-4000                           bem@eorrlaw.com
                                              Attorneys for the Debtor

## Certificate of Service

I, Barbara Ellis-Monro, hereby certify that on February 19, 2010, I caused to be served a true and correct copy of the attached and foregoing **NOTICE OF HEARING** by United States first class mail upon the parties listed below:

| | |
|---|---|
| James Morawetz<br>Office of the United States Trustee<br>362 Richard B. Russell Federal Building<br>75 Spring Street<br>Atlanta, GA 30303 | Doc Martin Construction<br>14 Carriage Court<br>Dahlonega, GA 30533 |
| Lumpkin County<br>Donald Head<br>99 Court House Hall, Ste E<br>Dahlonega, GA 30533 | Morris Law Firm<br>Thornton Morris<br>1950 N. Park Pl, Ste 400<br>Atlanta, GA 30339 |
| John W. Sheffield<br>Internal Revenue Service<br>401 W. Peachtree St., NW<br>Atlanta, GA 30308 | Oscar B. Fears, III<br>Georgia Dept. of Revenue<br>40 Capitol Square<br>Atlanta, GA 30334 |
| John A. Thomson, Jr.<br>Womble Carlyle Sandridge & Rice, PLLC<br>271 17th Street, N.W., Suite 2400<br>Atlanta, GA 30363-1017 | North Georgia Credit Srvs<br>Laurie Bennett<br>3482 Keith Bridge, #321<br>Cumming, GA 30041 |
| Yates Ins. Agency<br>Attn: President<br>4 Executive Park East, NE, St 200<br>Atlanta, GA 30329 | Graybar Fin. Svs<br>10201 Centurion Pkwy, N,<br>Suite 100<br>Jacksonville, FL 32256 |
| Dell Fin. Srvs<br>12234 N. 1H-35, Bldg B<br>Austin, TX 78753 | Citicapital Technology Fin<br>1255 Wrights Lane<br>West Chester, PA 19380 |
| CMS<br>PO Box 2695<br>Woburn, MA 01888 | Transworld<br>1160 Silas Dean Hwy, Ste 409<br>Wethersfield, CT 06109 |

ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC

*/s/ Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
bem@eorrlaw.com

170 Mitchell St., SW
Atlanta, GA 30303
404-525-4000 (t)