**IT IS ORDERED as set forth below:**

Date: February 19, 2010

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC., | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

**ORDER APPROVING EMPLOYMENT OF THE MARCUS
LAW FIRM AS SPECIAL COUNSEL FOR THE DEBTOR**

THIS MATTER came before the Court for hearing on February 18, 2010 upon the Application for Approval of Employment of The Marcus Law Firm as Special Counsel for the Debtor Nunc Pro Tunc to the Filing Date filed by Hidden Lake Academy, Inc., debtor and debtor in possession herein ("Debtor" or "Applicant") on December 22, 2009.

At the Hearing, Barbara Ellis-Monro appeared on behalf of the Debtor and Jim Morawetz appeared on behalf of the United States Trustee. Based upon a review of the pleadings and the argument of counsel presented at the Hearing and it appearing that the members the Marcus Law Firm (the "Firm") represent no interest adverse to the Debtor or the Estate in matters upon which they are to be engaged, and that their employment as special counsel is necessary and is in the best interest of the Debtor and its Estate, it is hereby

ORDERED and Adjudged that the employment of the Firm as special counsel pursuant to 11 U.S.C. §327(e) is hereby authorized and approved for the purposes specified in the Application effective as of the date hereof.  No compensation or expense reimbursement for the Estate is authorized hereunder except upon further Order of this Court after application, notice and hearing; and it is

FURTHER ORDERED that counsel for the Debtor is directed to serve a copy of this order on the United States Trustee, BB&T, the twenty (20) largest unsecured creditors of the Debtor and any party that has requested notice in this case.

**END OF DOCUMENT**

Prepared and Presented by:

/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Proposed Counsel for the Debtor
Georgia Bar No 246117
Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000 Telephone
404-525-8855 Facsimile
bem@eorrlaw.com

Distribution List:

Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, Georgia 30303

Office of the United States Trustee, 326 Richard B. Russell Bldg, 75 Spring St., SW, Atlanta, Georgia 30303

# CERTIFICATE OF NOTICE

```
District/off: 113E-8          User: jaster              Page 1 of 1         Date Rcvd: Feb 19, 2010
Case: 09-22028                Form ID: pdf408           Total Noticed: 5

The following entities were noticed by first class mail on Feb 21, 2010.
db           +Hidden Lake Academy, Inc.,   830 Hidden Lake Road,   Dahlonega, GA 30533-1875
aty          +Barbara Ellis-Monro,   Ellenberg, Ogier, Rothschild & Rosenfeld,   170 Mitchell Street, SW,
               Atlanta, GA 30303-3441
aty          +Ellenberg, Ogier, Rothschild & Rosenfeld, PC,   c/o Barbaba Ellis-Monro,   170 Mitchell St., SW,
               Atlanta, GA 30303-3441
ust          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
             +Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild,   and Rosenfeld, PC,   170 Mitchell St., SW,
               Atlanta, GA 30303-3441
The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2010**               **Signature:** _Joseph Speetjens_