**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Gainesville Division Room 120 Federal Building
121 Spring Street, SE
Gainesville, GA 30501
678−450−2700

---

In Re: **Hidden Lake Academy, Inc.**

Case No.: **09−22028−reb**
Chapter: **11**
Judge: **Robert Brizendine**

Debtor(s)

---

## NOTICE OF DEFICIENCY

The following document filed on 2/19/2010 is being referred to you for review because of the following deficiency(ies):

TITLE OF DOCUMENT: Amended Disclosure Statement

Missing signature(s)

☐ Discrepancy in attorney information

NA

☐ Required fee of $ not paid. Please remit via cashier's check or money order payable to Clerk, U. S. Bankruptcy Court, or via Pay.gov if a registered participant. Checks from a debtor cannot be accepted.

☐ Incorrect check amount − amount required $ . Your check number is enclosed.

☐ Case was closed on

No legal opinion has been expressed or implied. This notice is for information purposes only concerning the procedural requirements for filing documents in the United States Bankruptcy Court, Northern District of Georgia.

NOTICE OF DEFICIENCY MAILED TO: Barbara Ellis−Monro

Date: 2/22/10

M. Regina Thomas
Clerk of Court

By: Kelly Jaster
Deputy Clerk

Form 431 − Notice of deficiency