UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORIGA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| HIDDEN LAKE ACADEMY, INC. ) | |
| ) | |
| ) | CASE NO. 09-22028 |
| Debtor. ) | |
| _____) | JUDGE BRIZENDINE |

NOTICE OF FILING AMENDED SIGNATURE PAGE
FOR AMENDED DISCLOSURE STATEMENT FOR
SECOND AMENDED PLAN OF REORGANIZATION
OF HIDDEN LAKE ACADEMY, INC.

COMES NOW, Hidden Lake Academy, Inc., debtor herein, by and through undersigned counsel and files this Notice of Filing Amended Signature Page For Amended Disclosure Statement For Second Amended Plan of Reorganization of Hidden Lake, Academy, Inc.  Attached hereto is an Amended Signature Page for the Amended Disclosure Statement For Second Amended Plan of Reorganization of Hidden Lake, Academy [Docket No. 98].

Dated this 23rd day of February, 2010.

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

/s/ Barbara Ellis- Monro
Barbara Ellis-Monro
Georgia Bar No. 246117

Attorneys for the Debtor

170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000
bem@eorrlaw.com

proposed under the Plan. If the Plan is not accepted, it is likely that the interests of all creditors will be further diminished.

Respectfully submitted this 19th day of February, 2010.

**HIDDEN LAKE ACADEMY, INC.**

By: */s/Leonard Buccellato*
Its: Chief Executive Officer

Debtor and Debtor in Possession

**ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC**

*/s/Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell Street, SW
Atlanta, GA 30303
(404) 525-4000 Phone
(404) 526-8855 Facsimile
bem@eorrlaw.com

Counsel for Debtor and Debtor
In Possession