**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Gainesville Division Room 120 Federal Building
121 Spring Street, SE
Gainesville, GA 30501
678−450−2700

---

In Re: **Hidden Lake Academy, Inc.**

Debtor(s)

Case No.: **09−22028−reb**
Chapter: **11**
Judge: **Robert Brizendine**

---

### NOTICE OF DEFICIENCY

The following document filed on 2/19/2010 is being referred to you for review because of the following deficiency(ies):

TITLE OF DOCUMENT: Amended Disclosure Statement

Missing signature(s)

☐ Discrepancy in attorney information

NA

☐ Required fee of $ not paid. Please remit via cashier's check or money order payable to Clerk, U. S. Bankruptcy Court, or via Pay.gov if a registered participant. Checks from a debtor cannot be accepted.

☐ Incorrect check amount − amount required $ . Your check number is enclosed.

☐ Case was closed on

No legal opinion has been expressed or implied. This notice is for information purposes only concerning the procedural requirements for filing documents in the United States Bankruptcy Court, Northern District of Georgia.

NOTICE OF DEFICIENCY MAILED TO: Barbara Ellis−Monro

Date: 2/22/10

M. Regina Thomas
Clerk of Court

By: Kelly Jaster
Deputy Clerk

Form 431 − Notice of deficiency

# CERTIFICATE OF NOTICE

```
District/off: 113E-8              User: jaster                Page 1 of 1                  Date Rcvd: Feb 22, 2010
Case: 09-22028                    Form ID: 431                Total Noticed: 4

The following entities were noticed by first class mail on Feb 24, 2010.
db           +Hidden Lake Academy, Inc.,    830 Hidden Lake Road,    Dahlonega, GA 30533-1875
aty          +Barbara Ellis-Monro,    Ellenberg, Ogier, Rothschild & Rosenfeld,    170 Mitchell Street, SW,
               Atlanta, GA 30303-3441
aty          +Ellenberg, Ogier, Rothschild & Rosenfeld, PC,    c/o Barbaba Ellis-Monro,    170 Mitchell St., SW,
               Atlanta, GA 30303-3441
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2010**                          Signature:  _Joseph Speetjens_