IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 11** |
| **HIDDEN LAKE ACADEMY, INC.** | ) | |
| | ) | **CASE NO. 09-22028** |
| | ) | |
| Debtor. | ) | **JUDGE BRIZENDINE** |

**DEBTOR'S MONTHLY OPERATING REPORT**

**FOR THE PERIOD JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

COMES NOW the above named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015. Counsel for the Debtor has not reviewed the Debtor's business records on which this Operating Report is based and makes no representation concerning the accuracy of the financial information provided herein.

February 22, 2010
Atlanta, Georgia

Respectfully submitted,

ELLENBERG, OGIER, ROTHSCHILD
& ROSENFELD, PC

/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Georgia Bar No. 246117
Attorneys for the Debtor

Debtor's Address and Phone Number:

830 Hidden Lake Road
Dahlonega, Georgia 30533
706-864-4730

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**FOR THE PERIOD BEGINNING Jan  1, 2010    AND ENDING Jan  31, 2010**_____ Name of

Debtor:  Hidden Lake Academy Inc _____ Case Number 09-22028 _____

Date of Petition:  May 14, 2009 _____

|  | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | -2,371.12 | (a) | 19,829.21 | (b) |
| 2. RECEIPTS: | | | | |
| A. Cash Sales | 0 | | | |
| Minus:  Cash Refunds | (-) | | | |
| Net Cash Sales | | | | |
| B. Accounts Receivable | | | | |
| C. Other Receipts *(See MOR-3)* | 37,240.000 | | 334,607.16 | |
| (If you receive rental income, you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 37,240.00 | | 334,607.16 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 34,868.88 | | 354,436.37 | |
| 5. DISBURSEMENTS | | | | |
| A. Advertising | | | | |
| B. Bank Charges | 0000 | | 72.50 | |
| C. Contract Labor | | | | |
| D. Fixed Asset Payments (not incl. in "N") | | | | |
| E. Insurance | 5,702.03 | | 5702.03 | |
| F. Inventory Payments  *(See Attach. 2)* | | | | |
| G. Leases | | | | |
| H. Manufacturing Supplies | | | | |
| I. Office Supplies | -0- . | | 251.99 | |
| J. Payroll - Net *(See Attachment 4B)* | 00000000 | | 170,582.28 | |
| K. Professional Fees (Accounting & Legal) | 00.00 | | 660.00 | |
| L. Rent | | | | |
| M. Repairs & Maintenance | | | | |
| N. Secured Creditor Payments *(See Attach. 2)* | 22,313.00 | | 102,313.00 | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | 4,226.17 | | 39,309.79 | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | | 159.38 | |
| R. Telephone | | | | |
| S. Travel & Entertainment | | | | |
| Y. U.S. Trustee Quarterly Fees | 00 0 | | 975.00 | |
| U. Utilities | | | | |
| V. Vehicle Expenses | | | | |
| W. Other Operating Expenses *(See MOR-3)* | 1124.05 | | 32,906.77 | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 33,365.25 | | 352,932.74 | |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 1,503.63 | (c) | 1503.63 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____, 20__.

_____
                                                      (Signature)

(a) This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.

(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of
    the petition.

(c) These two amounts will always be the same if form is completed correctly.

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Management fee from HLA | | 289,266.48 |
| Garnishment refunded | | 8,100.68 |
| Cash from Ridge Creek | 9,007.00 | 9007.00 |
| Rent | 20,000.00 | 20,000.00 |
| Management fees from Ridge Creek | 8,233.00 | 8,233.00 |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | 37,240.00 | 334,607.16 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| IRS | | 8033.06 |
| Dept of Revenue GA | 1124.05 | 5,953.86 |
| Lumpkin county Tax | | 127.00 |
| Lumpkin County Proprty Tax | 0000000 | 18,458.11 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | 1124.05 | 32,572.03 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor:  Hidden Lakes Academy, Inc_____    Case Number:  09-22028_____

Reporting Period beginning _Jan 1, 2010_____    Period ending  Jan  31, 2010_____

ACCOUNTS RECEIVABLE AT PETITION DATE:  _2,950,674.25_____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $   3,038,700.82 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $    12,800.00 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $  3,064,300.82 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total | |
|---|---|---|---|---|---|
| $ 12,800.00 | $ 12,800.00 | $ 12,800.00 | $ 3,025,900.82 | $ 3,064,300.82 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of  collectibility, write-off, disputed account, etc.) |
|---|---|---|
| HLA_____ | _____ | estimate not collectible_____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

### ATTACHMENT 2
### MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:  09-22028

Reporting Period beginning  Jan  1, 2010          Period ending  Jan  31,2010

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $  0 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $  0 | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $  0 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section.

