**IT IS ORDERED as set forth below:**

Date: February 24, 2010

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 09-22028-REB** |
| **HIDDEN LAKE ACADEMY** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

**ORDER APPROVING DISCLOSURE STATMETN AND FIXING TIME FOR FILING
ACCEPTANCES OR REJECTIONS OF PLAN COMBINED WITH NOTICE THEREOF**

On October 30, 2009, Hidden Lake Academy, Inc. ("the Debtor") filed its disclosure statement and plan of reorganization. The Debtor subsequently filed an amended disclosure statement on December 10, 2009 (the "Original Disclosure Statement").

A hearing to consider approval of the Original Disclosure Statement was held on January 7, 2010 (the "Hearing"). Notice of the Hearing was served upon creditors and parties-in-interest as evidenced by the certificate of service on file with this Court. [Docket No. 79]. The Office of

{011142/00121/00021183.1}65665v1

the United States Trustee filed an Objection to the Original Disclosure Statement (the "Objection"). No other objections to the Original Disclosure Statement were filed or raised in open Court. GMAC filed an objection to confirmation which is reserved until the confirmation hearing scheduled herein.

At the Hearing, Barbara Ellis-Monro appeared on behalf of the Debtor, Jim Morawetz appeared on behalf of the United States Trustee and John Thomson appeared on behalf of Branch Banking & Trust Company ("BB&T"). At the Hearing, counsel for the Debtor and counsel for the United States Trustee announced that the Objection had been resolved pending the filing of an Amended Disclosure Statement. On February 19, 2010, the Debtor filed its Amended Disclosure Statement for Second Amended Plan of Reorganization (the "Final Disclosure Statement").

Based upon a review of the pleadings and the announcements and agreements of counsel, the Court concludes that the Final Disclosure Statement complies with 11 USC §1125. Accordingly, it is hereby ORDERED and NOTICE is given as follows:

1. The Final Disclosure Statement is hereby APPROVED.

2. All objections not reserved are hereby OVERRULED.

3. The Ballot attached hereto is hereby approved.

4. The deadline for filing written objections to the Second Amended Plan of Reorganization for Hidden Lake Academy, Inc. (the "Plan") shall be filed no later than 5:00 p.m. on the 25th of March, 2010 with the Clerk, US Bankruptcy Court, 121 Spring St., SE, Room 120, Gainesville, Georgia 30501, and **a copy shall be served** on counsel for the Debtor, Barbara Ellis-Monro, Ellenberg, Ogier,

        Rothschild & Rosenfeld, PC, 170 Mitchell Street, SW, Atlanta, GA 30303. Objections not timely filed may be deemed waived.

5. A hearing to consider confirmation of the Plan shall be held at **1:30 p.m.** in **United States Courthouse, 121 Spring St, SE, Courtroom 103, Gainesville, Georgia 30501 on the 30th day of March, 2010.**

6. The deadline for casting ballots to accept or reject the Plan shall be March 25, 2010. Ballots shall be filed with the Clerk, US Bankruptcy Court, 121 Spring Street, SE, Room 120, Gainesville, Georgia 30501. Failure to timely file a ballot may result in the ballot not being counted.

7. Counsel for the Debtor shall serve a copy of this Order, the Final Disclosure Statement, the Plan and a Ballot on all creditors of the Debtor and all appropriate parties-in-interest within three (3) days, and shall filed a certificate of service setting forth the manner and method of service.

**END OF DOCUMENT**

Prepared and Presented by:

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

*/s/ Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, GA 30303
404-525-4000 (t)
404-581-3818 (f)
bem@eorrlaw.com

{011142/00121/00021183.1}65665v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **CHAPTER 11** |
| **HIDDEN LAKE ACADEMY, INC.** | ) | **CASE NO. 09-22028** |
| | ) | |
| Debtor. | ) | **JUDGE BRIZENDINE** |

**BALLOT FOR ACCEPTING OR REJECTING A PLAN**

      Hidden Lake Academy, Inc., ("Debtor") filed a Second Amended Plan of Reorganization (the "Plan") and a Second Amended Disclosure Statement (the "Disclosure Statement") on February 19, 2010 in this case. The Court has approved the Disclosure Statement. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, Georgia 30303, 404-525-4000 (telephone), 404-526-8855 (facsimile). The Disclosure Statement and Plan are available for review in the Clerk's Office, United States Bankruptcy Court, Clerk's Office, 121 Spring Street, SE, Room 120, Gainesville, Georgia 30501, during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

      **You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more that one class, you will receive a ballot for each class in which you are entitled to vote.**

      **If your ballot is not received by** *Clerk, U.S. Bankruptcy Court, 121 Spring Street, SE, Room 120, Gainesville, Georgia 30501* **on or before March 25, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

{011142/00121/00021183.1}65665v1

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

**The undersigned, the holder of a Class [    ] claim against the Debtor in the unpaid amount of $_____, hereby (check one box):**

[  ] **ACCEPTS THE PLAN**          [  ] **REJECTS THE PLAN**

Dated: _____

_____
Print or Type Creditor Name:

_____
Signature:

_____
Title (If corporation or partnership):

Address:
_____
_____
_____

**Return This Ballot To:** *Clerk, U.S. Bankruptcy Court, 121 Spring Street, SE, Room 120, Gainesville, Georgia 30501*

Distribution List:

Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, GA 30303

{011142/00121/00021183.1}65665v1

# CERTIFICATE OF NOTICE

```
District/off: 113E-8           User: jaster              Page 1 of 1         Date Rcvd: Feb 24, 2010
Case: 09-22028                 Form ID: pdf534           Total Noticed: 4

The following entities were noticed by first class mail on Feb 26, 2010.
db           +Hidden Lake Academy, Inc.,    830 Hidden Lake Road,    Dahlonega, GA 30533-1875
aty          +Barbara Ellis-Monro,    Ellenberg, Ogier, Rothschild & Rosenfeld,    170 Mitchell Street, SW,
               Atlanta, GA 30303-3441
aty          +Ellenberg, Ogier, Rothschild & Rosenfeld, PC,    c/o Barbaba Ellis-Monro,    170 Mitchell St., SW,
               Atlanta, GA 30303-3441
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2010**                    **Signature:** _Joseph Speetjens_