**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **HIDDEN LAKE ACADEMY, INC.** | ) | **CASE NO. 09-22028** |
| | ) | |
| | ) | |
| **Debtor.** | ) | **JUDGE BRIZENDINE** |

**Certificate of Service**

I, Barbara Ellis-Monro, hereby certify that on February 26, 2010 I served a true and correct copy of the **(i) Order Approving Disclosure Statement and Fixing Time For Filing Acceptances or Rejections of Plan Combined with Notice thereof, (ii) Amended Disclosure Statement For Second Amended Plan of Reorganization For Hidden Lake Academy, Inc., (iii) Second Amended Plan of Reorganization For Hidden Lake Academy, Inc., and (iv) Ballot** by United States first class mail with adequate postage affixed to the parties listed on Exhibit A hereto.

This 1st day of March, 2010.

ELLENBERG, OGIER,
ROTHSCHILD & ROSENFELD,
PC

*/s/ Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
(404) 525-4000 Telephone
(404) 526-8855 Facsimile
bem@eorrlaw.com

Proposed Counsel for the
Debtor and Debtor in Possession

Exhibit A

Label Matrix for local noticing
113E-2
Case 09-22028-reb
Northern District of Georgia
Gainesville
Thu Dec 10 11:09:09 EST 2009

Branch Banting & Trust Company
c/o John A. Thomson, Jr.
Womble Carlyle Sandridge & Rice, PLLC
271 17th Street, N.W., Suite 2400
Atlanta, GA 30363-6215

Ellenberg, Ogier, Rothschild & Rosenfeld, PC
c/o Barbaba Ellis-Monro
170 Mitchell St., SW
Atlanta, GA 30303-3441

GMAC
c/o McCullough & Payne
Suite 975
171 17th Street, NW
Atlanta, GA 30363-1029

Georgia Department of Revenue
c/o Tiffany Y. Lucas
State Law Department
40 Capitol Square SW
Atlanta, GA 30334-1300

Hidden Lake Academy, Inc.
830 Hidden Lake Road
Dahlonega, GA 30533-1875

Morris Law Firm
c/o Jason C. Aufdermaur, Esq.
1950 North Park Place
Suite 400
Atlanta, GA 30339-2044

Office of the US Trustee
Suite 362
75 Spring Street, SW
Atlanta, GA 30303-3330

Transworld
1160 Silas Dean Hwy, Ste 409
Wethersfield, CT  06109

AMERICAN INFOSOURCE LP AS AGENT FOR
FIA CARD SERVICES, NA/BANK OF AMERICA
PO Box 248809
Oklahoma City, OK  73124-8809

CMS
PO Box 2695
Woburn, MA 01888

CIT Technology Financing Services, Inc.
Bankruptcy Processing Solutions, Inc.
800 E. Sonterra Blvd., Suite 240
San Antonio, TX 78258-3941

DELL FINANCIAL SERVICES, LLC
Collections/Consumer Bankruptcy
12234B North I-35
Austin, TX  78753-1705
(800) 955-3355, ext. 7230302

Doc Martin Construction
14 Carriage Court
Dahlonega, GA 30533-3425

GMAC
P.O. Box 130424
Roseville, MN 55113-0004

Georgia Department of Labor
40 Capitol Square
Atlanta, GA 30334-1300

Georgia Department of Revenue
40 Capitol Square, SW
Atlanta, GA 30334-1300

Georgia Dept. of Labor
148 Andrew Young Inter. Blvd., NE
Suite 910
Atlanta, GA 30303-1732

Georgia Dept. of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321-1108

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Jason Aufdermaur
Morris Law Firm
1950 North Park Place
Suite 400
Atlanta, Georgia 30339-2044

Jay Birsche
476 Viking Drive Suite 102
Virgibnia Beach, VA 23452-7367

Jeffrey A. Clark
3335 Rowan Road SW
Conyers, GA 30094-3450

Jill & Ron Ryan, et. al
c/o Gorby, Peters & Assoc
2 Ravinia Dr., Ste 1500
Atlanta, GA 30346-2148

John and Heidi Nunn
4928 Gaskin Walk
Marietta, GA 30068-2105

Lumpkin County
99 Court House Hall, Ste E
Dahlonega, GA 30533-0541

North Georgia Credit Services
3482 Kieth Bridge, #321
Cumming, GA 30041-5546

```
Pitney Bowes Inc                    U. S. Attorney                  U.S. Security Associates, Inc.
27 Waterview Dr                     600 Richard B. Russell Bldg.    200 Mansell Court E., Ste. 500
Shelton CT 06484-4361               75 Spring Street, SW            Roswell, GA 30076-4852
                                    Atlanta GA 30303-3315



XO Communications, Inc.             Yates Insurance Agency          Barbara Ellis-Monro
Attn: Brad Lee                      4 Executive Park East, NE       Ellenberg, Ogier, Rothschild & Rosenfeld
105 Molloy Street, Suite 300        Suite 200                       170 Mitchell Street, SW
Nashville, TN 37201-2315            Atlanta, GA 30329-2212          Atlanta, GA 30303-3441
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BB&T                                Internal Revenue Service        (d)Internal Revnue Service
Bankruptcy Section                  Centralized Insolvency Operati  401 W. Peachtree St., NW
PO Box 1847                         PO Box 21126                    Atlanta, GA 30308
Wilson, NC 27894                    Philadelphia, PA 19114
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Branch Banking & Trust Company               End of Label Matrix
c/o John A. Thomson, Jr.                         Mailable recipients    35
Womble Carlyle Sandridge & Rice, PLLC            Bypassed recipients     2
271 17th Street, N.W., Suite 2400                Total                  37
Atlanta, GA 30363-6215
```