FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

MAR 22 2010 PM 2:4[?]

M. REGINA THOMAS,
CLERK

BY: _____ DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| HIDDEN LAKE ACADEMY, INC. ) | CASE NO. 09-22028 |
| ) | |
| Debtor. ) | JUDGE BRIZENDINE |

## BALLOT FOR ACCEPTING OR REJECTING A PLAN

Hidden Lake Academy, Inc., ("Debtor") filed a Second Amended Plan of Reorganization (the "Plan") and a Second Amended Disclosure Statement (the "Disclosure Statement") on February 19, 2010 in this case. The Court has approved the Disclosure Statement. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, Georgia 30303, 404-525-4000 (telephone), 404-526-8855 (facsimile). The Disclosure Statement and Plan are available for review in the Clerk's Office, United States Bankruptcy Court, Clerk's Office, 121 Spring Street, SE, Room 120, Gainesville, Georgia 30501, during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more that one class, you will receive a ballot for each class in which you are entitled to vote.**

If your ballot is not received by *Clerk, U.S. Bankruptcy Court, 121 Spring Street, SE, Room 120, Gainesville, Georgia 30501* **on or before March 25, 2010, and**

such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class [   ] claim against the Debtor in the unpaid amount of $ 33,066.37 _____, hereby (check one box):

[X] **ACCEPTS THE PLAN**        [ ] **REJECTS THE PLAN**

Dated: *March 19, 2010*

*U.S. Security Associates, Inc.*
Print or Type Creditor Name:

*Pearson Brown*
Signature:

*Dir. of Client Financial Services*
Title (If corporation or partnership):

Address:

*200 Mansell Court East*
*Suite 500*
*Roswell, GA  30076*

**Return This Ballot To:** *Clerk, U.S. Bankruptcy Court, 121 Spring Street, SE, Room 120, Gainesville, Georgia 30501*