UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| HIDDEN LAKE ACADEMY, INC., | } | 09-22028 |
| | } | |
| | } | JUDGE Brizendine |
| Debtor. | } | |
| | } | CHAPTER 11 |

DEBTOR'S  MONTHLY OPERATING REPORT (BUSINESS)
FOR THE PERIOD FROM February 1, 2010  TO February 28, 2010

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015. Counsel for the Debtor has not reviewed the Debtor's business records on which this Operating Report is based and makes no representation concerning the accuracy of the financial information provided herein.

Dated this 23rd day of March, 2010.          _____/s/ Barbara Ellis-Monro_____
                                              Attorney for Debtor's Signature

Debtor's Address                              Attorney's Address
and Phone Number:                             and Phone Number:

 830 Hidden Lake Rd._____            170 Mitchell St., SW_____

 Dahlonega, GA 30533_____            Atlanta, GA 30303_____

____706-864-4730_____            _____404-525-4000_____  _____

_____            _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.

1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

FOR THE PERIOD BEGINNING  Feb 1.2010  AND ENDING  Feb 28. 2010  _____Name of
Debtor:  Hidden Lake Academy Inc _____  Case Number 09-22028 _____
Date of Petition: May 14, 2009_____

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 1,503.63    (a) | 19,829.21    (b) |
| 2. RECEIPTS: | | |
|    A. Cash Sales | 0 | |
|    Minus:  Cash Refunds | (-) | |
|    Net Cash Sales | | |
|    B. Accounts Receivable | | |
|    C. Other Receipts *(See MOR-3)* | 30,312.81 | 364,919.97 |
|    (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 30,312.81 | 364,919.97 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 31,816.44 | 384,749.18 |
| 5. DISBURSEMENTS: | | |
|    A. Advertising | | |
|    B. Bank Charges | 12.50 | 85.00 |
|    C. Contract Labor | | |
|    D. Fixed Asset Payments (not incl. in "N") | | |
|    E. Insurance | 4982.65 | 10,684.68 |
|    F. Inventory Payments  *(See Attach. 2)* | | |
|    G. Leases | | |
|    H. Manufacturing Supplies | | |
|    I. Office Supplies | -0- | 251.99 |
|    J. Payroll - Net *(See Attachment 4B)* | 00000000 | 170,582.28 |
|    K. Professional Fees (Accounting & Legal) | 00.00 | 660.00 |
|    L. Rent | | |
|    M. Repairs & Maintenance | | |
|    N. Secured Creditor Payments *(See Attach. 2)* | 22,313.00 | 124,626.00 |
|    O. Taxes Paid - Payroll *(See Attachment 4C)* | 00000000 | 39,309.79 |
|    P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
|    Q. Taxes Paid - Other *(See Attachment 4C)* | | 159.38 |
|    R. Telephone | | |
|    S. Travel & Entertainment | | |
|    Y. U.S. Trustee Quarterly Fees | 1625.61 | 2600.61 |
|    U. Utilities | | |
|    V. Vehicle Expenses | | |
|    W. Other Operating Expenses *(See MOR-3)* | | 32,906.77 |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 28,933.76 | 381,866.50 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 2,882.68    (c) | 1503.63    (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____. 20___.

_____
(Signature)

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

MOR-2

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Management fee from HLA | | 289,266.48 |
| Garnishment refunded | | 8,100.68 |
| Cash from Ridge Creek | 2079.81 | 13,274.00 |
| Rent | 20,000.00 | 40,000.00 |
| Management fees from Ridge Creek | 8,233.00 | 16,466.00 |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | 30,312.81 | 367,107.16 |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties
directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line
5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| IRS | | 8033.06 |
| Dept of Revenue GA | | 5,953.86 |
| Lumpkin county Tax | | 127.00 |
| Lumpkin County Proprty Tax | 0000000 | 18,458.11 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | 32,572.03 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

