IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 11** |
| HIDDEN LAKE ACADEMY, INC. | ) | **CASE NO. 09-22028** |
| | ) | |
| <u>           Debtor.          </u> | ) | **JUDGE BRIZENDINE** |

<u>BALLOT FOR ACCEPTING OR REJECTING A PLAN</u>

Hidden Lake Academy, Inc., ("Debtor") filed a Second Amended Plan of Reorganization (the "Plan") and a Second Amended Disclosure Statement (the "Disclosure Statement") on February 19, 2010 in this case. The Court has approved the Disclosure Statement. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, Georgia 30303, 404-525-4000 (telephone), 404-526-8855 (facsimile). The Disclosure Statement and Plan are available for review in the Clerk's Office, United States Bankruptcy Court, Clerk's Office, 121 Spring Street, SE, Room 120, Gainesville, Georgia 30501, during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more that one class, you will receive a ballot for each class in which you are entitled to vote.**

If your ballot is not received by *Clerk, U.S. Bankruptcy Court, 121 Spring Street, SE, Room 120, Gainesville, Georgia 30501* on or before March 25, 2010, and

such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class [ 2 ] claim against the Debtor in the unpaid amount of $ 6,964,487.23** , hereby (check one box):
**as of 9/16/09

[ X ] ACCEPTS THE PLAN        [ ] REJECTS THE PLAN

Dated: March 25, 2010

Branch Banking & Trust Company
Print or Type Creditor Name:

Signature: John A. Thomson, Jr.

Counsel for Branch Banking & Trust Company
Title (If corporation or partnership):

Address:
271 17th Street, N.W.
Suite 2400
Atlanta, GA 30363-1017
(404) 888-7409

**Return This Ballot To:** *Clerk, U.S. Bankruptcy Court, 121 Spring Street, SE, Room 120, Gainesville, Georgia 30501*