## ACCEPTANCE OR REJECTION OF THE PLAN

**The undersigned, the holder of a Class [ 4 ] claim against the Debtor in the unpaid
amount of $ 400,000.00 , hereby (check one box):**

**[ X ] ACCEPTS THE PLAN**          **[  ] REJECTS THE PLAN**

Dated: March 25, 2010

Morris Law Firm

Print or Type Creditor Name:

Signature:

Ted W. Hight III - Attorney for Creditor

Title (If corporation or partnership):

Address:

1950 North Park Place

Suite 400

Atlanta, Georgia 30339

**Return This Ballot To:** *Clerk, U.S. Bankruptcy Court,  121 Spring Street, SE, Room 120,
Gainesville, Georgia 30501*