**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **CHAPTER 11** |
| **HIDDEN LAKE ACADEMY, INC.** | ) | |
| | ) | **CASE NO.  09-22028-REB** |
| _____**Debtor.**_____ | ) | |

**SUMMARY OF THE VOTING ON DEBTOR'S SECOND**
**AMENDED PLAN OF REORGANIZATION DATED FEBRUARY 19, 2010**

COMES NOW, Hidden Lake Academy, Inc. ("Debtor"), debtor and debtor in possession in the above-captioned case, by and through the undersigned counsel, and in accordance with BLR 3018-1 NDGa., hereby files this "Summary of the Voting on Debtor's Second Amended Plan of Reorganization Dated February 19, 2010" ("Summary").  In support of the Summary, Debtor shows the Court as follows:

Tabulated as of:                            March 26, 2010

for

Conformation Hearing to be held:                March 30, 2010

A summary of the voting is set forth below:

| Class Number and Description | Number of Votes | Dollar Amount of Votes | Class Vote Impairment |
|---|---|---|---|
| Class1<br><br>Priority Tax Claims | _0_ Accept<br>_0_ Reject<br>_0_ Percent | $ 0 Accept<br>$ 0 Reject<br>_0_ Percent | ___ Yes<br>_X_ No |
| Class 2<br><br>Claims of BB&T | _1_ Accept<br>_0_ Reject<br>_100%_ Percent | $6,964,487.23 Accept<br>$ 0 Reject<br>_100%_ Percent Accept | _X_ Yes<br>____No |

2

| | | | |
|---|---|---|---|
| Class 3<br>Secured Tax<br>Claim | _0_ Accept<br>_0_ Reject<br>_0_ Percent | $ 0 Accept<br>$0__ Reject<br>_0___ Percent<br>Reject | _X_ Yes<br>__ No |
| Class 4<br><br>Claims of<br>Morris Law<br>Firm | _1_ Accept<br>_0_ Reject<br>100%<br>Percent | $ 400,000.00<br>Accept<br>$0 Reject<br>_100%_ Percent<br>Accept | _X_ Yes<br>___No |
| Class 5<br><br>Claims of Dell<br>Financial<br>Services | _0_ Accept<br>_0_ Reject<br>_0_ Percent | $ 0 Accept<br>$ 0 Reject<br>_0_ Percent | _X_ Yes<br>___No |
| Class 6<br>Claims of<br>GMAC | _1_ Accept<br>_0_ Reject<br>_100%_<br>Percent | $17,919.99<br>Accept<br>$ 0 Reject<br>100%_ Percent<br>Accept | _X_ Yes<br>___No |
| Class 7<br>Claims of<br>GMAC | _1_ Accept<br>_0_ Reject<br>_100%_<br>Percent | $16,285.09<br>Accept<br>$ 0 Reject<br>_100%_ Percent<br>Accept | _X_ Yes<br>___No |
| Class 8 Claims<br>of GMAC | _1_ Accept<br>_0_ Reject<br>_100%_<br>Percent | $13,305.20<br>Accept<br>$ 0 Reject<br>_100%_ Percent<br>Accept | _X_ Yes<br>___No |
| Class 9 Claims<br>Of GMAC | _0_ Accept<br>_0_ Reject<br>_0_ Percent | $ 0 Accept<br>$ 0 Reject<br>_0_ Percent | _X_ Yes<br>___No |
| Class 10<br>Unsecured<br>Creditors | _3_ Accept<br>_0_ Reject<br>_20%_ Percent | $61,251.37<br>Accept<br>$ 0 Reject<br>_15.9%_<br>Percent Accept | _X_ Yes<br>___No |

1.      An objection to confirmation was filed by the Georgia Department of

Revenue (the "DOR").   Counsel for the Debtor has discussed the DOR's objection with

3

counsel for the DOR and anticipates that the objection will be resolved prior to confirmation.

    2.    The Plan has been accepted by at least one class of impaired creditors and is confirmable under 11 U.S.C. §1129.

    Respectfully submitted this 26th day of  February, 2010.

        **ELLENBERG,OGIER,  ROTHSCHILD
& ROSENFELD, PC**

        */s/ Barbara Ellis-Monro*
        Barbara Ellis-Monro
        Georgia Bar No. 246117
        170 Mitchell Street, SW
        Atlanta, GA 30303
        (404) 525-4000 Phone
        (404) 526-8855 Facsimile
        bem@eorrlaw.com

        Attorneys for Debtor and Debtor in Possession

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **CHAPTER 11** |
| **HIDDEN LAKE ACADEMY, INC.** | ) | |
| | ) | **CASE NO.  09-22028-REB** |
| _____Debtor._____ | ) | |

**BALLOT CERTIFICATION**

COMES NOW, counsel for Hidden Lake Academy, Inc. ("Debtor"), debtor and debtor in possession, in the above captioned bankruptcy case and in accordance with BLR 3018-1 NDGa., hereby files this "Ballot Certification."  Counsel for the Debtor incorporates fully herein the "Summary of the Voting on Debtor's Second Amended Plan of Reorganization Dated February 19, 2010" ("Summary").  Counsel for the Debtor certifies that all ballots filed and maintained by the Bankruptcy Court were counted and tallied in the class for which those ballots were cast.

Submitted this 26th day of March, 2010.

ELLENBERG,OGIER,  ROTHSCHILD
& ROSENFELD, PC

/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell Street, SW
Atlanta, GA 30303
(404) 525-4000 Phone
(404) 526-8855 Facsimile
bem@eorrlaw.com

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing **SUMMARY OF THE VOTING ON DEBTOR'S SECOND PLAN OF REORGANIZATION FILED FEBRUARY 19, 2010** and **BALLOT CERTIFICATION** was filed was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Office of the United States Trustee
> Attn: James Morawetz
> 362 Russell Federal Building
> 75 Spring Street
> Atlanta, GA 30303
>
> Tiffany Y. Lucas
> Asst. Attorney General
> 40 Capitoal Square, SW
> Atlanta, Georgia 30334-1300
>
> Lisa Ritchey Craig
> McCullough Payne & Haan, LLC
> 171 17th Street N.W.  Suite 975
> Atlanta, Ga  30363-1032
>
> John A. Thomson
> Womble, Carlyle, Sandridge & Rice, PLLC
> 271 17th Street, NW, Suite 2400
> Atlanta, Georgia 30363
>
> Ted. W. Hight
> The Morris Law Firm
> 1950 N. Park Place
> Atlanta, Georgia 30339

This 26th day of March, 2010.

> **ELLENBERG,OGIER,  ROTHSCHILD & ROSENFELD, PC**
>
> <u>/s/ Barbara Ellis-Monro</u>
> Barbara Ellis-Monro
> Georgia Bar No. 246117
> 170 Mitchell Street, SW
> Atlanta, GA 30303
> (404) 525-4000 Phone
> (404) 526-8855 Facsimile
> bem@eorrlaw.com