**IT IS ORDERED as set forth below:**

Date: March 24, 2010

_____
Robert E. Brizendine
U.S. Bankruptcy Court Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC., | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

### ORDER GRANTING MOTION TO DISBURSE FUNDS

THIS MATTER came before the Court for hearing on March 16, 2010, (the "Hearing") on the Motion to Disburse Funds (the "Motion") filed by Hidden Lake Academy, Inc., debtor and debtor in possession herein (the "Debtor"). Notice of the Hearing was served upon creditors and parties-in-interest as evidenced by the certificate of service on file with this Court. [Docket No. 101]. No objections were filed prior to the Hearing and none were raised at the Hearing.

Based upon a review of the pleadings and the record in this case, the Court finds that good cause exists to grant the Motion and it is hereby

ORDERED that the Motion is Granted. It is further

ORDERED that The Marcus Law Firm, special counsel to the Debtor, is hereby authorized to disburse $37,405.54 of the funds collected on account of the Judgment (as defined in the Motion) in payment of its fees and the fees of Kevin Ferry, Esq. It is further

ORDERED that The Marcus Law Firm, special counsel to the Debtor, shall disburse the balance of the funds collected on account of the Judgment, in the amount of $56,108.32, to counsel for the Debtor. It is further

ORDERED that the funds disbursed to Debtor's counsel shall be held in escrow (the "Escrow Funds") for payment of administrative expenses of the estate *if appropriate*. It is further *[initials]*

ORDERED that disbursement of the Escrow Funds is subject to further order of this Court.

**END OF DOCUMENT**

Prepared and Presented by:

ELLENBERG, OGIER, ROTHSCHILD
& ROSENFELD, PC

*/s Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000 (t)
404-526-8855(f)
bem@eorrlaw.com

Attorneys for Debtor

Distribution List: Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, Georgia 30303

James Morawetz, Office of the United States Trustee, 362 Richard B. Russell Federal Building, 75 Spring Street, Atlanta, GA 30303

# CERTIFICATE OF NOTICE

```
District/off: 113E-8          User: jaster              Page 1 of 1             Date Rcvd: Mar 25, 2010
Case: 09-22028                Form ID: pdf619           Total Noticed: 4

The following entities were noticed by first class mail on Mar 27, 2010.
db           +Hidden Lake Academy, Inc.,    830 Hidden Lake Road,    Dahlonega, GA 30533-1875
aty          +Barbara Ellis-Monro,    Ellenberg, Ogier, Rothschild & Rosenfeld,    170 Mitchell Street, SW,
               Atlanta, GA 30303-3441
aty          +Ellenberg, Ogier, Rothschild & Rosenfeld, PC,    c/o Barbaba Ellis-Monro,    170 Mitchell St., SW,
               Atlanta, GA 30303-3441
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2010**                    Signature:    *Joseph Speetjens*