**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **HIDDEN LAKE ACADEMY, INC.,** | ) | **CASE NO. 09-22028** |
| | ) | |
| | ) | |
| Debtor. | ) | **JUDGE BRIZENDINE** |

**DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE
ASSUMPTION OF AN UNEXPIRED LEASE OF PERSONAL PROPERTY
<u>GRAYBAR FINANCIAL, LLC</u>**

COMES NOW Hidden Lake Academy, Inc. as debtor and debtor in possession in the above-captioned Chapter 11 case (the "Debtors"), and files its Motion For an Order Authorizing the Assumption of an Unexpired Lease of Personal Property with Graybar Financial, LLC (the "Motion") and seeks entry of an order pursuant to section 365(a) authorizing the assumption of an unexpired leases of personal property and shows the Court as follows:

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 365.  This is a core proceeding pursuant to 28 U.S.C. § 157.  The statutory basis for the relief sought herein are Sections 105 and 365 of the Bankruptcy Code.

<u>**BACKGROUND**</u>

2.      On  May 14, 2009 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (as amended, modified, or supplemented the "Bankruptcy Code").

3.      Debtor is the owner of approximately 196.3 acres of real property located in Dahlonega Georgia.  Debtor leases the realty and buildings to an affiliate that operates a therapeutic boarding school.

4.    Debtor filed its Seconded Amended Chapter 11 Plan of Reorganization on February 19, 2010 (the "Plan") and as provided in its Second Amended Disclosure Statement seeks to assume certain unexpired leases prior to confirmation of the Plan.

5.    Pursuant to Bankruptcy Code Sections 1107 and 1108 the Debtor continues to operate its business as a debtor-in-possession.

### Relief Requested

### Graybar Financial Unexpired Lease

6.    The Debtor seeks authority to assume that certain lease agreement Lease Agreement #623358 with Graybar Financial, LLC for the lease of certain computer servers, equipment and maintenance (the "Graybar Unexpired Lease").

7.    The monthly payments for the Graybar Unexpired Lease is $2,520.09 per month. The Debtor estimates that its cure costs will be $7,725.14 for the Graybar Unexpired Lease.

8.    The continued use of the computer servers and equipment is necessary to Debtor's business operations and to Debtor's reorganization.

9.    The decision to seek rejection or assumption of an executory contract is in the Debtor's reasonable business judgment.  See e.g. N.L.R.B. v Bildisco & Bildisco , 465 U.S. 513, 523 (1984); Sharon Steel Corp. v. National Fuel Gas Distribution Corp., 872 F.2d 36, 39-40 (3d Cir. 1989).

10.    The Debtor has satisfied the reasonable business judgment standard for assumption of the Graybar Unexpired Lease and respectfully requests that the Court approve the assumption by the Debtor of the Graybar Unexpired Lease.

CORP/986989.2

WHEREFORE, the Debtor respectfully requests that the Court enter an order approving the assumption of the Graybar Unexpired Lease and for other and further relief as is just and proper.

Dated: March 30, 2010
          Atlanta, Georgia

                                    Respectfully submitted,

                                    ELLENBERG, OGIER, ROTHSCHILD &
                                    ROSENFELD, PC


                                    By:*/s /Barbara Ellis-Monro*
                                         Barbara Ellis-Monro
                                         Georgia Bar No. 246117
                                         Counsel to the Debtor

170 Mitchell St., SW
Atlanta, Georgia 30309-3592
404-525-4000
bem@eorrlaw.com

CORP/986989.2

**Certificate of Service**

I, Barbara Ellis-Monro, hereby certify that I caused to be served on March, 2010, a true and correct copy of the attached and foregoing **MOTION FOR AN ORDER AUTHORIZING ASSUMPTION OF AN UNEXPIRED LEASE OF PERSONAL PROPERTY WITH GRAYBAR FINANCIAL SERVICES LLC** by United States first class mail with adequate postage attached to insure delivery on the parties set forth below:

> Graybar Financial Services, LLC
> 10201 Centurion Pkwy N, Ste 100
> Jacksonville, FL 32256

Dated this 30th day of March, 2010

ELLENBERG, OGIER, ROTHSCHILD
& ROSENFELD, PC

*/s/ Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117

170 Mitchell Street, SW
Atlanta, Georgia 30303
(t) 404-525-4000
(f) 404-526-8855