# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC., | ) | CASE NO. 09-22028 |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

## NOTICE OF HEARING ON DEBTOR'S MOTION TO ASSUME UNEXPIRED LEASE OF PERSONAL PROPERTY WITH GRAYBAR <u>FINANCIAL SERVICES, LLC</u>
## (HEARING TO BE HELD IN ATLANTA)

**PLEASE TAKE NOTICE** that on March 30, 2010, Hidden Lake Academy, Inc. (the "Debtor") filed a Motion For Order Authorizing The Assumption Of An Unexpired Lease of Personal Property with Graybar Financial, LLC (the "Motion") pursuant to which the Debtor seeks entry of an order from the Court approving the assumption of an unexpired lease of certain computer servers and equipment, lease number 623358 leased from Graybar Financial Services, LLC.

**PLEASE TAKE FURTHER NOTICE** that the Debtor states in the Motion that the cure costs owed under the Unexpired Lease is $7,725.14 which shall be paid, pursuant to the Second Amended Plan of Reorganization of the Debtor in twelve (12) monthly installments of $643.76 each.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing to consider the Motion on **April 15, 2010 at 1:30 p.m.** in Courtroom 1202, United States Courthouse, 75 Spring Street, SW, Atlanta, Georgia 30303. It is further

**ORDERED AND NOTICE IS GIVEN** that your rights may be affected by the Court's ruling on this pleading. You should read the pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom you served the response and must deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, US Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, Georgia 30303. You must also provide a copy of

your response to the undersigned at the address stated below.

Dated this 31st day of March, 2010.

                                          Respectfully submitted,

                                          ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000
bem@eorrlaw.com

Attorneys for the Debtor

**Certificate of Service**

I, Barbara Ellis-Monro, hereby certify that I caused to be served on March 31, 2010, a true and correct copy of the attached and foregoing **NOTICE OF HEARING ON DEBTOR'S MOTION TO ASSUME UNEXPIRED LEASE OF PERSONAL PROPERTY WITH GRAYBAR FINANCIAL SERVICES, LLC** by United States first class mail with adequate postage attached to insure delivery on the parties set forth below:

Graybar Financial Services, LLC
10201 Centurion Pkwy N, Ste 100
Jacksonville, FL 32256

Graybar Financial Services, LLC
c/o CT Corporation System, Registered Agent
1201 Peachtree St., NE
Atlanta, Georgia 30361

Dated this 31st day of March, 2010

                                            ELLENBERG, OGIER, ROTHSCHILD
                                            & ROSENFELD, PC

                                            */s/ Barbara Ellis-Monro*
                                            Barbara Ellis-Monro
                                            Georgia Bar No. 246117

170 Mitchell Street, SW
Atlanta, Georgia 30303
(t) 404-525-4000
(f) 404-526-8855