## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

### Supplemental Certificate of Service

I, Barbara Ellis-Monro, hereby certify that on March 31, 2010, I caused to be served a true and correct copy of the **DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE ASSUMPTION OF AN UNEXPIRED LEASE OF PERSONAL PROPERTY GRAYBAR FINANCIAL, LLC** by United States first class mail on the party listed below:

Graybar Financial Services, LLC
c/o CT Corporation System, Registered Agent
1201 Peachtree St., NE
Atlanta, Georgia 30361

This 31st day of March, 2010.

ELLENBERG, OGIER,
ROTHSCHILD & ROSENFELD,
PC

*/s/ Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
(404) 525-4000 Telephone
(404) 526-8855 Facsimile
bem@eorrlaw.com

Counsel for the
Debtor and Debtor in Possession