**IT IS ORDERED as set forth below:**

**Date: April 19, 2010**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **HIDDEN LAKE ACADEMY, INC.,** | ) | **CASE NO. 09-22028** |
| | ) | |
| | ) | |
| **Debtor.** | ) | **JUDGE BRIZENDINE** |

**ORDER GRANTING MOTION FOR AN ORDER AUTHORIZING THE
ASSUMPTION OF AN UNEXPIRED LEASE OF PERSONAL PROPERTY
WITH GRAYBAR FINANCIAL SERVICES, LLC**

This matter came before the Court for hearing on April 15, 2010 (the "Hearing"), for consideration of the Motion For an Order Authorizing the Assumption of an Unexpired Lease of Personal Property with Graybar Financial, LLC (the "Motion") filed by the Debtor, Hidden Lake Academy, Inc. No objections were filed in response to the Motion and none were presented at the Hearing. Counsel for the Debtor, Barbara Ellis-Monro appeared at the Hearing. No other appearances were made on the record at the Hearing.

It appearing that the relief requested in the Motion is in the best interest of the Debtor, its estate and creditors and that service of the Motion was adequate and sufficient as set forth in the Certificate of Service attached to the Motion, the Supplemental Certificate of Service of the Motion [Docket No. 126] and the Notice of Hearing [Docket No. 125], it is now therefore hereby

**ORDERED** that the Motion is **Granted** and the assumption of the Unexpired Lease of Personal Property, lease number 623358 by and between the Debtor and Graybar Financial Services, LLC is hereby approved. It is further

**ORDERED** that the Debtor shall pay the cure costs of $7,712.14 in twelve monthly installments of $643.76 each. It is further

**ORDERED** that counsel for the Debtor shall serve this Order on the lessor, all parties who have appeared in this case and the twenty largest unsecured creditors.

### END OF DOCUMENT

Prepared and Presented by:

ELLENBERG, OGIER, ROTHSCHILD
& ROSENFELD, PC

By:*/s /Barbara Ellis-Monro*
 Barbara Ellis-Monro
Georgia Bar No. 246117
Counsel to the Debtor

170 Mitchell St., SW
Atlanta, Georgia 30309-3592
404-525-4000
bem@eorrlaw.com

CORP/986989.2

Distribution List:  Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, Georgia 30303