**IT IS ORDERED as set forth below:**

Date: April 19, 2010

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC., | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

**ORDER GRANTING MOTION FOR AN ORDER AUTHORIZING THE
ASSUMPTION OF AN UNEXPIRED LEASE OF PERSONAL PROPERTY
WITH GRAYBAR FINANCIAL SERVICES, LLC**

This matter came before the Court for hearing on April 15, 2010 (the "Hearing"), for consideration of the Motion For an Order Authorizing the Assumption of an Unexpired Lease of Personal Property with Graybar Financial, LLC (the "Motion") filed by the Debtor, Hidden Lake Academy, Inc. No objections were filed in response to the Motion and none were presented at the Hearing. Counsel for the Debtor, Barbara Ellis-Monro appeared at the Hearing.  No other appearances were made on the record at the Hearing.

It appearing that the relief requested in the Motion is in the best interest of the Debtor, its estate and creditors and that service of the Motion was adequate and sufficient as set forth in the Certificate of Service attached to the Motion, the Supplemental Certificate of Service of the Motion [Docket No. 126] and the Notice of Hearing [Docket No. 125], it is now therefore hereby

**ORDERED** that the Motion is **Granted** and the assumption of the Unexpired Lease of Personal Property, lease number 623358 by and between the Debtor and Graybar Financial Services, LLC is hereby approved. It is further

**ORDERED** that the Debtor shall pay the cure costs of $7,712.14 in twelve monthly installments of $643.76 each. It is further

**ORDERED** that counsel for the Debtor shall serve this Order on the lessor, all parties who have appeared in this case and the twenty largest unsecured creditors.

### END OF DOCUMENT

Prepared and Presented by:

ELLENBERG, OGIER, ROTHSCHILD
& ROSENFELD, PC


By:/s /Barbara Ellis-Monro
 Barbara Ellis-Monro
Georgia Bar No. 246117
Counsel to the Debtor

170 Mitchell St., SW
Atlanta, Georgia 30309-3592
404-525-4000
bem@eorrlaw.com

CORP/986989.2

Distribution List:   Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, Georgia 30303

# CERTIFICATE OF NOTICE

```
District/off: 113E-8          User: jaster                Page 1 of 1             Date Rcvd: Apr 19, 2010
Case: 09-22028                Form ID: pdf423             Total Noticed: 4

The following entities were noticed by first class mail on Apr 21, 2010.
db           +Hidden Lake Academy, Inc.,    830 Hidden Lake Road,    Dahlonega, GA 30533-1875
aty          +Barbara Ellis-Monro,    Ellenberg, Ogier, Rothschild & Rosenfeld,    170 Mitchell Street, SW,
               Atlanta, GA 30303-3441
aty          +Ellenberg, Ogier, Rothschild & Rosenfeld, PC,    c/o Barbaba Ellis-Monro,    170 Mitchell St., SW,
               Atlanta, GA 30303-3441
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2010**                    Signature:    _Joseph Speetjens_