## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 11** |
| **HIDDEN LAKE ACADEMY, INC.** | ) | |
| | ) | **CASE NO. 09-22028** |
| | ) | |
| Debtor. | ) | **JUDGE BRIZENDINE** |

### DEBTOR'S MONTHLY OPERATING REPORT

### FOR THE PERIOD March 1, 2010 THROUGH March 31, 2010

COMES NOW the above named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015. Counsel for the Debtor has not reviewed the Debtor's business records on which this Operating Report is based and makes no representation concerning the accuracy of the financial information provided herein.

April 28, 2010
Atlanta, Georgia

Respectfully submitted,

ELLENBERG, OGIER, ROTHSCHILD
& ROSENFELD, PC

/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Georgia Bar No. 246117
Attorneys for the Debtor

Debtor's Address and Phone Number:

830 Hidden Lake Road
Dahlonega, Georgia 30533
706-864-4730

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

FOR THE PERIOD BEGINNING __march  1,2010__ AND ENDING __march  31,  2010_____ Name

of Debtor:  Hidden Lake Academy Inc _____    Case Number 09-22028 ____

Date of Petition:  May 14, 2009_____

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 2,882.68 (a) | 19,829.21 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | 0 | |
| Minus:  Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts *(See MOR-3)* | 25400.00 | 390,319.97 |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 25,400.00 | 390,319.97 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 28,282.68 | 410,149.18 |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | 12.50 | 97.50 |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 5246.78 | 15,931.47 |
| F. Inventory Payments  *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | -0- | 251.99 |
| J. Payroll - Net *(See Attachment 4B)* | 00000000 | 170,582.28 |
| K. Professional Fees (Accounting & Legal) | 00.00 | 660.00 |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments *(See Attach. 2)* | 22,313.00 | 146,939.00 |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | 00000000 | 39,309.79 |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | 159.38 |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | 0 | 2600.61 |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | | 32,906.77 |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 27,572.28 | 409,438.78 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 710.40 (c) | 710.40 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true
and correct to the best of my knowledge and belief.

This _____ day of _____, 20__.

_____
(Signature)

(a) This number is carried forward from last month's report.  For the first report only, this number will be the
balance as of the petition date.

(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of
the petition.

(c) These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Management fee from HLA | | 289,266.48 |
| Garnishment refunded | | 8,100.68 |
| Cash from Ridge Creek | 0000 | 13,274.00 |
| Rent | 20,000.00 | 60,000.00 |
| Management fees from Ridge Creek | 5,400.00 | 21,866.00 |
| | | |
| TOTAL OTHER RECEIPTS | 25,400 | 392,507.16 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| IRS | | 8033.06 |
| Dept of Revenue GA | | 5,953.86 |
| Lumpkin county Tax | | 127.00 |
| Lumpkin County Proprty Tax | 0000000 | 18,458.11 |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | 32,572.03 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

### ATTACHMENT 1

### MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor:  Hidden Lakes Academy, Inc_____    Case Number:  09-22028_____

Reporting Period beginning  _march  1, 2010____    Period ending March 31, 2010____

ACCOUNTS RECEIVABLE AT PETITION DATE:  _2,950,674.25_____

#### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $   3,038,700.82 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $    12,800.00 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $   3,064,300.82 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

#### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $ 12,800.00 | $ 12,800.00 | $ 12,800.00 | $ 3,025,900.82 | $ 3,064,300.82 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| HLA_____ | _____ | estimate not collectible |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

MOR-4

### ATTACHMENT 2
### MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: __Hidden Lake Academy, Inc__    Case Number: __09-22028__

Reporting Period beginning __march  1, 2010__    Period ending  March  31,2010

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT                                                                                    (b)

☐  **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $       0 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $       0 | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $       0 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| BB&T | 03/03/2010 | 20,000.00 | 0 | |
| GMAC | 03/15/2010 | 1,063.00 | 0 | 0 |
| Dell | 03/15/2010 | 1,250.00 | 0 | |
| | | | | |
| TOTAL | | 22,313.00 | (d) | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

ATTACHMENT 3
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:  Hidden Lake Academy, Inc_____    Case Number: _09-22028_____

Reporting Period beginning _March  1, 2010_____    Period ending March 31, 2010_____

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:          $          N/A
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month          $_____(a)
    PLUS: Inventory Purchased During Month          $_____
    MINUS: Inventory Used or Sold                        $_____
    PLUS/MINUS: Adjustments or Write-downs      $_____ *
    Inventory on Hand at End of Month          $_____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.

