IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 09-20228 |
| HIDDEN LAKE ACADEMY, INC. ) | CHAPTER 11 |
| ) | |
| Debtor. ) | |
| ) | |
| HIDDEN LAKE ACADEMY, INC. ) | |
| ) | |
| Movant, ) | CONTESTED MATTER |
| ) | |
| vs. ) | |
| ) | |
| JEFFREY A. CLARK, ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION
TO PROOF OF CLAIM FILED BY JEFFREY A. CLARK
(PROOF OF CLAIM NO. 15)
HEARING TO BE HELD IN ATLANTA**

PLEASE TAKE NOTICE that on May 20, 2010, Hidden Lake Academy, Inc.(the "Reorganized Debtor") filed its "Objection to Proof of Claim Filed by Jeffrey A. Clark (Proof of Claim No. 15)" ("Objection"), wherein, the Reorganized Debtor objected to proof of claim number 15 filed by Jeffrey A. Clark in the amount of $20,118.95 (the "Claim"). As set forth in the Objection, the Reorganized Debtor objected to and seeks to disallow the Claim because the Reorganized Debtor is not indebted to Mr. Clark, rather the claim is against the Reorganized Debtor's affiliate HLA, Inc. as is evidenced by the supporting documentation attached to the proof of claim.

**Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then on or before **June 21, 2010,** you or your attorney must:

(1) File with the Court a written response, explaining your positions and views as to why your claim should be allowed as filed. The written response must be filed at the following address:

       Clerk of the Bankruptcy Court
       Room 120
       121 Spring Street, SE
       Gainesville, GA 30303

       If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it on or before the date stated above.

(2)    Mail or deliver a copy of your written response to the Reorganized Debtor's attorney at the address stated below. You must attach a certificate of service to your written response stating when, how, and on whom (including addresses) you served the response.

       If you or your attorney do not file a timely response, the Court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be cancelled and the Court may enter an order disallowing your claim as requested without further notice and without a hearing.

       If you or your attorney file a timely response, then a hearing will be held **on June 24, 2010, at 1:30 p.m. in Courtroom 1202, Richard B. Russell Federal Building, 75 Spring Street, Atlanta, Georgia. You or your attorney must attend the hearing and advocate your position.**

       Dated this 20th day of May, 2010.

       ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC

       */s/ Barbara Ellis-Monro*
       Barbara Ellis-Monro
       Georgia Bar No. 246117
       170 Mitchell St., SW
       Atlanta, Georgia 30303
       404-525-4000
       404-526-8855 (f)

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CASE NO. 09-20228** |
| HIDDEN LAKE ACADEMY, INC. | ) | **CHAPTER 11** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | |
| | ) | |
| Movant, | ) | **CONTESTED MATTER** |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFREY A. CLARK | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

OBJECTION TO PROOF OF CLAIM FILED BY
JEFFREY A. CLARK
(PROOF OF CLAIM NO. 15)

**COMES NOW** Hidden Lake Academy, Inc. (the "Reorganized Debtor") by and through counsel and hereby files this "Objection to Proof of Claim Filed by Jeffrey A. Clark (Proof of Claim No. 15)"("Claim Objection"). In support of this Claim Objection, the Reorganized Debtor respectfully shows the Court as follows:

**BACKGROUND**

1.

The Reorganized Debtor commenced this case by filing a voluntary petition for relief under Title 11 chapter 11 on May 14, 2009 (the "Petition Date").

2.

By order entered April 13, 2010, [Docket No.127 ] this Court confirmed the Second Amended Plan of Reorganization of Hidden Lake Academy, Inc. (the "Confirmed Plan").

3.

Pursuant to Section 8.1 of the Confirmed Plan, the Debtor is authorized and empowered to file objections to claim.

4.

On August 12, 2009, the last day for timely filing claims in this case was established as September 18, 2009. [Docket No. 51 ].

5.

On July 9, 2009, the Jeffrey A. Clark (the "Claimant") filed his proof of claim no. 15 in the amount of $10,118.95.

6.

The Claim states that it is a general unsecured claim in the amount of $20,118.95. The documentation attached to the Claim consists of invoices from HLA, Inc. a non debtor affiliate of the Reorganized Debtor.

7.

The Reorganized Debtor is not indebted to Claimant whose claim appears to be based upon a tuition refund. The Reorganized Debtor owns real estate and leases the property to a non debtor affiliate. Prior to January, 2010 the Debtor provided management services to certain affiliates, including HLA, Inc. who operated a therapeutic boarding school on the leased property.

8.

The Claim Objection is based upon the documentation currently on file with the Court. The Reorganized Debtor reserves the right to supplement and amend the Claim Objection in the event Claimant provides additional documentation to establish the Claim.

**WHEREFORE,** the Reorganized Debtor requests that this Claim Objection be inquired into by the Court, that Claim 15 be disallowed, and that the Reorganized Debtor be granted such other and further relief as the Court deems appropriate.

Dated this 20th day of May, 2010.

By: /s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Georgia Bar No. 246117

Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell Street
Atlanta, GA 30303
(404) 525-4000
(404) 526-8855 Facsimile
bem@eorrlaw.com
Counsel for the Reorganized Debtor

## CERTIFICATE OF SERVICE

   I hereby certify that I caused to be served a copy of the foregoing on all parties referenced below by depositing a copy of same in the United States Mail, postage prepaid, to the following:

  Office of the United States Trustee
  75 Spring Street, SW
  Suite 362
  Atlanta, GA  30303

  Jeffrey A. Clark
  3335 Rowan Rd., SW
  Conyers, GA 30094

This 20th day of May, 2010.

           By: /s/ Barbara Ellis-Monro
             Barbara Ellis-Monro
             Georgia Bar No. 246117

Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell Street
Atlanta, GA 30303
(404) 525-4000
(404) 526-8855 Facsimile
bem@eorrlaw.com
Counsel for the Reorganized Debtor

3