09-22028

John and Heidi Nunn
4928 Gaskin Walk
Marietta, GA  30068
May 25, 2010

Clerk of the Bankruptcy Court
Room 120
121 Spring Street, SE
Gainesville, GA  30303

To the Clerk of the Bankruptcy Court:

We look forward to the hearing on June 24th, 2010 to expose the travesty and the absurdity of the Claim Objection of our tuition refund. The greed of the Debtor is incomprehensible.

Our claim does not "appear" to be based upon a tuition refund. The claim is an "actual" tuition refund claim. This is substantiated by the invoice we submitted and the verbal conformation by Joe Stapp, Director of Hidden Lake Academy that a refund was due and would be forthcoming.

The assertion that the Debtor provided "management services" is noted. Please note that the Debtor "managed" to spend OUR tuition on classrooms, dormitories, gym and athletic fields that are being used at this moment. The Debtor "managed" to use our tuition as a basis to provide present income to Hidden Lake Academy, Inc.

Sincerely,

*John H Nunn*

John H. Nunn

*Heidi H. Nunn*

Heidi H. Nunn

MAY 27 2010 PM 1:28

BY: *[signature]*
DEPUTY CLERK

M. REGINA THOMAS
CLERK

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

## CERTIFICATE OF SERVICE

I, _John H. Nunn / Heidi H. Nunn_ [name], hereby certify that on _5/25/2010_ [date], I served copies of _written response to Debtor_ [name of document]

on the following parties by way of _U.S. Mail_ [U.S. mail, UPS, overnight mail, email, fax, courier, etc.]:

[List name and address of each attorney\party served]

Ellenberg, Ogier, Rothschild & Rosenfeld, PC
C/O Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell Street, SW
Atlanta, GA 30303

Clerk of the Bankruptcy Court
Room 120
121 Spring Street, SE
Gainesville, GA 30303

_5/25/2010_
Date

_Signature_
Heidi H. Nunn

U.S. Court of Appeals for the First Circuit                                    (Rev 10/03)