IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 09-22028** |
| **HIDDEN LAKE ACADEMY, INC.** ) | **CHAPTER 11** |
| ) | |
| Debtor. ) | |
| ) | |
| **HIDDEN LAKE ACADEMY, INC.** ) | |
| ) | |
| Movant, ) | **CONTESTED MATTER** |
| ) | |
| vs. ) | |
| ) | |
| **BB&T FINANCIAL FSB (or one of its affiliates),** ) | |
| ) | |
| ) | |
| Respondents. ) | |
| ) | |

**WITHDRAWAL OF OJBECTION AND AMENDED AND RESTATED OBJECTION TO PROOF OF CLAIM FILED BY BB&T FINANCIAL, FSB (or one of Its affiliates)**
**(PROOF OF CLAIM NO. 25)**

COMES NOW Hidden Lake Academy, Inc., Debtor herein and hereby withdraws its Objection [Docket No. 132] and the Amended and Restated Objection to Proof of Claim filed by BB&T Financial FSB (or one of its affiliates) (Proof of Claim No. 25) [Docket No. 139].

Dated this 26th day of June, 2010.

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

*/s/ Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000 (t)
404-526-8855 (f)

## **CERTIFICATE OF SERVICE**

       I hereby certify that I caused to be served a copy of the foregoing on all parties referenced below by depositing a copy of same in the United States Mail, postage prepaid, to the following:

Office of the United States Trustee
75 Spring Street, SW
Suite 362
Atlanta, GA  30303

BB&T Bankruptcy Section/100-50-01-51
PO Box 1847
Wilson, NC 27894

Branch Banking & Trust
c/o CT Corporation System
1201 Peachtree St., NE
Atlanta, GA 30361


This 26th day of June, 2010.

                                      By: /s/ Barbara Ellis-Monro
                                            Barbara Ellis-Monro
                                            Georgia Bar No. 246117

Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell Street
Atlanta, GA 30303
(404) 525-4000
(404) 526-8855 Facsimile
bem@eorrlaw.com
Counsel for the Reorganized Debtor