**IT IS ORDERED as set forth below:**

**Date: June 30, 2010**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **CASE NO. 09-22028** |
| **HIDDEN LAKE ACADEMY, INC.** | ) | **CHAPTER 11** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| **HIDDEN LAKE ACADEMY, INC.** | ) | |
| | ) | |
| Movant, | ) | **CONTESTED MATTER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **PITNEY BOWES GLOBAL FINANCIAL** | ) | |
| **SERVICES and PITNEY BOWES, INC.,** | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**ORDER GRANTING OBJECTION AND AMENDED AND RESTATED
OBJECTION TO PROOF OF CLAIM FILED BY PITNEY BOWES GLOBAL
FINANCIAL SERVICES (PROOF OF CLAIM NO. 17) AND PITNEY BOWES, INC.
(PROOF OF CLAIM NO. 16)**

THIS MATTER came before the Court for hearing on June 24, 2010 (the "Hearing") on the Objection and Amended and Restated Objection to Proof of Claim filed by Pitney Bowes Global Financial Services (Proof of Claim 17) and Pitney Bowes, Inc. (Proof of Claim No. 16) (the "Objections") [Docket Nos. 136 and 143 respectively]. Notice of the Objections and the Hearing was provided to claimant as set forth in the certificates of service filed with the Court and notice is adequate and sufficient and no further notice is necessary.  No response to the Objections was filed with the Court and none were raised at the Hearing.

Based upon the presentation of counsel for the Debtor at the Hearing and the record in this case, the Court finds that good cause exists to grant the relief requested in the Objections.  It is now therefore, hereby

ORDERED that claim 16 in the amount of $12,219.56 and claim 17 in the amount of $9,152.85 are disallowed in their entirety.

### END OF DOCUMENT

Prepared and Presented by:

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

By: /s/ Barbara Ellis-Monro
    Barbara Ellis-Monro
    Georgia Bar No. 246117

    170 Mitchell Street
    Atlanta, GA 30303
    (404) 525-4000
    (404) 526-8855 Facsimile
    bem@eorrlaw.com
    Counsel for the Reorganized Debtor

Distribution List:

Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, GA 30303

Office of the United States Trustee, 75 Spring Street, SW, Suite 362, Atlanta, GA 30303

Pitney Bowes Global Financial Services, c/o Pitney Bowes, Inc, 27 Waterview Drive, Shelton, CT 06484, Attn: Eva Milanowski, Bankruptcy Administrator

Pitney Bowes, Inc., 27 Waterview Drive, Shelton, CT 06484

Pitney Bowes, Inc., c/o CT Corporation System, 1201 Peachtree St., NE, Atlanta, GA 30361

Pitney Bowes Global Financial Services, LLC, c/o CT Corporation System, 1201 Peachtree St., NE, Atlanta, GA 30361