**IT IS ORDERED as set forth below:**

**Date: June 30, 2010**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 09-22028 |
| HIDDEN LAKE ACADEMY, INC. ) | CHAPTER 11 |
| ) | |
| Debtor. ) | |
| _____ ) | |
| HIDDEN LAKE ACADEMY, INC. ) | |
| ) | |
| Movant, ) | CONTESTED MATTER |
| ) | |
| vs. ) | |
| ) | |
| XO COMMUNICATIONS, INC., ) | |
| ) | |
| Respondent. ) | |

**ORDER SUSTAINING OBJECTION AND AMENDED AND RESTATED
OBJECTION TO PROOF OF CLAIM FILED BY XO COMMUNICATIONS, INC.
<u>(PROOF OF CLAIM NO. 12)</u>**

THIS MATTER came before the Court for hearing on June 24, 2010 (the "Hearing") on the Objection and Amended and Restated Objection to Proof of Claim Filed By XO Communications, Inc. (Proof of Claim No. 12) (the "Objection") [Docket Nos. 138 and 145 respectively]. Notice of the Objection and the Hearing was provided to claimant as set forth in the certificates of service filed with the Court and notice is adequate and sufficient and no further notice is necessary. No response to the Objection was filed with the Court and none were raised at the Hearing.

Based upon the presentation of counsel for the Debtor at the Hearing and the record in this case, the Court finds that good cause exists to sustain the Objection. It is now therefore hereby

ORDERED that claim 12 in the amount of $1,299.22 is disallowed in its entirety.

**END OF DOCUMENT**


Prepared and Presented by:

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

By: /s/ Barbara Ellis-Monro
    Barbara Ellis-Monro
    Georgia Bar No. 246117

    170 Mitchell Street
    Atlanta, GA 30303
    (404) 525-4000
    (404) 526-8855 Facsimile
    bem@eorrlaw.com
    Counsel for the Reorganized Debtor

Distribution List:

Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, GA 30303

Office of the United States Trustee, 75 Spring Street, SW, Suite 362, Atlanta, GA  30303

Brad Lee, XO Communications, Inc., 105 Molloy St., Ste 300, Nashville, TN 37201

Corp. Service Company, 40 Technology Pkwy S., #300, Norcross, GA 30092