**IT IS ORDERED as set forth below:**

**Date: June 30, 2010**

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 09-22028** |
| **HIDDEN LAKE ACADEMY, INC.** ) | **CHAPTER 11** |
| ) | |
| Debtor. ) | |
| _____ ) | |
| **HIDDEN LAKE ACADEMY, INC.** ) | |
| ) | |
| Movant, ) | **CONTESTED MATTER** |
| ) | |
| vs. ) | |
| ) | |
| **JEFFREY A. CLARK** ) | |
| ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**ORDER SUSTAINING OBECTION AND AMENDED AND RESTATED**
**OBJECTION TO PROOF OF CLAIM FILED BY JEFFREY A. CLARK**
**(PROOF OF CLAIM NO. 15)**

THIS MATTER came before the Court for hearing on June 24, 2010 (the "Hearing") on the Objection and Amended and Restated Objection to Proof of Claim Filed By Jeffrey A. Clark (Proof of Claim No. 15) (the "Objection") [Docket Nos. 133 and 140 respectively]. Notice of the Objection and the Hearing was provided to claimant as set forth in the certificates of service filed with the Court and notice is adequate and sufficient and no further notice is necessary.   No response to the Objection was filed with the Court and none were raised at the Hearing.

Based upon the presentation of counsel for the Debtor at the Hearing and the record in this case, the Court finds that good cause exists to sustain the Objection.  It is now therefore, hereby

ORDERED that claim 15 in the amount of $20,118.95 is disallowed in its entirety.

**END OF DOCUMENT**

Prepared and Presented by:

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

By: /s/ Barbara Ellis-Monro
          Barbara Ellis-Monro
          Georgia Bar No. 246117

          170 Mitchell Street
          Atlanta, GA 30303
          (404) 525-4000
          (404) 526-8855 Facsimile
          bem@eorrlaw.com
          Counsel for the Reorganized Debtor

Distribution List:

Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, GA 30303

Office of the United States Trustee, 75 Spring Street, SW, Suite 362, Atlanta, GA 30303

Jeffrey A. Clark, 3335 Rowan Rd., SW, Conyers, GA 30094

# CERTIFICATE OF NOTICE

```
District/off: 113E-8        User: jaster          Page 1 of 1         Date Rcvd: Jun 30, 2010
Case: 09-22028             Form ID: pdf554        Total Noticed: 5

The following entities were noticed by first class mail on Jul 02, 2010.
db           +Hidden Lake Academy, Inc.,    830 Hidden Lake Road,    Dahlonega, GA 30533-1875
aty          +Barbara Ellis-Monro,    Ellenberg, Ogier, Rothschild & Rosenfeld,    170 Mitchell Street, SW,
              Atlanta, GA 30303-3441
aty          +Ellenberg, Ogier, Rothschild & Rosenfeld, PC,    c/o Barbaba Ellis-Monro,    170 Mitchell St., SW,
              Atlanta, GA 30303-3441
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,   Atlanta, GA 30303-3330
cr            Jeffrey A. Clark,    3335 Rowan Road SW,    Conyers, GA  30094-3450

The following entities were noticed by electronic transmission.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2010**                    **Signature:**    *Joseph Speetjens*