**IT IS ORDERED as set forth below:**

Date: June 30, 2010

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CASE NO. 09-22028** |
| HIDDEN LAKE ACADEMY, INC. | ) | **CHAPTER 11** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | |
| | ) | |
| Movant, | ) | **CONTESTED MATTER** |
| | ) | |
| vs. | ) | |
| | ) | |
| LUMPKIN COUNTY TAX COMMISSIONER, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER SUSTAINING OBJECTION AND AMENDED AND RESTATED**
**OBJECTION TO PROOF OF CLAIM FILED BY LUMPKIN COUNTY**
**<u>TAX COMMISSIONER  (PROOF OF CLAIM NO. 6)</u>**

THIS MATTER came before the Court for hearing on June 24, 2010 (the "Hearing") on the Objection and Amended and Restated Objection to Proof of Claim Filed By Lumpkin County (Proof of Claim No.6) (the "Objection") [Docket Nos. 134 and 141 respectively]. Notice of the Objection and the Hearing was provided to claimant as set forth in the certificates of service filed with the Court and notice is adequate and sufficient and no further notice is necessary.  No reponse to the Objection were filed with the Court and none were raised at the Hearing.

Based upon the presentation of counsel for the Debtor at the Hearing and the record in this case, the Court finds that good cause exists to sustain the Objection.  It is now therefore, hereby

ORDERED that claim 6 in the amount of $75,843.37 is disallowed in its entirety.

**END OF DOCUMENT**

Prepared and Presented by:

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

By: /s/ Barbara Ellis-Monro
     Barbara Ellis-Monro
     Georgia Bar No. 246117

     170 Mitchell Street
     Atlanta, GA 30303
     (404) 525-4000
     (404) 526-8855 Facsimile
     bem@eorrlaw.com
     Counsel for the Reorganized Debtor

Distribution List:

Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, GA 30303

Office of the United States Trustee, 75 Spring Street, SW, Suite 362, Atlanta, GA 30303

Rachel Pruitt, Lumpkin County Tax Commissioner, 99 Courthouse Hill St., E., Dahlonega, GA 30533

John Raber, Chairman Board of Commissioners, 99 Courthouse Hill St., E, Dahlonega, GA 30533

# CERTIFICATE OF NOTICE

```
District/off: 113E-8               User: jaster                  Page 1 of 1                  Date Rcvd: Jun 30, 2010
Case: 09-22028                     Form ID: pdf554               Total Noticed: 6

The following entities were noticed by first class mail on Jul 02, 2010.
db           +Hidden Lake Academy, Inc.,    830 Hidden Lake Road,    Dahlonega, GA 30533-1875
aty          +Barbara Ellis-Monro,    Ellenberg, Ogier, Rothschild & Rosenfeld,    170 Mitchell Street, SW,
               Atlanta, GA 30303-3441
aty          +Ellenberg, Ogier, Rothschild & Rosenfeld, PC,    c/o Barbaba Ellis-Monro,    170 Mitchell St., SW,
               Atlanta, GA 30303-3441
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330
             +John Raber,    Chairman Board of Commissioners,    99 Courthouse Hill St., E,
               Dahlonega, GA 30533-0541
             +Rachel Pruitt,    Lumpkin County Tax Commissioner,    99 Courthouse Hill St., E,
               Dahlonega, GA 30533-0541

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 02, 2010**                              **Signature:** _Joseph Speetjens_