**IT IS ORDERED as set forth below:**

**Date: June 30, 2010**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CASE NO. 09-22028** |
| HIDDEN LAKE ACADEMY, INC. | ) | **CHAPTER 11** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | |
| | ) | |
| Movant, | ) | **CONTESTED MATTER** |
| | ) | |
| vs. | ) | |
| | ) | |
| PITNEY BOWES GLOBAL FINANCIAL | ) | |
| SERVICES and PITNEY BOWES, INC., | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**ORDER GRANTING OBJECTION AND AMENDED AND RESTATED
OBJECTION TO PROOF OF CLAIM FILED BY PITNEY BOWES GLOBAL
FINANCIAL SERVICES (PROOF OF CLAIM NO. 17) AND PITNEY BOWES, INC.
<u>(PROOF OF CLAIM NO. 16)</u>**

THIS MATTER came before the Court for hearing on June 24, 2010 (the "Hearing") on the Objection and Amended and Restated Objection to Proof of Claim filed by Pitney Bowes Global Financial Services (Proof of Claim 17) and Pitney Bowes, Inc. (Proof of Claim No. 16) (the "Objections") [Docket Nos. 136 and 143 respectively]. Notice of the Objections and the Hearing was provided to claimant as set forth in the certificates of service filed with the Court and notice is adequate and sufficient and no further notice is necessary.  No response to the Objections was filed with the Court and none were raised at the Hearing.

Based upon the presentation of counsel for the Debtor at the Hearing and the record in this case, the Court finds that good cause exists to grant the relief requested in the Objections.  It is now therefore, hereby

ORDERED that claim 16 in the amount of $12,219.56 and claim 17 in the amount of $9,152.85 are disallowed in their entirety.

**END OF DOCUMENT**

Prepared and Presented by:

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

By: /s/ Barbara Ellis-Monro
      Barbara Ellis-Monro
      Georgia Bar No. 246117

      170 Mitchell Street
      Atlanta, GA 30303
      (404) 525-4000
      (404) 526-8855 Facsimile
      bem@eorrlaw.com
      Counsel for the Reorganized Debtor

Distribution List:

Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, GA 30303

Office of the United States Trustee, 75 Spring Street, SW, Suite 362, Atlanta, GA 30303

Pitney Bowes Global Financial Services, c/o Pitney Bowes, Inc, 27 Waterview Drive, Shelton, CT 06484, Attn: Eva Milanowski, Bankruptcy Administrator

Pitney Bowes, Inc., 27 Waterview Drive, Shelton, CT 06484

Pitney Bowes, Inc., c/o CT Corporation System, 1201 Peachtree St., NE, Atlanta, GA 30361

Pitney Bowes Global Financial Services, LLC, c/o CT Corporation System, 1201 Peachtree St., NE, Atlanta, GA 30361

# CERTIFICATE OF NOTICE

```
District/off: 113E-8           User: jaster                Page 1 of 1                  Date Rcvd: Jun 30, 2010
Case: 09-22028                 Form ID: pdf554             Total Noticed: 8

The following entities were noticed by first class mail on Jul 02, 2010.
db           +Hidden Lake Academy, Inc.,    830 Hidden Lake Road,    Dahlonega, GA 30533-1875
aty          +Barbara Ellis-Monro,    Ellenberg, Ogier, Rothschild & Rosenfeld,    170 Mitchell Street, SW,
               Atlanta, GA 30303-3441
aty          +Ellenberg, Ogier, Rothschild & Rosenfeld, PC,    c/o Barbaba Ellis-Monro,    170 Mitchell St., SW,
               Atlanta, GA 30303-3441
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330
              Pitney Bowes Global Financial Services,    c/o Pitney Bowes, Inc.,    27 Water Drive,
               Attn: Eva Milanowski, Bankruptcy Admin.,    Shelton, CT  06484
             +Pitney Bowes Global Financial Services, LLC,    c/o CT Corporation System,
               1201 Peachtree St., NE,    Atlanta, GA 30361-6301
             +Pitney Bowes, Inc.,    c/o CT Corporation System,    1201 Peachtree St., NE,
               Atlanta, GA 30361-6301
The following entities were noticed by electronic transmission on Jun 30, 2010.
11991793     +E-mail/Text: bankruptcy@pb.com                            Pitney Bowes Inc,    27 Waterview Dr,
               Shelton CT 06484-4361
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2010**                              Signature:    _Joseph Speetjens_