**IT IS ORDERED as set forth below:**

Date: June 30, 2010

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CASE NO. 09-22028** |
| HIDDEN LAKE ACADEMY, INC. | ) | **CHAPTER 11** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | |
| | ) | |
| Movant, | ) | **CONTESTED MATTER** |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN AND HEIDI NUNN | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER SUSTAINING OBJECTION AND AMENDED AND
RESTATED OBJECTION TO PROOF OF CLAIM FILED BY
<u>JOHN AND HEIDI NUNN  (PROOF OF CLAIM NO. 22)</u>**

THIS MATTER came before the Court for hearing on June 24, 2010 (the "Hearing") on the Objection and Amended and Restated Objection to Proof of Claim Filed By John and Heidi Nunn (Proof of Claim No. 22) (the "Objection") [Docket Nos. 135 and 142 respectively]. Notice of the Objection and the Hearing was provided to claimant as set forth in the certificates of service filed with the Court and notice is adequate and sufficient and no further notice is necessary. Claimant filed a response to the Objection and appeared at the Hearing to advocate the same.

Based upon the presentation of counsel for the Debtor and the Claimant at the Hearing and the record in this case, the Court finds that good cause exists to sustain the Objection. It is now therefore, hereby

ORDERED that claim 22 in the amount of $7,065.00 is disallowed in its entirety.

**END OF DOCUMENT**

Prepared and Presented by:

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

By: /s/ Barbara Ellis-Monro
    Barbara Ellis-Monro
    Georgia Bar No. 246117

    170 Mitchell Street
    Atlanta, GA 30303
    (404) 525-4000
    (404) 526-8855 Facsimile
    bem@eorrlaw.com
    Counsel for the Reorganized Debtor

Distribution List:

Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, GA 30303

Office of the United States Trustee, 75 Spring Street, SW, Suite 362, Atlanta, GA 30303

John and Heidi Nunn, 4928 Gaskin Walk, Marietta, GA 30068

# CERTIFICATE OF NOTICE

```
District/off: 113E-8            User: jaster                Page 1 of 1              Date Rcvd: Jun 30, 2010
Case: 09-22028                  Form ID: pdf554             Total Noticed: 6

The following entities were noticed by first class mail on Jul 02, 2010.
 db           +Hidden Lake Academy, Inc.,    830 Hidden Lake Road,    Dahlonega, GA 30533-1875
 aty          +Barbara Ellis-Monro,    Ellenberg, Ogier, Rothschild & Rosenfeld,    170 Mitchell Street, SW,
                Atlanta, GA 30303-3441
 aty          +Ellenberg, Ogier, Rothschild & Rosenfeld, PC,    c/o Barbaba Ellis-Monro,    170 Mitchell St., SW,
                Atlanta, GA 30303-3441
 ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330
 cr           +Heidi Nunn,    4928 Gaskin Walk,    Marietta, GA 30068-2105
 cr           +John Nunn,    4928 Gaskin Walk,    Marietta, GA 30068-2105
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 02, 2010**          Signature:  _Joseph Speetjens_