**IT IS ORDERED as set forth below:**

Date: July 02, 2010

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CASE NO. 09-22028** |
| HIDDEN LAKE ACADEMY, INC. | ) | **CHAPTER 11** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | |
| | ) | **AGREED ORDER** |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| US SECURITY ASSOCIATES, INC. | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

**AGREED ORDER SUSTAINING OBJECTION AND ALLOWING
PROOF OF CLAIM FILED BY US SECURITY ASSOCIATES, INC.
(PROOF OF CLAIM NO. 20) IN REDUCED AMOUNT**

THIS MATTER came before the Court for hearing on June 24, 2010 (the "Hearing") on the Objection and Amended and Restated Objection to Proof of Claim Filed By US Security Associates, Inc. in the amount of $33,066.37 (the "Proof of Claim") (Proof of Claim No. 20) (the "Objection") [Docket Nos. 137 and 144 respectively].  The Objection objected to the Proof of Claim to the extent that it included the amount of $218.20.  Notice of the Objection and the Hearing was provided to claimant as set forth in the certificates of service filed with the Court and notice is adequate and sufficient and no further notice is necessary.   No response to the Objection was filed with the Court and none were raised at the Hearing, however, counsel for the Debtor advised the Court that Claimant had consented to the reduction in its claim as set forth in the Objection.

Based upon the presentation of counsel for the Debtor at the Hearing, the signatures of counsel below and the record in this case, the Court finds that good cause exists to sustain the Objection.  It is now therefore, hereby

ORDERED that the Objection is sustained and that Claim No. 20 shall be allowed in the amount of $32,848.17 and the amount of $218.20 of Claim No. 20 is disallowed

**END OF DOCUMENT**

Prepared and Presented by:

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

By: /s/ Barbara Ellis-Monro
      Barbara Ellis-Monro
      Georgia Bar No. 246117

      170 Mitchell Street
      Atlanta, GA 30303
      (404) 525-4000
      (404) 526-8855 Facsimile
      bem@eorrlaw.com
      Counsel for the Reorganized Debtor

Consented to by:

BARGER & WOLEN, LLP


By:   /s/ Michael J. Levin [signed with express permission by B. Ellis-Monro]
      Michael J. Levin
      10 E. 40th St., 40th Fl.
      New York, NY 10016
      212-557-2800
      212-557-2884 (Facsimile)

      Attorneys for US Security Associates, Inc.

Distribution List:

Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, GA 30303

Office of the United States Trustee, 75 Spring Street, SW, Suite 362, Atlanta, GA 30303

Charles R. Schneider, CEO, US Security Assoc., Inc., 200 Mansell Court, Ste 500, Roswell, GA 30076

Michael J. Levin, Barger & Wolen, LLP10 E. 40th St., 40th Fl., New York, NY 10016

# CERTIFICATE OF NOTICE

```
District/off: 113E-8           User: jaster              Page 1 of 1          Date Rcvd: Jul 02, 2010
Case: 09-22028                 Form ID: pdf554           Total Noticed: 6

The following entities were noticed by first class mail on Jul 04, 2010.
db           +Hidden Lake Academy, Inc.,    830 Hidden Lake Road,    Dahlonega, GA 30533-1875
aty          +Barbara Ellis-Monro,    Ellenberg, Ogier, Rothschild & Rosenfeld,    170 Mitchell Street, SW,
               Atlanta, GA 30303-3441
aty          +Ellenberg, Ogier, Rothschild & Rosenfeld, PC,    c/o Barbaba Ellis-Monro,    170 Mitchell St., SW,
               Atlanta, GA 30303-3441
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330
             +Charles R. Schneider, CEO,    US Security Assoc., Inc.,    200 Mansell Court, Ste 500,
               Roswell, GA 30076-4852
             +Michael J. Levin,    Barger & Wolen, LLP,    10 E. 40 St., 40th Floor,    New York, NY 10016-0301

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 04, 2010**                           Signature:     _Joseph Speetjens_