### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| HIDDEN LAKE ACADEMY, INC. | : | CASE NO. 09-22028 |
| | : | |
| Debtor. | : | |
| _____ | : | Judge BRIZENDINE |

### NOTICE REGARDING EFFECTIVE DATE
### OF AMENDED PLAN OF REORGANIZATION

TO:  ALL HOLDERS OF CLAIMS, ALL HOLDERS OF INTERESTS AND ALL OTHER PARTIES IN INTEREST IN THE ABOVE-CAPTIONED BANKRUPTCY CASE

**PLEASE TAKE NOTICE** that Hidden Lake Academy as the Proponent of the Second Amended Plan of Reorganization for Hidden Lake Academy dated February 19, 2010 (the "Plan"), have determined that all conditions to the Effective Date (as that term is defined in the Plan) listed in Section 11.2 of the Plan have, as of June 12, 2010, either have been satisfied or have been waived (in accordance with the provisions of Section 11.3 of the Plan).

**PLEASE TAKE FURTHER NOTICE** that APHI Group, LLC as the Proponent, have declared June 12, 2010, as the Effective Date of the Plan.

Prepared and Presented by:

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

*/s/ Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar  No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
Attorneys for the Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| HIDDEN LAKE ACADEMY, INC. | : | CASE NO. 09-22028 |
| | : | |
| Debtor. | : | |
| _____ | : | Judge BRIZENDINE |

## **CERTIFICATE OF SERVICE**

I, Barbara Ellis-Monro, hereby certify that I caused the attached and foregoing **NOTICE OF EFFECTIVE DATE** to be served on July 7, 2010 by United States first class mail to parties listed on Exhibit "A" attached hereto.

This 7TH Day of July, 2010.

|  |  |
|---|---|
|  | ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC |
|  | */s/ Barbara Ellis-Monro* |
| 170 Mitchell St., SW | Barbara Ellis-Monro |
| Atlanta, Georgia 30303 | Georgia Bar No. 246117 |
| (404) 525-4000 Telephone | bem@eorrlaw.com |
| (404) 526-8855 Facsimile | Counsel for the Reorganized Debtor |

EXHIBIT A

Case 09-22028-reb    Doc 162    Filed 07/07/10    Entered 07/07/10 12:37:43    Desc Main
Document    Page 3 of 5

```
Label Matrix for local noticing         Branch Banking & Trust Company          Ellenberg, Ogier, Rothschild & Rosenfeld, PC
113E-2                                  c/o John A. Thomson, Jr.                c/o Barbaba Ellis-Monro
Case 09-22028-reb                       Womble Carlyle Sandridge & Rice, PLLC   170 Mitchell St., SW
Northern District of Georgia            271 17th Street, N.W., Suite 2400       Atlanta, GA 30303-3441
Gainesville                             Atlanta, GA 30363-6215
Thu Dec 10 11:09:09 EST 2009

GMAC                                    Georgia Department of Revenue           Hidden Lake Academy, Inc.
c/o McCullough & Payne                  c/o Tiffany Y. Lucas                    830 Hidden Lake Road
Suite 975                               State Law Department                    Dahlonega, GA 30533-1875
171 17th Street, NW                     40 Capitol Square SW
Atlanta, GA 30363-1029                  Atlanta, GA 30334-1300


Morris Law Firm                         Office of the US Trustee                Transworld
c/o Jason C. Aufdermaur, Esq.           Suite 362                               1160 Silas Dean Hwy, Ste 409
1950 North Park Place                   75 Spring Street, SW                    Wethersfield, CT  06109
Suite 400                               Atlanta, GA 30303-3330
Atlanta, GA 30339-2044


                                        AMERICAN INFOSOURCE LP AS AGENT FOR     CMS
                                        FIA CARD SERVICES, NA/BANK OF AMERICA   PO Box 2695
                                        PO Box 248809                           Woburn, MA 01888
                                        Oklahoma City, OK  73124-8809


                                        CIT Technology Financing Services, Inc. DELL FINANCIAL SERVICES, LLC
                                        Bankruptcy Processing Solutions, Inc.   Collections/Consumer Bankruptcy
                                        800 E. Sonterra Blvd., Suite 240        12234B North I-35
                                        San Antonio, TX 78258-3941              Austin, TX  78753-1705
                                                                                (800) 955-3355, ext. 7230302

Doc Martin Construction                 GMAC                                    Georgia Department of Labor
14 Carriage Court                       P.O. Box 130424                         40 Capitol Square
Dahlonega, GA 30533-3425                Roseville, MN 55113-0004                Atlanta, GA 30334-1300


Georgia Department of Revenue           Georgia Dept. of Labor                  Georgia Dept. of Revenue
40 Capitol Square, SW                   148 Andrew Young Inter. Blvd., NE       Bankruptcy Section
Atlanta, GA 30334-1300                  Suite 910                               PO Box 161108
                                        Atlanta, GA 30303-1732                  Atlanta, GA 30321-1108


(p)INTERNAL REVENUE SERVICE             Jason Aufdermaur                        Jay Birsche
CENTRALIZED INSOLVENCY OPERATIONS       Morris Law Firm                         476 Viking Drive Suite 102
PO BOX 21126                            1950 North Park Place                   Virgibnia Beach, VA 23452-7367
PHILADELPHIA PA 19114-0326              Suite 400
                                        Atlanta, Georgia 30339-2044


Jeffrey A. Clark                        Jill & Ron Ryan, et. al                 John and Heidi Nunn
3335 Rowan Road SW                      c/o Gorby, Peters & Assoc               4928 Gaskin Walk
Conyers, GA 30094-3450                  2 Ravinia Dr., Ste 1500                 Marietta, GA 30068-2105
                                        Atlanta, GA 30346-2148


Lumpkin County                                                                  North Georgia Credit Services
99 Court House Hall, Ste E                                                      3482 Kieth Bridge, #321
Dahlonega, GA 30533-0541                                                        Cumming, GA 30041-5546
```

| | | |
|---|---|---|
| Pitney Bowes Inc<br>27 Waterview Dr<br>Shelton CT 06484-4361 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 | U.S. Security Associates, Inc.<br>200 Mansell Court E., Ste. 500<br>Roswell, GA 30076-4852 |
| XO Communications, Inc.<br>Attn: Brad Lee<br>105 Molloy Street, Suite 300<br>Nashville, TN 37201-2315 | Yates Insurance Agency<br>4 Executive Park East, NE<br>Suite 200<br>Atlanta, GA 30329-2212 | Barbara Ellis-Monro<br>Ellenberg, Ogier, Rothschild & Rosenfeld<br>170 Mitchell Street, SW<br>Atlanta, GA 30303-3441 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>Bankruptcy Section<br>PO Box 1847<br>Wilson, NC 27894 | Internal Revenue Service<br>Centralized Insolvency Operati<br>PO Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revnue Service<br>401 W. Peachtree St., NW<br>Atlanta, GA 30308 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Branch Banking & Trust Company
c/o John A. Thomson, Jr.
Womble Carlyle Sandridge & Rice, PLLC
271 17th Street, N.W., Suite 2400
Atlanta, GA 30363-6215

End of Label Matrix
Mailable recipients    35
Bypassed recipients     2
Total                  37