**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | |
| | ) | JUDGE BRIZENDINE |
| | ) | |
| Debtor. | ) | Case No. 09-22028 |
| _____ | ) | |

**FIRST AND FINAL APPLICATION OF ELLENBERG, OGIER,**
**ROTHSCHILD & ROSENFELD, PC FOR COMPENSATION AND**
**REIMBURSEMENT  OF EXPENSES AS COUNSEL FOR THE DEBTOR**

**COMES NOW** Ellenberg, Ogier, Rothschild & Rosenfeld, PC ("EORR") and, pursuant to 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016, files its First and Final Application for Compensation and Reimbursement of Expenses as Counsel for the Debtor (the "Application") seeking allowance of compensation for services rendered and reimbursement of expenses incurred as counsel for Hidden Lake Academy, Inc.  (the "Debtor"), during the period of  May 12, 2009 through June 30, 2010.  In support of the Application, EORR respectfully shows the Court as follows:

Background

1.

On  May 14, 2009 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Code") commencing the above-captioned bankruptcy case (the "Case").

2.

On June 26, 2009, the Court entered its Order authorizing the Debtor to employ EORR as counsel for the Debtor, effective as of the Petition Date. [Docket No. 42] A copy of the

Order Granting Application to Employ Ellenberg, Ogier, Rothschild & Rosenfeld, PC Nunc Pro Tunc the Petition Date is attached hereto as <u>Exhibit "A"</u> and incorporated herein by reference. The Debtor agreed to employ EORR, and EORR agreed to represent the Debtor, at EORR's normal and customary hourly rates and with reimbursement of necessary, out-of-pocket expenses, subject to approval of this Court.

3.

Debtor owns 196.2 acres of real property in Dahlonega Georgia upon which are located buildings that are used by non-debtor affiliates to run a therapeutic boarding school.

4.

The Debtor's chapter 11 case was filed to prevent possible foreclosure of Branch Banking & Trust Company's lien on the real property.

5.

The Debtor continued its operations which consist of leasing the real estate to non debtor affiliates and, until January 1, 2010, providing management services to its non debtor affiliates. On April 13, 2010 the Court confirmed the Second Amended Plan of Reorganization of Hidden Lake Academy, Inc. (the "Plan"). [Docket No. 127]  The Effective Date under the Plan occurred on June 12, 2010. [Docket No. 162].

6.

EORR files this Application seeking compensation for services rendered in the amount of $53,180.50 and for reimbursement of expenses incurred in the amount of $1,317.65 for a total award of $54,498.15 for the period of May 12, 2009, through  June 30, 2010 plus $900.00 for an 3 hours of time spent preparing this application and the associated motion to disburse funds filed contemporaneously herewith.

2

<u>The Professional Services Rendered</u>

7.

EORR has provided numerous services for, and on behalf of, the Debtor during the period of May 12, 2009 through  June 30, 2010.  A summary of the fees incurred in connection with said services is set forth on <u>Exhibit "B"</u>, which is attached hereto and incorporated herein by reference.  Generally, the services performed by EORR for, and on behalf of, the Debtor include the following:

(a)      Assisting the Debtor in bankruptcy planning and preparing and filing the petitions and first day motions;

(b)      Representing the Debtor in the Case, including assisting the Debtor with operational issues as debtor in possession, providing legal advice on business issues;

(c)      Assisting the Debtor in complying with the duties of debtor in possession under the Code and under the Federal Rules of Bankruptcy Procedure;

(d)      Conferring with parties in interest and counsel for the Debtor's secured lenders, the United States Trustee and various creditors of the Debtor regarding the status of the proceedings and the operations of the Debtor;

(e)      Drafting motions and applications necessary to protect the interests of the Debtor and its estate;

(f)      Preparing for and attending hearings in the Case, including, first day hearings, the Section 341, First Meeting of Creditors, the hearings to consider use of cash collateral,  insurance premium financing, disclosure statement and confirmation;

(g)      Preparing the Disclosure Statements and Plans of Reorganization filed in the Case;

CORP\921629.1

(h)      Defending a single asset real estate objection and objections to confirmation of the Plan;

(i)      Preparing and prosecuting objections to claims;

(j)      All other services as were necessary to protect the rights and interests of the Debtor.

8.

Without limiting the generality of the listing and description of services set forth in paragraph 7 above, EORR has provided specific services for, and on behalf of, the Debtor, including, without limitation, the following:

(k)      <u>Business Operations</u>:  EORR provided the Debtor with legal advice regarding operational issues arising from its bankruptcy filing and negotiation with Debtor's secured lender for use of cash collateral;

(l)      <u>Case Administration</u>:

(i)      EORR responded to inquiries from creditors and other parties in interest in the Case;

(ii)      EORR assisted in preparation of the Debtor's Schedules and statement of financial affairs;

(iii)      EORR assisted in the preparation of Debtor's monthly operating reports;

(l)      <u>Plan of Reorganization</u>:

(i)      EORR drafted the Plan and assisted the Debtor with determining the terms of treatment for its creditors;

(ii)      EORR assisted with obtaining confirmation of the Plan and the Debtor's emergence from bankruptcy;

4

<u>Accounting for Time and Charges</u>

9.

EORR utilizes minimal incremental billing units of one-tenth of an hour.

10.


A complete description of the services performed by EORR on a daily basis is set forth on <u>Exhibit "C"</u>, which is attached hereto and incorporated herein by reference, including the amount of time devoted to such services. The blended hourly rate is $299.28.


11.

All services for which compensation is requested were performed at the request of, or for the benefit of, the Debtor and not for, or in, any other case or matter.  The total professional and paraprofessional time for which compensation is sought in the Application is 177.70 hours of time devoted to representing the Debtor.  <u>See</u> <u>Exhibit "C"</u>.

12.

Set forth on "<u>Exhibit D</u>" which is attached hereto and incorporated herein by reference is a summary of the total out of pocket expenses incurred by EORR in connection with the Case.


<u>Payment and Sharing of Fees</u>

13.

EORR has no agreement to share fees paid in the Case except among EORR's members and lawyers regularly practicing with EORR.

CORP\921629.1

<u>Reasonableness of Fees and Expenses</u>

14.

Pursuant to the following standards set forth in <u>Grant v. George Schumann Tire &</u> <u>Battery Co.</u>, 908 F.2d 874 (11th Cir. 1990), the fees and expenses requested herein are reasonable.

(a)      <u>Reasonableness of the hourly rates</u>.    EORR respectfully represents that its attorneys have the requisite skill to perform properly the professional services rendered to the Debtor.  In addition, EORR respectfully represents that the hourly rates charged by its attorneys and professional employees, for which it seeks compensation herein, are in line with the prevailing market rate in this legal community for similar services by attorneys and professional employees of reasonably comparable skill, experience, and reputation.  Finally, EORR represents that its hourly rates are comparable to rates actually billed and paid to attorneys and professional employees of comparable skill, experience, and reputation in cases of like nature before this Court.

(b)      <u>Reasonableness of hours expended</u>.  EORR respectfully represents that the time spent by its attorneys and professional employees for which it seeks compensation herein is reasonable and appropriate, and not excessive, redundant, or otherwise unnecessary.   EORR respectfully submits that the statements regarding time expended by its attorneys and professional employees attached hereto as <u>Exhibit "C"</u> adequately describe and disclose the nature of the services rendered by the attorneys and professional employees of EORR, and establish that EORR has sought to provide such services in an economical manner.

(c)      <u>Reasonableness of expenses incurred</u>.  EORR respectfully represents that the disbursements it made, and expenses it actually incurred in connection with its representation of the Debtor, as set forth in <u>Exhibit "D"</u> and for which it seeks reimbursement in this Application,

CORP\921629.1

are reasonable and necessary.   These expenses are based on the actual cost incurred by EORR and disbursed to its vendors.

<u>Relief Requested</u>

15.

For the period May 12, 2009, through June 30, 2010, EORR's fees for professional services rendered to the Debtor total $53,180.50  EORR has incurred expenses in the amount of $1,317.65 for the same period.

16.

As set forth in the Application to Employ EORR, EORR also requests that it be allowed to apply a portion of its pre-petition retainer (as discussed below) in payment of fees incurred for preparing the voluntary petition and first day motions. EORR spend 6.3 hours prior to filing and for which EORR seeks compensation for a total compensation for the pre-filing period of $1,890.00[1].

