**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Judge Brizendine |
| HIDDEN LAKE ACADEMY, INC., ) | |
| ) | Case No. 09-22028 |
| ) | |
| Debtor. ) | |
| _____) | |

**NOTICE OF HEARING REGARDING FIRST AND FINAL
APPLICATION FOR COMPENSATION FOR SERVICES AND/OR
REIMBURSEMENT OF EXPENSES FILED BY ELLENBERG, OGIER
ROTHSCHILD & ROSENFELD, PC**

**PLEASE TAKE NOTICE** that Ellenberg, Ogier, Rothschild & Rosenfeld, PC (the "Applicant") has filed its first and final application seeking compensation for services and/or reimbursement of expenses (the "Application") as counsel for the Debtor, HIDDEN LAKE ACADEMY, INC., in the above-captioned chapter 11 case;

**PLEASE TAKE FURTHER NOTICE** that Applicant filed its Application for the period Of May 12, 2009 through June 30, 2010 seeking payment of fees incurred in the amount of $54,080.50 and reimbursement of expenses of $1,317.65 for a total of $55,398.15.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application is on file with the Clerk of the United States Bankruptcy Court, 121 Spring St., SE, Room 120, Gainesville, Georgia 30501 and is available for inspection by any party in interest.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Application in **Courtroom 103**, United States Courthouse, 121 Spring Street, S.E., Gainesville, Georgia 30501 at **1:30 p.m.** on **August 17, 2010**.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Richard B. Russell Federal Building, Room 1340, 75 Spring Street, SW, Atlanta , Georgia 30303. You must

CORP/841153.1

also mail a copy of your response to the undersigned at the address stated below.

Dated this 15th day of July, 2010.

                ELLENBERG, OGIER, ROTHSCHILD
                & ROSENFELD, PC

                */s/ Barbara Ellis-Monro*
                Barbara Ellis-Monro
                Georgia Bar No. 246117
                170 Mitchell St., SW
                Atlanta, Georgia 30303
                bem@eorrlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC., | ) | CASE NO. 09-22028 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, Barbara Ellis-Monro, hereby certify that I caused the attached and foregoing **Notice of Hearing** to be served on July 15, 2010 by United States first class mail to parties listed on Exhibit "A" attached hereto.

This 15th day of July, 2010.

|  |  |
|---|---|
|  | ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC |
|  | */s/ Barbara Ellis-Monro* |
| 170 Mitchell St., SW | Barbara Ellis-Monro |
| Atlanta, Georgia 30303 | Georgia Bar No. 246117 |
| (404) 525-4000 Telephone | bem@eorrlaw.com |
| (404) 526-8855 Facsimile | Counsel for the Reorganized Debtor |

CORP/841153.1

## EXHIBIT A

James Morawetz
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street
Atlanta, GA 30303

Doc Martin Construction
14 Carriage Court
Dahlonega, GA 30533

Lumpkin County
Donald Head
99 Court House Hall, Ste E
Dahlonega, GA 30533

Morris Law Firm
Thornton Morris
1950 N. Park Pl, Ste 400
Atlanta, GA 30339

John W. Sheffield
Internal Revenue Service
401 W. Peachtree St., NW
Atlanta, GA 30308

Oscar B. Fears, III
Georgia Dept. of Revenue
40 Capitol Square
Atlanta, GA 30334

John A. Thomson, Jr.
Womble Carlyle Sandridge & Rice, PLLC
271 17th Street, N.W., Suite 2400
Atlanta, GA 30363-1017

Laurie Bennett
North GA Credit Srvs
3482 Keith Bridge, #321
Cumming, GA 30041

Yates Ins. Agency
Attn: President
4 Executive Park East, NE, St 200
Atlanta, GA 30329

Graybar Fin. Svs
10201 Centurion Pkwy, N,
Suite 100
Jacksonville, FL 32256

Dell Fin. Srvs
12234 N. 1H-35, Bldg B
Austin, TX 78753

Citicapital Technology
Bankruptcy Processing Solutions, Inc.
800 E. Sonterra Blvd, Ste 204
San Antonio, TX 78258

American Info Source, LP
As Agent for FIA Card Srvs NA
Bank of America
PO Box 248809
Oklahoma City, OK 248809

US Security Assoc., Inc.
200 Mansell Court E., Ste 500
Roswell, GA 30076

Jay Birsche
476 Viking Dr., Ste 102
Virginia Bch, VA 23452

Lisa Ritchey-Craig
McCullough Payne & Haan, LLC
171 17th St., NW, Ste 975
Atlanta, GA 30363-1032

CORP/841153.1