IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC., | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

## MOTION TO DISBURSE FUNDS

COMES NOW Hidden Lake Academy, Inc., the reorganized debtor herein (the "Reorganized Debtor") and hereby files this Motion to Disburse Funds and respectfully shows the Court as follows:

1. On May 14, 2009, (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b). Venue of the Debtor's Chapter 11 case in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. In December, 2009, special counsel for the Debtor collected $93,513.86 (the "Judgment Funds") in full satisfaction of a judgment entered in favor of the debtor in November, 2002 (the Judgment").

4. On March 25, 2010 this Court entered an Order Granting Motion to Disburse Funds (the "Initial Disbursement Order") authorizing the disbursement to special counsel in this case of $37,405.54 of the Judgment Funds. A true and correct copy of the Initial Disbursement Order is attached hereto as Exhibit "A" and is incorporated herein by reference.

5. Pursuant to the Initial Disbursement Order counsel for the Reorganized Debtor holds $56,108.32 in escrow pending further order of this Court.

6. On April 13, 2010 this Court entered its Order Confirming the Second Amended Plan of Reorganization for Hidden Lake Academy, Inc. and confirmed the Debtor's proposed plan of reorganization. The Effective Date of the plan was June 12, 2010.

## **RELIEF REQUESTED**

7. By this Motion, the Reorganized Debtor requests that this Court enter an Order authorizing the disbursement of the remaining $56,108.32 of Judgment Funds held by Debtor's counsel pursuant to the Initial Distribution Order.

8. The Reorganized Debtor seeks entry of an order authorizing $40,398.15 of the Judgment Funds be disbursed to counsel for the Debtor in payment of fees pursuant to counsel's First and Final Fee Application and remittance of the remaining $15,710.17 to the Reorganized Debtor to fund payments under its confirmed chapter 11 plan.

## **NOTICE**

13. Notice of this pleading will be served on the United States Trustee, Branch Banking and Trust Company and all creditors of the Debtor. The Reorganized Debtor submits that such notice is sufficient and proper, and that no other notice need be given.

WHEREFORE, Reorganized Debtor prays that the Court enter an Order authorizing disbursement of the funds held by Debtor's counsel as follows: (i) $40,398.15 to Debtor's counsel for fees and expenses incurred from May 12, 2009 and as awarded by this court, and (ii) $15,710.17 to be disbursed to the Reorganized Debtor to fund plan payments under its confirmed

chapter 11 plan and for such other and further relief as the Court deems just and proper.

This 15th day of July, 2010.

                                                     ELLENBERG, OGIER, ROTHSCHILD &
                                                     ROSENFELD, PC

                                                     /s/ Barbara Ellis-Monro
                                                     Barbara Ellis-Monro
170 Mitchell St., SW                         Georgia Bar No. 246117
Atlanta, Georgia 30303
404-525-4000 (t)                              Attorneys for Debtor
404-526-8855(f)
bem@eorrlaw.com

**EXHIBIT "A"**

**IT IS ORDERED as set forth below:**

Date: March 24, 2010

_____
Robert E. Brizendine
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC., | ) | CASE NO. 09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

**ORDER GRANTING MOTION TO DISBURSE FUNDS**

THIS MATTER came before the Court for hearing on March 16, 2010, (the "Hearing") on the Motion to Disburse Funds (the "Motion") filed by Hidden Lake Academy, Inc., debtor and debtor in possession herein (the "Debtor"). Notice of the Hearing was served upon creditors and parties-in-interest as evidenced by the certificate of service on file with this Court. [Docket No. 101]. No objections were filed prior to the Hearing and none were raised at the Hearing.

Based upon a review of the pleadings and the record in this case, the Court finds that good cause exists to grant the Motion and it is hereby

ORDERED that the Motion is Granted. It is further

ORDERED that The Marcus Law Firm, special counsel to the Debtor, is hereby authorized to disburse $37,405.54 of the funds collected on account of the Judgment (as defined in the Motion) in payment of its fees and the fees of Kevin Ferry, Esq. It is further

ORDERED that The Marcus Law Firm, special counsel to the Debtor, shall disburse the balance of the funds collected on account of the Judgment, in the amount of $56,108.32, to counsel for the Debtor. It is further

ORDERED that the funds disbursed to Debtor's counsel shall be held in escrow (the "Escrow Funds") for payment of administrative expenses of the estate, *if appropriate*. It is further   *RS /s*

ORDERED that disbursement of the Escrow Funds is subject to further order of this Court.

### END OF DOCUMENT

Prepared and Presented by:

ELLENBERG, OGIER, ROTHSCHILD
& ROSENFELD, PC

*/s Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000 (t)
404-526-8855(f)
bem@eorrlaw.com

Attorneys for Debtor

Distribution List: Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, Georgia 30303

James Morawetz, Office of the United States Trustee, 362 Richard B. Russell Federal Building, 75 Spring Street, Atlanta, GA 30303

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day caused to be served a copy of the attached and foregoing MOTION TO DISBURSE FUNDS by depositing same in the United States Mail in an envelope with adequate postage affixed thereto to assure delivery addressed as follows:

James Morawetz
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street
Atlanta, GA 30303

Doc Martin Construction
14 Carriage Court
Dahlonega, GA 30533

Lumpkin County
Donald Head
99 Court House Hall, Ste E
Dahlonega, GA 30533

Morris Law Firm
Thornton Morris
1950 N. Park Pl, Ste 400
Atlanta, GA 30339

John W. Sheffield
Internal Revenue Service
401 W. Peachtree St., NW
Atlanta, GA 30308

Oscar B. Fears, III
Georgia Dept. of Revenue
40 Capitol Square
Atlanta, GA 30334

John A. Thomson, Jr.
Womble Carlyle Sandridge & Rice, PLLC
271 17th Street, N.W., Suite 2400
Atlanta, GA 30363-1017

Laurie Bennett
North GA Credit Srvs
3482 Keith Bridge, #321
Cumming, GA 30041

Yates Ins. Agency
Attn: President
4 Executive Park East, NE, St 200
Atlanta, GA 30329

Graybar Fin. Svs
10201 Centurion Pkwy, N,
Suite 100
Jacksonville, FL 32256

Dell Fin. Srvs
12234 N. 1H-35, Bldg B
Austin, TX 78753

Citicapital Technology
Bankruptcy Processing Solutions, Inc.
800 E. Sonterra Blvd, Ste 204
San Antonio, TX 78258

American Info Source, LP
As Agent for FIA Card Srvs NA
Bank of America
PO Box 248809
Oklahoma City, OK 248809

US Security Assoc., Inc.
200 Mansell Court E., Ste 500
Roswell, GA 30076

| | |
|---|---|
| Jay Birsche<br>476 Viking Dr., Ste 102<br>Virginia Bch, VA 23452 | Lisa Ritchey-Craig<br>McCullough Payne & Haan, LLC<br>171 17th St., NW, Ste 975<br>Atlanta, GA  30363-1032 |

This 15th day of July, 2010.

ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC

*/s/ Barbara Ellis-Monro*

170 Mitchell St., SW
Atlanta, GA 30303
404-525-4000 (t)

Barbara Ellis-Monro
Georgia Bar No. 246117
bem@eorrlaw.com