### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **HIDDEN LAKE ACADEMY, INC.** | ) | **CASE NO. 09-22028** |
| | ) | |
| | ) | **JUDGE BRIZENDINE** |
| Debtor. | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Hidden Lake Academy (the "Reorganized Debtor") filed A Motion to Disburse Funds (the "Motion") in which the Reorganized Debtor seeks entry of an Order from the Court authorizing disbursement of funds received in satisfaction of a judgment in favor of the Debtor in the amount of $56,108.32. The Reorganized Debtor seeks to disburse the funds as follows: (i) $40,398.15, or so much as is approved by the Court in considering the First and Final Application For Compensation For Services and/or Reimbursement of Expenses of Ellenberg, Ogier, Rothschild & Rosenfeld, PC, to counsel for the Debtor in this case, and (ii) $15,710.17 to the Reorganized Debtor to fund plan payments under its confirmed chapter 11 plan.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing to consider the Motion, on **August 17, 2010** at **1:30 p.m.** in Courtroom 103, United States Courthouse, 121 Spring Street, SE, Gainesville, Georgia 30501. It is further

**ORDERED AND NOTICE IS GIVEN** that your rights may be affected by the Court's ruling on this pleading.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have any attorney, you may wish to consult one).  If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.

Dated this 15th day of July, 2010.

Respectfully submitted,
ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

/s/ Barbara Ellis-Monro
170 Mitchell St., SW                     Barbara Ellis-Monro
Atlanta, GA 30303                        Georgia Bar No. 246117
404-525-4000                             bem@eorrlaw.com
                                          Attorneys for the Reorganized Debtor

**Certificate of Service**

  I, Barbara Ellis-Monro, hereby certify that on July 15, 2010, I caused to be served a true and correct copy of the attached and foregoing **NOTICE OF HEARING** by United States first class mail upon the parties listed below:

James Morawetz
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street
Atlanta, GA 30303

Doc Martin Construction
14 Carriage Court
Dahlonega, GA 30533

Lumpkin County
Donald Head
99 Court House Hall, Ste E
Dahlonega, GA 30533

Morris Law Firm
Thornton Morris
1950 N. Park Pl, Ste 400
Atlanta, GA 30339

John W. Sheffield
Internal Revenue Service
401 W. Peachtree St., NW
Atlanta, GA 30308

Oscar B. Fears, III
Georgia Dept. of Revenue
40 Capitol Square
Atlanta, GA 30334

John A. Thomson, Jr.
Womble Carlyle Sandridge & Rice, PLLC
271 17th Street, N.W., Suite 2400
Atlanta, GA 30363-1017

Laurie Bennett
North GA Credit Srvs
3482 Keith Bridge, #321
Cumming, GA 30041

Yates Ins. Agency
Attn: President
4 Executive Park East, NE, St 200
Atlanta, GA 30329

Graybar Fin. Svs
10201 Centurion Pkwy, N,
Suite 100
Jacksonville, FL 32256

Dell Fin. Srvs
12234 N. 1H-35, Bldg B
Austin, TX 78753

Citicapital Technology
Bankruptcy Processing Solutions, Inc.
800 E. Sonterra Blvd, Ste 204
San Antonio, TX 78258

American Info Source, LP
As Agent for FIA Card Srvs NA
Bank of America
PO Box 248809
Oklahoma City, OK 248809

US Security Assoc., Inc.
200 Mansell Court E., Ste 500
Roswell, GA 30076

Jay Birsche
476 Viking Dr., Ste 102
Virginia Bch, VA 23452

Lisa Ritchey-Craig
McCullough Payne & Haan, LLC
171 17th St., NW, Ste 975
Atlanta, GA  30363-1032


ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

*/s/ Barbara Ellis-Monro*

170 Mitchell St., SW
Atlanta, GA 30303
404-525-4000 (t)

Barbara Ellis-Monro
Georgia Bar No. 246117
bem@eorrlaw.com