**IT IS ORDERED as set forth below:**

Date: August 19, 2010

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **HIDDEN LAKE ACADEMY, INC.,** | ) | **CASE NO. 09-22028** |
| | ) | |
| | ) | |
| **Debtor.** | ) | **JUDGE BRIZENDINE** |

**ORDER GRANTING MOTION TO DISBURSE FUNDS**

THIS MATTER came before the Court for hearing on August 17, 2010, (the "Hearing") on the Motion to Disburse Funds (the "Motion") filed by Hidden Lake Academy, Inc., (the "Reorganized Debtor"). Notice of the Hearing was served upon creditors and parties-in-interest as evidenced by the certificate of service on file with this Court. [Docket No.166]. No objections were filed prior to the Hearing and none were raised at the Hearing.

Based upon a review of the pleadings and the record in this case, the Court finds that good cause exists to grant the Motion and it is hereby

ORDERED that the Motion is Granted. It is further

ORDERED that Ellenberg, Ogier, Rothschild & Rosenfeld, PC, counsel to the Reorganized Debtor, is hereby authorized to disburse $39,359.15 of the funds collected on account of the Judgment (as defined in the Motion) in payment of its fees approved by this Court pursuant to its First and Final Application of Ellenberg, Ogier, Rothschild & Rosenfeld, PC For Compensation and Reimbursement of Expenses as Counsel For the Debtor [Docket No. 163]. It is further

ORDERED that counsel for the Reorganized Debtor is authorized to disburse $559.59 to The Marcus Law Firm, special counsel to the Debtor, for payment of costs associated with obtaining the Judgment.  It is further

ORDERED that the remaining funds in the amount of $16,189.58 shall be disbursed to the Reorganized Debtor to be used to make payments pursuant to its confirmed chapter 11 plan.

**END OF DOCUMENT**

Prepared and Presented by:

ELLENBERG, OGIER, ROTHSCHILD
& ROSENFELD, PC

*/s Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000 (t)
404-526-8855(f)
bem@eorrlaw.com

Attorneys for Reorganized Debtor

Distribution List: Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, Georgia 30303

James Morawetz, Office of the United States Trustee, 362 Richard B. Russell Federal Building, 75 Spring Street, Atlanta, GA 30303