**IT IS ORDERED as set forth below:**

**Date: August 19, 2010**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC. | ) | |
| | ) | JUDGE BRIZENDINE |
| | ) | |
| Debtor. | ) | Case No. 09-22028 |
| | ) | |
| _____ | ) | |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF
ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS FOR THE DEBTOR**

On August 17, 2010 this matter came on for hearing before the Court on the First and Final Application of Ellenberg, Ogier, Rothschild & Rosenfeld, PC ("EORR") for Compensation and/or Reimbursement of Expenses as Attorneys for the Debtor (the "Application") seeking allowance of compensation for services rendered and reimbursement of expenses incurred as counsel for Hidden Lake Academy, Inc.(the "Debtor"), during the period of May 12, 2009 through June 30, 2010. On July 15, 2010, counsel for the Debtor filed a Notice of Hearing

**Error! Unknown document property name.**

Regarding First and Final Application for Compensation and/or Reimbursement of Expenses of Ellenberg, Ogier, Rothschild & Rosenfeld, PC as Attorneys for the Debtor (the "Notice") Docket No. 164] which scheduled a hearing on the Application for August 17, 2010 (the "Hearing").

After consideration of the Application and the presentation at the Hearing, and it appearing that no responses to the Application have been filed and no objections were raised in open court, the Court finds and concludes that the requested compensation in the Application, is reasonable and appropriate, and the requested expenses were actual and necessary expenses, under Sections 330 and 331 of the Bankruptcy Code.  For cause shown, it is hereby

**ORDERED** that the compensation requested by EORR for the period of May 12, 2009 through June 30, 2010 is approved in the amount of $54,080.50 for legal services rendered, and the request for reimbursement of expenses incurred by EORR is approved in the amount of $1,317.65 for a total of $55,398.15; and

**IT IS FURTHER ORDERED** that EORR is authorized to disburse from its escrow account the retainer held in the amount of $16,039.00 in payment of the allowed expenses of $1,317.25 and in partial payment of the professional fees approved herein.

**END OF DOCUMENT**

Order Prepared and Presented by:
ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC

By: /s/ Barbara Ellis-Monro_____
    Barbara Ellis-Monro
    Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
(404) 525-4000
Attorneys for the Debtor

Error! Unknown document property name.

DISTRIBUTION LIST

Barbara Ellis-Monro
Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell St., SW
Atlanta, Georgia 30303

Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street
Atlanta, GA 30303

# CERTIFICATE OF NOTICE

```
District/off: 113E-8           User: jaster                Page 1 of 1                  Date Rcvd: Aug 20, 2010
Case: 09-22028                 Form ID: pdf409             Total Noticed: 4

The following entities were noticed by first class mail on Aug 22, 2010.
db           +Hidden Lake Academy, Inc.,    830 Hidden Lake Road,    Dahlonega, GA 30533-1875
aty          +Barbara Ellis-Monro,    Ellenberg, Ogier, Rothschild & Rosenfeld,    170 Mitchell Street, SW,
               Atlanta, GA 30303-3441
aty          +Ellenberg, Ogier, Rothschild & Rosenfeld, PC,    c/o Barbaba Ellis-Monro,    170 Mitchell St., SW,
               Atlanta, GA 30303-3441
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 22, 2010**                          Signature:   _Joseph Speetjens_