**IT IS ORDERED as set forth below:**

**Date: August 19, 2010**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIDDEN LAKE ACADEMY, INC., | ) | CASE NO.  09-22028 |
| | ) | |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

**ORDER GRANTING MOTION TO DISBURSE FUNDS**

THIS MATTER came before the Court for hearing on August 17, 2010, (the "Hearing") on the Motion to Disburse Funds (the "Motion") filed by Hidden Lake Academy, Inc., (the "Reorganized Debtor"). Notice of the Hearing was served upon creditors and parties-in-interest as evidenced by the certificate of service on file with this Court. [Docket No.166].    No objections were filed prior to the Hearing and none were raised at the Hearing.

Based upon a review of the pleadings and the record in this case, the Court finds that good cause exists to grant the Motion and it is hereby

ORDERED that the Motion is Granted. It is further

ORDERED that Ellenberg, Ogier, Rothschild & Rosenfeld, PC, counsel to the Reorganized Debtor, is hereby authorized to disburse $39,359.15 of the funds collected on account of the Judgment (as defined in the Motion) in payment of its fees approved by this Court pursuant to its First and Final Application of Ellenberg, Ogier, Rothschild & Rosenfeld, PC For Compensation and Reimbursement of Expenses as Counsel For the Debtor [Docket No. 163]. It is further

ORDERED that counsel for the Reorganized Debtor is authorized to disburse $559.59 to The Marcus Law Firm, special counsel to the Debtor, for payment of costs associated with obtaining the Judgment. It is further

ORDERED that the remaining funds in the amount of $16,189.58 shall be disbursed to the Reorganized Debtor to be used to make payments pursuant to its confirmed chapter 11 plan.

**END OF DOCUMENT**

Prepared and Presented by:

ELLENBERG, OGIER, ROTHSCHILD
& ROSENFELD, PC

*/s Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia 30303
404-525-4000 (t)
404-526-8855(f)
bem@eorrlaw.com

Attorneys for Reorganized Debtor

Distribution List: Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, Georgia 30303

James Morawetz, Office of the United States Trustee, 362 Richard B. Russell Federal Building, 75 Spring Street, Atlanta, GA 30303

# CERTIFICATE OF NOTICE

```
District/off: 113E-8           User: jaster                Page 1 of 1            Date Rcvd: Aug 20, 2010
Case: 09-22028                 Form ID: pdf619             Total Noticed: 4

The following entities were noticed by first class mail on Aug 22, 2010.
db           +Hidden Lake Academy, Inc.,    830 Hidden Lake Road,    Dahlonega, GA 30533-1875
aty          +Barbara Ellis-Monro,    Ellenberg, Ogier, Rothschild & Rosenfeld,    170 Mitchell Street, SW,
               Atlanta, GA 30303-3441
aty          +Ellenberg, Ogier, Rothschild & Rosenfeld, PC,    c/o Barbaba Ellis-Monro,    170 Mitchell St., SW,
               Atlanta, GA 30303-3441
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2010**                    Signature:    _Joseph Speetjens_