**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| HIDDEN LAKE ACADEMY, INC., | ) | |
| | ) | Case No. 09-22028 |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |
| | ) | |

**APPLICATION FOR A FINAL DECREE**

COMES NOW Hidden Lake Academy, Inc., the "Reorganized Debtor" in the above referenced case (the "Reorganized Debtor"), and pursuant to 11 U.S.C. § 350(a) and Rule 3022 of the Federal Rules of Bankruptcy Procedure files this Application For Entry Of A Final Decree and respectfully shows the Court as follows:

**Case Background**

1. On May 14, 2009, (the "Petition Date"), the Reorganized Debtor filed with this Court its voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. The Debtor continued its operations which consist of leasing approximately 196 acres of real estate to non debtor affiliates and, until January 1, 2010, providing management services to its non debtor affiliates.

3. On April 13, 2010 the Court confirmed the Second Amended Plan of Reorganization of Hidden Lake Academy, Inc. (the "Plan"). [Docket No. 127] The Effective Date under the Plan occurred on June 12, 2010. [Docket No. 162].

4. The transactions contemplated under the Plan have been consummated, and the

Plan is effective.

5.   The Reorganized Debtor has made two (2) interim distributions to creditors in accordance with the Plan.

6.   The Reorganized Debtor filed objections to certain claims on May 21, 2010 and all objections have been resolved or withdrawn.

7.   As long as the case remains open, the Reorganized Debtor will be required to pay fees to the Office of the United States Trustee and file monthly operating reports.  The Plan provides for payments to creditors for five (5) years.

8.   The Advisory Committee note to the 1991 amendment to Fed.R.Bankr.P. 3022, states that the Court should consider several factors in deciding whether a case is fully administered and entry of a final decree is appropriate. These factors are as follows:  (1) whether the order confirming the plan has become final; (2) whether deposits required by the plan have been distributed; (3) whether the property proposed by the plan to be transferred has been transferred; (4) whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan; (5) whether payments under the plan have commenced; and (6) whether all motions, contested matters, and adversary proceedings have been finally resolved.

9.   Based upon the factors above, and pursuant to Fed.R.Bankr.P. 3022, the Reorganized Debtor believes the estate has been fully administered and entry of a final decree is appropriate in this case.  Attached hereto as Exhibit "A" is a proposed Order Granting the Application for a Final Decree.

10.   All fees payable to the United States Trustee and other parties entitled to compensation pursuant to orders of the Court have been paid or are being paid in accordance

with arrangements with the creditor.  A copy of the Chapter 11 Final Report as required by B.L.R. 3022-1(b) is attached hereto as Exhibit "B."

WHEREFORE, the Debtor respectfully requests entry of a final decree closing this case.

Dated: September 9, 2010.
Atlanta, Georgia

Respectfully submitted,

By: */s/ Barbara Ellis-Monro*
Barbara Ellis-Monro
Georgia Bar No. 246117

ELLENBERG, OGIER, ROTHSCHILD &
ROSENFELD, PC
170 Mitchell St., SW
Atlanta, Georgia  30303
(404) 525-4000                                              Attorneys for Reorganized Debtor
bem@eorrlaw.com

\                                           3                                    CORP/1036837.4

**EXHIBIT "A"**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| HIDDEN LAKE ACADEMY, INC., ) | |
| ) | Case No. 09-22028 |
| ) | |
| Debtor. ) | JUDGE BRIZENDINE |
| ) | |

## FINAL DECREE

Upon the application of Hidden Lake Academy, Inc. (the "Reorganized Debtor"), in accordance with 11 U.S.C. §350(a), Fed.R.Bankr.P. 3022 and B.L.R. 3022-1 for a final decree closing this Chapter 11 case; and the Court finding that the estate has been fully administered and all statutory fees paid, it is now, hereby,

ORDERED that the relief requested in the Application For A Final Decree is hereby Granted. It is further

ORDERED that the Reorganized Debtor shall pay all fees due pursuant to 28 U.S.C. §1930 due through September 30, 2010. It is further

ORDERED that this case is CLOSED.

**END OF DOCUMENT**

Prepared and Presented by:
ELLENBERG, OGIER, ROTHSCHILD
& ROSENFELD, PC
By: _____
    Barbara Ellis Monro
    Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia  30303
(404) 525-4000
Attorneys for Reorganized Debtor

*Signatures continued on following page*

No Opposition:

OFFICE OF THE UNITED STATES TRUSTEE


By: _____
    James Morawetz
    Georgia Bar No. _____
 (signed with permission by
 Barbara Ellis-Monro)

362 Richard B. Russell Federal Building
75 Spring Street, S.W.
Atlanta, Georgia  30303

# EXHIBIT "B"

## FINAL ADMINISTRATIVE EXPENSE REPORT

The following administrative expenses have been paid by the Debtor in connection with its Chapter 11 case:

| | | |
|---|---|---|
| 1) | United States Trustee Fees: | $ 4,875.00 |
| 2) | Attorney for Debtor Compensation: | $ 54,080.50 |
| 3) | Other Compensation: | |
| | Special Counsel for Debtor | $   37,965.13 |
| **TOTAL:** | | **$  96,920.63** |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the **APPLICATION FOR A FINAL DECREE** was served via First Class U.S. Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery upon the following party:

Jim Morawetz
Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Spring Street, S.E.
Atlanta, GA  30303

This 9th day of September, 2010.

                              ELLENBERG, OGIER, ROTHSCHILD & ROSENFELD, PC

                              */s/Barbara Ellis-Monro*
                              Barbara Ellis-Monro
170 Mitchell St., SW                  Georgia Bar No. 246117
Atlanta, Georgia 30303               Attorneys for Reorganized Debtor
404-525-4000