**IT IS ORDERED as set forth below:**

**Date: September 10, 2010**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| HIDDEN LAKE ACADEMY, INC., ) | |
| ) | Case No. 09-22028 |
| ) | |
| Debtor. ) | JUDGE BRIZENDINE |
| ) | |

### FINAL DECREE

Upon the application of Hidden Lake Academy, Inc. (the "Reorganized Debtor"), in accordance with 11 U.S.C. §350(a), Fed.R.Bankr.P. 3022 and B.L.R. 3022-1 for a final decree closing this Chapter 11 case; and the Court finding that the estate has been fully administered and all statutory fees paid, it is now, hereby,

ORDERED that the relief requested in the Application For A Final Decree is hereby Granted. It is further

ORDERED that the Reorganized Debtor shall pay all fees due pursuant to 28

U.S.C. §1930 due through September 30, 2010.  It is further

ORDERED that this case is CLOSED.

**END OF DOCUMENT**

Prepared and Presented by:
ELLENBERG, OGIER, ROTHSCHILD
& ROSENFELD, PC
By:  ___/s/ Barbara Ellis-Monro_____
   Barbara Ellis Monro
   Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia  30303
(404) 525-4000
Attorneys for Reorganized Debtor



No Opposition:

OFFICE OF THE UNITED STATES TRUSTEE


By:  __/s/ James Morawetz_____
    James Morawetz
    Georgia Bar No. 521900
 (signed with permission by
  Barbara Ellis-Monro)

362 Richard B. Russell Federal Building
75 Spring Street, S.W.
Atlanta, Georgia  30303

Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, GA 30303

Jim Morawetz, Office of the United States Trustee, 362 Richard B Russell Bldg, 75 Spring St., SW, Atlanta, GA 30303