**IT IS ORDERED as set forth below:**

**Date: September 10, 2010**

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| HIDDEN LAKE ACADEMY, INC., | ) | |
| | ) | Case No. 09-22028 |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |
| _____ | ) | |

## FINAL DECREE

Upon the application of Hidden Lake Academy, Inc. (the "Reorganized Debtor"), in accordance with 11 U.S.C. §350(a), Fed.R.Bankr.P. 3022 and B.L.R. 3022-1 for a final decree closing this Chapter 11 case; and the Court finding that the estate has been fully administered and all statutory fees paid, it is now, hereby,

ORDERED that the relief requested in the Application For A Final Decree is hereby Granted. It is further

ORDERED that the Reorganized Debtor shall pay all fees due pursuant to 28

U.S.C. §1930 due through September 30, 2010.  It is further

ORDERED that this case is CLOSED.

**END OF DOCUMENT**

Prepared and Presented by:
ELLENBERG, OGIER, ROTHSCHILD
& ROSENFELD, PC
By: ____*/s/ Barbara Ellis-Monro*_____
  Barbara Ellis Monro
  Georgia Bar No. 246117
170 Mitchell St., SW
Atlanta, Georgia  30303
(404) 525-4000
Attorneys for Reorganized Debtor




No Opposition:

OFFICE OF THE UNITED STATES TRUSTEE


By: __*/s/ James Morawetz*_____
  James Morawetz
  Georgia Bar No. 521900
 (signed with permission by
 Barbara Ellis-Monro)


362 Richard B. Russell Federal Building
75 Spring Street, S.W.
Atlanta, Georgia  30303

Barbara Ellis-Monro, Ellenberg, Ogier, Rothschild & Rosenfeld, PC, 170 Mitchell St., SW, Atlanta, GA 30303

Jim Morawetz, Office of the United States Trustee, 362 Richard B Russell Bldg, 75 Spring St., SW, Atlanta, GA 30303