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| BB&T | 01/03/2010 | 20,000.00 | 0 | |
| GMAC | 01/15/2010 | 1,063.00 | 0 | 0 |
| Dell | 01/15/2010 | 1,250.00 | 0 | |
| | | | | |
| | | | | |
| TOTAL | | 22,313.00 | | (d) |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

ATTACHMENT 6

## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor:  Hidden Lake Academy, Inc_____        Case Number: 09-22028_____

Reporting Period beginning __Jan 1, 2010_____        Period ending Jan 31, 2010_____

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:        $        N/A
INVENTORY RECONCILIATION:
      Inventory Balance at Beginning of Month        $_____(a)
      PLUS: Inventory Purchased During Month        $_____
      MINUS: Inventory Used or Sold        $_____
      PLUS/MINUS: Adjustments or Write-downs        $_____*
      Inventory on Hand at End of Month        $_____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.
☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: ____unknown_____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _196 acres real property and certain building_____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month        $    unknown_____(a)(b)
      MINUS:  Depreciation Expense        $_____
      PLUS:  New Purchases        $_____
      PLUS/MINUS: Adjustments or Write-downs        $_____*
Ending Monthly Balance        $_____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:   Hidden Lakes Academy, Inc          Case Number:   09-22028

Reporting Period beginning   Jan 1, 2010          Period ending  Jan 31, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   United Community Bank          BRANCH:   Dahlonega

ACCOUNT NAME:   Hidden Lake Academy          ACCOUNT NUMBER:   8495

PURPOSE OF ACCOUNT:          OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $  22,999.32 | |
| Plus Total Amount of Outstanding Deposits | $  -0- | |
| Minus Total Amount of Outstanding Checks and other debits | $  -21,594.30 | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $  1,405.02 | **(a) |

*Debit cards are used by_____     None

**If Closing Balance is negative, provide explanation:_____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  (** ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____          _____Transferred to Payroll Account
$____          _____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

```
        UNITED COMMUNITY BANK  [04]      000 00004 01              PAGE:    1
        P O BOX 1060                     ACCOUNT:        8495  01/29/2010
        DAHLONEGA GA 30533               DOCUMENTS:            5


        TELEPHONE:706-864-8223
```





```
              HIDDEN LAKE ACADEMY INC
              DEBTOR IN POSSESSION
              CASE NUMBER 09-22028-REB
              OPERATING ACCOUNT                                     30
              830 HIDDEN LAKE ROAD                                   0
              DAHLONEGA GA  30533                                    5
```

```
        ================================================================
                        Strong Bank. Strong Service.
              United Community Bank - The Bank That SERVICE Built.

        ================================================================
              UNITED BUSINESS VALU ACCOUNT       9495
        ================================================================

                               LAST STATEMENT 12/31/09      18,502.21
        MINIMUM BALANCE           44.10      3 CREDITS       30,500.00
        AVG AVAILABLE BALANCE 21,328.09      5 DEBITS        26,002.89
        AVERAGE BALANCE      21,328.09  THIS STATEMENT 01/29/10   22,999.32

                  - - - - - - -  OTHER CREDITS - - - - - - - -
        DESCRIPTION                                  DATE      AMOUNT
        BUSINESS ONLINE XFER FROM 2004161184 ON 1/06/10   01/06  20,000.00
        BUSINESS ONLINE XFER FROM 2004158578 ON 1/08/10   01/08   4,500.00
        BUSINESS ONLINE XFER FROM 2004161184 ON 1/26/10   01/26   6,000.00

                  - - - - - - - - - -  CHECKS - - - - - - - - - -
        CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
          1015*01/04   18,458.11   1019*01/19     503.00   1022 01/27    5,231.78
          1018 01/19      560.00   1021 01/19   1,250.00

        (*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

                  - - - - - - -  DAILY BALANCE  - - - - - - -
        DATE.........BALANCE    DATE...........BALANCE    DATE...........BALANCE
        01/04          44.10    01/08        24,544.10    01/26        28,231.10
        01/06      20,044.10    01/19        22,231.10    01/27        22,999.32
```