12:45 PM

03/17/10

Accrual Basis

# Hidden Lake Academy
## Profit & Loss
### February 2010

|  | Feb 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| HLA Lease Payment | 20,000.00 |
| Management Fees | 8,233.00 |
| **Total Income** | 28,233.00 |
| **Expense** | |
| Bank Service Charges | 12.50 |
| Computer and Internet Expenses | 1,250.00 |
| Insurance - other | 4,982.65 |
| Interest - B B & T Mortgage | 20,000.00 |
| Legal | 1,625.61 |
| **Total Expense** | 27,870.76 |
| **Net Ordinary Income** | 362.24 |
| **Net Income** | 362.24 |

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: Hidden Lakes Academy, Inc_____    Case Number:  09-22028 _____

Reporting Period beginning __FEb 1, 2010_____    Period ending  Feb  28, 2010 _____

ACCOUNTS RECEIVABLE AT PETITION DATE:   2,950,674.25 _____

### ACCOUNTS RECEIVABLE RECONCILIATION
(Include __all__ accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $  3,038,700.82 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $  12,800.00 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $  3,064,300.82 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
_____
_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $ 12,800.00 | $ 12,800.00 | $ 12,800.00 | $ 3,025,900.82 | $ 3,064,300.82 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| HLA | | estimate not collectible |
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

MOR-4

ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:  09-22028

Reporting Period beginning  Feb  1, 2010          Period ending  FEb  28,2010

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____ (b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $      0 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $      0 | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $      0 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| BB&T | 02/03/2010 | 20,000.00 | 0 | |
| GMAC | 02/15/2010 | 1,063.00 | 0 | 0 |
| Dell | 02/15/2010 | 1,250.00 | 0 | |
| | | | | |
| TOTAL | | 22,313.00 | (d) | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

ATTACHMENT 3
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:  Hidden Lake Academy, Inc_____        Case Number:  09-22028_____

Reporting Period beginning  _Feb 1, 2010_____        Period ending  Feb_28. 2010_____

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:            $            N/A_____
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month            $ _____(a)
    PLUS: Inventory Purchased During Month            $ _____
    MINUS: Inventory Used or Sold            $ _____
    PLUS/MINUS: Adjustments or Write-downs            $ _____ *
    Inventory on Hand at End of Month            $ _____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.
    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:   ___unknown_____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):   _196 acres real property and certain building_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month            $    unknown_____(a)(b)
    MINUS:  Depreciation Expense            $ _____
    PLUS:  New Purchases            $ _____
    PLUS/MINUS: Adjustments or Write-downs            $ _____ *
Ending Monthly Balance            $ _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:   Hidden Lakes Academy, Inc          Case Number:   09-22028

Reporting Period beginning  Feb 1, 2010          Period ending  Feb 28, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ustr21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  United Community Bank          BRANCH:   Dahlonega

ACCOUNT NAME:  Hidden Lake Academy          ACCOUNT NUMBER:       8495

PURPOSE OF ACCOUNT:          OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $  3,472.40 | |
| Plus Total Amount of Outstanding Deposits | $      -0- | |
| Minus Total Amount of Outstanding Checks and other debits | $  650.61 | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $  2,821.79 | **(a) |

*Debit cards are used by_____ None

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  (   Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____          ___Transferred to Payroll Account
$___          _____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

9:26 AM

03/03/10

# Hidden Lake Academy
## Reconciliation Summary
UCB- Operating DIP-8495, Period Ending 02/28/2010

|  | Feb 28, 10 |
|---|---|
| Beginning Balance |  | 22,999.32 |
| Cleared Transactions |  |
| Checks and Payments - 10 items | -52,052.14 |
| Deposits and Credits - 5 items | 32,525.22 |
| Total Cleared Transactions | -19,526.92 |
| Cleared Balance |  | 3,472.40 |
| Uncleared Transactions |  |
| Checks and Payments - 1 item | -650.61 |
| Total Uncleared Transactions | -650.61 |
| Register Balance as of 02/28/2010 |  | 2,821.79 |
| Ending Balance |  | 2,821.79 |

```
UNITED COMMUNITY BANK  [04]      900 00004 01              PAGE:    1
P O BOX 1060                     ACCOUNT:         )495  02/26/2010
DAHLONEGA GA 30533              DOCUMENTS:          10
```