☐    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: ___unknown_____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _196 acres real property and certain building_____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month          $___unknown_____(a)(b)
    MINUS:  Depreciation Expense                    $_____
    PLUS:  New Purchases                                $_____
    PLUS/MINUS: Adjustments or Write-downs      $_____ *
Ending Monthly Balance                                        $_____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:   Hidden Lakes Academy, Inc          Case Number:   09-22028

Reporting Period beginning  March 1, 2010                Period ending March 31, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   United Community Bank          BRANCH:   Dahlonega

ACCOUNT NAME:   Hidden Lake Academy          ACCOUNT NUMBER:   )8495

PURPOSE OF ACCOUNT:          OPERATING

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $  662.01 | |
| Plus Total Amount of Outstanding Deposits | $        -0- | |
| Minus Total Amount of Outstanding Checks and other debits | $ 0 | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $  662.01 | **(a) |

**\*Debit cards are used by**          None

**\*\*If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____          ____Transferred to Payroll Account
$___          _____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

```
UNITED COMMUNITY BANK   [04]          000 00004 01            PAGE:     1
P O BOX 1060                          ACCOUNT:          3495  03/31/2010
DAHLONEGA GA 30533                    DOCUMENTS:          5
```

TELEPHONE:706-864-8223





```
HIDDEN LAKE ACADEMY INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22028-REB
OPERATING ACCOUNT                                        30
830 HIDDEN LAKE ROAD                                      0
DAHLONEGA GA  30533                                      5
```

```
==================================================================
United Community Bank presents The Bankers Hour, Saturday, April 24th
at the Anderson Music Hall in Hiawassee, Georgia. $10 reserved seats
now available at the Georgia Mtn. Fairgrounds, 706-896-4196.
==================================================================
```

```
              UNITED BUSINESS VALU ACCOUNT       3495
==================================================================

                         LAST STATEMENT 02/26/10       3,472.40
MINIMUM BALANCE             662.01     5 CREDITS       34,900.00
AVG AVAILABLE BALANCE    17,508.97     8 DEBITS        37,710.39
AVERAGE  BALANCE         17,508.97  THIS STATEMENT 03/31/10   662.01
```

```
            - - - - - - OTHER CREDITS - - - - - - -
DESCRIPTION                                     DATE       AMOUNT
BUSINESS ONLINE XFER FROM 2004161184 ON 3/05/10  03/05   14,000.00
BUSINESS ONLINE XFER FROM 2004161184 ON 3/09/10  03/09   10,000.00
BUSINESS ONLINE XFER FROM 2004161184 ON 3/12/10  03/12    5,400.00
BUSINESS ONLINE XFER FROM 2004161184 ON 3/22/10  03/22      500.00
BUSINESS ONLINE XFER FROM 2004161184 ON 3/22/10  03/22    5,000.00
```

```
            - - - - - - - - CHECKS - - - - - - - -
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
  1031 03/08    650.61     1033 03/16   1,250.00     1035 03/15    503.00
  1032 03/30 20,000.00     1034 03/17     560.00
```

```
            - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                     DATE       AMOUNT
BUSINESS ONLINE XFER TO 2004154148 ON 3/09/10    03/09    4,500.00
BUSINESS ONLINE XFER TO 2004154148 ON 3/17/10    03/17    5,000.00
FIRST INSURANCE WUSPCUSTDR 1146372               03/25    5,246.78
```

```
            - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
03/05    17,472.40       03/08    16,821.79       03/09    22,321.79
                 * * * C O N T I N U E D * * *
```