17.

In addition , icluded in this application for compensation is a request for payment of fees for 3 hours of attorney time taken to prepare and file this application as well as the motion to disburse funds from EORR's escrow account which are held pursuant to this Court's March 25, 2010 Order Granting Motion to Disburse Funds [Docket No. 118].  EORR seeks inclusion of 3 hours of time at the rate of $300.00 per hour for preparation of this application and the motion to disburse    funds    which    is    being    filed    contemporaneously    herewith.

---

[1] There is a $10.00 mistake in the amount of pre-petition fees owed set forth in the Application to Employ filed on May 14, 2009 [Docket No. 5] in that the Application states that pre-petition fees owed are $1,880.00.

CORP\921629.1

<u>Other Considerations</u>

18.

EORR received a pre-petition retainer in the amount of $15,000 in connection with EORR's employment by the Debtor in the Case. EORR incurred fees for the pre-filing period of $1,890.00 plus the filing fee of $1,039.00 prior to the filing of, and in preparation of the filing, of the Case which it seeks to pay from its pre-petition retainer.

**WHEREFORE**, EORR prays that the Court enter an order (i) granting EORR final approval of an award in amount of $53,180.50 for professional services rendered to the Debtor for the period May 12, 2009 through June 30, 2010 plus $900.00 in fees for preparation and filing of this application; (ii) granting EORR approval of an award in the amount of $1,317.65 as reimbursement for actual expenses incurred for the period May 12, 2009 through June 30, 2010; and (iii) granting EORR such other and further relief as the Court may deem just and proper.

This 15th day of July, 2010.

Respectfully submitted,

ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC

By:/s/Barbara Ellis-Monro
    Barbara Ellis-Monro
    Georgia Bar No. 246117

170 Mitchell St., SW
Atlanta, Georgia 30303
(t): (404) 525-4000
(f) (404) 526-8855

Attorneys for Reorganized Debtor, Hidden Lake Academy, Inc.

**Exhibit "A"**

**IT IS ORDERED as set forth below:**

**Date: June 26, 2009**

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | CASE NO.  09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

ORDER APPROVING EMPLOYMENT OF
ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC AS
ATTONREYS FOR DEBTOR NUNC PRO TUNC THE PETITION DATE

Hidden Lake Academy, Inc., debtor and debtor in possession herein ("Debtor" or

"Applicant") has filed its Application for Approval of Employment of Ellenberg, Ogier,

Rothschild & Rosenfeld, PC, as Attorneys for the Debtor Nunc Pro Tunc to the Filing

Date.  It appearing that the members of Ellenberg, Ogier, Rothschild & Rosenfeld, PC

("EORR") are qualified to represent the Debtor in this case and that they represent no

interest adverse to the Debtor or the Estate in matters upon which they are to be engaged,

and that their employment is necessary and is in the best interest of the Debtor and its

Estate, it is hereby

ORDERED and Adjudged that the employment of EORR is hereby authorized

and approved for the purposes specified in the Application effective as of May 14, 2009.

No compensation or expense reimbursement for the Estate is authorized hereunder except

as provided in 11 U.S.C. §§330 and 331, upon Order of this Court after application,

notice and hearing; and it is

FURTHER ORDERED that this Order is subject to written objection of the

United States Trustee or any other party in interest filed within twenty (20) days after

entry of this Order.  In the event an objection is timely filed within such period, a hearing

will be held upon notice to the objecting party and the Trustee; and it is

FURTHER ORDERED that counsel for the Debtor is directed to serve a copy of

this order on the United States Trustee, BB&T, the twenty (20) largest unsecured

creditors of the Debtor and any party that has requested notice in this case.


**END OF DOCUMENT**


Prepared and Presented by:
Ellenberg, Ogier, Rothschild & Rosenfeld, PC
/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Georgia Bar No 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000 Telephone
404-525-8855 Facsimile

Case 09-22028-reb    Doc 163    Filed 06/26/09    Entered 06/26/09 14:47:17    Desc Main
Document    Page 3 of 39

Distribution List: Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC,
170 Mitchell St., SW, Atlanta, Georgia 30303

**Exhibit "B"**

| Services | Hours | Cost |
|---|---|---|
| Pre-petition | 6.3 | $ 1,890.00 |
| Administrative | 54.13 | $16,239.00 |
| First Day Motions | 13.00 | $ 3,900.00 |
| Cash Collateral | 5.70 | $ 1,710.00 |
| Business Operations | 6.90 | $ 2,070.00 |
| Leases & Exec. Contracts | 3.70 | $ 1,110.00 |
| Motions for Relief | 11.80 | $ 3,540.00 |
| Objections to Claim | 9.30 | $ 2,790.00 |
| Other Contested Matters | 5.20 | $ 1,560.00 |
| Plan and Disclosure Statement | 61.67 | $18,371.50 |
| Fee App and Motion to Disburse | 3.00 | $   900.00 |
| Total | 180.67 | $54,080.50 |