# CERTIFICATE OF NOTICE

```
District/off: 113E-8           User: jaster            Page 1 of 2            Date Rcvd: Sep 10, 2010
Case: 09-22028                Form ID: pdf442         Total Noticed: 42

The following entities were noticed by first class mail on Sep 12, 2010.
db           +Hidden Lake Academy, Inc.,    830 Hidden Lake Road,   Dahlonega, GA 30533-1875
aty          +Barbara Ellis-Monro,   Ellenberg, Ogier, Rothschild & Rosenfeld,   170 Mitchell Street, SW,
              Atlanta, GA 30303-3441
aty          +Ellenberg, Ogier, Rothschild & Rosenfeld, PC,   c/o Barbaba Ellis-Monro,   170 Mitchell St., SW,
              Atlanta, GA 30303-3441
aty          +James H. Morawetz,   Office of U.S. Trustee,   362 Richard Russell Bldg.,   75 Spring Street, SW,
              Atlanta, GA 30303-3315
aty          +John A. Thomson, Jr.,   Womble Carlyle Sandridge & Rice, PLLC,   Suite 2400,
              271 17th Street, N.W.,   Atlanta, GA 30363-6215
aty          +Oscar B. Fears, III,   Georgia Department of Law,   40 Capitol Square, SW,
              Atlanta, GA 30334-1300
aty          +Ted W. Hight, III,   Thompson, O'Brien, Kemp & Nasuti, PC,   Suite 300,
              40 Technology Parkway South,   Norcross, GA 30092-2924
aty           Tiffany Y Lucas,   Georgia Department of Revenue,   40 Capitol Square, S.W.,
              Atlanta, GA 30334-1300
ust          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
cr           +GMAC,   c/o McCullough & Payne,   Suite 975,   171 17th Street, NW,   Atlanta, GA 30363-1029
cr            Georgia Department of Revenue,   c/o Tiffany Y. Lucas,   State Law Department,
              40 Capitol Square SW,   Atlanta, GA 30334-1300
cr           +Heidi Nunn,   4928 Gaskin Walk,   Marietta, GA 30068-2105
cr           +John Nunn,   4928 Gaskin Walk,   Marietta, GA 30068-2105
cr           +Morris Law Firm,   c/o Jason C. Aufdermaur, Esq.,   1950 North Park Place,   Suite 400,
              Atlanta, GA 30339-2044
11615803     +99 Court House Hall, Ste E,   Dahlonega, GA 30533-0541
11615804     +BB&T,   c/o John Thompson,   1201 W. Peachtree St.,   Atlanta, GA 30309-3449
12099264     +Branch Banking & Trust Company,   c/o John A. Thomson, Jr.,
              Womble Carlyle Sandridge & Rice, PLLC,   271 17th Street, N.W., Suite 2400,
              Atlanta, GA 30363-6215
11680955     +CIT Technology Financing Services, Inc.,   Bankruptcy Processing Solutions, Inc.,
              800 E. Sonterra Blvd., Suite 240,   San Antonio, TX 78258-3941
11703753      DELL FINANCIAL SERVICES, LLC,   Collections/Consumer Bankruptcy,   12234B North I-35,
              Austin, TX  78753-1705,   (800) 955-3355, ext. 7230302
11615805     +Doc Martin Construction,   14 Carriage Court,   Dahlonega, GA 30533-3425
11647615     +GMAC,   P.O. Box 130424,   Roseville, MN 55113-0004
11615806     +Georgia Department of Labor,   40 Capitol Square,   Atlanta, GA 30334-1300
11615807     +Georgia Department of Revenue,   40 Capitol Square, SW,   Atlanta, GA 30334-1300
11620172     +Georgia Dept. of Labor,   148 Andrew Young Inter. Blvd., NE,   Suite 910,
              Atlanta, GA 30303-1732
11620173     +Georgia Dept. of Revenue,   Bankruptcy Section,   PO Box 161108,   Atlanta, GA 30321-1108
11615808    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,   Centralized Insolvency Operati,
              PO Box 21126,   Philadelphia, PA 19114)
11615809    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revnue Service,   401 W. Peachtree St., NW,
              Atlanta, GA 30308)
12104738     +Jason Aufdermaur,   Morris Law Firm,   1950 North Park Place,   Suite 400,
              Atlanta, Georgia 30339-2044
12049721     +Jay Birsche,   476 Viking Drive Suite 102,   Virgibnia Beach, VA 23452-7367
11840039      Jeffrey A. Clark,   3335 Rowan Road SW,   Conyers, GA 30094-3450
11615810     +Jill & Ron Ryan, et. al,   c/o Gorby, Peters & Assoc,   2 Ravinia Dr., Ste 1500,
              Atlanta, GA 30346-2148
12103549     +John and Heidi Nunn,   4928 Gaskin Walk,   Marietta, GA 30068-2105
11615811     +Lumpkin County,   99 Court House Hall, Ste E,   Dahlonega, GA 30533-0541
11615812     +Morris Law Firm,   1950 North Park Pl, Suite 400,   Atlanta, GA 30339-2044
11615813     +North Georgia Credit Services,   3482 Kieth Bridge, #321,   Cumming, GA 30041-5546
11620175     +U. S. Attorney,   600 Richard B. Russell Bldg.,   75 Spring Street, SW,   Atlanta GA 30303-3315
12077243     +U.S. Security Associates, Inc.,   200 Mansell Court E., Ste. 500,   Roswell, GA 30076-4852
11615814     +Yates Insurance Agency,   4 Executive Park East, NE,   Suite 200,   Atlanta, GA 30329-2212

The following entities were noticed by electronic transmission on Sep 10, 2010.
11650646      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 11 2010 00:21:31
              AMERICAN INFOSOURCE LP AS AGENT FOR,   FIA CARD SERVICES, NA/BANK OF AMERICA,   PO Box 248809,
              Oklahoma City, OK  73124-8809
12402342      E-mail/Text: bankruptcy@bandt.com                           BB&T,   Bankruptcy Section,
              PO Box 1847,   Wilson, NC 27894
11620173     +E-mail/Text: ebntest@dor.ga.gov                            Georgia Dept. of Revenue,
              Bankruptcy Section,   PO Box 161108,   Atlanta, GA 30321-1108
11991793     +E-mail/Text: bankruptcy@pb.com                             Pitney Bowes Inc,   27 Waterview Dr,
              Shelton CT 06484-4361
11729475     +E-mail/Text: brad.lee@xo.com                               XO Communications, Inc.,   Attn: Brad Lee,
              105 Molloy Street, Suite 300,   Nashville, TN 37201-2315
                                                                                          TOTAL: 5

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Branch Banking & Trust Company,   c/o John A. Thomson, Jr.,
              Womble Carlyle Sandridge & Rice, PLLC,   271 17th Street, N.W., Suite 2400,
              Atlanta, GA 30363-6215
cr*           Jeffrey A. Clark,   3335 Rowan Road SW,   Conyers, GA  30094-3450

                                                                          TOTALS: 0, * 2, ## 0
```

```
District/off: 113E-8          User: jaster            Page 2 of 2               Date Rcvd: Sep 10, 2010
Case: 09-22028               Form ID: pdf442          Total Noticed: 42
```

          ***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 12, 2010**                    **Signature:**   _Joseph Speetjens_