8:58 AM

02/03/10

# Hidden Lake Academy
## Reconciliation Summary
UCB- Operating DIP-8495, Period Ending 01/31/2010

|  | Jan 31, 10 |
|---|---|
| Beginning Balance | 18,502.21 |
| **Cleared Transactions** | |
| Checks and Payments - 5 items | -26,002.89 |
| Deposits and Credits - 3 items | 30,500.00 |
| **Total Cleared Transactions** | 4,497.11 |
| **Cleared Balance** | 22,999.32 |
| **Uncleared Transactions** | |
| Checks and Payments - 3 items | -21,594.30 |
| **Total Uncleared Transactions** | -21,594.30 |
| **Register Balance as of 01/31/2010** | 1,405.02 |
| **Ending Balance** | 1,405.02 |

Page 1

8:58 AM

02/03/10

# Hidden Lake Academy
## Reconciliation Detail
### UCB- Operating DIP-8495, Period Ending 01/31/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 18,502.21 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Bill Pmt -Check | 12/21/2009 | 1015 | Lumpkin County Ta... | X | -18,458.11 | -18,458.11 |
| Check | 1/11/2010 | 1021 | Dell | X | -1,250.00 | -19,708.11 |
| Check | 1/11/2010 | 1018 | GMAC | X | -560.00 | -20,268.11 |
| Check | 1/11/2010 | 1019 | GMAC | X | -503.00 | -20,771.11 |
| Check | 1/25/2010 | 1022 | First Insurance Fun... | X | -5,231.78 | -26,002.89 |
| Total Checks and Payments | | | | | -26,002.89 | -26,002.89 |
| **Deposits and Credits - 3 items** | | | | | | |
| Transfer | 1/6/2010 | | | X | 20,000.00 | 20,000.00 |
| Transfer | 1/11/2010 | | | X | 4,500.00 | 24,500.00 |
| Transfer | 1/26/2010 | | | X | 6,000.00 | 30,500.00 |
| Total Deposits and Credits | | | | | 30,500.00 | 30,500.00 |
| Total Cleared Transactions | | | | | 4,497.11 | 4,497.11 |
| Cleared Balance | | | | | 4,497.11 | 22,999.32 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 1/6/2010 | 1017 | BB&T | | -20,000.00 | -20,000.00 |
| Check | 1/11/2010 | 1020 | Georgia Departmen... | | -1,124.05 | -21,124.05 |
| Check | 1/27/2010 | 1023 | Montgomery Insura... | | -470.25 | -21,594.30 |
| Total Checks and Payments | | | | | -21,594.30 | -21,594.30 |
| Total Uncleared Transactions | | | | | -21,594.30 | -21,594.30 |
| Register Balance as of 01/31/2010 | | | | | -17,097.19 | 1,405.02 |
| **Ending Balance** | | | | | **-17,097.19** | **1,405.02** |

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:    Hidden Lake Academy        Case Number:    09-22028