TELEPHONE:706-864-8223




```
HIDDEN LAKE ACADEMY INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22028-REB
OPERATING ACCOUNT                                30
830 HIDDEN LAKE ROAD                              0
DAHLONEGA GA  30533                              10
```

================================================================
Effective 2/27/10 we have reduced the time that deposit items may be held
in your transaction account. Normally funds from your cash and check
deposits are available to you on the next business day after the banking
day we receive the deposit. Delay in availability of your funds may occur
until the 2nd business day after banking day of your deposit. Under
certain circumstances, we may delay funds availability longer, up to the
7th business day after banking day of your deposit.
If you have any questions or would like a copy of our funds availability
policy, please contact us at the telephone number listed above.
================================================================

                  UNITED BUSINESS VALU ACCOUNT      8495
================================================================

                              LAST STATEMENT 01/29/10      22,999.32
MINIMUM BALANCE          3,447.18      5 CREDITS           32,525.22
AVG AVAILABLE BALANCE   19,303.09     10 DEBITS            52,052.14
AVERAGE BALANCE         19,303.09  THIS STATEMENT 02/26/10  3,472.40

            - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                        DATE        AMOUNT
BUSINESS ONLINE XFER FROM 2004161184 ON 2/04/10   02/04      2,500.00
BUSINESS ONLINE XFER FROM 2004161184 ON 2/04/10   02/04     20,000.00
BUSINESS ONLINE XFER FROM 2004161184 ON 2/08/10   02/08      5,000.00
BUSINESS ONLINE XFER FROM 2004161184 ON 2/17/10   02/17      5,000.00
BUSINESS ONLINE XFER FROM 2004158586 ON 2/24/10   02/24         25.22