HIDDEN LAKE ACADEMY, INC.
DIP CASE# 09-22028-REB
OPERATING ACCOUNT
830 HIDDEN LAKE ROAD
DAHLONEGA, GA 30533

24

UNITED COMMUNITY BANK
DAHLONEGA, GA 30533
64-1294/611

1031

2/24/2010

PAY TO THE ORDER OF U.S. Trustee $ **650.61

Six Hundred Fifty and 61/100******************************* DOLLARS

U.S. Trustee

MEMO 322-09-22028

AUTHORIZED SIGNATURE

⑈001031⑈ ⑆061112843⑆2004158495⑈

03/08/2010 CHECK# 1031 $650.61

HIDDEN LAKE ACADEMY, INC.
DIP CASE# 09-22028-REB
OPERATING ACCOUNT
830 HIDDEN LAKE ROAD
DAHLONEGA, GA 30533

UNITED COMMUNITY BANK
DAHLONEGA, GA 30533
64-1294/611

1032

3/9/2010

PAY TO THE ORDER OF BB&T $ **20,000.00

Twenty Thousand and 00/100******************************* DOLLARS

BB&T

MEMO

AUTHORIZED SIGNATURE

⑈001032⑈ ⑆061112843⑆2004158495⑈

03/30/2010 CHECK# 1032 $20,000.00

HIDDEN LAKE ACADEMY, INC.
DIP CASE# 09-22028-REB
OPERATING ACCOUNT
830 HIDDEN LAKE ROAD
DAHLONEGA, GA 30533

UNITED COMMUNITY BANK
DAHLONEGA, GA 30533
64-1294/611

1033

3/9/2010

PAY TO THE ORDER OF Dell $ **1,250.00

One Thousand Two Hundred Fifty and 00/100******************************* DOLLARS

Dell

MEMO 09-22028

AUTHORIZED SIGNATURE

⑈001033⑈ ⑆061112843⑆2004158495⑈ ⑈0000125000⑈

03/16/2010 CHECK# 1033 $1,250.00

HIDDEN LAKE ACADEMY, INC.
DIP CASE# 09-22028-REB
OPERATING ACCOUNT
830 HIDDEN LAKE ROAD
DAHLONEGA, GA 30533

UNITED COMMUNITY BANK
DAHLONEGA, GA 30533
64-1294/611

1034

3/9/2010

PAY TO THE ORDER OF GMAC $ **560.00

Five Hundred Sixty and 00/100******************************* DOLLARS

GMAC

MEMO

AUTHORIZED SIGNATURE

⑈001034⑈ ⑆061112843⑆2004158495⑈

03/17/2010 CHECK# 1034 $560.00

HIDDEN LAKE ACADEMY, INC.
DIP CASE# 09-22028-REB
OPERATING ACCOUNT
830 HIDDEN LAKE ROAD
DAHLONEGA, GA 30533

UNITED COMMUNITY BANK
DAHLONEGA, GA 30533
64-1294/611

1035

3/9/2010

PAY TO THE ORDER OF GMAC $ **503.00

Five Hundred Three and 00/100******************************* DOLLARS

GMAC

MEMO 024-9095-42601

AUTHORIZED SIGNATURE

⑈001035⑈ ⑆061112843⑆2004158495⑈

03/15/2010 CHECK# 1035 $503.00

11:19 AM
04/02/10

# Hidden Lake Academy
## Reconciliation Detail
### UCB- Operating DIP-8495, Period Ending 03/31/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 3,472.40 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 8 items | | | | | | |
| Check | 2/24/2010 | 1031 | U.S. Trustee | X | -650.61 | -650.61 |
| Check | 3/9/2010 | 1032 | BB&T | X | -20,000.00 ✓ | -20,650.61 |
| Transfer | 3/9/2010 | | | X | -4,500.00 | -25,150.61 |
| Check | 3/9/2010 | 1033 | Dell | X | -1,250.00 ✓ | -26,400.61 |
| Check | 3/9/2010 | 1034 | GMAC | X | -560.00 ✓ | -26,960.61 |
| Check | 3/9/2010 | 1035 | GMAC | X | -503.00 ✓ | -27,463.61 |
| Transfer | 3/12/2010 | | | X | -5,000.00 | -32,463.61 |
| Check | 3/22/2010 | | First Insurance Fun... | X | -5,246.78 | -37,710.39 |
| Total Checks and Payments | | | | | -37,710.39 | -37,710.39 |
| Deposits and Credits - 5 items | | | | | | |
| Transfer | 3/5/2010 | | | X | 14,000.00 | 14,000.00 |
| Transfer | 3/9/2010 | | | X | 10,000.00 | 24,000.00 |
| Transfer | 3/12/2010 | | | X | 5,400.00 | 29,400.00 |
| Transfer | 3/22/2010 | | | X | 500.00 | 29,900.00 |
| Transfer | 3/22/2010 | | | X | 5,000.00 | 34,900.00 |
| Total Deposits and Credits | | | | | 34,900.00 | 34,900.00 |
| Total Cleared Transactions | | | | | -2,810.39 | -2,810.39 |
| Cleared Balance | | | | | -2,810.39 | 662.01 |
| Uncleared Transactions | | | | | | |
| Deposits and Credits - 1 item | | | | | | |
| Check | 3/24/2010 | | First Insurance Fun... | | | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | 0.00 | 0.00 |
| Register Balance as of 03/31/2010 | | | | | -2,810.39 | 662.01 |
| New Transactions | | | | | | |
| Deposits and Credits - 1 item | | | | | | |
| Transfer | 4/2/2010 | | | | 7,500.00 | 7,500.00 |
| Total Deposits and Credits | | | | | 7,500.00 | 7,500.00 |
| Total New Transactions | | | | | 7,500.00 | 7,500.00 |
| Ending Balance | | | | | 4,689.61 | 8,162.01 |