**Exhibit "C"**

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

170 MITCHELL STREET, S.W.
ATLANTA, GA  30303-3424

404/525-4000 main line
404/526-8855 telefax                    EIN 54-1489898

July 14, 2010

**Dr. Leonard Buccellato**
Hidden Lake Academy, Inc.
830 Hidden lake Rd.
Dahlonega GA 30533

Invoice #    46928

Professional services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Administration** | | |
| 5/14/2009 | BEM | File resolutions and payroll motion | 0.10 300.00/hr | 30.00 |
| | BEM | File list of 20 largest unsecured creditors, matrix | 0.30 300.00/hr | 90.00 |
| 5/19/2009 | BEM | Telephone conference with Dr. Buccellato, Ms. Dotson regarding case, strategy, next steps (.7); telephone conference with Ms. Dotson regarding same (.1) | 0.85 300.00/hr | 255.00 |
| 5/21/2009 | BEM | Review information from client, begin drafting schedules, statement of financial affairs (.6) | 0.60 300.00/hr | 180.00 |
| 5/22/2009 | BEM | Review client information, documentation regarding initial debtor interview, schedules and statement of financial affairs(.9); draft email to client regarding additional initial debtor interview information necessary (.1) | 1.00 300.00/hr | 300.00 |
| 5/28/2009 | BEM | Draft motion to extend time to file schedules, statement of financial affairs (.2); file same (.1); review documentation for initial debtor interview (.5) | 0.80 300.00/hr | 240.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**  **Inv. #  46928**  **July 14, 2010**  **Page    2**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/29/2009 | BEM | Exchange emails with Robin Willis regarding information for IDI, schedules. | 0.10 300.00/hr | 30.00 |
| | BEM | Draft email to Ms. Willis regarding additional information necessary for schedules and IDI (.1); telephone conference with Mr. Morris regarding case (.1); review revised HLA budget (.2) | 0.40 300.00/hr | 120.00 |
| 5/30/2009 | BEM | Review information received for IDI. | 0.40 300.00/hr | 120.00 |
| | BEM | Review, respond to email from Ms. Willis, Mr. Smith regarding budget. | 0.10 300.00/hr | 30.00 |
| 6/1/2009 | BEM | Telephone conference with Mr. Thomson regarding payroll, various issues. | 0.40 300.00/hr | 120.00 |
| | BEM | Review additional IDI information | 0.50 300.00/hr | 150.00 |
| 6/2/2009 | BEM | Review revised schedule information, continue drafting schedules. | 0.90 300.00/hr | 270.00 |
| | BEM | Review, revise budget | 0.60 300.00/hr | 180.00 |
| | BEM | Attend IDI | 0.80 300.00/hr | 240.00 |
| | BEM | Conference with Mr. Reinfenberger | 0.60 300.00/hr | 180.00 |
| | BEM | Review revision of schedules and Statement of Financial Affairs. | 2.30 300.00/hr | 690.00 |
| | BEM | Draft motion to extend time to file schedules and satement of financial affairs. | 0.10 300.00/hr | 30.00 |
| | BEM | Draft letter demanding return of garnished funds. | 0.30 300.00/hr | 90.00 |
| | BEM | Draft and file notice of amended budget. | 0.40 300.00/hr | 120.00 |
| 6/3/2009 | BEM | Conference with Mike Smith | 0.50 300.00/hr | 150.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**        **Inv. #  46928**        **July 14, 2010**        **Page        3**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2009 | BEM | Travel back from Gainesville. | 0.70 300.00/hr | 210.00 |
| | BEM | Travel to Gainesville for hearing on cash collateral motion. | 0.70 300.00/hr | 210.00 |
| | BEM | Continue Preparation of schedules and statement of financial affairs. | 0.80 300.00/hr | 240.00 |
| | BEM | Exchange emails with Dr. Buccellato regarding various issues. | 0.20 300.00/hr | 60.00 |
| | BEM | Telephone conference with Thronton Morris. | 0.20 300.00/hr | 60.00 |
| | BEM | Continue Drafting 547 letter regarding garnished funds. | 0.40 300.00/hr | 120.00 |
| 6/4/2009 | BEM | Conference with Dr. Buccellato, Ms. Dotson, Mr. Thornton regarding strategy for case, issues. | 1.50 300.00/hr | 450.00 |
| | BEM | Review additional information from client, revise schedules; exchange emails with Ms. Willis, Dr. Buccellato regarding same. | 1.10 300.00/hr | 330.00 |
| | BEM | Telephone conference with Ms. Willis. | 0.30 300.00/hr | 90.00 |
| | BEM | Exchange emails with Dr. Buccellato regarding same. | 0.20 300.00/hr | 60.00 |
| | BEM | Telephone conference with Mr. Bravaldo. | 0.20 300.00/hr | 60.00 |
| 6/8/2009 | BEM | Finalize and file schedules and statement of financial affairs. | 2.30 300.00/hr | 690.00 |
| | BEM | Telephone conference with Mr. Thomson regarding case status, BB&T position. | 0.40 300.00/hr | 120.00 |
| 6/9/2009 | BEM | Telephone conference with clerk Lumpkin County regarding fi fas. | 0.20 300.00/hr | 60.00 |
| | BEM | Conference with Dr. Buccellato. | 0.60 300.00/hr | 180.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**                    **Inv. #  46928**          **July 14, 2010**                              **Page      4**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/9/2009 | BEM | Telephone conference with Ms. Willis regarding schedules. | 0.20<br>300.00/hr | 60.00 |
| 6/10/2009 | BEM | Finalize 547 demand | 0.40<br>300.00/hr | 120.00 |
| | BEM | Review proposal from HLA to BB&T, draft email to Ms. Dotson with comments. | 0.10<br>300.00/hr | 30.00 |
| 6/15/2009 | BEM | Telephone conference with creditor, Jeremy White regarding cases, filing proof of claim. | 0.10<br>300.00/hr | 30.00 |
| 6/16/2009 | BEM | Exchange several emails with Dr. Buccellato regarding same. | 0.10<br>300.00/hr | 30.00 |
| | BEM | Telephone conference with Ms. Dotson regarding BB&T proposal. | 0.30<br>300.00/hr | 90.00 |
| 6/18/2009 | BEM | Exchange emails with Dr. Buccellato regarding possible settlement with BB&T. | 0.10<br>300.00/hr | 30.00 |
| | BEM | Return telephone call to Larry Ledener regarding 547 demand, exchange emails with Mr. Ledener. | 0.10<br>300.00/hr | 30.00 |
| 6/19/2009 | BEM | Draft email to Dr. Buccellato regarding same. | 0.10<br>300.00/hr | 30.00 |
| | BEM | Review correspondence from Mr. Block regarding 547 demand. | 0.10<br>300.00/hr | 30.00 |
| 6/22/2009 | BEM | Exchange emails with Mr. Gorby regarding preference demand. | 0.10<br>300.00/hr | 30.00 |
| 6/23/2009 | BEM | Telephone conference with Mr. Thomson. | 0.20<br>300.00/hr | 60.00 |
| | BEM | Finalize order on employment of counsel and upload same (.3) | 0.30<br>300.00/hr | 90.00 |
| | BEM | Telephone conference with Steve Block regarding preference demand. | 0.20<br>300.00/hr | 60.00 |
| 6/25/2009 | BEM | Attend 341 meeting. | 1.50<br>300.00/hr | 450.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**          **Inv. #  46928**          **July 14, 2010**                    **Page      5**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/25/2009 | BEM | Conference with client. | 0.80<br>300.00/hr | 240.00 |
| 6/28/2009 | BEM | Telephone conference with Ms. Willis regarding same. | 0.30<br>300.00/hr | 90.00 |
| | BEM | Review draft MOR. | 0.40<br>300.00/hr | 120.00 |
| 6/30/2009 | BEM | Review revise MOR and email client regarding same. | 0.20<br>300.00/hr | 60.00 |
| 7/10/2009 | BEM | Review and file MOR. | 0.50<br>300.00/hr | 150.00 |
| 7/13/2009 | BEM | Telephone conference with Mr. Thomson, Ms. Dotson regarding possible agreement with BB&T. | 0.20<br>300.00/hr | 60.00 |
| 7/15/2009 | BEM | Review pleading regarding release of garnishment, garnished funds. | 0.10<br>300.00/hr | 30.00 |
| | BEM | Draft email to Ms. Willis regarding same. | 0.10<br>300.00/hr | 30.00 |
| | BEM | Receive, review email from Mr. Ennever regarding MOR, draft response. | 0.10<br>300.00/hr | 30.00 |
| 7/17/2009 | BEM | Telephone conference with Ms. Willis regarding revisions to same, issues. | 0.30<br>300.00/hr | 90.00 |
| | BEM | Review US Trustee comments to MOR, review documents. | 1.00<br>300.00/hr | 300.00 |
| 7/20/2009 | BEM | Telephone conference with Ms. Willis regarding amended MOR. | 0.20<br>300.00/hr | 60.00 |
| | BEM | Exchange emails with Ms. Willis and review documents. | 0.30<br>300.00/hr | 90.00 |
| 8/6/2009 | BEM | Finalize motion for bar date and order on same. | 0.20<br>300.00/hr | 60.00 |
| 8/23/2009 | BEM | Review MORs May, June, July regarding questions for client on information | 0.50<br>300.00/hr | 150.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**        **Inv. #  46928**        **July 14, 2010**        **Page    6**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/24/2009 | BEM | Review May MOR, comment on same. | 1.50<br>300.00/hr | 450.00 |
| | BEM | Draft email to Mr. Helwig regarding questions, information needed. | 0.30<br>300.00/hr | 90.00 |
| | BEM | Telephone conference with Peter Helwig regarding additional information needed. | 0.10<br>300.00/hr | 30.00 |
| 8/25/2009 | BEM | Telephone conference regarding MORs | 0.20<br>300.00/hr | 60.00 |
| 8/28/2009 | BEM | Telephone conference with Mr. Helwig regarding MORs. | 0.20<br>300.00/hr | 60.00 |
| 9/1/2009 | BEM | Review draft June and July MORs (.6); draft email to Mr. Helwig regarding issues, information necessary (.1) | 0.70<br>300.00/hr | 210.00 |
| | BEM | Telephone conference with Peter Helwig regarding Monthly Operating Reports (.1); finalize and file amended report for May (.7) | 0.80<br>300.00/hr | 240.00 |
| 9/2/2009 | BEM | Exchange emails with Mr. Helwig regarding monthly operating reports | 0.10<br>300.00/hr | 30.00 |
| 9/3/2009 | BEM | Review revised June MOR (.3); draft email to Mr. Helwig (.1) | 0.40<br>300.00/hr | 120.00 |
| 9/10/2009 | BEM | Telephone conference with Mr. Helwig regarding various issues (.2) | 0.20<br>300.00/hr | 60.00 |
| 9/15/2009 | BEM | Telephone conference (2) with Mr. Helwig regarding MORs, information needed (.2) | 0.20<br>300.00/hr | 60.00 |
| 9/16/2009 | BEM | File June MOR (.1); Exchange emails with Mike Smith regarding budget issues (.1); telehone conference with Ms. Dotson regarding status of cases, plan, strategy going forward (.3) | 0.50<br>300.00/hr | 150.00 |
| 9/17/2009 | BEM | Telephone conference with Mr. Helwig regarding budget issues (.1); telephone conference with IRS agent, Ms. Kogh, regarding taxes (.5) | 0.60<br>300.00/hr | 180.00 |
| 9/28/2009 | BEM | File monthly operating report (.2) | 0.20<br>300.00/hr | 60.00 |
| 9/29/2009 | BEM | Conference call with Dr. Bucellato, Equity Investment  regarding possible loan to take out BB&T (.6) | 0.60<br>300.00/hr | 180.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