Reporting Period beginning    Jan 1, 2010        Period ending  Jan  31,  2010

NAME OF BANK:    United Community        BRANCH:    Dahlonega

ACCOUNT NAME:    UCB DIP  Operating

ACCOUNT NUMBER:        8495

PURPOSE OF ACCOUNT:        OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                    $

```
          UNITED COMMUNITY BANK  [04]        000 00004 01              PAGE:    1
          P O BOX 1060                       ACCOUNT:          )586   01/29/2010
          DAHLONEGA GA 30533                 DOCUMENTS:              7

          TELEPHONE:706-864-8223
```





```
          HIDDEN LAKE ACADEMY INC
          DEBTOR IN POSSESSION
          CASE NUMBER 09-22028-REB
          PAYROLL ACCOUNT                                             30
          830 HIDDEN LAKE ROAD                                         0
          DAHLONEGA GA  30533                                          7
```

```
=================================================================================
                          Strong Bank. Strong Service.
              United Community Bank - The Bank That SERVICE Built.

=================================================================================
              UNITED BUSINESS VALU ACCOUNT            8586
=================================================================================

                               LAST STATEMENT 12/31/09      7,316.40
MINIMUM BALANCE              665.97        1 CREDITS          2,500.00
AVG AVAILABLE BALANCE        873.42        7 DEBITS           9,150.43
AVERAGE BALANCE            1,587.22  THIS STATEMENT 01/29/10    665.97

           - - - - - - - -  OTHER CREDITS - - - - - - - -
                                                   DATE        AMOUNT
BUSINESS ONLINE XFER FROM 2004161184 ON 1/05/10    01/05      2,500.00

           - - - - - - - - - -  CHECKS - - - - - - - - -
  CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
   30312 01/07       649.25    30316 01/04     1,920.05    30319 01/04     1,512.89
   30313 01/07       872.24    30317 01/05       850.45
   30314*01/07     1,283.36    30318 01/04     2,062.19

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

           - - - - - - - - - -  DAILY BALANCE - - - - - - - -
DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
01/04       1,821.27     01/05       3,470.82     01/07         665.97
```

9:16 AM

02/03/10

# Hidden Lake Academy
## Reconciliation Detail
### UCB DIP Payroll-8586, Period Ending 01/31/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 7,316.40 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Check | 12/31/2009 | 30318 | Joseph Stapp | X | -2,062.19 | -2,062.19 |
| Check | 12/31/2009 | 30316 | David J Reifenberger | X | -1,920.05 | -3,982.24 |
| Check | 12/31/2009 | 30319 | James Vaught | X | -1,512.89 | -5,495.13 |
| Check | 12/31/2009 | 30314 | Peter Hekwig | X | -1,283.36 | -6,778.49 |
| Check | 12/31/2009 | 30313 | Clayton Erickson | X | -872.24 | -7,650.73 |
| Check | 12/31/2009 | 30317 | Michael Smith | X | -850.45 | -8,501.18 |
| Check | 12/31/2009 | 30312 | Cheryl Ballow | X | -649.25 | -9,150.43 |
| | Total Checks and Payments | | | | -9,150.43 | -9,150.43 |
| **Deposits and Credits - 2 items** | | | | | | |
| Transfer | 12/4/2009 | | | X | 0.00 | 0.00 |
| Transfer | 1/5/2010 | | | X | 2,500.00 | 2,500.00 |
| | Total Deposits and Credits | | | | 2,500.00 | 2,500.00 |
| | Total Cleared Transactions | | | | -6,650.43 | -6,650.43 |
| Cleared Balance | | | | | -6,650.43 | 665.97 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 12/31/2009 | 30315 | Anna Jones | | -640.75 | -640.75 |
| | Total Checks and Payments | | | | -640.75 | -640.75 |
| | Total Uncleared Transactions | | | | -640.75 | -640.75 |
| Register Balance as of 01/31/2010 | | | | | -7,291.18 | 25.22 |
| **Ending Balance** | | | | | **-7,291.18** | **25.22** |

9:16 AM

02/03/10

# Hidden Lake Academy
## Reconciliation Summary
### UCB DIP Payroll-8586, Period Ending 01/31/2010

|  | Jan 31, 10 |
|---|---|
| Beginning Balance | 7,316.40 |
| **Cleared Transactions** | |
| Checks and Payments - 7 items | -9,150.43 |
| Deposits and Credits - 2 items | 2,500.00 |
| **Total Cleared Transactions** | -6,650.43 |
| **Cleared Balance** | 665.97 |
| **Uncleared Transactions** | |
| Checks and Payments - 1 item | -640.75 |
| **Total Uncleared Transactions** | -640.75 |
| **Register Balance as of 01/31/2010** | 25.22 |
| **Ending Balance** | 25.22 |

### TACHMENT 4B

### MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:   Hidden Lake Academy, Inc          Case Number:   09-22028

Reporting Period beginning  Jan  1, 2010          Period ending Jan  31, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:   United Community          BRANCH:   Dahlonega

ACCOUNT NAME:   UCB Payroll Account          ACCOUNT NUMBER:  ____  8586
PURPOSE OF ACCOUNT:          PAYROLL

| | |
|---|---|
| Ending Balance per Bank Statement | $    665.97 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $    -640.75    * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $    25.22    **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:__**

_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:  Hidden Lake Academy, Inc        Case Number:  09-22028