            - - - - - - - - CHECKS - - - - - - - - -
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
  1017*02/05  20,000.00      1025 02/09     975.00      1029 02/16     560.00
  1020*02/01   1,124.05      1026 02/10   2,187.19      1030 02/22   4,982.65
  1023 02/02     470.25      1027 02/16   1,250.00
  1024 02/18  20,000.00      1028 02/16     503.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
          * * * C O N T I N U E D * * *
```

02/05/2010    CHECK# 1017    $20,000.00

02/16/2010    CHECK# 1027    $1,250.00

02/01/2010    CHECK# 1020    $1,124.05

02/16/2010    CHECK# 1028    $503.00

02/02/2010    CHECK# 1023    $470.25

02/16/2010    CHECK# 1029    $560.00

02/18/2010    CHECK# 1024    $20,000.00

02/22/2010    CHECK# 1030    $4,982.65

02/09/2010    CHECK# 1025    $975.00

02/10/2010    CHECK# 1026    $2,187.19

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:  __Hidden Lake Academy__     Case Number:  __09-22028__

Reporting Period beginning  __Feb. 1, 2010__      Period ending  Feb 28, 2010

NAME OF BANK:  __United Community__      BRANCH:  __Dahlonega__

ACCOUNT NAME:  __UCB DIP  Operating__

ACCOUNT NUMBER:  _____8495

PURPOSE OF ACCOUNT:  _____OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
| TOTAL |             |       |         | $      |

9:26 AM

03/03/10

# Hidden Lake Academy
## Reconciliation Detail
### UCB- Operating DIP-8495, Period Ending 02/28/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | 22,999.32 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| Check | 1/6/2010 | 1017 | BB&T | X | -20,000.00 | -20,000.00 |
| Check | 1/11/2010 | 1020 | Georgia Departmen... | X | -1,124.05 | -21,124.05 |
| Check | 1/27/2010 | 1023 | Montgomery Insura... | X | -470.25 | -21,594.30 |
| Check | 2/3/2010 | 1024 | BB&T | X | -20,000.00 | -41,594.30 |
| Check | 2/3/2010 | 1025 | U.S. Trustee | X | -975.00 | -42,569.30 |
| Check | 2/4/2010 | 1026 | Prime Rate Premiu... | X | -2,187.19 | -44,756.49 |
| Check | 2/8/2010 | 1027 | Dell | X | -1,250.00 | -46,006.49 |
| Check | 2/8/2010 | 1029 | GMAC | X | -560.00 | -46,566.49 |
| Check | 2/8/2010 | 1028 | GMAC | X | -503.00 | -47,069.49 |
| Check | 2/17/2010 | 1030 | First Insurance Fun... | X | -4,982.65 | -52,052.14 |
| Total Checks and Payments | | | | | -52,052.14 | -52,052.14 |
| **Deposits and Credits - 5 items** | | | | | | |
| Transfer | 2/3/2010 | | | X | 20,000.00 | 20,000.00 |
| Transfer | 2/4/2010 | | | X | 2,500.00 | 22,500.00 |
| Transfer | 2/8/2010 | | | X | 5,000.00 | 27,500.00 |
| Transfer | 2/17/2010 | | | X | 5,000.00 | 32,500.00 |
| Transfer | 2/24/2010 | | | X | 25.22 | 32,525.22 |
| Total Deposits and Credits | | | | | 32,525.22 | 32,525.22 |
| Total Cleared Transactions | | | | | -19,526.92 | -19,526.92 |
| Cleared Balance | | | | | -19,526.92 | 3,472.40 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 2/24/2010 | 1031 | U.S. Trustee | | -650.61 | -650.61 |
| Total Checks and Payments | | | | | -650.61 | -650.61 |
| Total Uncleared Transactions | | | | | -650.61 | -650.61 |
| Register Balance as of 02/28/2010 | | | | | -20,177.53 | 2,821.79 |
| **Ending Balance** | | | | | -20,177.53 | 2,821.79 |

## TACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:  Hidden Lake Academy, Inc         Case Number:   09-22028

Reporting Period beginning  Feb  1, 2010         Period ending  Feb 28, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank
Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:   United Community         BRANCH:  Dahlonega

ACCOUNT NAME:  UCB Payroll Account       ACCOUNT NUMBER:  _      8586
PURPOSE OF ACCOUNT:        PAYROLL

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $    0 | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $    0 | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $    0 | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**   Closed account on 02/24

The following disbursements were paid by Cash:  (    Check here if cash disbursements were authorized
by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor:  Hidden Lake Academy, Inc     Case Number:    09-22028

Reporting Period beginning  Feb 1, 2010          Period ending  Feb 28, 2010

NAME OF BANK:   United Community          BRANCH:   Dahlonega

ACCOUNT NAME:   UCB Payroll Account

ACCOUNT NUMBER:        8529

PURPOSE OF ACCOUNT:        PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                        $

```
UNITED COMMUNITY BANK  [04]        900 00004 01              PAGE:    1
P O BOX 1060                       ACCOUNT:        .8586    02/26/2010
DAHLONEGA GA 30533                 DOCUMENTS:          2


TELEPHONE:706-864-8223
```




```
HIDDEN LAKE ACADEMY INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22028-REB
PAYROLL ACCOUNT                           <C>      30
830 HIDDEN LAKE ROAD                                0
DAHLONEGA GA  30533                                 2
```

## * * * F I N A L   S T A T E M E N T * * *

```
===============================================================================
     Effective 2/27/10 we have reduced the time that deposit items may be held
     in your transaction account. Normally funds from your cash and check
     deposits are available to you on the next business day after the banking
     day we receive the deposit. Delay in availability of your funds may occur
     until the 2nd business day after banking day of your deposit. Under
     certain circumstances, we may delay funds availability longer, up to the
     7th business day after banking day of your deposit.
     If you have any questions or would like a copy of our funds availability
     policy, please contact us at the telephone number listed above.