### ATTACHMENT 5A

### CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:   Hidden Lake Academy         Case Number:   09-22028

Reporting Period beginning   March 1, 2010         Period ending  March 31, 2010

NAME OF BANK:   United Community         BRANCH:   Dahlonega

ACCOUNT NAME:   UCB DIP  Operating

ACCOUNT NUMBER:         8495

PURPOSE OF ACCOUNT:         OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                                $

## TACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:   Hidden Lake Academy, Inc          Case Number:   09-22028

Reporting Period beginning March 1, 2010          Period ending  March 31, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:   United Community          BRANCH:  Dahlonega

ACCOUNT NAME:  UCB Payroll Account          ACCOUNT NUMBER:          5586
PURPOSE OF ACCOUNT:          PAYROLL

| | |
|---|---|
| Ending Balance per Bank Statement | $    0 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $    0          * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $    0          **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:   Closed account on 02/24**

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
 "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:  __Hidden Lake Academy, Inc__     Case Number:  ___09-22028___

Reporting Period beginning  __March 1, 2010__     Period ending  __March 31, 2010__

NAME OF BANK:  __United Community__     BRANCH:  __Dahlonega__

ACCOUNT NAME:  __UCB Payroll Account__

ACCOUNT NUMBER:  ___ __8529__

PURPOSE OF ACCOUNT:  _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                                    $ _____

## ATTACHMENT 4C

### MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor:   Hidden Lake Academy, Inc                Case Number:   09-22028

Reporting Period beginning   March 1, 2010                Period ending   March 31, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A
standard bank reconciliation form can be found on the United States Trustee website,
http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:   United Community                BRANCH:    Dahlonega

ACCOUNT NAME:  DIP Payroll Tax                ACCOUNT NUMBER:        8529

PURPOSE OF ACCOUNT:        TAX

| | |
|---|---|
| Ending Balance per Bank Statement | $  48.39 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Oustanding Checks and other debits | $_____ * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $  48.39      **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| 03/31 | 12.50 | United Community | service charges | _____ |
| ____ | _____ | _____ | _____ | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

```
UNITED COMMUNITY BANK  [04]        000 00004 01                PAGE:   1
P O BOX 1060                       ACCOUNT:            8529    03/31/2010
DAHLONEGA GA 30533                 DOCUMENTS:             0
```

TELEPHONE:706-864-8223





```
HIDDEN LAKE ACADEMY INC
DEBTOR IN POSSESSION
CASE NUMBER 09-22028-REB
PAYROLL TAX FUNDS                                   30
830 HIDDEN LAKE ROAD                                 0
DAHLONEGA GA  30533                                  0
```

```
================================================================
   United Community Bank presents The Bankers Hour, Saturday, April 24th
   at the Anderson Music Hall in Hiawassee, Georgia. $10 reserved seats
   now available at the Georgia Mtn. Fairgrounds, 706-896-4196.
================================================================
          UNITED BUSINESS VALU ACCOUNT        8529
================================================================
                             LAST STATEMENT 02/26/10        60.89
MINIMUM BALANCE              60.89         CREDITS             .00
AVG AVAILABLE BALANCE        60.89        1 DEBITS           12.50
AVERAGE BALANCE              60.89   THIS STATEMENT 03/31/10  48.39

              - - - - - - - - OTHER DEBITS - - - - - - - - -
DESCRIPTION                                      DATE      AMOUNT
SERVICE CHARGE                                   03/31      12.50

        - - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

        TOTAL CHARGE FOR UNITED BUSINESS VALU:        12.50

              - - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
03/31          48.39
```