Dr. Leonard Buccellato                     Inv. #  46928          July 14, 2010                        Page      7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/19/2009 | BEM | Review September MOR (.2) | 0.20<br>300.00/hr | 60.00 |
| 11/16/2009 | BEM | Brief review October MOR and file same (.1) | 0.10<br>300.00/hr | 30.00 |
| 11/18/2009 | BEM | Telephone conference with Mr. Helwig regarding  lease payments, plan (.1); draft email to Dell Financial regarding adequate protection (.1) | 0.20<br>300.00/hr | 60.00 |
| 12/2/2009 | BEM | Telephone conference with David Doyle regarding judgment, collection, application to employ Marcus Law Firm (.2) | 0.20<br>300.00/hr | 60.00 |
|  | BEM | Conference with Ms. Dotson regarding confirmation issues (.2) | 0.20<br>300.00/hr | 60.00 |
| 12/3/2009 | BEM | Conference call with Dr. Buccellato, Mr. Spooner, Ms. Dotson regarding confirmation issues (2.5) | 2.50<br>300.00/hr | 750.00 |
| 12/9/2009 | BEM | Telephone conference with David Doyle, David Reifenberger regarding revisions to engagement letter (.2) | 0.20<br>300.00/hr | 60.00 |
| 12/11/2009 | BEM | Telephone conference with Mr. Helwig regarding various issues, DOR claim (.2) | 0.20<br>300.00/hr | 60.00 |
| 12/15/2009 | BEM | Draft application to employ special counsel regarding  collection of judgment (.6): order on same (.2); transmit to Doyle and client (.1) | 0.90<br>300.00/hr | 270.00 |
|  | BEM | Draft application to employ special counsel (.5); exchange correspondence with Mr. Doyle regarding affidavit in support (.2); draft order on employment (.1) | 0.80<br>300.00/hr | 240.00 |
|  | BEM | Revise proposed retention letter, Marcus firm and exchange emails with David Doye (.1) ; receive, review and forward with comment email from Bo Fears, exchange emails with Dr. Buccellato regarding same (.1) | 0.20<br>300.00/hr | 60.00 |
| 12/21/2009 | BEM | Review December MOR and draft email to Peter Helwig regarding same (.1) | 0.10<br>300.00/hr | 30.00 |
| 12/22/2009 | BEM | Finalize special counsel application for Marcus Law firm (.1); file same (.1); | 0.20<br>300.00/hr | 60.00 |
|  | BEM | Review December monthly operating report  (.2); file same (.1) | 0.30<br>300.00/hr | 90.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**         **Inv. #  46928**         **July 14, 2010**                    **Page      8**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/4/2010 | BEM | Review supplemental affidavit of Marcus Firm (.1); draft email to Mr. Doyle regarding same (.1); Telephone conference with Mr. Doyle regarding application, supplemental affidavit (.2) | 0.40 300.00/hr | 120.00 |
| 1/5/2010 | BEM | Receive, review email from David Doyle regarding Connecticut judgment (.1); consider same, telephone conference with Ms. Dotson regarding same (.2); telephone conference with Mr. Doyle regarding same (.2); | 0.50 300.00/hr | 150.00 |
| | BEM | Telephone conference with Mr. Helwig regarding Georgia DOR payment (.1); exchange emails with Mr. Fears regarding same (.1) | 0.20 300.00/hr | 60.00 |
| 1/6/2010 | BEM | Review amended verified statement for Marcus Firm (.1); | 0.10 300.00/hr | 30.00 |
| 1/7/2010 | BEM | Telephone conference with Don Bravaldo (.3); finalize and file Dell Financial adequate protection order (.1); email Mr. Helwig regarding same, email Dell counsel (.1) | 0.50 300.00/hr | 150.00 |
| 1/12/2010 | BEM | Review supplemental affidavit of proposed special counsel (.1); prepare notice of filing same (.1); instructions to assistant regarding service of same (.1); exchange emails with Mr. Doyle regarding secured status (.1); exchange emails with Mr. Morawetz regarding same (.1); | 0.50 300.00/hr | 150.00 |
| 2/1/2010 | BEM | Brief research regarding substantial contribution regarding special counsel application (.3); telephone conference with Mr. Doyle (.3) | 0.10 300.00/hr | 30.00 |
| 2/11/2010 | BEM | Telephone conference with Kevin Ferry regarding special counsel application, hearing (.2) | 0.20 300.00/hr | 60.00 |
| 2/16/2010 | BEM | Telehone conference with Mr. Doyle, Mr. Ferry regarding special counsel application hearing (.3) | 0.28 300.00/hr | 84.00 |
| 2/17/2010 | BEM | Exchange emails with Mr. Helwig regarding tax issues (.1) | 0.10 300.00/hr | 30.00 |
| 2/18/2010 | BEM | Draft order on application to employ special counsel (.3); draft email to Mr. Doyle and Mr. Ferry regarding hearing on motion to employ (.1) | 0.40 300.00/hr | 120.00 |
| | BEM | Prepare for hearing on special counsel application (.7); attend  hearing on application to employ special counsel (1.0) | 1.70 300.00/hr | 510.00 |
| 2/19/2010 | BEM | File motion to disburse (.1); draft and file notice of hearing (.1) | 0.20 300.00/hr | 60.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**          **Inv. #  46928          July 14, 2010**                    **Page      9**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/19/2010 | BEM | Draft motion to disburse (1.3) | 1.30<br>300.00/hr | 390.00 |
| 2/25/2010 | BEM | Telephone conference with Mr. Levin, counsel for US Security regarding administrative claim | 0.20<br>300.00/hr | 60.00 |
| 2/26/2010 | BEM | Review Monthly operating report and file (.1) | 0.10<br>300.00/hr | 30.00 |
| 3/3/2010 | BEM | Receive, review and respond to email from Ms Nunn and draft email to Mr. Levin regarding US Sec admin claim (.1) | 0.10<br>300.00/hr | 30.00 |
| 3/16/2010 | BEM | Draft order on motion to disburse funds (.4) | 0.40<br>300.00/hr | 120.00 |
| | TMO | Attend hearing on motion to disburse funds | 0.80<br>300.00/hr | 240.00 |
| 3/17/2010 | BEM | Finalize and file order on motion to disburse funds (.1) | 0.10<br>300.00/hr | 30.00 |
| | BEM | Exchange emails with Mr. Levin, counsel for US Security regarding administrative claim (.1) | 0.10<br>300.00/hr | 30.00 |
| 3/23/2010 | BEM | Review and file MOR (.2) | 0.20<br>300.00/hr | 60.00 |
| 4/6/2010 | BEM | Draft letter to Georgia DOR regarding closing tax id number (.1); draft email to Mr. Helwig regarding plan payments, effective date (.6) | 0.70<br>300.00/hr | 210.00 |
| 4/27/2010 | BEM | Review and file MOR for March (.2) | 0.20<br>300.00/hr | 60.00 |
| 5/10/2010 | BEM | Telephone conference with Mr. Helwig regarding post confirmation reports (.1) | 0.10<br>300.00/hr | 30.00 |
| 6/9/2010 | BEM | Telephone conference with Mr. Helwig regarding GMAC, BCBS issue (.3) | 0.30<br>300.00/hr | 90.00 |
| 6/15/2010 | BEM | Exchange emails with Mr. Levin regarding payment of US Sec administrative claim and email Mr. Helwig regarding same (.1) | 0.10<br>300.00/hr | 30.00 |
| 6/29/2010 | BEM | Telephone conference with Mr. Zellner, Blue Cross Blue Shield regarding post petition payment issue (.2); exchange email with Dr. Buccellato regarding same and documentation (.1) | 0.30<br>300.00/hr | 90.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**          Inv. #  46928          July 14, 2010                    Page    10