Reporting Period beginning  Jan  1, 2010        Period ending  Jan  31, 2010

NAME OF BANK:  United Community        BRANCH:  Dahlonega

ACCOUNT NAME:  UCB Payroll Account

ACCOUNT NUMBER:  ___ _ _  8529

PURPOSE OF ACCOUNT:  PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL        $

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:  09-22028

Reporting Period beginning  Jan  1, 2010          Period ending Jan  31, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  United Community          BRANCH:    Dahlonega

ACCOUNT NAME:  DIP Payroll Tax          ACCOUNT NUMBER:  _  _  8529

PURPOSE OF ACCOUNT:  ____TAX

| | |
|---|---|
| Ending Balance per Bank Statement | $ 74.44 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Oustanding Checks and other debits | $              * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ 73.39    **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

```
UNITED COMMUNITY BANK  [04]        000 00004 01            PAGE:    1
P O BOX 1060                       ACCOUNT:        )8529   01/29/2010
DAHLONEGA GA 30533                 DOCUMENTS:             2
```

TELEPHONE:706-864-8223





```
HIDDEN LAKE ACADEMY INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22028-REB
PAYROLL TAX FUNDS                                       30
830 HIDDEN LAKE ROAD                                    1
DAHLONEGA GA  30533                                     1
```

=================================================================
                    Strong Bank. Strong Service.
          United Community Bank - The Bank That SERVICE Built.

=================================================================
               UNITED BUSINESS VALU ACCOUNT 2004158529
=================================================================

```
                              LAST STATEMENT 12/31/09        59.56
MINIMUM BALANCE              59.56      5 CREDITS        52,230.24
AVG AVAILABLE BALANCE       790.55      4 DEBITS         52,215.36
AVERAGE BALANCE           2,272.97  THIS STATEMENT 01/29/10   74.44
```

- - - - - - - - - DEPOSITS - - - - - - - - - - -
```
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
     01/19   42,990.24
```

- - - - - - - - - OTHER CREDITS - - - - - - - - -
```
DESCRIPTION                                         DATE       AMOUNT
BUSINESS ONLINE XFER FROM 2004161184 ON 1/05/10    01/05     2,600.00
BUSINESS ONLINE XFER FROM 2004161184 ON 1/12/10    01/12       840.00
BUSINESS ONLINE XFER FROM 2004154148 ON 1/19/10    01/19     5,000.00
BUSINESS ONLINE XFER FROM 2004161184 ON 1/26/10    01/26       800.00
```

- - - - - - - - - CHECKS - - - - - - - - -
```
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
  10024 01/27      832.46
```

- - - - - - - - - OTHER DEBITS - - - - - - - -
```
DESCRIPTION                                         DATE       AMOUNT
IRS USATAXPYMT 270040600257628                     01/06     2,592.66
BUSINESS ONLINE XFER TO 2005100918 ON 1/20/10      01/20    47,990.24
IRS USATAXPYMT 270042700727031                     01/27       800.00
```

- - - - - - - - - DAILY BALANCE - - - - - - - -
```
DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
01/05      2,659.56      01/06          66.90      01/12         906.90
               * * *  C O N T I N U E D  * * *
```

HIDDEN LAKE ACADEMY INC           J529 Page 3



01/19/2010   $42,990.24

01/27/2010   CHECK# 10024   $832.46

9:18 AM

02/03/10

## Hidden Lake Academy
## Reconciliation Summary
UCB- Payroll TAX-8529, Period Ending 01/31/2010

|  | Jan 31, 10 |
|---|---|
| Beginning Balance | 59.56 |
| **Cleared Transactions** |  |
| Checks and Payments - 3 items | -4,225.12 |
| Deposits and Credits - 3 items | 4,240.00 |
| Total Cleared Transactions | 14.88 |
| Cleared Balance | 74.44 |
| **Uncleared Transactions** |  |
| Checks and Payments - 1 item | -1.05 |
| Total Uncleared Transactions | -1.05 |
| Register Balance as of 01/31/2010 | 73.39 |
| Ending Balance | 73.39 |