===============================================================================
            UNITED BUSINESS VALU ACCOUNT       8586
===============================================================================

                              LAST STATEMENT 01/29/10        665.97
                                      CREDITS                   .00
                                      3 DEBITS                665.97
                              THIS STATEMENT 02/26/10           .00

                - - - - - - - - CHECKS - - - - - - - - -
      CHECK #..DATE.....AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
        30315 02/05     640.75

                - - - - - - - - OTHER DEBITS - - - - - - - -
      DESCRIPTION                                      DATE        AMOUNT
      BUSINESS ONLINE XFER TO     8495 ON 2/24/10     02/24        25.22
      CLOSING WITHDRAWAL                              02/26          .00

                - - - - - - - DAILY BALANCE - - - - - - -
      DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
      02/05          25.22     02/24            .00     02/26            .00
```

9:20 AM
03/03/10

# Hidden Lake Academy
## Reconciliation Summary
UCB DIP Payroll-8586, Period Ending 02/28/2010

|  | Feb 28, 10 |
|---|---|
| Beginning Balance | 665.97 |
| Cleared Transactions |  |
| Checks and Payments - 2 items | -665.97 |
| Total Cleared Transactions | -665.97 |
| Cleared Balance | 0.00 |
| Register Balance as of 02/28/2010 | 0.00 |
| Ending Balance | 0.00 |

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:  09-22028

Reporting Period beginning  Feb. 1, 2010          Period ending  Feb 28, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  United Community          BRANCH:  Dahlonega

ACCOUNT NAME:  DIP Payroll Tax          ACCOUNT NUMBER:  __  58529

PURPOSE OF ACCOUNT:  ____  TAX

| | |
|---|---|
| Ending Balance per Bank Statement | $  60.89 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Oustanding Checks and other debits | $          * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $  60.89     **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  (     Check here if cash disbursements were authorized by
                                                                                United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| 02/26 | 12.50 | United Community | service charges | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

9:20 AM

03/03/10

## Hidden Lake Academy
## Reconciliation Detail
UCB DIP Payroll-8586, Period Ending 02/28/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 665.97 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 2 items | | | | | | |
| Check | 12/31/2009 | 30315 | Anna Jones | X | -640.75 | -640.75 |
| Transfer | 2/24/2010 | | | X | -25.22 | -665.97 |
| Total Checks and Payments | | | | | -665.97 | -665.97 |
| Total Cleared Transactions | | | | | -665.97 | -665.97 |
| Cleared Balance | | | | | -665.97 | 0.00 |
| Register Balance as of 02/28/2010 | | | | | -665.97 | 0.00 |
| Ending Balance | | | | | -665.97 | 0.00 |

## ATTACHMENT 5C

### CHECK REGISTER - TAX ACCOUNT

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:  09-22028

Reporting Period beginning  Feb 1, 2010          Period ending  Feb28, 2010

NAME OF BANK:  United community          BRANCH:  Dahlonega

ACCOUNT NAME:  DIP Payroll Tax          ACCOUNT #  8529

PURPOSE OF ACCOUNT:          TAX

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
| TOTAL |            |       |         | $_____ (d) |

### SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | $_____ |
| Sales & Use Taxes Paid | -0- (b) |
| Other Taxes Paid | _____ ) |
| TOTAL | $0 |

This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
    (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

```
UNITED COMMUNITY BANK   [04]        000 00004 01                    PAGE:    1
P O BOX 1060                         ACCOUNT:              8529  02/26/2010
DAHLONEGA GA 30533                   DOCUMENTS:                 1


TELEPHONE:706-864-8223
```





```
HIDDEN LAKE ACADEMY INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22028-REB
PAYROLL TAX FUNDS                                          30
830 HIDDEN LAKE ROAD                                        0
DAHLONEGA GA  30533                                         1
```