2:31 PM

04/06/10

# Hidden Lake Academy
## Reconciliation Summary
UCB- Payroll TAX-8529, Period Ending 03/31/2010

|  | Mar 31, 10 |
|---|---|
| Beginning Balance | 60.89 |
| Cleared Transactions |  |
| Checks and Payments - 1 item | -12.50 |
| Total Cleared Transactions | -12.50 |
| Cleared Balance | 48.39 |
| Register Balance as of 03/31/2010 | 48.39 |
| Ending Balance | 48.39 |

2:31 PM

04/06/10

# Hidden Lake Academy
## Reconciliation Detail
### UCB- Payroll TAX-8529, Period Ending 03/31/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 60.89 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 1 item | | | | | | |
| Check | 3/31/2010 | | | X | -12.50 | -12.50 |
| Total Checks and Payments | | | | | -12.50 | -12.50 |
| Total Cleared Transactions | | | | | -12.50 | -12.50 |
| Cleared Balance | | | | | -12.50 | 48.39 |
| Register Balance as of 03/31/2010 | | | | | -12.50 | 48.39 |
| Ending Balance | | | | | -12.50 | 48.39 |

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor:  Hidden Lake Academy, Inc          Case Number: 09-22028

Reporting Period beginning  March 1, 2010          Period ending  March 31, 2010
NAME OF BANK:   United community          BRANCH:   Dahlonega

ACCOUNT NAME:  DIP Payroll Tax          ACCOUNT          8529

PURPOSE OF ACCOUNT:          TAX

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer-generated check register can be attached to this report, provided all the
information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL                                        $          (d)

### SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | $ |
| Sales & Use Taxes Paid | -0-          (b) |
| Other Taxes Paid | ) |
| TOTAL | $0 |

This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
     (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
     (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
     (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

<u>**ATTACHMENT 4D**</u>

**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

Type of Negotiable

| | | | | |
|---|---|---|---|---|
| | | NONE | | Current |
| Instrument | Face Value | Purchase Price | Date of Purchase | Market Value |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                        _____(a)

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | **(Column 2)** Maximum Amount of Cash in Drawer/Acct. | **(Column 3)** Amount of Petty Cash On Hand At End of Month | **(Column 4)** Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | NONE | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                               $ _____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation** _____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $ _____**
**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:  09-22028

Reporting Period beginning March 1, 2010          Period ending  March 31 , 2010

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| TOTAL | | | $ | | |

### ATTACHMENT 7

#### SUMMARY OF OFFICER OR OWNER COMPENSATION

MOR-14

## SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:  Hidden Lake Academy, Inc          Case Number:  09-22028

Reporting Period beginning  March 1, 2010          Period ending  March 31, 2010

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

---

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | 0 |
| Number hired during the period | | 0 |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | 0 | 0 |

**All employees are paid by Ridge Creek Inc. as of 01/01/10**

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

### ATTACHMENT 8

MOR-15

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **HIDDEN LAKE ACADEMY. INC.,** | ) | **CASE NO. 09-22028** |
| | ) | |
| | ) | |
| **Debtor.** | ) | **JUDGE BRIZENDINE** |

### Certificate of Service

I, Barbara Ellis-Monro, hereby certify that I caused to be served on **April 28, 2010** a true and correct copy of the foregoing: **DEBTOR'S MONTHLY OPERATING REPORT (BUSINESS) FOR THE PERIOD FROM MARCH 1, 2010 TO MARCH 31, 2010** by United States first class mail to party listed below:

Jim Morawetz
362 Richard Russell Bldg.
75 Spring St. SW
Atlanta, GA 30303

This 28th day of April, 2010.

ELLENBERG, OGIER,
ROTHSCHILD & ROSENFELD,
PC
*/s/ Barbara Ellis-Monro*
170 Mitchell St., SW                    Barbara Ellis-Monro
Atlanta, Georgia 30303                  Georgia Bar No. 246117
(404) 525-4000 Telephone                bem@eorrlaw.com
(404) 526-8855 Facsimile                Counsel for the
                                        Debtor and Debtor in Possession