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 6/29/2010 | BEM | Telephone call and email Mike Zellner regarding Blue Cross Blue Shield issue (.1) | | 0.10 300.00/hr | 30.00 |
| | | SUBTOTAL: | [ | 54.13 | 16,239.00] |
| | | _Business  Operations_ | | | |
| 6/1/2009 | BEM | Telephone conference with Dr. Buccellato, Mr. Reifenberger, Mr. Smith, Ms. Dotson regarding enrollment, revenue, various issues. | | 1.00 300.00/hr | 300.00 |
| 6/2/2009 | BEM | Telephone call to Mr. Bravaldo regarding possible engagement as broker for real property. | | 0.10 300.00/hr | 30.00 |
| 6/3/2009 | BEM | Telephone conference with Mr. Bravaldo regarding marketing of property, business, possible retention. | | 0.30 300.00/hr | 90.00 |
| 6/4/2009 | BEM | Telephone conference with Mr. Bravaldo. | | 0.10 300.00/hr | 30.00 |
| 6/9/2009 | BEM | Telephone conference with Ms. Dotson. | | 0.20 300.00/hr | 60.00 |
| | BEM | Telephone conference with Dr. Bucellato. | | 0.30 300.00/hr | 90.00 |
| | BEM | Telephone conference with Mr. Thomson, Ms. Dotson regarding possible sale, cash flow issues. | | 0.50 300.00/hr | 150.00 |
| | BEM | Telephone conference with Mr. Bravaldo regarding possile marketing strategy, retention. | | 0.30 300.00/hr | 90.00 |
| | BEM | Telephone conference with Mr. Bravaldo regarding meeting with Dr. Buccellato, retention issues. | | 0.20 300.00/hr | 60.00 |
| 6/19/2009 | BEM | Telephone conference wtih Dr. Buccellato regarding cash flow issues. | | 0.30 300.00/hr | 90.00 |
| 6/23/2009 | BEM | Telephone conference with Ms. Dotson regarding same. | | 0.20 300.00/hr | 60.00 |
| | BEM | Telephone conference with Ms. Willis, Mr. Reifenberger regarding payroll cash flow issues. | | 0.40 300.00/hr | 120.00 |
| 6/30/2009 | BEM | Telephone conference with Ms. Willis regarding payroll. | | 0.10 300.00/hr | 30.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**          **Inv. #  46928**          **July 14, 2010**                              **Page    11**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/30/2009 | BEM | Telephone conference with Ms. Dotson regarding same. | 0.20<br>300.00/hr | 60.00 |
| | BEM | Telephone conference with Dr. Buccellato, Ms. Dotson regarding cash flow issues | 0.70<br>300.00/hr | 210.00 |
| 10/22/2009 | BEM | Draft motion to approve assumption of insurance premium financing ageement and order (.9) | 0.90<br>300.00/hr | 270.00 |
| 10/23/2009 | BEM | Review, revise insurance premium motion (.2) | 0.20<br>300.00/hr | 60.00 |
| 10/26/2009 | BEM | T/C court regarding hearing on insurance (.1) | 0.10<br>300.00/hr | 30.00 |
| 11/5/2009 | BEM | Telehone conference with Peter Helwig regarding insurance issues (.2); review insurance information (.2); prepare for hearing on approval of insurance premium financing motion (.4); | 0.80<br>300.00/hr | 240.00 |

SUBTOTAL:                                                            [        6.90        2,070.00]

Cash Collateral

| | | | | |
|---|---|---|---|---|
| 5/21/2009 | BEM | Review budgets, revise (.3); finalize cash collateral motion (.1); file motion and transmit to secured lender (.1) | 0.50<br>300.00/hr | 150.00 |
| | BEM | Draft motion for use of cash collateral (.6) | 0.60<br>300.00/hr | 180.00 |
| 5/22/2009 | BEM | Telephone conference with courtroom deputy regarding hearing on cash collateral motion (.1) | 0.10<br>300.00/hr | 30.00 |
| 5/27/2009 | BEM | Telephone conference with Jeff Cooper regarding hearing on use of cash collateral (.2) | 0.20<br>300.00/hr | 60.00 |
| 6/3/2009 | BEM | Prepare for hearing on cash collateral motion. | 0.50<br>300.00/hr | 150.00 |
| | BEM | Attend hearing on cash collateral motion. | 0.80<br>300.00/hr | 240.00 |
| 6/4/2009 | BEM | Exchange emails with Ms. Willis regarding cash collateral issues. | 0.10<br>300.00/hr | 30.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**          **Inv. #  46928**          **July 14, 2010**          **Page    12**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/9/2009 | BEM | Review draft cash collateral order, provide comments to same. | 0.60 300.00/hr | 180.00 |
| 6/10/2009 | BEM | Finalize comments to cash collateral order, draft email to Mr. Thomson regarding same. | 0.30 300.00/hr | 90.00 |
| 8/19/2009 | BEM | Draft email to Mr. Thomson regarding cash collateral order. | 0.10 300.00/hr | 30.00 |
|  | BEM | Review proposed cash collateral order. | 0.60 300.00/hr | 180.00 |
| 9/9/2009 | BEM | Telephone conference with Mr. Thomson regarding use of cash collateral, order, case generally (.3); exchange emails with Dr. Buccellato regarding  payments to BB&T (.1); telephone conference with counsel for HLA (.1) | 0.50 300.00/hr | 150.00 |
| 9/28/2009 | BEM | Revise cash collateral order (.3) | 0.30 300.00/hr | 90.00 |
| 10/2/2009 | BEM | Review cash collateral order (.2) | 0.20 300.00/hr | 60.00 |
| 10/12/2009 | BEM | Review proposed cash collateral order (.2); draft comments and draft email to Mr. Thomson regarding same (.1) | 0.30 300.00/hr | 90.00 |

SUBTOTAL:                                         [        5.70        1,710.00]

## First Day Motions

| 5/14/2009 | BEM | Research regarding judgment lien and cash collateral issues | 2.30 300.00/hr | 690.00 |
|---|---|---|---|---|
|  | BEM | Finalize notice of hearing, services, prepare and file certificate of service. | 1.00 300.00/hr | 300.00 |
|  | BEM | File application to employ. | 0.10 300.00/hr | 30.00 |
|  | BEM | Draft notice of hearing on same | 0.20 300.00/hr | 60.00 |
|  | BEM | Finalize skeletal filing (.5) File petition, payroll motion (.5); Telephone conference with courtroom deputy regarding filing, hearing on payroll motion (.2); telephone conferences (2) with John Thomson, counsel for BB&T regarding filing, cases(.7); several | 4.50 300.00/hr | 1,350.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**          **Inv. #  46928**          **July 14, 2010**          **Page    13**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | telephone conferences with Ms. Dotson (1.0); telephone conference with David Reifenberger regarding payroll information for hearing (.6); draft email to Mr. Morawetz regarding payees on motion (.1); brief research regarding possible cash collateral issue (.5); instructions to paralegal regarding service of payroll motion and notice of hearing (.2) | | |
| 5/14/2009 | BEM | Finalize draft order on payroll motion. | 0.20<br>300.00/hr | 60.00 |
| | BEM | Review, revise payroll motion | 0.30<br>300.00/hr | 90.00 |
| | BEM | Review, revise application to employ EORR as counsel for debtor. | 0.50<br>300.00/hr | 150.00 |
| 5/15/2009 | BEM | Telephone conference with Ms. Dotson regarding same. | 0.30<br>300.00/hr | 90.00 |
| | BEM | Prepare for hearing on payroll motion. | 0.40<br>300.00/hr | 120.00 |
| | BEM | Draft order on payroll motion. | 0.30<br>300.00/hr | 90.00 |
| | BEM | Additional Research regarding judgment lien issue | 0.40<br>300.00/hr | 120.00 |
| | BEM | Meeting with David Reifenberger regarding hearing on payroll motion (.4); attend hearing on payroll motion (1.5); finazlie order on payroll motion (.6) | 2.50<br>300.00/hr | 750.00 |
| | | SUBTOTAL: | [          13.00 | 3,900.00] |

<u>Leases and Executory Contracts</u>

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/6/2009 | BEM | Review email regarding premium financing agreement, draft email to Ms. Willis regarding same. | 0.20<br>300.00/hr | 60.00 |
| 8/13/2009 | BEM | Telephone conference with Eric Silvis regarding premium finance agreement, exchange emails regarding same. | 0.20<br>300.00/hr | 60.00 |
| 11/5/2009 | BEM | Attend hearing on motion to enter into insurance premium financing motion (.6) | 0.60<br>300.00/hr | 180.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**                     Inv. #  46928        July 14, 2010                          Page    14