9:18 AM
02/03/10

# Hidden Lake Academy
## Reconciliation Detail
### UCB- Payroll TAX-8529, Period Ending 01/31/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 59.56 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 1/4/2010 | | Internal Revenue S... | X | -2,592.66 | -2,592.66 |
| Check | 1/4/2010 | 10024 | Georgia Departmen... | X | -832.46 | -3,425.12 |
| Check | 1/26/2010 | | Internal Revenue S... | X | -800.00 | -4,225.12 |
| Total Checks and Payments | | | | | -4,225.12 | -4,225.12 |
| **Deposits and Credits - 3 items** | | | | | | |
| Transfer | 1/5/2010 | | | X | 2,600.00 | 2,600.00 |
| Transfer | 1/12/2010 | | | X | 840.00 | 3,440.00 |
| Transfer | 1/26/2010 | | | X | 800.00 | 4,240.00 |
| Total Deposits and Credits | | | | | 4,240.00 | 4,240.00 |
| Total Cleared Transactions | | | | | 14.88 | 14.88 |
| Cleared Balance | | | | | 14.88 | 74.44 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 1/26/2010 | 10025 | Georgia Departmen... | | -1.05 | -1.05 |
| Total Checks and Payments | | | | | -1.05 | -1.05 |
| Total Uncleared Transactions | | | | | -1.05 | -1.05 |
| Register Balance as of 01/31/2010 | | | | | 13.83 | 73.39 |
| Ending Balance | | | | | 13.83 | 73.39 |

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor:  Hidden Lake Academy, Inc       Case Number:  09-22028

Reporting Period beginning  Jan  1, 2010          Period ending  Jan  31, 2010

NAME OF BANK:  United community          BRANCH:  Dahlonega

ACCOUNT NAME:  DIP Payroll Tax          ACCOUNT #  ___    8529

PURPOSE OF ACCOUNT:  _____  TAX  _____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 01/06 | EFT | Irs | dectaxes | 2592.66 |
| 01/27 | EFT | IRs | qtly payroll taxes | 800.00 |
| 01/27 | 10024 | GA Dept of labor | dec taxes | 832.46 |
| 01/26 | 10025 | Ga Dept of Labor | 4th qt unemployee tax | 1.05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                          $4226.17

(d)
### SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | $ |
| Sales & Use Taxes Paid | -0-        (b) |
| Other Taxes Paid | _____) |
| TOTAL | ___$4226.17 |

This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

NONE

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                   _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | NONE | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                              $ _____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $ _____
(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:  _Hidden Lake Academy, Inc_     Case Number:  _09-22028_

Reporting Period beginning _Jan 1, 2010_     Period ending _Jan 31, 2010_

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  | TOTAL | $ |  |  |

## ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION

MOR-14

## SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:  __Hidden Lake Academy, Inc__      Case Number:  __09-22028__

Reporting Period beginning  __Jan  1, 2010__      Period ending  __Jan  31, 2010__

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

### PERSONNEL REPORT

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 5 | 3 |
| Number hired during the period |  | 0 |
| Number terminated or resigned during period | 5 | 3 |
| Number of employees on payroll at end of period | 0 | 0 |

**All employees are paid by Ridge Creek Inc. as of 01/01/10**

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**ATTACHMENT 8**

MOR-15

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

MOR-16

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **HIDDEN LAKE ACADEMY. INC.,** | ) | **CASE NO. 09-22028** |
| | ) | |
| | ) | |
| **Debtor.** | ) | **JUDGE BRIZENDINE** |

### Certificate of Service

I, Barbara Ellis-Monro, hereby certify that I caused to be served on **February 25, 2010** a true and correct copy of the foregoing: **DEBTOR'S MONTHLY OPERATING REPORT (BUSINESS) FOR THE PERIOD FROM JANUARY 1, 2010 TO JANUARY 31, 2010** by United States first class mail to party listed below:

Jim Morawetz
362 Richard Russell Bldg.
75 Spring St. SW
Atlanta, GA 30303

This 25th day of  February, 2010.

|  |  |
|---|---|
|  | ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC |
|  | */s/ Barbara Ellis-Monro* |
| 170 Mitchell St., SW | Barbara Ellis-Monro |
| Atlanta, Georgia 30303 | Georgia Bar No. 246117 |
| (404) 525-4000 Telephone | bem@eorrlaw.com |
| (404) 526-8855 Facsimile | Counsel for the |
|  | Debtor and Debtor in Possession |