```
===================================================================
Effective 2/27/10 we have reduced the time that deposit items may be held
in your transaction account. Normally funds from your cash and check
deposits are available to you on the next business day after the banking
day we receive the deposit. Delay in availability of your funds may occur
until the 2nd business day after banking day of your deposit. Under
certain circumstances, we may delay funds availability longer, up to the
7th business day after banking day of your deposit.
If you have any questions or would like a copy of our funds availability
policy, please contact us at the telephone number listed above.
===================================================================
       UNITED BUSINESS VALU ACCOUNT        8529
===================================================================
                              LAST STATEMENT 01/29/10           74.44
MINIMUM BALANCE              73.39        CREDITS                  .00
AVG AVAILABLE BALANCE        73.46     2 DEBITS                  13.55
AVERAGE BALANCE              73.46  THIS STATEMENT 02/26/10      60.89
              - - - - - - - CHECKS - - - - - - - -
  CHECK #..DATE.....AMOUNT  CHECK #..DATE.....AMOUNT  CHECK #..DATE.....AMOUNT
   10025 02/01      1.05
              - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                      DATE        AMOUNT
SERVICE CHARGE                                   02/26        12.50

      - - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

      TOTAL CHARGE FOR UNITED BUSINESS VALU:              12.50

      - - - - - - - DAILY BALANCE - - - - - - - -
DATE..........BALANCE     DATE..........BALANCE     DATE..........BALANCE
02/01        73.39        02/26        60.89
```

9:22 AM

03/03/10

# Hidden Lake Academy
## Reconciliation Summary
UCB- Payroll TAX-8529, Period Ending 02/28/2010

|  | Feb 28, 10 |
|---|---|
| Beginning Balance | 74.44 |
| Cleared Transactions |  |
| Checks and Payments - 2 items | -13.55 |
| Total Cleared Transactions | -13.55 |
| Cleared Balance | 60.89 |
| Register Balance as of 02/28/2010 | 60.89 |
| Ending Balance | 60.89 |

## ATTACHMENT 4D

### INVESTMENT ACCOUNTS AND PETTY CASH REPORT

#### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |

**TOTAL**       $ _____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation_____**
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**     $ _____
**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

9:22 AM

03/03/10

## Hidden Lake Academy
## Reconciliation Detail
### UCB- Payroll TAX-8529, Period Ending 02/28/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 74.44 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 2 items | | | | | | |
| Check | 1/26/2010 | 10025 | Georgia Departmen . | X | -1.05 | -1.05 |
| Check | 2/28/2010 | | | X | -12.50 | -13.55 |
| Total Checks and Payments | | | | | -13.55 | -13.55 |
| Total Cleared Transactions | | | | | -13.55 | -13.55 |
| Cleared Balance | | | | | -13.55 | 60.89 |
| Register Balance as of 02/28/2010 | | | | | -13.55 | 60.89 |
| Ending Balance | | | | | -13.55 | 60.89 |

## ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor:  Hidden Lake Academy, Inc        Case Number:  09-22028

Reporting Period beginning Feb 1, 2010        Period ending Feb28, 2010

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | TOTAL | $ | | |

### ATTACHMENT 7

### SUMMARY OF OFFICER OR OWNER COMPENSATION

MOR-14

SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:  Hidden Lake Academy, Inc        Case Number:  09-22028

Reporting Period beginning  Feb  1, 2010              Period ending  Jan   Feb28, 2010

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | 0 |
| Number hired during the period | | 0 |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | 0 | 0 |

**All employees are paid by Ridge Creek Inc. as of 01/01/10**

## CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY. INC., | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

### Certificate of Service

I, Barbara Ellis-Monro, hereby certify that I caused to be served on **March 23, 2010** a true and correct copy of the foregoing: **DEBTOR'S MONTHLY OPERATING REPORT (BUSINESS) FOR THE PERIOD FROM FEBRUARY 1, 2010 TO FEBRUARY 28, 2010** by United States first class mail to party listed below:

Jim Morawetz
362 Richard Russell Bldg.
75 Spring St. SW
Atlanta, GA 30303

This 23rd day of March, 2010.

ELLENBERG, OGIER,
ROTHSCHILD & ROSENFELD,
PC
*/s/ Barbara Ellis-Monro*
170 Mitchell St., SW                    Barbara Ellis-Monro
Atlanta, Georgia 30303                  Georgia Bar No. 246117
(404) 525-4000 Telephone                bem@eorrlaw.com
(404) 526-8855 Facsimile                Counsel for the
                                        Debtor and Debtor in Possession