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/20/2010 | BEM | Review CIT lease, telephone conference with Mr. Helwig regarding same (.4) | 0.40 300.00/hr | 120.00 |
| 1/22/2010 | BEM | Telephone conference with Mr. Helwig regarding CIT lease (.1) | 0.10 300.00/hr | 30.00 |
| 3/30/2010 | BEM | Request information regarding executory contracts from client (.1); review same (.4); telephone conference with Mr. Helwig (.2); draft motion to assume (.4); | 0.60 300.00/hr | 180.00 |
| 3/31/2010 | BEM | Draft email to Mr. Smith regarding CIT lease (.1); draft notice of hearing on motion to assume Graybar lease (.4) | 0.50 300.00/hr | 150.00 |
| 4/15/2010 | BEM | Attend hearing on motion to assume Graybar lease (.8) | 0.80 300.00/hr | 240.00 |
| 4/16/2010 | BEM | Draft order approving assumption of Graybar lease, upload same (.2) | 0.20 300.00/hr | 60.00 |
| 5/1/2010 | BEM | Review email from CIT regarding purchase of equipment, email from Mr. Smith and draft email to CIT (.1) | 0.10 300.00/hr | 30.00 |
| | SUBTOTAL: | | [    3.70 | 1,110.00] |

### Motion for Relief from Stay

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/4/2009 | BEM | Exchange emails with Dr. Buccellato regarding SARE motion. | 0.20 300.00/hr | 60.00 |
| | BEM | review BB&T motion, brief in support of SARE motion and Motion for relief. | 0.60 300.00/hr | 180.00 |
| | BEM | Telephone conference with Ms. Dotson regarding SARE motion | 0.20 300.00/hr | 60.00 |
| | BEM | Telephone conference with Ms. Dotson, Dr. Buccellato regarding SARE motion | 0.70 300.00/hr | 210.00 |
| 8/5/2009 | BEM | Research regarding response to SARE motion | 1.50 300.00/hr | 450.00 |
| 8/6/2009 | BEM | Telephone conference with Mr. Thomson regarding BB&T SARE motion, payments received from HLA. | 0.50 300.00/hr | 150.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**            **Inv. #  46928**        **July 14, 2010**                        **Page    15**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/6/2009 | BEM | Begin drafting response in opposition to BB&T SARE motion | 4.20<br>300.00/hr | 1,260.00 |
| 8/7/2009 | BEM | Finalize response in opposition to BB&T SARE motion | 1.00<br>300.00/hr | 300.00 |
| 8/10/2009 | BEM | Telephone conference with Mr. Smith regarding budget, hearing on SARE motion. | 0.20<br>300.00/hr | 60.00 |
| | BEM | Begin preparing for hearing on SARE motion. | 0.50<br>300.00/hr | 150.00 |
| 8/11/2009 | BEM | Telephone conference with Mr. Thomson regarding SARE motion. | 0.30<br>300.00/hr | 90.00 |
| | BEM | Telephone conference with Ms. Dotson regarding continuance. | 0.20<br>300.00/hr | 60.00 |
| | BEM | Prepare for hearing on SARE motion. | 0.70<br>300.00/hr | 210.00 |
| 10/14/2009 | BEM | Hearing on motion for relief, GMAC (.7) | 0.70<br>300.00/hr | 210.00 |
| 12/21/2009 | BEM | Finalize motion for approval of agreement for adequate protection, order (.1); file same (.1); conference with assistant regarding service of same (.1) | 0.30<br>300.00/hr | 90.00 |
| | | SUBTOTAL: | [    11.80 | 3,540.00] |

Objections to Claim

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/6/2010 | BEM | Telephone conference regarding claims objections, plan payments (.2) | 0.20<br>300.00/hr | 60.00 |
| | BEM | Exchange emails with Dr. Buccellato regarding claims, objections to same | 0.10<br>300.00/hr | 30.00 |
| 5/6/2010 | BEM | Draft objections to Nunn and Clark claims (1.2); draft email to client regarding same and additional claims review and objections (.1) | 1.30<br>300.00/hr | 390.00 |
| 5/7/2010 | BEM | Draft objection to BB&T Financial FSB claim (.3); draft objection to US Security claim (.3) | 0.60<br>300.00/hr | 180.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD,  P.C.

**Dr. Leonard Buccellato**            **Inv. #  46928**        **July 14, 2010**                    **Page    16**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/10/2010 | BEM | Telephone conference with Mr. Helwig regarding objections to claim, Lumpkin Co. claims (.2) | 0.20 300.00/hr | 60.00 |
| 5/17/2010 | BEM | Draft objection to claim of Lumpkin county (.3); review file, claims regarding other objections (.3) | 0.60 300.00/hr | 180.00 |
| 5/18/2010 | BEM | Review Citi claim, possible objection to same (.1); review Pitney Bowes claim, possible objection (.1); draft email to Mr. Smith and Mr. Helwig regarding same (.1) | 0.30 300.00/hr | 90.00 |
| 5/19/2010 | BEM | Telephone conference with Mr. Smith regarding objections to claim (.2) | 0.20 300.00/hr | 60.00 |
| 5/20/2010 | BEM | Draft objections to Pitney Bowes claims (.8), file same (.2) | 1.00 300.00/hr | 300.00 |
| 5/31/2010 | BEM | Review Morris Law firm invoices, notes (.2); draft email to Mr. Smith regarding possible objection to claim | 0.20 300.00/hr | 60.00 |
| 6/21/2010 | BEM | Draft email to client regarding objections to claim, response and hearing (.1) | 0.10 300.00/hr | 30.00 |
| 6/22/2010 | BEM | Review objections to claim, docket regarding responses (.1) | 0.10 300.00/hr | 30.00 |
| 6/23/2010 | BEM | Prepare for hearing on objections to claim (.5) | 0.50 300.00/hr | 150.00 |
| 6/24/2010 | BEM | Meeting with Dr. Buccellato, Mr. Smith regarding hearing on objections to claim (.8); Attend hearing on objections to claim (1.5) | 2.30 300.00/hr | 690.00 |
| 6/25/2010 | BEM | Draft withdrawal of objection to BB&T claim (.1); draft orders on objections to claims (.9) | 1.00 300.00/hr | 300.00 |
| 6/26/2010 | BEM | Finalize orders on objections to claim (.4); upload same (.2) | 0.60 300.00/hr | 180.00 |
| | | SUBTOTAL: | [          9.30 | 2,790.00] |

Other contested matters

| | | | | |
|---|---|---|---|---|
| 10/8/2009 | BEM | Reveiw GMAC contracts regarding arrearages, budget (.2); telephone conference with Ms. Ritchey-Craig regarding same (.1) | 0.30 300.00/hr | 90.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

Dr. Leonard Buccellato                    Inv. #  46928         July 14, 2010                         Page     17

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/12/2009 | BEM | Telephone conference with Ms. Ritchey-Craig regarding GMAC motion for relief, finalize cash collateral order and upload (.1) | 0.10<br>300.00/hr | 30.00 |
| 10/13/2009 | BEM | Telephone conference with Ms. Ritchey-Craig (.3); Exchange emails with Dr. Buccellato regarding adequate protection proposal (.1) | 0.40<br>300.00/hr | 120.00 |
| 10/14/2009 | BEM | Telephone conference with Ms. Dotson regarding motions to dismiss HLA case (.5);  telephone conference with Mr. Helwig regarding payment of adequate protection to GMAC (.2) | 0.70<br>300.00/hr | 210.00 |
| 10/30/2009 | BEM | Review consent order with GMAC (.1); email client and counsel for GMAC (.1) | 0.20<br>300.00/hr | 60.00 |
| 11/19/2009 | BEM | Prepare for status conference (.5); attend hearing on status of HLA and Hidden Lake cases (1.2) | 1.70<br>300.00/hr | 510.00 |
| 12/16/2009 | BEM | Exchange emails with counsel for Dell Financial regarding adequate protection payments (.1) ; review proposed documents and provide comments on same (.2) | 0.30<br>300.00/hr | 90.00 |
| 12/17/2009 | BEM | Telephone conference with Mr. Fears, GA DOR, regarding post petition tax payments (.2); review data from client, and GA DOR (.5); follow up call with Mr. Fears regarding same (.2); telephone conference with Mr. Helwig regarding same and adjusted amounts owed (.2) | 1.10<br>300.00/hr | 330.00 |
| 12/18/2009 | BEM | Review, revise proposed Dell Financial pleadings (.3); draft email to Dell counsel regarding same (.1) | 0.40<br>300.00/hr | 120.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 5.20 | 1,560.00] |

Plan & Disclosure Statement

| 7/24/2009 | BEM | Draft Hidden Lake disclosure statement. | 2.00<br>300.00/hr | 600.00 |
|---|---|---|---|---|
| 7/30/2009 | BEM | Exchange emails with Dr. Buccellato regarding draft disclosure statement. | 0.20<br>300.00/hr | 60.00 |
| 8/3/2009 | BEM | Continue drafting disclosure statement | 1.40<br>300.00/hr | 420.00 |
| 8/9/2009 | BEM | Continue drafting disclosure statement. | 0.50<br>300.00/hr | 150.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**         **Inv. #  46928**      **July 14, 2010**                    **Page    18**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/10/2009 | BEM | Review budgets, exchange emails with Mr. Smith regarding same. | 0.50 300.00/hr | 150.00 |
| 9/18/2009 | BEM | Telephone conference with Mr. Smith, Mr. Helewig, Dr. Buccellato and Ms. Dotson regarding budget issues, taxes, plan issues, strategy going forward | 0.50 300.00/hr | 150.00 |
| 10/8/2009 | BEM | Review Disclosure Statement regarding GMAC treatment (.1) | 0.10 300.00/hr | 30.00 |
| 10/15/2009 | BEM | Telephone conference with Mr Thomson regarding possible plan treatment for BB&T (.5); telephone conference with Ms. Dotson regarding same (.4) | 0.90 300.00/hr | 270.00 |
| 10/23/2009 | BEM | Continue drafting Plan and Disclosure Statement | 1.00 300.00/hr | 300.00 |
| 10/26/2009 | BEM | Continue drafting Disclosure Statement and Plan (1.1) | 1.10 300.00/hr | 330.00 |
| 10/28/2009 | BEM | Continue drafting Disclosure Statement and Plan (2.0) | 2.00 300.00/hr | 600.00 |
| 10/29/2009 | BEM | Compile exhibits to Disclosure Statement (.1) | 0.10 300.00/hr | 30.00 |
| 10/30/2009 | BEM | Telephone conference with Mr. Helwig regarding administrative claims and email Mr. Smith (.1); meeting with Dr. Buccellato regarding plan and disclosure statement (1.0); finalize and file plan and disclosure statement (.5) | 1.60 300.00/hr | 480.00 |
| 11/6/2009 | BEM | Meeting with counsel for BB&T regarding case status, plan provisions, possible consental plan (1.5) | 1.50 300.00/hr | 450.00 |
| 11/10/2009 | BEM | Revise disclosure statement (2.1) | 2.10 300.00/hr | 630.00 |
| | BEM | Draft email to Mike Smith regarding revised budget | 0.10 300.00/hr | 30.00 |
| | BEM | Review claims, review plan and budgets (.8); draft modifications to plan (1.2) | 2.00 300.00/hr | 600.00 |
| 11/11/2009 | BEM | Continued revision of disclosure statement (1.6) | 1.60 300.00/hr | 480.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**          Inv. #  46928          July 14, 2010          Page    19

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/18/2009 | BEM | Review plan regarding amendment to BB&T treatment, possible change to treatment (.2); prepare amortization schedules and draft email to client regarding same, proposed amendments to plan (.4) | 0.60 300.00/hr | 180.00 |
| 12/1/2009 | BEM | Telephone conference with John Thomson regarding modification to BB&T treatment and possible consentual plan (.2) | 0.20 300.00/hr | 60.00 |
| 12/5/2009 | BEM | Continue drafting, revisions to plan and disclosure statement (.3) | 0.30 300.00/hr | 90.00 |
| 12/7/2009 | BEM | Review revised budget, draft email to Mr. Smith regarding same (.2) | 0.20 300.00/hr | 60.00 |
| 12/9/2009 | BEM | Telephone conference with Mr Thomson regarding treatment BB&T claim (.2); draft email to Dr. Buccellato regarding same (.1) | 0.30 300.00/hr | 90.00 |
| 12/10/2009 | BEM | Finalize first amended dislosure statement and plan (1.0); file same (.4) | 1.40 300.00/hr | 420.00 |
| 1/3/2010 | BEM | Review amended disclosure statement regarding US Trustee objections to same (.5) | 0.50 300.00/hr | 150.00 |
| | BEM | Review US Trustee objection to disclosure statement, review disclosure statement and consider response to same (.9); review GMAC objection to confirmation and consider response to same (.2); draft notice of filing of Ridge Creek budget (.1) | 1.20 300.00/hr | 360.00 |
| 1/4/2010 | BEM | Exchange emails with Dr. Buccellato and Mr. Smith regarding objections and budgets (.1); Telephone conference with counsel for GMAC regarding objection to confirmation (.5); Telephone conference with Jim Morawetz regarding US Trustee's objection to disclosure statement (.4); draft email to client regarding status of same, and recommendations for resolvoing GMAC objection (.5) | 1.50 300.00/hr | 450.00 |
| 1/5/2010 | BEM | Exchange emails with Dr. Buccellato regarding disclosure statement hearing (.1); telephone conference with Ms. Ritchey Craig regairdng GMAC objection, possible resoloution (.4); draft email to Ms Craig regarding notice of default, payments made (.1); telephone conference with Mr. Helwig regarding same (.1) | 0.70 300.00/hr | 210.00 |
| | BEM | Exchange emails with Ms. Ritchey-Craig regarding GMAC adequate protection payments (.1) | 0.10 300.00/hr | 30.00 |
| | BEM | Telephone conference with Mr. Thomson regarding disclosure statement, dismissal of HLA case (.2) | 0.20 300.00/hr | 60.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**          **Inv. #  46928**          **July 14, 2010**          **Page    20**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/6/2010 | BEM | Telephone conference with Mr. Smith regarding updated budgets (.2); draft email to Mr. Morawetz, Mr. Thomson regaridng same (.1) | 0.20<br>300.00/hr | 60.00 |
| 1/7/2010 | BEM | Prepare for hearing on disclosure statement (1.0); telephone conference with Mr. Morawetz (.3); attend (telephonically) hearing on disclosure statement (.5); exchange emails with Dr. Buccellato regarding lease issues, approval of Disclosure Statement (.1) | 1.90<br>300.00/hr | 570.00 |
| 1/8/2010 | BEM | Begin drafting lease between Debtor and Ridge Creek, Inc. | 1.00<br>300.00/hr | 300.00 |
| 1/12/2010 | BEM | Begin drafting lease terminaiton documents (.4); draft lease agreement (.9); draft management agreement; exchange (.6);  draft email to Dr Buccellato regarding same (.2) | 2.10<br>300.00/hr | 630.00 |
| 1/13/2010 | BEM | Review claims (.2); Continue drafting modified plan (.4) | 0.60<br>300.00/hr | 180.00 |
|  | BEM | Draft revised plan and disclosure statement  (2.7); revise termination agreements (.4); draft email to Mr. Smith and Dr Buccellato regarding same (.2) | 3.30<br>300.00/hr | 990.00 |
| 1/14/2010 | BEM | Telephone conference with Dr. Buccellato and Mr. Smith regarding plan issues (.4) | 0.40<br>300.00/hr | 120.00 |
|  | BEM | Modify lease termination agreement and management and marketing agreement (.3) | 0.30<br>300.00/hr | 90.00 |
| 1/19/2010 | BEM | Continued modification to Disclosure Statement, plan documents (.8) | 0.90<br>300.00/hr | 270.00 |
| 1/20/2010 | BEM | Draft email to Mr. Morawetz regarding revisions to plan disclosure statement and trasmit same (.1) | 0.10<br>300.00/hr | 30.00 |
| 1/26/2010 | BEM | Review Mr. Morawetz's comments to revised Disclosure Statement (.2); review same and respond to each point (1.8); draft emails to Mr. Smith, Dr. Buccellato regarding additional information needed (.2) | 2.20<br>300.00/hr | 660.00 |
| 1/27/2010 | BEM | Telephone conference with Mr. Morawetz regarding comments to plan and disclosure statement | 0.30<br>300.00/hr | 90.00 |
| 1/28/2010 | BEM | Revise disclosure statement (1.1) | 1.10<br>300.00/hr | 330.00 |
| 1/29/2010 | BEM | Continue drafting revised disclosure statement and plan (1.4) | 1.40<br>300.00/hr | 420.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**               **Inv. #  46928**         **July 14, 2010**                    **Page    21**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2010 | BEM | Revise Disclosure satement in accordance with US Trustee comments (.1); draft order approving Disclosure Statement  (.5) | 0.60 300.00/hr | 180.00 |
| 2/2/2010 | BEM | Review exhibits to disclosure statement, draft email to Mr. Smith, Mr. Helwig regarding same (.1) | 0.10 300.00/hr | 30.00 |
| 2/5/2010 | BEM | Telephone conference with Mr. Helwig regarding information needed for disclosure exhibits (.2) | 0.20 300.00/hr | 60.00 |
| 2/9/2010 | BEM | Telephone conference with Mr. Helwig regarding trial balance information, disclosure exhibits (.2) | 0.20 300.00/hr | 60.00 |
| 2/16/2010 | BEM | Telephone conference with Mr. Helwig regarding balance sheet, disclosure exhibits (.2) | 0.20 300.00/hr | 60.00 |
| | BEM | Telehone conference with Ms. Middlebrooks, IRS regarding plan provisions (.1) | 0.10 300.00/hr | 30.00 |
| | BEM | Draft email to Jim Morawetz regarding draft plan and draft email to Ms. Ritchey-Criag regarding same (.1) | 0.10 300.00/hr | 30.00 |
| 2/17/2010 | BEM | Telephone conference with Jim Morawetz regarding Disclosure Statement and special counsel application | 0.77 300.00/hr | 231.00 |
| 2/18/2010 | BEM | Finalize disclosure statement order (.6) | 0.60 300.00/hr | 180.00 |
| | BEM | Continue drafting order approving disclosure statement (.4); | 0.40 300.00/hr | 120.00 |
| 2/19/2010 | BEM | Telephone conference with Mike Smith regarding plan, budget (.2) | 0.20 300.00/hr | 60.00 |
| | BEM | File Second Amended Plan, Amended Disclosure Statement (.2); upload order approving Disclosure Statement (.1) | 0.30 300.00/hr | 90.00 |
| 2/25/2010 | RNS | Prepare mail out with ballots. | 0.70 115.00/hr | 80.50 |
| 3/23/2010 | BEM | Review objection to confirmation filed by Georgia Dept of Revenue (.5) | 0.50 300.00/hr | 150.00 |
| 3/24/2010 | BEM | Research regarding various issues raised in Georgia Dept. Revenue objection to confirmation  (.4);  Telephone conference with with Mr. Helwig regarding termination of employees, certain withholding periods with no returns  (.2) | 0.60 300.00/hr | 180.00 |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**          **Inv. #  46928**          **July 14, 2010**          **Page     22**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/25/2010 | BEM | Telehone conference with Mr. Fears and revew modification to payment schedule (.1); draft email to client regarding same (.1) | 0.20<br>300.00/hr | 60.00 |
| 3/26/2010 | BEM | Telephone conference with Mr. Helwig regarding plan payments, resolution with Georgia DOR (.1) | 0.10<br>300.00/hr | 30.00 |
| | BEM | Draft ballot tabulation and certification of ballots (1.3) | 1.30<br>300.00/hr | 390.00 |
| 3/29/2010 | BEM | Continue drafting confirmation order, revise provision for DOR (1.5) | 1.50<br>300.00/hr | 450.00 |
| | BEM | Review budget comparisons, prepare for confirmation hearing  (1.1); telephone conference with Dr. Buccellato & Mr. Smith (.3); Draft confirmation order (.7) ; review email from Mr. Helwig regarding withholding tax return (.1); exchange emails with Mr. Fears regarding propsed order language to resolve DOR objection (.2) | 2.40<br>300.00/hr | 720.00 |
| 3/30/2010 | BEM | Telephone conferenece with Mr. Fears regarding resoltion of objection (.2); telephone conference with Ms. Middlebrooks, IRS regarding confirmation order provisions dealing with IRS claim (.2); continued preparation for hearing (2.0); travel to Gainesville (1.0); meeting with Mr. Smith & Dr. Buccellato (.3); attend confirmation hearing (2.5); return travel (1.0) | 7.70<br>300.00/hr | 2,310.00 |
| 3/31/2010 | BEM | Finalize confirmation order (.6) | 0.60<br>300.00/hr | 180.00 |
| 5/11/2010 | BEM | Exchange emails with Mr. Helwig regarding plan payments, GMAC payments (.1) | 0.10<br>300.00/hr | 30.00 |
| | | SUBTOTAL: | [    61.67 | 18,371.50] |

pre-petition services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/12/2009 | BEM | Review information from client regarding filing, creditors (2.2); draft payroll motion, application to employ (1.5); draft order on payroll motion (.4) | 4.10<br>300.00/hr | 1,230.00 |
| 5/14/2009 | BEM | Review loan documents, UCC filings (1.5); draft resolutions, petition (.7) | 2.20<br>300.00/hr | 660.00 |
| | | SUBTOTAL: | [     6.30 | 1,890.00] |

# ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, P.C.

**Dr. Leonard Buccellato**              **Inv. #  46928**      **July 14, 2010**              **Page    23**

|            |     |                                                              | Hours  | Amount      |
|------------|-----|--------------------------------------------------------------|--------|-------------|
|            |     | For professional services rendered                           | 177.70 | $53,180.50  |
|            |     | Additional charges:                                          |        |             |
| 5/14/2009  | GLW | Filing Fee/                                                   |        | 1,039.00    |
| 5/22/2009  | BEM | Postage for service of Cash Collateral Motion and Payroll Order |     | 12.20       |
|            | BEM | Copies - cash collateral motion and payroll order            |        | 11.56       |
| 8/10/2009  | BEM | Copies                                                       |        | 9.63        |
| 9/3/2009   | GLW | Miscellaneous Expense, postage used April - Aug 2009         |        | 2.27        |
| 12/30/2009 | GLW | Miscellaneous Expense, postage charge from Sept - Dec 09     |        | 97.95       |
| 2/16/2010  | GLW | Miscellaneous Expense, postage used during Dec 09 - Feb 10   |        | 27.76       |
| 6/10/2010  | GLW | Miscellaneous Expense, postage used from Feb-May 2010        |        | 117.28      |

|                          |             |
|--------------------------|-------------|
| Total costs              | $1,317.65   |
| Total amount of this bill | $54,498.15  |
| Balance due              | $54,498.15  |

**Exhibit "D"**

| <u>Date</u> | <u>Expense Type</u> | <u>Amount</u> |
|---|---|---|
| May 14, 2009 | filing fee | $1,039.00 |
| May 22, 2009 | postage | $    12.20 |
| May 22, 2009 | copies | $    11.56 |
| August 10, 2009 | copies | $      9.63 |
| September 9, 2009 | postage (April - August) | $      2.27 |
| December 30, 2009 | postage (September – December) | $    97.95 |
| February 16, 2010 | postage (December – February) | $      27.76 |
| June 10, 2010 | postage (February – May) | <u>$     117.28</u> |
|  | Total: | $1,317.65 |

CORP\921629.1

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **HIDDEN LAKE ACADEMY, INC.,** | ) | **CASE NO. 09-22028** |
| | ) | |
| **Debtor.** | ) | |

<u>CERTIFICATE OF SERVICE</u>

I, Barbara Ellis-Monro, hereby certify that I caused the attached and foregoing **FIRST AND FINAL APPLICATION OF ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC FOR COMPENSATION AND REIMBURSEMENT  OF EXPENSES AS COUNSEL FOR THE DEBTOR** to be served on July 15, 2010 by United States first class mail to party set forth below:

Jim Morawetz
Office of the United States Trustee
362 Richard Russell Fed. Bldg.
75 Spring Street
Atlanta, GA 30303

This 15TH Day of July, 2010.

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC
*/s/ Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
bem@eorrlaw.com
Counsel for the
Reorganized Debtor

170 Mitchell St., SW
Atlanta, Georgia 30303
(404) 525-4000 Telephone
(404) 526-8855 Facsimile

CORP\921629.1